IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE GREEN, | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 03-149E |
| | ) | District Judge McLaughlin |
| MARTIN HORN, et al., | ) | Mag. Judge Baxter |
|     Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF APPEARANCE

Please withdraw the appearance of Robert Englesberg, Senior Deputy Attorney General, and substitute Scott A. Bradley, Senior Deputy Attorney General on behalf of Defendants Wolfe, Brennan, Overton, and Barr in the above captioned case.

                                            Respectfully submitted,

                                            THOMAS W. CORBETT, JR.,
                                            Attorney General

By:    s/Scott A. Bradley
        Scott A. Bradley
        Senior Deputy Attorney General
        PA I.D. # 44627

        Susan J. Forney
        Chief Deputy Attorney General
        Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Date: July 22, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 22, 2005 a true and correct copy of the foregoing Notice of Substitution of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, and the document was mailed by United States Postal Service to the following non CM/ECF participants:

Tyrone Greene, EP-4593
SCI-Smithfield
P. O. Box 999, 1120 Pike Street
Huntingdon, PA 16652

                                           /sScott A. Bradley_____
                                           Scott A. Bradley
                                           Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219
Phone: (412) 565-3586
Fax:    (412) 565-3019

Date: July 22, 2005