# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Tyrone Green )
)
)
Plaintiff )
vs. )   No.   CA 03-149 Erie
Martin Horn, et al )
)
)
Defendants )

HEARING ON   Case Management Conference   September 16, 2005

Before   U. S. Magistrate Judge Susan Paradise Baxter

Tyrone Green, pro se                              Scott A. Bradley, Esq., AG's Office
Officer Moore                                     Elizabeth M. Yanelli, Esq.

Appear for Plaintiff                              Appear for Defendant

Hearing Begun  10:05                              Hearing Adjourned to  10:23

Hearing concluded C.A.V.                          Stenographer  NONE
                                                  Tape:          Index:

WITNESSES
For Plaintiff                                     For Defendant

Discovery to close:                               October 14, 2005

Dispositive Motions with Brief due:               December 9, 2005

Responses to Motions due:                         December 28, 2005

Plaintiff's Pretrial Statement due:

Defendant's Pretrial Statement due:

Case Designated Track:   1  or  2

Motion to Amend Complaint is due September 30, 2005.
Response to Motion to Amend is due October 14, 2005.
Discovery on new D may be extended at          C. Sander
the discretion of the Court.                    law clerk