## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYRONE GREEN** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **C.A. No. 03-149Erie** |
| | ) | |
| | ) | |
| **MARTIN HORN, et al.** | ) | |

### O R D E R

_____The papers in the above-captioned matter will not be processed any further for failure to comply with our Local Rules and/or practices.  The papers are deficient in the following respects:

_____ Failure to file with Clerk of Courts:17 South Park Row, Erie, PA 16501
_____ Failure to pay the filing fee or failure to move for leave to proceed in forma pauperis
_____ Failure to complete the in forma pauperis affidavit
_____ Failure to submit complaint on proper 1983 forms, to be supplied by the Clerk
_____ Failure to submit petition on proper 2254 forms, to be supplied by the Clerk
_____ Failure to sign complaint or petition
_____ Failure to file separate petition for each conviction, attacking more than one judgment
_____ Failure to submit pleadings to the court on paper no larger than 8½ x 11 inches
_____ Failure to include certificate of authorized officer on the institutional account statement
_____ Discovery materials are no longer accepted by the Court for filing in accordance with Local Rule 5.3.

_____

____**XX**____ **OTHER:**

**Failure to file a motion to amend the complaint, along with the proposed amended complaint.  This Court ordered that Plaintiff would be permitted to file a motion to amend the complaint before September 30, 2005.**

**Plaintiff may now file a motion to amend the complaint with a proposed amended complaint before October 11, 2005.  Defendants must file a response to the motion to amend before Ocotber 18, 2005.  No other case management deadlines will be changed at this time.**

For the foregoing reasons, these papers are being returned to you and will not be processed any further.  You may re-submit these documents but they must be submitted in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court (i.e.,

with a motion to amend the complaint).

SO ORDERED this 27th day of September, 2005.

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE