IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tyrone Green | - Ca, No. o3149- Erie |
|    Plaintiff | - District Judge Mclauglin |
| V. | - Magistrate Judge Baxter |
| Martin Horn, et al. | - |

AMENDED COMPLAINT ADDING

NEW DEFENDANTS AND DAMAGES

Plaintiff would humbly like to add physician's assistant telega, employed by S.C.I Albion medical Department.

Pa Telega pre-maturely confasated plaintiff splint while plaintiffs hand was still broken. Pa Telega did so without Dr. ferrettis approval, Thus causing plaintiff severe pain and discomfort and prolong the healing process causing further damage to plaintiffs hand.

There is no prejudice to the defendants, because there is no new claim or allegation. On page 3, of plaintiff's amended complaint plaintiff put the defendant on notice of the above event. plaintiff is just adding the person's name who was responsible. Plaintiff was unable to read the medical records pertaining to this event until defendant Baker filed its motion to dismiss plaintiff's amended petition.

## AMENDMENT TO DAMAGES SOUGHT

For the charges presented to this court concerning the total complaint. Plaintiff seeks to be rewarded the following paid by each defendant or the agency they work for;

1) pain and suffering $2oo,ooo
2) Neglances $2oo,ooo
3) Punitive damages $2oo,ooo
4) Compensatory $65,ooo
5) Declartory damages; whatever our Honor deems fit.
6) Discrimination; $5oo,ooo
7) Cruel and unusual punishment; $1oo,ooo and sentence reduction for violation of double jeopardy by plaintiff twice being punished in state custody.