IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE GREEN, | : | CA. No. 03-149 Erie |
| Plaintiff, | : | |
| | : | District Judge McLaughlin |
| vs. | : | |
| | : | Magistrate Judge Baxter |
| MARTIN HORN, ET AL. | : | |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2005, upon consideration of the Emergency Motion to Permit Discovery filed on behalf of Defendant, Mark Baker, D.O., it is hereby ORDERED that the Defendant's Motion is GRANTED. Discovery shall be permitted for an additional 45 days and all other deadlines in the Court's September 16, 2005 Case Management Memo shall remain in effect.

BY THE COURT:

_____
J.