# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Tyrone Green )
)
)
Plaintiff )
vs. )  No.    CA 03-149 Erie
Martin Horn, et al )
)
)
Defendants )

HEARING ON  November 8, 2005    Hearing on Motion

Before  U. S. Magistrate Judge Susan Paradise Baxter

Tyrone Green, pro se                            Scott A. Bradley, Esq., AG's Office
                                                Elizabeth Yaculli, Esq.

Appear for Plaintiff                            Appear for Defendant

Hearing Begun 10:00                             Hearing Adjourned to

Hearing concluded C.A.V.                        Stenographer Ron Bench
                                                CD:        Index:

WITNESSES
For Plaintiff                                   For Defendant

Emergency Motion to Permit Discovery (Document #79) is denied. Discovery has closed. Dispositive motions are due by December 9, 2005, and responses in opposition are due December 28, 2005. Defendants must file an opposition to Plaintiff's motion for summary judgment before December 28, 2005. Clerk of Courts is directed to send U.S. Marshal service forms to Plaintiff immediately.

C. Sander
Law Clerk