IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE GREEN, | : | ***Electronically Filed*** |
| | : | |
| Plaintiff, | : | CA. No. 03-149 Erie |
| | : | |
| vs. | : | |
| | : | District Judge McLaughlin |
| MARTIN HORN, ET AL. | : | |
| | : | Magistrate Judge Baxter |
| Defendant. | : | |
| | : | |

### ACCEPTANCE OF SERVICE

I accept service of Plaintiff's Amended Complaint on behalf of Defendant, Dan Telega, Physician's Assistant, and certify that I am authorized to do so.

PIETRAGALLO, BOSICK & GORDON LLP

**12/07/05**  /s/ **Elizabeth M. Yanelli**
Date    ELIZABETH M. YANELLI, ESQUIRE
        Pa. I.D. #86932
        One Oxford Centre, 38th Floor
        Pittsburgh, PA  15219
        (412) 263-2000

        *Attorney for Defendant,*
        *Dan Telega, Physician's Assistant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **ACCEPTANCE OF SERVICE** was served via United States First-Class Mail, postage prepaid, this 7th day of December, 2005, upon:

Tyrone Green - EP-4593
SCI Smithfield
1120 Pike Street
P.O. Box 9999
Huntingdon, PA 16652

Scott Bradley, Esquire
Sr. Deputy Attorney General
Litigation Section
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

　　　　　　　　　　　　　　　　　*/s/ Elizabeth M. Yanelli*
ELIZABETH M. YANELLI, ESQUIRE
Pa. I.D. No. 86932

PIETRAGALLO, BOSICK & GORDON
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA  15219
(412) 263-2000

*Attorney for Defendant, Dan Telega,
Physician's Assistant*