IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE GREEN, | : | ***Electronically filed*** |
| | : | |
| Plaintiff, | : | CA. No. 03-149 Erie |
| | : | |
| vs. | : | |
| | : | District Judge McLaughlin |
| MARTIN HORN, ET AL. | : | |
| | : | Magistrate Judge Baxter |
| Defendant. | : | |
| | : | JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURTS:

    Kindly enter the appearances of Elizabeth M. Yanelli, Esquire, and Pietragallo, Bosick & Gordon, as counsel of record for Defendant, Dan Telega, Physician's Assistant, in the above-captioned matter.

    Respectfully submitted,

PIETRAGALLO, BOSICK & GORDON

**/s/ Elizabeth M. Yanelli**
ELIZABETH M. YANELLI, ESQUIRE
Pa. I.D. #86932
One Oxford Centre, 38th Floor
Pittsburgh, PA  15219

(412) 263-2000

*Attorney for Defendants,*
*Dan Telega, Physician's Assistant and*
*Mark Baker, D.O.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served via United States First-Class Mail, postage prepaid, this 7th day of December, 2005, upon the following non-ECF users:

Tyrone Green - EP-4593
SCI Smithfield
1120 Pike Street
P.O. Box 9999
Huntingdon, PA 16652

 /s/ Elizabeth M. Yanelli
ELIZABETH M. YANELLI, ESQUIRE
Pa. I.D. No. 86932

PIETRAGALLO, BOSICK & GORDON
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA  15219
(412) 263-2000

*Attorney for Defendant, Dan Telega, Physician's Assistant*