IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE GREEN, | : | CA. No. 03-149 Erie |
| | : | |
| Plaintiff, | : | |
| | : | District Judge McLaughlin |
| vs. | : | |
| | : | Magistrate Judge Baxter |
| MARTIN HORN, ET AL. | : | |
| | : | *Filed Electronically* |
| Defendants. | : | |
| | : | JURY TRIAL DEMANDED |

### ORDER

AND NOW, this ____ day of _____, 20___, upon consideration of the Joint Motion for Summary Judgment filed on behalf of Defendants, Mark Baker, D.O. and Dan Telega, PA, and the Brief in Support of the same, the Motion is hereby **GRANTED**.

_____
J.