# EXHIBIT 3

**mc+** Millcreek Community Hospital

EMERGENCY ROOM /OUTPATIENT

MEDICAL RECORDS

AUTHORIZATION ON REVERSE SIDE PAT# 1055553     HOUSE PHYSICIAN EBERLE, PAUL D.O.

| LAST NAME | FIRST NAME | MIDDLE NAME | HOME PHONE | DATE AND TIME | EMERGENCY ROOM NO. |
|---|---|---|---|---|---|
| GREEN, TYRONE | | | 756-9722 | 082701 01:17pm | 139918 |

| ADDRESS | CITY | STATE | AGE | DATE OF BIRTH | SEX | MAR STAT | RACE | RELIGION | RES. AREA | SOC. SEC. NO. (PAT/GUAR) |
|---|---|---|---|---|---|---|---|---|---|---|
| 10745 RT 18 | ALBION | PA 16475 | 31 | 01/23/70 | M | S | B | | 999999 | |

PATIENT'S EMPLOYER — UNEMPLOYED
GUARANTOR'S EMPLOYER — UNEMPLOYED

GUARANTOR/NEAREST RELATIVE — ALBION STATE PRISION GUARDIAN     ADDRESS 10745 RT 8 ALBION, PA 16401     PHONE 756-9722

FAMILY PHYSICIAN BAKER, MARK D. D.O.     BROUGHT BY AMBULATORY

EMERGENCY ROOM [X]     OUTPATIENT [ ]

BRIEF HISTORY: CHIEF COMPLAINT: (IF ACCIDENT, STATE WHEN, WHERE, AND HOW INJURED) Slipped coming out of shower & sustained inj to Rt Hand 2day

ALLERGIES: NKA
MEDICATIONS: XNAX Sequanex
NURSE'S SIGNATURE: J Seaman RN     NOTIFIED:

LAST TETANUS TOXOID: E 49.7   93.53/2 9125/RT 706   C- 706

PHYSICIAN'S REPORT     TIME EXAMINED     CONDITION ON ADMISSION:

PHYSICAL FINDINGS: ORTHO NOTE- 31 yo RHD M, prisoner, fell 2 d ago + prison. Pain + swelling Rt hand. Xray taken in prison fx Rt ring finger MC + avulsion base small f MC.

PE: Rt hand swelling /painful
Moves digits
+ capillary refill

PHYSICIAN'S ORDER: + NWI
Xray: reviewed / as above

| MEDICATION | AMOUNT | MODE | TIME | BY |
|---|---|---|---|---|

Imp: Ofx /displaced Rt ring finger prox MC
2 Avulsion fx Rt small finger MC base

TREATMENT/PROCEDURES     

| | TIME | TEMP. R.O.A. | P | R | |
|---|---|---|---|---|---|
| Ulnar gutter splint | 14:00 | 98.1 | 76 | 18 | 130/70 |
| Sling | | | | | |
| F/U opp. 9/5/01 @ 14:15 | | | | | |

DIAGNOSIS

RX GIVEN

REFERRED TO     [ ] ADMIT [ ] DR. OFF [ ] TRANSFER [ ] HOME [ ] EXPIRED     CONDITION ON DISCHARGE:

D.O.   8-27-01     TIME 1545   A.M. / P.M.

FURTHER DISPOSITION     ATTENDING PHYSICIAN     DATE

0000003

①

# CONSENT FORM

## MILLCREEK COMMUNITY HOSPITAL, 5515 PEACH STREET, ERIE, PA 16509

**CONSENT TO HOSPITAL CARE:** THE UNDERSIGNED PATIENT PRESENTS HERSELF/HIMSELF FOR ADMISSION TO MILLCREEK COMMUNITY HOSPITAL ("HOSPITAL") OR EMERGENCY/OUTPATIENT CARE AND VOLUNTARILY CONSENTS TO THE RENDERING OF SUCH CARE, INCLUDING DIAGNOSTIC PROCEDURES AND MEDICAL TREATMENT, BY AUTHORIZED AGENTS AND EMPLOYEES OF THE HOSPITAL, AND BY ITS MEDICAL STAFF, OR THEIR DESIGNEES. THE UNDERSIGNED PATIENT ACKNOWLEDGES THAT NO GUARANTEES HAVE BEEN MADE AS TO THE EFFECT OF SUCH EXAMINATIONS OR TREATMENT ON MY CONDITION. DIAGNOSIS AND TREATMENT MAY, AT TIMES, INVOLVE DISCOMFORTS AND RISK OF INJURY. EACH PATIENT HAS THE RIGHT TO CONSENT TO, OR TO REFUSE, ANY PROPOSED PROCEDURE OR THERAPEUTIC COURSE. THE PATIENT'S HOSPITAL CARE IS DIRECTED BY HIS/HER ATTENDING PHYSICIAN. SINCE THE HOSPITAL IS A TEACHING HOSPITAL, PHYSICIANS, NURSES AND OTHER HEALTH CARE PROFESSIONALS IN TRAINING MAY ATTEND PATIENTS OR BE PRESENT DURING PATIENT CARE AS PART OF THEIR EDUCATION.

**RELEASE OF INFORMATION:** THE HOSPITAL MAY DISCLOSE PATIENT INFORMATION IT DEEMS APPROPRIATE TO ANY PERSONS OR CORPORATION WHICH IS OR MAY BE LIABLE UNDER A CONTRACT TO THE HOSPITAL OR TO THE PATIENT OR TO A FAMILY MEMBER OR EMPLOYER OF THE PATIENT FOR ALL OR PART OF THE HOSPITAL'S CHARGE. AT THE REQUEST OF THE PATIENT'S INSURANCE COMPANY OR OTHER PERSON OR COMPANY UNDER CONTRACT TO PAY ALL OR PART OF THE HOSPITAL'S CHARGES, THE MEDICAL RECORD WILL BE CONFIDENTIALLY REVIEWED BY PHYSICIANS OR THE DESIGNEES TO DETERMINE THE NEED FOR HOSPITALIZATION. PAYMENT BY THE INSURANCE COMPANY, OR OTHER PERSON UNDER OBLIGATION BY CONTRACT TO MAKE PAYMENT, MAY NOT BE MADE IF NO NEED FOR HOSPITALIZATION IS FOUND.

**HOSPITAL ADMISSION:** SHOULD A SURGICAL PROCEDURE BE PERFORMED ON AN ELECTIVE, EMERGENCY, OR OUTPATIENT BASIS, THE UNDERSIGNED PATIENT UNDERSTANDS THAT ADMISSION TO THE HOSPITAL AS AN INPATIENT FOLLOWING THIS PROCEDURE MAY IN SOME CIRCUMSTANCES BE DEEMED APPROPRIATE FOR OPTIMAL RECOVERY. IN THAT EVENT, THE UNDERSIGNED PATIENT AUTHORIZES THE HOSPITAL, ITS REPRESENTATIVES AND DESIGNATED PHYSICIANS, TO MAKE THAT DETERMINATION BASED ON THEIR BEST PROFESSIONAL JUDGMENT AND TO ADMIT THE UNDERSIGNED PATIENT TO THE HOSPITAL.

THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS READ THE FOREGOING CONSENT OR THAT THE FOREGOING CONSENT HAS BEEN READ TO HIM OR HER IN HIS PRIMARY LANGUAGE AND HAS BEEN EXPLAINED, AND THAT THE UNDERSIGNED IS SATISFIED THAT HE/SHE UNDERSTANDS THE CONTENT AND SIGNIFICANCE OF THE FOREGOING.

X _____   X 08-27-01 _____   _____ AM / PM
(PATIENT SIGNATURE)          (DATE)                      TIME(CIRCLE ONE)

_____
(WITNESS)

BECAUSE THE PATIENT IS AN UNEMANCIPATED MINOR, OR IS UNABLE TO SIGN, THE ABOVE CONSENT IS GIVEN ON THE PATIENT'S BEHALF BY THE UNDERSIGNED.

_____        X _____
(WITNESS)                       (CLOSEST RELATIVE OR LEGAL GUARDIAN)

_____        _____
(DATE)         TIME(CIRCLE ONE) (RELATIONSHIP TO PATIENT)

**RESPONSIBILITY FOR DISCHARGE:** I AM VOLUNTARILY LEAVING AND SIGNING OUT FROM THE MILLCREEK COMMUNITY HOSPITAL AGAINST THE ADVICE OF MY PHYSICIAN AND/OR THE MEDICAL STAFF. IN DEMANDING THIS DISCHARGE, I HEREBY RELEASE MY PHYSICIAN, THE HOSPITAL, AND ITS STAFF FROM ANY AND ALL RESPONSIBILITY.

_____        _____
(WITNESS)                       (PATIENT SIGNATURE)

_____ AM / PM
(DATE)         TIME(CIRCLE ONE)

I, _____, am taking, _____
from the Millcreek Community Hospital against the advice of his/her physician and/or the Medical Staff. In demanding this discharge, I hereby release his/her physician, the Hospital, and its staff from any and all responsibility for the care, treatment, or condition of the above named patient.

_____        _____
(WITNESS)                       (SIGNATURE)

_____ AM / PM   _____
(DATE)         TIME(CIRCLE ONE)    (RELATIONSHIP TO PATIENT)

FORM 1110



5515 Peach Street · Erie, PA 16509 · 814/864-4031

**Millcreek
Community
Hospital**

GREENVILLE E
139710    31
17747 37 10
AERVING PA 16413
FAUL GUGGLL J.J.

Dear Patient:

As you are admitted to the hospital (In-patient, Out-patient, surgery, or Emergency Room), Federal Law now requires us to ask you whether or not you have a written document called an "Advance Directive". This document can be a "Living Will" or "Durable Power of Attorney" which states your wishes for medical treatment should you become unable to participate in your medical care.

The brochure given to you on an inpatient admission better explains what Advance Directives are and how you are given the opportunity to complete an Advance Directive statement, should you so desire to.

You are not obligated to complete an Advance Directive statement. If you would like further information, please inform hospital personnel during your admission process. Someone from the Social Services Department or Nursing will be happy to see you.

We appreciate your comments and interest in this area. Please sign the statement below as requested. Thank you!

---

INFORMATION ON ADVANCE DIRECTIVES WAS PRESENTED TO ME AS STATED ABOVE:

_____ I "DO" HAVE AN ADVANCE DIRECTIVE DOCUMENT WITH ME AT THIS TIME.

_____ I "DO" HAVE AN ADVANCE DIRECTIVE, BUT IT IS NOT WITH ME AT THIS TIME.

__X__ I "DO NOT" HAVE AN ADVANCE DIRECTIVE DOCUMENT AT THIS TIME.

_____ I WOULD LIKE FURTHER INFORMATION ON COMPLETING AN ADVANCE DIRECTIVE AT THIS TIME.

_____ 08-27-01
(PATIENT SIGNATURE)        (DATE)

Providing total health care since 1950

FORM 1140

③

Name _Tyrone Green_

Date ___8/27/01___

**MILLCREEK COMMUNITY HOSPITAL**
5515 Peach Street
Erie, PA  16509

## ORTHOPEDIC INSTRUCTIONS

(✓) Keep your cast/dressings clean and dry.

( ) Do not put anything inside your cast/dressings.

( ) Keep affected area elevated above your heart on soft pillows and iced for 48 **hours** and any time swelling occurs.

( ) Check toes and fingers frequently for swelling.

( ✓) Move toes and fingers frequently to prevent swelling and stiffening.

( ) Do not bear weight for _____ hours on a walking cast.

( ) Always wear cast boot when bearing weight on walking cast.

(✓) Wear arm sling _____

( ) Use your crutches as directed and **always** bring them to every appointment.

( ) Never trim or cut down the length of your cast by yourself.

(✓) Call Millcreek Community Hospital at (864-4031) if:

   a.  Pressure points or rubbing develops under your cast.
   b.  Your exposed body area (fingers or toes) becomes numb or cool.
   c.  Your cast softens, cracks, or breaks.
   d.  You experience a significant increase in pain.

( ) You have a prescription for _____
take _____

( ) You have a clinic appointment at the hospital at __14 : 15__ AM/PM
on ____9/5/01____.

( ) Call _____(864-4031) at 8 AM on _____ at Millcreek Community Hospital to set up an appointment for that day with your Attending Orthopedist to be seen at the Hospital.

( ) Call the office (864-5455) today for an appointment for _____

( ) Your Attending Orthopedist is :_____

( ) No school until _____

( ) May return to school _____

( ) No Gym until released by Attending Orthopedist _____

( ) No work until released by Attending Orthopedist

( ) May return to work _____

( ) ADDITIONAL INSTRUCTIONS

_Post Ice re'write_
_____
_____
_____
_____
_____

Form #630

0000006

**Emergency Department Record**                                    ☐ Chart Complete

Time of Initial M.D./D.O. evaluation:_____ AM/PM   Mode of arrival: ☐ Prvt. Auto ☐ Ambulance ☐ Police   PMD:_____

| CC: | Dictated ☐ |
|---|---|
| *Elements: location, quality, severity, duration, timing, context, modifying factors, and associated signs and symptoms* | Bed Number: |

**HPI:** Patient is a _____ old   with complaint of:

*31 yo old + transfer en from Albion state Correctional*
*Facility c Hx of falling 2 days ago*
*x-rays at prison revel fracture*

---

**PMH:** ☐ No serious illness  ☐ Old chart reviewed (date):___/___/___  ☐ A-fib ☐ Appy. ☐ Asthma ☐ CABG ☐ CAD ☐ CHF   | **LMP:** ___/___/___
☐ Cholecyst. ☐ COPD ☐ CVA ☐ HTN ☐ Hyperchol. ☐ IDDM ☐ NIDDM ☐ MI ☐ PTCA ☐ Seizures ☐ TIA   | **Tetanus:** ___ yrs.

