## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE GREEN, | } |
| Plaintiff, | } |
| vs. | } No. 03-149 Erie<br>} Judge McLaughlin<br>} Magistrate Judge Baxter |
| MARTIN HORN, et al., | } |
| | } **Electronically Filed** |
| Defendants. | } |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2005, upon consideration of the foregoing **Corrections Defendants' Motion for Summary Judgment** it is hereby **ORDERED** that said motion is **GRANTED**. Judgment is entered in favor of Defendants Edward T. Brennan, William J. Wolfe, Maxine Overton and William Barr, and against the Plaintiff, Tyrone Green.

BY THE COURT;

_____
J.