*healthy*

**Meds:** ☐ None ☑ Agree with triage list
**Allergies:** ☐ NKDA
**FH:** ☐ No related family hx

**SOC:** Tobacco:_____ ETOH:_____ Drugs:_____   Marital (circle): S M W D  Occup:_____

| Neg. | Ser nrs | REVIEW OF SYSTEMS (Circle Abnormals) | Neg. | Ser nrs | REVIEW OF SYSTEMS (Circle Abnormals) |
|---|---|---|---|---|---|
| ✓ | | CONST: *fever - chills - wt. loss - weakness* | ✓ | | MUSC: *new bone or joint pain - back problems* |
| ✓ | | EYES: *acuity change* | ✓ | | INTEG: *skin lesions - rash* |
| ✓ | | ENMT: *hearing loss - earache - nasal drainage - sore throat* | ✓ | | NEURO: *syncope - focal weakness - HA - seizure - dizziness* |
| ✓ | | RESP. *SOB - cough - sputum - wheezing* | ✓ | | PSYCH: *prior psych hx - depression - anxiety* |
| ✓ | | CV: *chest pain - palpitations - PND - orthopnea* | ✓ | | ENDO: *polyuria - polydipsia* |
| ✓ | | GI: *nausea - vomiting - diarrhea - pain - melena - hematochezia* | ✓ | | HEME/LYMPH: *bruising - adenopathy* |
| ✓ | | GU: *dysuria - urgency - frequency - nocturia* | ✓ | | ALLERGIC/IMMUNO: *urticaria - hayfever* |

**ROS Details:**

☐ All Other Systems Negative     ☐ Complete History Unobtainable Due to:

**PHYSICAL EXAMINATION**     ☐ PE limited by acuity     ☐ See ED course for further PE

| CONST: | ☐ vitals nl, see triage   T: *98.1*   BP: *130 / 70*   HR: *76*   RR: *18* |
|---|---|
| | ☐ well-developed, well nourished  ☑ alert   ○ no distress   ○ GCS 15   ○ non-toxic  ☑ age-appropriate behavior |

Abnl/Other:

**EYES:** ☐ lids, conjunctiva nl   ☐ PERRL, irises nl   ☐ discs & fundi nl
Abnl/Other:

**ENMT:** ☐ ext. ears, nose nl   ☐ TM's, canals nl   ☐ hearing grossly intact   ☐ nasal exam nl   ☐ lips, teeth, gums, palate nl   ☐ oropharynx nl
Abnl/Other:

**NECK:** ☐ neck supple, symmetric, no masses   ☐ thyroid nl   ☐ no JVD   ○ neck nontender   ○ full ROM w/o pain
Abnl/Other:

**RESP.:** ☑ respiratory effort nl   ☐ clear to auscultation   ☐ percussion nl   ☐ palpation of chest nl   ☐ chest symmetry & expansion nl
Abnl/Other:

**CV:** ☑ RRR; no murmur, gallop, rub   Pulses: ☐ carotid nl ☐ abd. aorta nl ☐ femoral nl ☐ pedal nl   ☐ no edema
Abnl/Other:

**GI:** ☐ no tenderness or mass ☐ liver & spleen nl ☐ no hernia ☐ rectal: no mass, HEME:____ ○ +BS's ○ nondistended ○ no rebound/guarding
Abnl/Other:

**GU:** (male): ☐ scrotal contents nl   ☐ penis nl   ☐ prostate nl   ○ no CVA tenderness
(female): ☐ ext. genitalia & vagina nl ☐ urethra nl ☐ bladder nl   ☐ cervix nl   ☐ uterus nl   ☐ adnexa nl   ○ no CVA tenderness
Abnl/Other:

**MUSC.:** Normal extremities: ○ All ○ RUE ○ LUE ○ RLE ○ LLE ☐ back nl ○ pelvis & hips nl ☐ gait & station nl ☐ digits & nails nl
Abnl/Other: *Diffuse Swelling ® hand   capillary refill intact*
*No neurological deficit*

**SKIN:** ☐ inspection nl   ☐ palpation nl   ○ well hydrated     | ☐ Wound recheck: healing without infection
Abnl/Other:

**LYMPH:** Normal nodes: ☐ cervical ☐ other:
Abnl/Other:

**NEURO:** ☐ CN II-XII intact   ☐ DTR's symmetric   ☐ sensory intact
○ motor strength nl ○ straight leg raises neg.
Abnl/Other:

**PSYCH:** ☐ judgement/insight nl  ☐ oriented x 3  ☐ memory nl  ☐ mood nl
○ no delusions ○ no hallucinations ○ no suicidal/homicidal ideations
Abnl/O:

ER-002 12/99                    MEDICAL RECORDS

0000007



**mc** Millcreek    5515 PEACH ST.
Community    ERIE, PA
Hospital    16509

All studies interpreted by ED Physician unless otherwise noted

## MEDICAL DECISION MAKING

Cardiac monitor:   ☐ Normal sinus rhythm   ☐ Other:
12 lead EKG:   ☐ NSR, no ischemic changes ☐ Other:
Pulse Ox.:   ____% on   ☐ Normal ☐ Low   Pulse Ox. 2:   ____% on   | ABG:   pH ____   p02 ____   pC02 ____   HCOs ____
Radiographs:   ☐ E.D. M.D./D.O. ☐ Radiologist
   ☐ E.D. M.D./D.O. ☐ Radiologist

| CBC: ☐ WNL   ☐ Abnormalities: | CHEM: ☐ WNL | | | |
|---|---|---|---|---|
| WBC _____ | ☐ Abnormalities: | NA _____   ALB _____   LDH _____ | PT ___ INR ___ PTT ___ |
| HGB _____ % Segs _____ | GLU _____ | K _____   SGOT _____   CK _____ | DIG _____ |
| HCT _____ % Band _____ | BUN _____ | CL _____   SGPT _____   MB _____ | TOX _____ |
| PLT _____ % Lymphs _____ | CR _____ | C02 _____   ALK PH. _____   MB % _____ | BLOOD ETOH _____ |
| | | CA _____   Bilirubin _____   Amyl _____ | OTHER: _____ |

UA:    Stool guaiac:   Positive/Negative    Pregnancy:   Positive/Negative

**ED Course, Procedures & Discussion:**    *UNSTABLE Critical care time: _____ minutes*

| TIME | |
|---|---|
| | X-ray |
| | ① fx) proximal metacarpal 4th digit |
| | ② small avulsion fx) mc base 5th digit |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Time patient admitted to "Observation Status" _____    Case discussed with: _____
Time patient discharged from "Observation Status" _____    ☐ Other procedures by MD: IV / IVP Dye / NG Tube / Bladder Cath / Blood Draw

## PHYSICIAN ORDERS

| TIME | LAB / X-RAY / EKG | NOTED TIME | INITIAL | TIME | MEDS / TREATMENTS | NOTED TIME | INITIAL |
|---|---|---|---|---|---|---|---|
| | ☐ CBC    ☐ Met. Panel: ( basic / comp. ) | | | | ☐ IV: | | |
| | ☐ CXR ( Port/2V )    ☐ EKG | | | | ☐ Monitor    ☐ Pulse Oximetry | | |
| | ☐ UA ( dip / lab )    ☐ CARDIAC PROFILE | | | | ☐ dt. .5cc IM | | |
| | ☐ PREGNANCY ( serum / urine ) | | | | | | |
| | ☐ PT  ☐ PTT ☐ DIG. | | | | | | |
| | ☐ URINE TOX.    ☐ Blood Alcohol | | | | | | |
| | ☐ CT: | | | | | | |
| | ☐ ULTRASOUND: | | | | | | |
| | Orthopedic consult | | | | | | |
| | | | | | | | |

**IMPRESSION:** ① Displaced fx) proximal metacarpal 4th digit (R) hand
② small avulsion fx base 5th metacarpal (R) h___

## DISPOSITION / AFTERCARE:    Physician Signature: _____

Follow-up with Dr(s): _____    in _____ days.
Meds:
Other:    ☐ A.C. Sheets:

| AUTHORIZATION | CONDITION: |
|---|---|
| The patient was provided service & care as necessary to determine if an emergency medical condition existed. After appropriate care was provided to stabilize the patient's condition, the Healthcare Service Plan (HSP) was contacted to request payment authorization for post stabilization care. Initial telephone contact with HSP was made at _____ AM/PM. The case was discussed with _____ from _____ (medical group) at _____ AM/PM by _____ | ☒ Improved   ☒ Stable   ○ Unstable   ○ Critical |
| ER staff member _____ | |

Payment for post stabilization care was:
☐ Authorized for: _____
     AUTH # _____
☐ Not Authorized _____
The patient was:   ☐ Discharged   ☐ Admitted to: _____
☐ Unable to transfer __ __ __ stable condition.
☐ Transferred to: _____    via _____

ER-002 12/99

⑥

# EXHIBIT  4

# PHYSICIAN'S ORDERS

Inmate Name: _Green, Tyrone_

Inmate Number: _EP4593_

DOB: _1-23-70_

Institution: _SCI Albion_

Drug Allergies: _NKDA_

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7-19-01 1456 | 3 | Gentisonth ophthalmic soln. gtts II OS qid x 7 days → give [illegible] LPN [illegible] 1267 ~~Dr. Mark Baker~~ Medical Director |
| 7-27-01 1315 | B | SMA 25 EKG → AMS within [illegible] ~~TAMMY MOWRY PA~~ JODI EBRIGHT LPN [illegible] 310 ~~Dr. Mark Baker~~ Medical Director [illegible] 7-27-01 1335 |
| 8/25/01 2000 | 4 | 23° deform...[illegible] abrasion Percy Motrin QID PRN x 24° clce to @ [illegible] QID PRN x 24° JOHN PURVIS, RN If [illegible] order Dr. Baehline /jf/ [illegible] 8/25/01, [illegible] M. Kish— 8/26/01 65u MARCIE KISH, RN II DR. DAVID BAEHLINE D.O. 8-26-01 1100 |

# PHYSICIAN'S ORDERS

Inmate Name: GREEN, TYRONE

Inmate Number: EP 4593

DOB: 1-23-70

Institution: SCI - ALBION

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8-26-01 1100 | 4 | Xray Rt hand AN -8-27-01 ✓ RLY 8/27/01 Release to Block — |
| | | JAMES McDUFF, RN    DR. DAVID BASHLINE D.O. McDuffin 8/26/01 1134 |
| 8/27/01 1005 | 4 | Send to MCH ortho via state car via SH clinic (tomorrow) ✓ RLY 8/27/01 M. Kish RN Dr. Mark Baker Medical Director R-26-01 1005 |
| | | M. Kish RN 8·27·01 MARCIE KISH, RN II 1110 |
| R-27-01 | | RN at [illegible] ortho clinic c Dr. [illegible] 9-50) at 1415pm Medical Director RN at [illegible] [illegible] R-27 |

# PHYSICIAN'S ORDERS

Inmate Name: _Gray, Tyrone_

Inmate Number: _BP4593_

DOB: _1-23-__

Institution: _SCI Albion_

Drug Allergies: _NKA_

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8-27-01 | | ① Ice to _Ohand_ q4d m x 4 Am |
| no chart | | ② Tylenol #3 ī po qid pm severe pain x 3 days |
| available | | ③ Ibuprofen 800mg po tid x 6d pm mod pain 7days |
| | | ④ Arm sling _Prom_ pt has x14 days pt has nurse _please complete item issue_ _review and give to_ _Pt. today_ |
| | | ⑤ _f/u_ ī orthop'ist Dr. T. Smith at Meadville ortho clinic a 1-2 d pt 14Hrs ✓ RLD 9/5/01 |
| | | _Dr. Mark Baker_ _Medical Director_ |
| | | ⑥ _No work, sports, activity use lightly._ |
| 8-27-01 1806 | | x 3 days @ 9-29-01 may walk in yard only — nurse please have pt. sign medications SCI/SSA point tissue onto pt ʌd _Susan Pittsenbarger, LPN_ _Dr. Mark Baker_ _Medical Director_ |
| 9-14-01 1720 | 5 | F/U for office visit Ortho Clinic ✓ RLD 9/17/01 _DR. DAVID DASHLING, D.O._ _Richard M. Carter, LPN_ |

PLEASE USE BALL POINT PEN ONLY

③

# PHYSICIAN'S ORDERS

Inmate Name: Green Tyrone

Inmate Number: EP 459B

DOB: 1-23-70

Institution: Albion

UKDA

**Drug Allergies:**

**Self-Medication Program** ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 9-20-01 1010 | #19 | xray ® hand AP/LAT/OBLIQUE thru splint |
| | | Susan Martin, LPN |
| 9/21/0 1400 | C | DK Risperdal — not taking |
| | | ↑ Xanax to 1mg po tid prn ⎱ × 60d |
| Susan 9-21-01 1641 Martin, LPN | | Sinequan 50mg po hs ⎰ |
| Smith | | RTC in 8 wks |
| | | Angela Lindemuth, D.O. |
| 10/Oct/01 10Am | 19 | ® hand Ap/lat oblique OOS L HWKT |
| | | Dr for bruy of small & ring fin in MP area po ® hand |
| 10PM | | PA LUCORE FPA |
| | | Dr. Mark Baker 6/12/01 1345 |
| 10/25/01 1350 | ⑨⑩⑤ | ① shulder ear irrigation c H₂O in Lwk × 30m apt |
| | | ② Debrox gtt ÷ n au B10 × 5d |
| Susan Martin, LPN 1853 | | ③ Tolnaftate 1% Cr apply B10 × 30d ⎱ c 8 refills |
| | | ④ Motrin 600g ÷ po QID prn × 30d ⎰ refills |
| | | DR. DAVID BASH... D.O. ...PAC 10-25 1350 |

PLEASE USE BALL POINT PEN ONLY

④

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

Institution: SCI - Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 11/9/01 1000 | C | ✓ Xanax 1mg po tid prn ✓ Sinequan 50mg po hs } x 90d RTC in 12 wks. Angela Lindemuth, D.O. |
| | | 1300 9-01 Sandra Malena, RN RN |
| 11-28-01 1505 | C | EKG - not done from 7/01 order No AMS pending → Mandatory Dr. M. TAMMY ... PA Medical Director |
| 11-28-01 1735 | | LPN 11/27/01 1630 |
| 2/11/02 1400 | C | Xanax 1mg po tid prn Sinequan 50mg po hs } x 90d RTC in 12 wks Angela Lindemuth, D.O. |
| | | 2/11/02 1715 |
| 2/18/02 1640 | 6 | Dibucaine 1% ointment apply one daily for hemorrhoids of 10 doses in stock - notify nurse give labs till talk to Dr. Brenda Hale, RN II |
| | | 3/5/02 1731 |

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 3/15/02 1345 | 7 | LAB: LSD PANEL, CBC |
| | | DR. DAVID BASH???, D.O.   3-15-02   1630 |
| | | Richard ??? RN   3/15 1720 |
| 4/23/02 1255 | 8 | Refer to Optometry (field, detensen) |
| | | i/d 4-24-02 |
| | | VO Dr. Baker / B. Morgan |
| | | 4/23/02 1255   BARBARA MONROE, RN |
| 5/17/02 1540 | C | Xanax 1mg po tid prn ⟩ |
| | | Sinequan 50mg po hs ⟩ x 90d |
| 5-17-02 1710 | | RTC in 12 wks |
| Susan Martin, LPN | | Angela Lindenmuth, D.O. |

PLEASE USE BALL POINT PEN ONLY

⑥

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone

Inmate Number: E P 4593

DOB: 1-23-70

Institution: S C I Albion

Drug Allergies: _NKDA_

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8/5/02 | | Pen VK 500 — ĩ no Oxicoden. co *dels during dental trip* mechanical soft diet x 30 days 8/5/02 - 9/5/02 . Self for *saline* *rinse* |
| 12⁵⁵ | | x 28 days RALPH LUCAS, RN 8-3 *(signature)* DR. LESLIE GORDON, DDS |
| 8/12/02 1230 | C | Xanax 1mg po tid prn } ? Vistaril 50mg po hs prn } x 90d D/C Sinequan RTC in 2 wks Angela Lindemuth, D.O. |
| | | TOM HICKEY, RN 8/12/02    1315 C *(signature)* |
| 9/3/02 10²⁵ | 9 | Mechanical soft diet x 90 days 9/2/02 - 12/2/02 *Monthly reminders* *(signature)* — delivered in Dental Dept signed Healthy Care Plan Receipt DR. LESLIE GORDON, DDS *(signature)* |
| 9-3-02 1145 | | Oakes, RN *(signature)* ⑦ |

**PLEASE USE BALL POINT PEN ONLY**

Jean Oakes, RN    ⑦

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone

Inmate Number: EP 4593

NKDA

**Drug Allergies:**

DOB: 1-23-70

Institution: SCI Albion

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 9-27-02 (10) | 9 | Tobramycin G apply BID x 30 d. |
| | | DR. DAVID CASHLINE D.O. |
| | | 9/27/02 1400 BARBARA MONROE, RN |
| 11/4/02 1400 | C₄ | Xanax 1mg po tid prn Vistaril 50mg po ½ prn } x 90 d. RTC in 12 wks |
| | | Angela Lindemuth, D.O. |
| | | Elizabeth Barton, RN |
| 12-02 | | Math Doong po tid c food x 14 days |
| | 19 | |
| | | Sandra Materna, RN |
| 1/2/03 1105 | (19) | (1) Cardiac Diet x180 days |
| | 25 | (2) No work outside if temp <32° (cry yes or no =) |
| | 24 | (3) Miconazole cream 2% apply thin bid to groin rash x 3 days    No refills please fishing |
| | | (4) Carafate 1gm po qid to ulcer c Mylan    lab will take to pt |
| | | (5) Math Doong po qid c food —    1-2-03 13₃ |
| | | Otis c Carafate    bid x 3 days with 2 refills |

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 2/3/03 1400 | C | Xanax 1mg po tid prn ⎫ Vistaril 50mg po hs prn ⎬ x 90d RTC in 12wks *Andrea Lindemuth, D.O.* |
| 2-2003 CH4 1315 | B 12 | 2/3/03 1750 *R. Thomas, RN* Kaopectate 30cc p qid prn diarr X14d **JOHN PURVIS, RN** *2/3/3 1450* |
| 4/28/03 1725 | 19 | Motrin 600mg po QID ⎫ Carafate 1gm po QID ⎬ x 30d ō Duff 4-28-53 *Susan Martin, LPN* DR. DAVID BASHLINE D.O. |
| 5/27/03 0845 | C | ① Xanax 1mg po tid prn anxiety ⎫ both x 30 days - no refill - for psychiatry ② Vistaril 50mg po HS prn anxiety ⎬ *McDuff* **JAMES McDUFF, RN** 5-27-03 1311 |

**PLEASE USE BALL POINT PEN ONLY**

⑨

# PHYSICIAN'S ORDERS

| | |
|---|---|
| Inmate Name: | Green Tyrone |
| Inmate Number: | EP4593 |
| DOB: | 1-23-76 |
| Institution: | Sci Albion |

Drug Allergies: nkda

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 5.27.03 0905 | #20 | HIV test c̄ pre + post test counseling v̄ Dr Baker / *Chris Bindaum Infection Control Nurse* 5/27/3 0905 *Dr. Mark Baker* |
| 6-1-03 1520 | #9 | ① Motrin 600mg po qid prn pain × 3 days with food ② Carafate 1gm po qid prn pain c̄ motrin with 20 min ③ Saline nasal spray 2 sprays each nostril qid × 3 days *Susan Martin, LPN* *Dr. Mark Baker Medical Director* |
| 6-1-03 1855 | | |
| 7-1-03 1835 | #3 | ① Xanax 1mg po tid prn anxiety ② Vistaril 50mg po tid prn anxiety — Psychiatry *Susan Martin, LPN* *Dr. Mark Baker Medical Director* |
| 7-7-03 1340 | #9 | ① LFT 7/14 then 8/14; 9/14 ② Griseofulvin 500mg po bid × 3 days *TAMMY MOWRY,* *DON LUGORE* 9/7/03 1592 *Dr. Mark Baker Medical Director* 9/03 1455 |

PLEASE USE BALL POINT PEN ONLY

⑩

# EXHIBIT 5

# MEDICATION ADMINISTRATION RECORD

01/2001
DT01

(ALBI-283) ALBION CORRECTIONAL

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RPERDAL (RISPERIDONE) 1MG TAB<br>E 1 TABLET(S) BY MOUTH TWICE DAILY<br>STIFICATION APPROVED UNTIL 9.15.02<br>1613988 BASHLINE, D.O., DAVID, DO<br>ART – 07/17/2001 STOP – 03/15/2002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPIN (SINEQUAN-ADAPIN) 50MG CAP<br>E 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS 7 days<br>1966264 BESNER, PSYCH, LANCE, PY<br>ART – 07/20/2001 STOP – 10/04/2001 | | 50mg | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Xanax 1mg po BID<br>8/14 prn x7 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 800mg PO QID x 24° prn<br>8/25 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ice to @wrist QID PRN 12° | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8/25 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ICE TO @ HAND<br>QID PRN<br>8/27 x48° | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TYL # 3 ɨ PO<br>QID PRN<br>8/27 x severe pain x3D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN 800<br>po TID c food PRN<br>8/27 x moderate pain x7D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| ARTING FOR 08/01/2001 | THROUGH 08/31/2001 | | |
| sician BESNER, PSYCH, LANCE | | Telephone No. | Medical Record No. |
| Physician | | Alt. Telephone | |
| gies NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | |
| nosis | | | |
| aid Number | Medicare Number | Complete Entries Checked:<br>By: | |
| ENT | | PATIENT CODE | ROOM NO. | BED | FACILITY CODE |

①

# OUTPATIENT VITAL SIGNS FLOW SHEET

| DATE | TIME | BP | APICAL PULSE | RADIAL PULSE | RESP | TEMP | WEIGHT (if applicable) | SIGNATURE |
|------|------|-----|-------------|--------------|------|------|-----------------------|-----------|
| 8-26-01 | 050 | 166/64 | | 66 | 20 | 98o | | Blsn |
| 8-26-01 | 0930 | 100/70 | 60 | ⟋ | 16 | 97.0 | ⟋ | JmcDuffe |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Outpatient Vital Signs Flow Sheet
Commonwealth of Pennsylvania
Department of Corrections
DC-477

Inmate Name: GREEN, TYRONE

Inmate Number: BE-1261 new EP#4593

DOB: 01/23/70

Institution: SCI ALBION

# MEDICATION ADMINISTRATION RECORD

09/01/2001

(ALBI-283) ALBION CORRECTIONAL

| STDT01 MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RISPERDAL (RISPERIDONE) 1MG TAB    x60D
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY
JUSTIFICATION APPROVED UNTIL- 3.15.02
RX:   1613988 BASHLINE, D.O., DAVID , DO
START - 09/16/2001    STOP - 03/15/2002

DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME FOR
0 DAYS    x60D          9.21   x60D
RX:   1966264 BESNER, PSYCH, LANCE , PY
START - 07/20/2001    STOP - 10/04/2001

Xanax 1mg po BID
7/18          pm  x77d

Ibuprofen 800mg po
    TID  c food pm
8/27   Moderate pain x7d

Xanax 1mg
po TID prn
9.21          x60D

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| STARTING FOR | 09/01/2001 | THROUGH | 09/30/2001 | | |
|---|---|---|---|---|---|
| Physician BESNER, PSYCH, LANCE | | | Telephone No. | | Medical Record No. |
| Physician | | | Alt. Telephone | | |
| Allergies NO KNOWN DRUG ALLERGY | | | Rehabilitative Potential | | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | | Complete Entries Checked: | | |
| | | | By: | Title | Date: |

PATIENT CODE

③

PATIENT CODE    RCP    BED  FACILITY CODE
N, TYRONE

# MEDICATION ADMINISTRATION RECORD

10/01/2001

(ALBI-283) ALBION CORRECTIONAL

TDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALPRAZOLAM (XANAX) 1MG TAB
TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS NEEDED FOR 60 DAYS
RX: 2163023 LINDEMUTH, PSYCH, ANGELA , PY
START - 09/23/2001  STOP - 11/21/2001

DOXEFIN (SINEQUAN-ADAPIN) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 60 DAYS
RX: 2163027 LINDEMUTH, PSYCH, ANGELA , PY
START - 09/23/2001  STOP - 11/21/2001

Tolnaftate 1% cr
apply BID
10.25   DNF   x30D

De Bnox STT IV AU
BID
10.25   x5D

Mothin 600 mg
T po QID prn
10.25   DNF   x30D

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR 10/01/2001  THROUGH 10/31/2001

Physician LINDEMUTH, PSYCH, ANGELA

Telephone No.
Alt. Telephone
Medical Record No.

Allergies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

Diagnosis

Medicaid Number   Medicare Number   Complete Entries Checked: By:

Title:   Date:

PATIENT   PATIENT CODE   ROOM NO.   BED   FACILITY CODE

④

# MEDICATION ADMINISTRATION RECORD

1/01/2001

3TDT01                                                    (ALBI-283) ALBION CORRECTIONAL

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

LPRAZOLAM (XANAX) 1MG TAB
AKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS
EEDED FOR 60 DAYS  90 d.   11-19-01
X:   2163023 LINDEMUTH, PSYCH, ANGELA , PY
TART - 09/28/2001 77/21 STOP - 11/21/2001

OXEPIN (SINEQUAN-ADAPIN) 50MG CAP
AKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR
0 DAYS  90 d.   11-19-01
X:   2163027 LINDEMUTH, PSYCH, ANGELA , PY
TART - 09/28/2001 77/21 STOP - 11/21/2001      50

Tolnaftate 1-1. cr.
  apply BID
10/25              X 30 d

Motrin 600mg po QID
  PRN
10/25              X 30 d

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 11/01/2001 | THROUGH | 11/30/2001 | Telephone No. | | Medical Record No. |
|---|---|---|---|---|---|---|
| Physician  LINDEMUTH, PSYCH, ANGELA | | | | Alt. Telephone | | |
| Physician | | | | | | |
| gies    NO KNOWN DRUG ALLERGY | | | • | Rehabilitative Potential | | |

iagnosis

| ledicaid Number | Medicare Number | Complete Entries Checked: | | |
|---|---|---|---|---|
| | | By: | | |
| | | | Title: | Date: |
| ATIENT | | ⑤ | PATIENT CODE | ROOM NO. | BED | FACILITY CC |

# EXHIBIT  6

## SCI-ALBION
## HEALTH CARE ITEM RECEIPT

NAME _Green Tyrone_                     DOC # _EP 4593_

On this date _8-26-01_ , I received the following item(s) from the

Health Care Services Department:

1. _Coch-up splint_
2. _Ace Bandage._
3. _____

I am to keep this / these item(s)

☒    For _2_ Days and return them on _8-28-01_
                                    **or**

☐    Permanently

This receipt must also be returned when bringing issued items back to the Health Care Department.
All items must be intact when returned.

_(signature)_
Issuing Staff Member's Signature

X _(signature)_
Inmate Signature

_8-26-01_
Date

Issued item was returned on _____ and all pieces were / were not intact.

_____
Receiving Staff Member's Signature

_____
Date

**ORIGINAL — Health Care Department**                     **COPY — Inmate**

# EXHIBIT  7

*Albion*

**DC-456**

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME *GREEN, TYRONE*    NUMBER *EP4593*    QUARTERS

X-RAY NUMBER    DOB *1-23-70*    DATE OF X/RAY *9/21/01*    TECHNICIAN *LH*

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

*Rt hand (through splint)*    *Follow-up of fx*

PHYSICIAN *Baker*

REPORT  R HAND 3v:  Comparison w/ prior films 8/27/01.  F/u exam through an
immobilizing splint shows anatomic alignment of fx fragments at base of R
4th metacarpal.  Partial widening of fx line is related to early bony
healing.  F/u recommended.
IMPRESSION:  Anatomic alignment.

SS/dg  10/10/01                    *Sonja Schaffer, M.D.*

Diagnostic Stamp
Practitioner ✓
Date *12/11/01*
Time *134*

A            N            NCS
Abnormal    Normal      Not
(Requires A              Clinically
RDENTGENOLOGIST          Significant
Soap Note)

*Dr. Mark Baker*
*Medical Director*

DATE OF REPORT

**White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE**

---

*Albion*

**DC-456**

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME *GREEN, TYRONE*    NUMBER *EP4593*    QUARTERS *FA*

X-RAY NUMBER    DOB *1-23-70*    DATE OF X-RAY *8/27/01*    TECHNICIAN *LH*

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

*Rt hand*    *Fell getting out of shower 8/25/01*
*landing on Rt hand. Pain*
*swelling 4-5 MP area R/O FX*

*Bashline* PHYSICIAN

REPORT  R HAND 3v:  There is fx deformities including base of 4th metacarpal of
indeterminate age.  Soft tissue swelling is seen and I cannot exclude acute
injury.  Smoothly marginated prob. old fragment at lateral aspect base
5th metacarpal.
IMPRESSION:  Fx base of 4th metacarpal of indeterminate age.  Clinical
correlation recommended.  Soft tissue swelling noted.  Probable old chip fx
base of 5th metacarpal.

HKS/dg  9/18/01                    *Henry K. Smith, D.O.*

Diagnostic Stamp
Practitioner
Date *9-9-01*
Time *100*

A            N            NCS
Abnormal    Normal      Not
(Requires A              Clinically
RDENTGENOLOGIST          Significant
Soap Note)

*Dr. Mark Baker*

DATE OF REPORT    ①

**White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE**

*ALBION*

| DC-456 | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| **X-RAY REPORT** | DEPARTMENT OF CORRECTIONS |

NAME *GREEN, TYRONE*  NUMBER *EP4593*  QUARTERS *FA*

X-RAY NUMBER  DOB *1-23-70*  DATE OF X-RAY *10/12/01*  TECHNICIAN *LH*

☐ TREATMENT  ☐ EXAMINATION  DETAILS:

*Rt Hand*

*X-Ray done out of splint per DR FERRETTI*

PHYSICIAN *BAKER*

REPORT  RIGHT HAND (3v): Compared to previous films from 9/21/01. There is
progressive moderately advanced healed fractures of the base of the 4th and
5th metacarpals.

IMPRESSION; Moderately advanced healed fractures.

Henry K. Smith, D.O. *HKS*

HKS/pjt

DATE OF REPORT 10/13/01

Dr. Mark Baker
Medical Director

| Diagnostic Stamp |
|---|
| Practitioner *M* |
| Date *12-16* |
| Time *150* |
| A    N    NCS |
| Abnormal    Normal    Not |
| (Requires A    Clinically |
| ROENTGENOLOGIST    Significant |
| DC-FT4    See Note) |

White—MEDICAL RECORD        Canary—X-RAY FILE        Pink—RADIOLOGIST FILE

②

34410    EXt - 13

DC-456
(REVISED 1/2003)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**X-RAY REPORT**

Inmate Name: _Green, Tyrone_
Inmate Number: _EP 4593_
DOB: _1-23-70_
Facility: _Hun_

| DATE _3-18-04_ | ☐ STAT   ☑ ROUTINE | PHYSICIAN _Araneda_ |
|---|---|---|
| DATE TO BE DONE _3/19/04_ | EXAMINATION REQUESTED | _X-rays Rt. wrist & Rt. hand_ |
| REASON FOR EXAM | _H/o fx 4th & 5th MCX2 4/5 ago._ | |
|  | _pain - no new trauma_ | |

REPORT

GREEN, TYRONE   EP4593   SCI HUNTINGDON

RIGHT HAND- Routine views of the right hand are compared to prior study from 10-12-03. There is mild deformity at the base of the 4th metacarpal bone consistent with healed fracture at this location. There are no new or acute fractures. A small non united boney density at the base of the 5th metacarpus may also be related to prior trauma. The bones are otherwise intact and the joint spaces are well preserved. There is mild soft tissue swelling noted.

IMPRESSION-There is evidence of prior injury as noted; no acute fracture or significant deformity. No significant arthritic changes.

RIGHT WRIST- Old healed fracture of the base of the 4th metacarpus is again noted. There is no acute fracture, subluxation or deformity. The carpal bones are intact.

Peter G. Gregory, MD
03/22/04  lag
_____
DATE OF REPORT                                ROENTGENOLOGIST

**DIAGNOSTIC STUDY STAMP**

PRACTITIONER: _L A_

DATE: _3/29/04_
_16.00_

TIME: _____

DR. ARANEDA, M.D.

| A | N | NCS |
|---|---|---|
| (REQUIRES DC-472 SOAP NOTE) | NORMAL | NOT CLINICALLY SIGNIFICANT |

# EXHIBIT 8

## CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle) (Initial) Follow-up  On-Site  (Off-Site)  Telemedicine |
|---|---|

| Referred to: | Referred by: Dr. Mark Baker | Appt. Date/Time: |
|---|---|---|
| Dr. Anthony Bonilla / Dr. Tony Bonilla | Medical Director | Mon 8/27/01 |

| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle) |
|---|---|---|
| MCH ORTHopedics | NKDA | Yes    No |

Reason for Referral/ History of Present Illness/Injury: — w/g BR

(R) hand Fx 8/25/01
Fall getting out of shower
(R) hand dominant.

Treatment to Date/Current Medications and Significant Medication History:

X-Ray @ minimally displaced Fx 4th metacarpal
Proximally @ hand. (closed). + to be R-2(P)

Meds: Risperdal 1mg @ HS, Xanax 1mg po BID, Sinequan 50mg @ HS
Allergies: NKA

Dr. Mark Baker
Medical Director

R. Telega PAC

Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle)  (Approval)    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:    Date: | |

| UR Decision: (Circle)    Approval    Disapproval    Date: |
|---|

Part B: To be completed by consulting Physician and returned with officer to the institution:

ORTHO NOTE:  Pain + swelling (Rt) hand    8/27/01
xRay: (+) fx (Rt) Ring / small finger metacarpals
Impression △
Plan: Ulnar gutter splint (Rt) forearm + hand
Will follow up in ortho clinic 9/5/01 2:15 PM
Rest/ice/elevate sling. Keep splint dry    Berling ORTHO

Signature of Medical Director Date/Time          Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name:    Green, Tyrone
Inmate Number:    EF4593
DOB:    1/23/70

Dr. Mark Baker
Medical Director

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle) (Initial) Follow-up On-Site Off-Site Telemedicine | |
|---|---|---|
| Referred to: _Xrceys_ | Referred by: _Bashline_ | Appt. Date/Time: _8-27-01_ |
| Specialty: | Drug Sensitivity: _NKDA -_ | Copies of relevant health information attached: (circle) Yes    No |

**Reason for Referral/ History of Present Illness/Injury:**

Xray - Rt hand

**Treatment to Date/Current Medications and Significant Medication History:**

Fall getting out of Shower 8-25
landing on Rt hand — Pain Swelling
4-5 M.P. area — R/o Fx

DR. DAVID BASHLINE D.O.

_(signature)_ 8-26-0

Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle)    Approval    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:    Date: | |

| UR Decision: (Circle)    Approval    Disapproval | Date: |
|---|---|

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

DONE 8/27/01 @ 0945
Late add on - note LINDA HELGERT, R.I.
on x-ray callout.

_____    _____
Signature of Medical Director Date/Time    Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: _Greene Tyrone_

Inmate Number: _EP 45 93_    (FA)

DOB: _1-23-70_

No._____

# CONSULTATION RECORD

| Part A: To be completed by referring institution: | Type of Consult:   [ ] Initial   [X] Follow-up   [ ] On-Site   [X] Off-Site |||
|---|---|---|---|
| Dr. Tony Ferretti<br>5451 Peach St.<br>Erie, PA 16509<br><br>Specialty: Orthopedics | Referred by: (physician name)<br><br>Dr. Mark Baker<br>Medical Director | Appt. Date: Fri 9/14/01 ||
| | | Appt. Time: ||
| Drug Sensitivity: [√] No   [ ] Yes (Specify) |||
| Copies of lab and X-ray results attached?      Yes      No      If yes, specify: |||
| Reason for Referral: _Fw at 9-5-01 1415 hr gnd__ SP @ 4h & 5h metacarpal frx_ |||
| History of Injury/Problem:      Date of Onset: _(P-24) - falling R-5-1_<br>_to_<br><br>_Po in 4th → 5th splint (defabrication)_ |||
| Treatment to Date/Current Medications and Significant Medication History:<br><br>Dr. Mark Baker<br>Medical Director<br><br>Signature of Referring Physician _____ Date _____ |||
| [ ] Approval   [ ] Disapproval   Medical Director Signature:      Date: |||
| Transmittal Date:      Transmitted By: |||
| Approval Date:      Approved By: |||
| Part B: To be completed by consulting Physician and returned with officer to the institution: |||
| Diagnosis and Recommendations:<br><br>No Show -<br>Ref offside Ortho clinic @<br>MCH. Rebecca Child  RXGerulo<br>Clinical Specialist<br><br>Signature of Consulting Physician _____ Date _____ |||

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

Inmate Name: _Greg Tyson_

Inmate Number: _84593_

DOB: _1-23-7_

Institution: ③  _SCI Alb_

(FA)   _9-14-01_

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   Off-Site   Telemedicine | |
| --- | --- | --- |
| Referred to:<br>xray | Referred by:<br>D Baker | Appt. Date/Time: |
| Specialty:<br>msts | Drug Sensitivity: | Copies of relevant health information attached: (circle)<br>Yes        No |

Reason for Referral/ History of Present Illness/Injury:

R hand
AP / LAT / obliques through splint

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

_____  9-24-01
Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle)        Approval                Disapproval | Forwarded to UR (Date): |
| --- | --- |
| Medical Director Signature:                                      Date: | |

| UR Decision: (Circle)     Approval               Disapproval | Date: |
| --- | --- |

Part B: To be completed by consulting Physician and returned with officer to the institution:

DONE 9/21/01 @ 1019
Jate add on - not          LINDA HELGERT, R.T.
on x-ray callout

_____                         _____
Signature of Medical Director Date/Time            Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Green Tyrone

Inmate Number: EP4593

DOB: 1-23-70

Facility: Albion ④

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   (On-Site)   Off-Site   Telemedicine | |
|---|---|---|
| Referred to: X-ray | Referred by: Dr. T. Ferretti | Appt. Date/Time: 10/12/01 |
| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle)   Yes   No |

**Reason for Referral/ History of Present Illness/Injury:**

X-ray (R) hand AP & Lat Oblique out of Splint

**Treatment to Date/Current Medications and Significant Medication History:**

Signature of Referring Physician _____ 2/01 _____ Date

| Reviewed by Medical Director: (Circle)   Approval   Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:   Date: | |

| UR Decision: (Circle)   Approval   Disapproval | Date: |
|---|---|

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

DONE 10/12/01 @ 1008
late add in notion
x-ray called out    LINDA HELGERT, R.T.
_____ (signature) _____ RT

Signature of Medical Director Date/Time _____     Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Greene, Tyrone

Inmate Number: EP 4593

DOB: 1.23.70    (circled 5)

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   On-Site   Telem... |
|---|---|

**Referred to:**
Dr. T. Ferretti - mCH
Ortho clinic

**Referred by:**
Dr. Bashline

**Appt. Date/Time:** 0930
Fri 10/12/01

**Specialty:**
Ortho.

**Drug Sensitivity:**
NKDA.

**Copies of relevant health information attached: (circle)**
Yes   No

X-rays.

**Reason for Referral/ History of Present Illness/Injury:**

Flu - S/P ® 4th & 5th metacarpal fx
(8/27/01)

**Treatment to Date/Current Medications and Significant Medication History:**

Pt in ulnar gutter splint.

Pt "No show" 9/14 onsite
clinic

DR. DAVID BASHLINE D.O.
Dr. Mark Baker
Medical Director
Signature of Referring Physician      Date   9-14-01

| Reviewed by Medical Director: (Circle)      Approval      Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:      Date: 9-17-01 | |

| UR Decision: (Circle)      Approval      Disapproval | Date: |
|---|---|

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

9/12/01 Dr Ferretti v.s. to perform AP/Lat/oblique xrays thru splint
& we will take to mcH for review by Ortho Surg. Reschedule
at 10/22/01 onsite clinic unless deemed necessary to be seen
prior to that clinic. Will await Dr Ferretti's orders. Arlene Bevan
(A) hand: Splint intact - had been removed as per
Arlene Bevan HSA.
edema resolved - tenderness w/ active ...
@ voluntary @ top of fist @ radial ...
... ® ... 10/12/01
... 4/5 5th metacarpal @...

Signature of Medical Director  Date/Time      Signature of Consulting Physician  Date/Time

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections** 1349
**DC-441**
**(Revised 1-01)** Mark Baker
Medical Director

**Inmate Name:** Greene, Tyrone

**Inmate Number:** EP 4593

**DOB:** 1/23/70

**Facility:** ...

FA