IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE GREEN, | : | CA. No. 03-149 Erie |
| | : | |
| Plaintiff, | : | |
| | : | District Judge McLaughlin |
| vs | : | |
| | : | Magistrate Judge Baxter |
| MARTIN HORN, ET AL | : | |
| | : | *Filed Electronically* |
| Defendants. | : | |
| | : | JURY TRIAL DEMANDED |

**APPENDIX IN SUPPORT OF JOINT MOTION FOR
SUMMARY JUDGMENT AND IN OPPOSITION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Dated: December 9, 2005

/s/ Elizabeth M. Yanelli
ELIZABETH M. YANELLI, ESQUIRE
Pa. I.D. No. 86932
PIETRAGALLO, BOSICK & GORDON LLP
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA 15219
(412) 263-2000

*Attorney for Defendants,*
*Mark Baker, D.O. and*
*Dan Telega, P.A.*

## TABLE OF CONTENTS TO APPENDIX

Affidavit of Mark Baker, D O ............................................................................. A

Affidavit of Dan Telega ...................................................................................... B

Plaintiff's Medical Records from SCI-Albion .................................................. C

Plaintiff's Medical Records from Millcreek Community Hospital .................. D

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE GREEN, | : | CA. No. 03-149 Erie |
| | : | |
| Plaintiff, | : | |
| | : | District Judge McLaughlin |
| vs. | : | |
| | : | Magistrate Judge Baxter |
| MARTIN HORN, ET AL. | : | |
| | : | |
| Defendant. | : | |

### **AFFIDAVIT OF MARK BAKER, D.O.**

COMMONWEALTH OF PENNSYLVANIA          )
                                                                      ) SS:
COUNTY OF ERIE                                          )

AND NOW, this 5th day of November, 2005, the undersigned, Mark Baker, D.O. personally appeared before me and deposes and says:

1.    I, Mark Baker, am a physician licensed to practice medicine in the Commonwealth of Pennsylvania. I am employed by Prison Health Services, Incorporated as the Medical Director at the State Correctional Institution at Albion ("SCI-Albion").

2.    The information contained in this Affidavit is true and correct and is based upon my personal knowledge.

3.    I understand that a lawsuit has been filed against me and other defendants by Tyrone Green, who claims that he was denied medical treatment for an injury to his right hand while he was incarcerated at SCI-Albion.

4.    I have provided treatment to Mr. Green with respect to the injury to his right hand.

5.    In addition, I have reviewed Mr. Green's medical records from the Department of Corrections and Millcreek Community Hospital, which are attached to this Affidavit.

6.    On August 25, 2001, Mr. Green was evaluated, by John Purvis, RN, for a complaint that Mr. Green fell in the shower, injuring his right hand. Mr. Green was placed in the infirmary for observation and a splint with an Ace wrap was applied to his right hand. He was also ordered 800 milligrams of Motrin for pain. (See SCI-Albion Progress Notes, 8/25/01).

7.    The following day, August 26, 2001, while he was still in the infirmary for observation, Mr. Green declined medication or ice and stated that he was "alright" and wanted to rest. At that time, he had no voiced complaints and was he not in any acute distress. (See SCI-Albion Progress Notes, 8/26/01).

8.    On August 26, 2001, Dr. David Bashline evaluated Mr. Green in the infirmary and ordered that Mr. Green have an x-ray the next morning. He also ordered Mr. Green to be released from the infirmary. (Physician's Orders 8/26/01)

9.    On August 26, 2001, Mr. Green was released from the SCI-Albion infirmary. Mr. Green stated that he was "fine" and at that time, he had no voiced complaints. (Progress Notes, 8/26/01).

10.    On August 27, 2001, Mr. Green had an x-ray of his right hand at SCI-Albion, which revealed that Mr. Green had a minimally displaced 4th metacarpal fracture. (See x-ray report, 9/18/01). The x-ray report also noted a "probable old chip at the base of the 5th metacarpal." Clinical Specialist Rebecca Gould scheduled Mr. Green for an offsite evaluation/treatment of his metacarpal fracture at Millcreek Community Hospital.

11.   On August 27, 2001, I saw the patient along with Physician's Assistant Dan Telega.

12.   On August 27, 2001, I ordered Mr. Green to be sent to Millcreek Community Hospital for an orthopedic consultation via state car. (See Physician's Orders, 8/27/01). Mr. Telega entered my Physician's Order dated August 27, 2001 that appears in the Physician's Orders section of Mr. Green's medical chart from SCI-Albion. I co-signed the August 27, 2001 Physician's Order, which correctly reflects my order that Mr. Green be sent to Millcreek Community Hospital for an orthopedic consultation.

13.   Mr. Telega's August 27, 2001 Progress Note includes an entry that Mr. Green would be sent "to MCH [Millcreek Community Hospital] via state car for casting Security to be notified...."

14.   Mr. Telega's August 27, 2001 entry in the Progress Notes does not accurately reflect the treatment plan for Mr. Green's right hand injury and does not accurately reflect the August 27, 2001 order that appears in the Physician's Orders.

15.   Notwithstanding Mr. Telega's notation in the Progress Note of August 27, 2001, at no time had I ordered a cast to be placed on Mr. Green's hand, nor did I find a cast to be medically necessary or appropriate.

16.   Further, at no time was an order issued to have Mr. Green's hand placed in a cast. Rather, my order was only that Mr. Green be transported to Millcreek Community Hospital for orthopedic consultation.

17.   Mr. Green was taken to Millcreek Community Hospital on August 27, 2001, where he was examined by Dr. Bereczki and attending orthopedic specialist, Dr. Tony Ferretti.

3

18.    Upon physical examination of Mr. Green's right hand, Dr. Bereczki and Dr. Ferretti noted that Mr. Green had diffuse swelling of his right hand. It was noted that Mr. Green's capillary refill was intact and that his right hand showed no neurological deficit. His condition was noted to be "stable" and "improved." (See Millcreek Community Hospital Records).

18.    As reflected in Mr. Green's medical records from Millcreek Community Hospital, Mr. Green was ordered to receive an ulnar gutter splint and a sling, both of which Mr. Green received that day, and Mr. Green was instructed to rest, apply ice, and elevate his right hand. At no time was a cast ordered.

19.    The orthopedic specialists at Millcreek Community Hospital did not order Mr. Green to receive a cast and it was determined that casting was not medically necessary.

20    Prior to his discharge from Millcreek Community Hospital, Mr. Green was provided with follow-up instructions, entitled "Orthopedic Instructions". The follow-up instructions did not include any order that Mr. Green receive a cast to treat his injury. (See Millcreek Hospital Records).

21.    Mr. Green was not ordered to receive a cast. He was ordered to have a follow-up appointment at 2:15 p.m. on September 5, 2001 in the orthopedic clinic of the prison.

22    Mr. Green was returned from Millcreek Community Hospital to SCI-Albion on August 27, 2001, with his splint and arm sling intact and with no complaints of pain or discomfort. As reflected in the August 27, 2001 Progress Note, Mr. Green stated "I feel fine." (See Progress Notes, 8/27/01).

23.    On September 4, 2001, Clinical Specialist Rebecca Gould was unable to schedule Mr. Green for a follow-up offsite visit with Dr. Tony Ferretti at the Millcreek

4

Community Hospital Orthopedic Clinic due to scheduling and security concerns of non-emergent outside trips. Ms. Gould spoke with Dr. Ferretti's staff regarding this issue, and Dr. Ferretti advised that Mr. Green could be evaluated onsite, at SCI-Albion, during the orthopedic clinic, on September 14, 2001.

24.    On September 14, 2001, Mr. Green failed to show up for his onsite visit at the orthopedic clinic. Dr. Ferretti then ordered that Mr. Green be rescheduled to be seen offsite at Millcreek Community Hospital Orthopedics within two weeks. (See Consultation Record, 9/14/01).

25.    On September 17, 2001, Clinical Specialist Rebecca Gould scheduled Mr. Green for another follow-up offsite visit with Dr. Ferretti to take place on Wednesday, September 26, 2001. However, on September 20, 2001, Dr. Ferretti reviewed Mr. Green's chart along with SCI-Albion's Physician's Assistant Tammy Mowry, who discussed Mr. Green's medical chart at length.

26.    Dr. Ferretti ordered that an x-ray of Mr. Green's hand be taken onsite at SCI-Albion and that the film be transported to Millcreek Community Hospital for review by Dr. Ferretti in order to avoid any security issue of non emergent outside trips by Mr. Green.

27.    Dr. Ferretti further ordered that Mr. Green be scheduled to be seen at the October 12, 2001 onsite clinic at SCI-Albion, unless he, Dr. Ferretti, deemed it necessary for Mr. Green to be seen prior to that clinic. (See Consultation Record, 10/12/01). I approved the consultation with Dr. Ferretti. (See Consultation Record, 10/12/01)

28.    On September 21, 2001, during a sick call appointment with Mr. Telega, Mr. Green complained that he wanted a cast placed on his right hand. (See Progress Notes, 9/21/01). Mr. Green also complained of excessive movement in his splint and

admitted to taking his splint off to clean his right hand on a regular basis. (See Progress Notes, 9/21/01). Upon examination, it was noted that Mr. Green's splint was intact, his sensation and capillary refill were intact, and it was determined that a cast was not medically necessary. The treatment plan included that Mr. Green continue to wear the splint that was previously ordered, and that Dr. Ferretti's treatment plan to have an x-ray taken of Plaintiff's right hand and to have the film transported to Dr. Ferretti's office be followed. As reflected in the September 21, 2001 Progress Notes, Mr. Green voiced understanding of the treatment plan. (See Progress Notes, 9/21/01).

29.     As per Dr. Ferretti's orders, an x-ray of Mr. Green's right hand was taken on September 21, 2001 and was provided to Dr. Ferretti's office that day.

30.     Dr. Ferretti reviewed the x-ray of Mr. Green's hand on September 21, 2001 and it was noted that Mr. Green's hand was "healing well—no medical necessity to send patient offsite." (See Progress Notes, 10/1/01). Dr. Ferretti ordered that Mr. Green's offsite visit appointment be rescheduled to occur onsite at SCI-Albion on October 12, 2001.

31.     Dr. Ferretti examined Mr. Green's right hand on October 12, 2001 at the orthopedic clinic at SCI-Albion and ordered that Mr. Green's splint be removed. (See Consultation Record, 10/12/01; see also X-ray Report 10/13/01 and Progress Notes, 10/12/01).

32.     On October 12, 2001, Dr. Ferretti also ordered another x-ray of Mr. Green's right hand and physical therapy, both of which Mr. Green received. The October 12, 2001 x-ray revealed moderately advanced healed fractures. (See x-ray report, 10/13/01). I reviewed the x-ray report and determined that the findings were not clinically significant. (See x-ray report, 10/13/01).

6

33.    At no time did Physician's Assistant Telega or any other medical personnel at SCI-Albion confiscate or discontinue Mr. Green's splint and sling.

34.    On October 12, 2001 Dr. Ferretti ordered that Mr. Green's splint and sling be removed.    (See Consultation Record, 10/12/01; see also X-ray Report 10/13/01 and Progress Notes, 10/12/01).  Dr. Ferretti determined that a splint and sling were no longer medically necessary or appropriate to treat Mr. Green's right hand injury.

35.    In my opinion, a splint and sling were not medically necessary or appropriate to treat Mr. Green's right hand injury after October 12, 2001.

36.    On October 25, 2001, Mr. Green complained of a rash on his right hand also complained that his left ear was clogged.  On observation, Mr. Telega noted that Mr. Green had a scaly patch of skin on his right hand and further noted that Mr. Green had almost full range of motion in his right wrist and that the grip strength in Mr. Green's right hand was at a level 5 out of 5.

37.    Dr. David Bashline approved and co-signed Mr. Telega's notation in the Physician's Orders dated October 25, 2001 for orders that Mr. Green receive Tolnaftate cream for Mr. Green's dry skin rash.  Dr. Bashline also ordered, for Mr. Green's complaints of ear symptoms that were unrelated to his right hand injury, Debrox ear drop solution, an ear irrigation, and Motrin for pain associated with Mr. Green's unrelated ear pain.  (See Progress Notes, 10/25/01; see also Physician's Orders, 10/25/01).  Mr. Telega also instructed and demonstrated home physical therapy exercises for Plaintiff's right hand.  (See Progress Notes, 10/25/01).

38.    On October 13, 2001, Mr. Green failed to show up for a physicians' assistants' sick call line. Physician's Assistant Tammy Mowery noted that there was no

7

medical indication to reschedule Mr. Green for the physicians' assistant' sick call line. (See Progress Notes, 10/31/01)

39.    Mr. Green did not complain of any symptoms associated with his right hand injury again until December 20, 2002. The Progress Notes reveal that on December 20, 2002, Mr. Green complained of "aching" in his right hand. (See Progress Notes, 12/20/02). On observation, Mr. Green was noted to have full range of motion in his right wrist and I ordered 800 milligrams of Motrin for 14 days, to be taken with food, for Mr. Green's pain. (Physician's Orders, 12/20/02).

40.    Mr. Green did not complain of any symptoms associated with his right hand injury again until January 22, 2003. On January 22, 2003, he complained of right hand pain and gastrointestinal ("GI") upset. (Progress Notes, 1/22/03). I prescribed 800 milligrams of Motrin, for 30 days, Mr. Green's pain, and instructed that Mr Green take the Motrin with food to prevent GI upset. I also prescribed Carafate, for 30 days, in response to Mr. Green's complaints of GI upset. (Physician's Orders, 1/22/03).

41.    Mr. Green did not complain of any symptoms associated with his right hand injury again until April 28, 2003, when he requested a refill of Motrin and Carafate for complaints of right hand pain. (See Progress Notes, 4/28/03). On observation, Mr. Green's right hand revealed no gross deformities. The range of motion in Mr. Green's hand was within normal limits and the neurovascular aspects of his hand were also found to be intact. (Progress Notes, 4/28/03). Dr. David Bashline ordered 600 milligrams of Motrin for 30 days and a refill of Carafate for 30 days. (Physician's Orders, 4/28/03).

42.    On March 19, 2004, x-rays of Mr. Green's right hand and right wrist were taken. The March 19, 2004 x-ray of Mr. Green's right hand revealed no acute

fracture or significant deformity, and there were no significant arthritic changes. (X-ray Report, 3/18/04). The March 19, 2004 x-ray of Mr. Green's right wrist showed an old healed fracture of the base of the 4th metacarpus with no acute fracture, subluxation or deformity; the carpal bones were intact. These findings were determined not to be clinically significant.

43.    At no time did any medical personnel determine that a cast was needed to treat Mr. Green's hand injury.

44.    The medical staff at SCI-Albion recorded the evaluations, medications, treatment and diagnostic testing that was recommended to treat Mr. Green's injury. The medical records reflect any and all testing, evaluations, medication, and diagnostic testing that was ordered for Mr. Green. The treatment that Mr. Green received is reflected in Mr. Green's medical records.

45.    The medical records from the Department of Corrections and Millcreek Community Hospital do not reflect that a permanent cast was ever ordered for Mr. Green's right hand injury by any attending physician.

46.    I am not aware of any physician having ever ordered a cast to be placed on Mr. Green's right hand to treat the August 25, 2001 injury. In my opinion, a cast was neither necessary nor appropriate given the nature of the injury and Mr. Green's complaints.

47.    At no time did I or any other medical provider associated with the treatment of Mr. Greens' August 25, 2001 injury act with deliberate indifference to any serious medical need of Mr. Green.

48.    At all relevant times, Mr. Green received appropriate medical care and treatment for his right hand injury.

_____
Mark Baker, D.O.

Subscribed and sworn to before me this

5th day of December , 2005

_____
Notary Public

My Commission Expires:

Sept. 23, 2006

Notarial Seal
Jo Anne R. Bickel, Notary Public
Conneaut Twp., Erie County
My Commission Expires Sept. 23, 2006
Member, Pennsylvania Association Of Notaries



**Millcreek Community Hospital**

**EMERGENCY ROOM / OUTPATIENT**

| | | | | | | |
|---|---|---|---|---|---|---|
| AUTHORIZATION ON REVERSE SIDE PAT # 1055553 | | | | HOUSE PHYSICIAN FERERI F. PAUL D.O. | | EMERGENCY ROOM NO. 139918 |

LAST NAME: GREEN, TYRONE  FIRST NAME   MIDDLE NAME  
HOME PHONE 756-9722  DATE AND TIME 082701  01:17pm

ADDRESS 10745 RT 18  CITY ALBION  STATE PA 16475  
AGE 31  DATE OF BIRTH 01/23/70  SEX M  MAR STAT S  RACE B  RELIGION  RES. AREA  SOC. SEC. NO. 999999

PATIENT'S EMPLOYER: UNEMPLOYED

GUARANTOR'S EMPLOYER: UNEMPLOYED

GUARANTOR/NEAREST RELATIVE: ALBION STATE PRISION GUARDIAN  
ADDRESS 10745 RT 8 ALBION, PA 16401  PHONE 756-9722

FAMILY PHYSICIAN: BAKER, MARK D. D.O.  
BROUGHT BY: AMBULATORY

EMERGENCY ROOM [x]   OUTPATIENT

BRIEF HISTORY: CHIEF COMPLAINT: Slipped coming out of shower & sustained inj to Rt hand

ALLERGIES: NKA  
MEDICATIONS: XANAX  
NURSE'S SIGNATURE:

LAST TETANUS TOXOID:

PHYSICIAN'S REPORT  
PHYSICAL FINDINGS: ORTHO NOTE - 31 yo RTHD M, prisoner, fell 2 d ago + prison. Pain + swelling Rt hand. XRay taken in prison (B) fx Rt ring finger MC + avulsion base small f. MC.

PE: Rt hand swelling/painful. Moves digits. ⊕ capillary refill

PHYSICIAN'S ORDER: ⊕ NVI  
XRay: reviewed / as above  
Imp: ① Fx/displaced Rt ring finger prox MC  
② Avulsion fx Rt small finger MC base

TREATMENT/PROCEDURES:  
Ulnar gutter splint  
Sling  
F/U opp 9/5/01 @ 14:15

| | TIME | TEMP. R.O.A. | P | R |
|---|---|---|---|---|
| | 14:00 | 98.1 | 76 | 18 | 130/70 |

DIAGNOSIS:

RX GIVEN:

REFERRED TO:  [ ] ADMIT [ ] DR. OFF [ ] TRANSFER [ ] HOME [ ] EXPIRED  
CONDITION ON DISCHARGE:  
D.O. 8-27-01  DATE  1548 TIME  A.M. P.M.

# CONSENT FORM

## MILLCREEK COMMUNITY HOSPITAL, 5515 PEACH STREET, ERIE, PA 16509

**CONSENT TO HOSPITAL CARE:** THE UNDERSIGNED PATIENT PRESENTS HERSELF/HIMSELF FOR ADMISSION TO MILLCREEK COMMUNITY HOSPITAL ('HOSPITAL') OR EMERGENCY/OUTPATIENT CARE AND VOLUNTARILY CONSENTS TO THE RENDERING OF SUCH CARE, INCLUDING DIAGNOSTIC PROCEDURES AND MEDICAL TREATMENT, BY AUTHORIZED AGENTS AND EMPLOYEES OF THE HOSPITAL, AND BY ITS MEDICAL STAFF, OR THEIR DESIGNEES. THE UNDERSIGNED PATIENT ACKNOWLEDGES THAT NO GUARANTEES HAVE BEEN MADE AS TO THE EFFECT OF SUCH EXAMINATIONS OR TREATMENT ON MY CONDITION. DIAGNOSIS AND TREATMENT MAY, AT TIMES, INVOLVE DISCOMFORTS AND RISK OF INJURY. EACH PATIENT HAS THE RIGHT TO CONSENT TO, OR TO REFUSE, ANY PROPOSED PROCEDURE OR THERAPEUTIC COURSE. THE PATIENT'S HOSPITAL CARE IS DIRECTED BY HIS/HER ATTENDING PHYSICIAN. SINCE THE HOSPITAL IS A TEACHING HOSPITAL, PHYSICIANS, NURSES AND OTHER HEALTH CARE PROFESSIONALS IN TRAINING MAY ATTEND PATIENTS OR BE PRESENT DURING PATIENT CARE AS PART OF THEIR EDUCATION.

**RELEASE OF INFORMATION:** THE HOSPITAL MAY DISCLOSE PATIENT INFORMATION IT DEEMS APPROPRIATE TO ANY PERSONS OR CORPORATION WHICH IS OR MAY BE LIABLE UNDER A CONTRACT TO THE HOSPITAL OR TO THE PATIENT OR TO A FAMILY MEMBER OR EMPLOYER OF THE PATIENT FOR ALL OR PART OF THE HOSPITAL'S CHARGE. AT THE REQUEST OF THE PATIENT'S INSURANCE COMPANY OR OTHER PERSON OR COMPANY UNDER CONTRACT TO PAY ALL OR PART OF THE HOSPITAL'S CHARGES, THE MEDICAL RECORD WILL BE CONFIDENTIALLY REVIEWED BY PHYSICIANS OR THE DESIGNEES TO DETERMINE THE NEED FOR HOSPITALIZATION. PAYMENT BY THE INSURANCE COMPANY, OR OTHER PERSON UNDER OBLIGATION BY CONTRACT TO MAKE PAYMENT, MAY NOT BE MADE IF NO NEED FOR HOSPITALIZATION IS FOUND.

**HOSPITAL ADMISSION:** SHOULD A SURGICAL PROCEDURE BE PERFORMED ON AN ELECTIVE, EMERGENCY, OR OUTPATIENT BASIS, THE UNDERSIGNED PATIENT UNDERSTANDS THAT ADMISSION TO THE HOSPITAL AS AN INPATIENT FOLLOWING THIS PROCEDURE MAY IN SOME CIRCUMSTANCES BE DEEMED APPROPRIATE FOR OPTIMAL RECOVERY. IN THAT EVENT, THE UNDERSIGNED PATIENT AUTHORIZES THE HOSPITAL, ITS REPRESENTATIVES AND DESIGNATED PHYSICIANS, TO MAKE THAT DETERMINATION BASED ON THEIR BEST PROFESSIONAL JUDGMENT AND TO ADMIT THE UNDERSIGNED PATIENT TO THE HOSPITAL.

THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS READ THE FOREGOING CONSENT OR THAT THE FOREGOING CONSENT HAS BEEN READ TO HIM OR HER IN HIS PRIMARY LANGUAGE AND HAS BEEN EXPLAINED, AND THAT THE UNDERSIGNED IS SATISFIED THAT HE/SHE UNDERSTANDS THE CONTENT AND SIGNIFICANCE OF THE FOREGOING

X _____    X 08-27-01 _____    _____ AM / PM
(PATIENT SIGNATURE)          (DATE)                          TIME(CIRCLE ONE)

_____
(WITNESS)

BECAUSE THE PATIENT IS AN UNEMANCIPATED MINOR, OR IS UNABLE TO SIGN, THE ABOVE CONSENT IS GIVEN ON THE PATIENT'S BEHALF BY THE UNDERSIGNED.

X _____
(WITNESS)                          (CLOSEST RELATIVE OR LEGAL GUARDIAN)

_____    _____    _____
(DATE)          TIME(CIRCLE ONE)      (RELATIONSHIP TO PATIENT)

**RESPONSIBILITY FOR DISCHARGE:** I AM VOLUNTARILY LEAVING AND SIGNING OUT FROM THE MILLCREEK COMMUNITY HOSPITAL AGAINST THE ADVICE OF MY PHYSICIAN AND/OR THE MEDICAL STAFF. IN DEMANDING THIS DISCHARGE, I HEREBY RELEASE MY PHYSICIAN, THE HOSPITAL, AND ITS STAFF FROM ANY AND ALL RESPONSIBILITY.

_____    _____
(WITNESS)                          (PATIENT SIGNATURE)

_____    _____ AM / PM
(DATE)                      TIME(CIRCLE ONE)

I,_____, am taking, _____
from the Millcreek Community Hospital against the advice of his/her physician and/or the Medical Staff. In demanding this discharge, I hereby release his/her physician, the Hospital, and its staff from any and all responsibility for the care, treatment, or condition of the above named patient.

_____    _____
(WITNESS)                          (SIGNATURE)

_____    _____ AM / PM    _____
(DATE)                      TIME(CIRCLE ONE)           (RELATIONSHIP TO PATIENT)

FORM 1110

00000004



5515 Peach Street • Erie, PA 16509 • 814/864-4031

**Millcreek
Community
Hospital**

GREEN,TITUS E
134718    31
[illegible]
AC [illegible] 1647)
[illegible] D.O.

Dear Patient:

As you are admitted to the hospital (In-patient, Out-patient surgery, or Emergency Room), Federal Law now requires us to ask you whether or not you have a written document called an "Advance Directive". This document can be a "Living Will" or "Durable Power of Attorney" which states your wishes for medical treatment should you become unable to participate in your medical care.

The brochure given to you on an inpatient admission better explains what Advance Directives are and how you are given the opportunity to complete an Advance Directive statement, should you so desire to.

You are not obligated to complete an Advance Directive statement. If you would like further information, please inform hospital personnel during your admission process. Someone from the Social Services Department or Nursing will be happy to see you.

We appreciate your comments and interest in this area. Please sign the statement below as requested. Thank you!

---

INFORMATION ON ADVANCE DIRECTIVES WAS PRESENTED TO ME AS
STATED ABOVE:

_____  I "DO" HAVE AN ADVANCE DIRECTIVE
DOCUMENT WITH ME AT THIS TIME.

_____  I "DO" HAVE AN ADVANCE DIRECTIVE, BUT IT
IS NOT WITH ME AT THIS TIME.

☒  I "DO NOT" HAVE AN ADVANCE DIRECTIVE
DOCUMENT AT THIS TIME.

_____  I WOULD LIKE FURTHER INFORMATION ON
COMPLETING AN ADVANCE DIRECTIVE AT
THIS TIME.

_____  08-27-01
(PATIENT SIGNATURE)                    (DATE)

Providing total health care since 1950

FORM 1140

0000005

Name _TYRONE GREEN_

Date _8/27/01_

**MILLCREEK COMMUNITY HOSPITAL**
5515 Peach Street
Erie, PA  16509

## ORTHOPEDIC INSTRUCTIONS

(✓) Keep your cast/dressings clean and dry.

( ) Do not put anything inside your cast/dressings.

( ) Keep affected area elevated above your heart on soft pillows and iced for 48 hours and any time swelling occurs.

( ) Check toes and fingers frequently for swelling.

( ✓) Move toes and fingers frequently to prevent swelling and stiffening.

( ) Do not bear weight for _____ hours on a walking cast.

( ) Always wear cast boot when bearing weight on walking cast.

(✓) Wear arm sling _____

( ) Use your crutches as directed and **always** bring them to every appointment.

( ) Never trim or cut down the length of your cast by yourself.

( ✓) Call Millcreek Community Hospital at (864-4031) if:

    a.  Pressure points or rubbing develops under your cast.
    b.  Your exposed body area (fingers or toes) becomes numb or cool.
    c.  Your cast softens, cracks, or breaks.
    d.  You experience a significant increase in pain.

( ) You have a prescription for _____
take _____

( ) You have a clinic appointment at the hospital at ___14 . 15___ AM/PM
on _9/5/01_ _____

( ) Call _____(864-4031) at 8 AM on _____ at Millcreek Community Hospital to set up an appointment for that day with your Attending Orthopedist to be seen at the Hospital.

( ) Call the office (864-5455) <u>today</u> for an appointment for _____

( ) Your Attending Orthopedist is :_____

( ) No school until _____

( ) May return to school _____

( ) No Gym until released by Attending Orthopedist _____

( ) No work until released by Attending Orthopedist

( ) May return to work _____

( ) ADDITIONAL INSTRUCTIONS

_Post / Ice / elevate_
_____
_____
_____
_____
_____

Form #630

0000006

**Emergency Department Record**

☐ Chart Complete

Time of Initial M.D./D.O. evaluation: _____ AM/PM  Mode of arrival: ☐ Prvt. Auto ☐ Ambulance ☐ Police   PMD: _____

| | |
|---|---|
| CC: | Dictated ☐ |
| | Bed Number: |

Elements: location, quality, severity, duration, timing, context, modifying factors, and associated signs and symptoms

HPI: Patient is a _____ old _____ with complaint of:

*31 y.o.d transfer in from Albion State Correctional Facility. Hx of falling 2 days ago x-rays at prison reveal fracture*

PMH: ☐ No serious illness  ☐ Old chart reviewed (date): / /  ☐ A-fib ☐ Appy. ☐ Asthma ☐ CABG ☐ CAD ☐ CHF   LMP: / /
☐ Cholecyst. ☐ COPD ☐ CVA ☐ HTN ☐ Hyperchol. ☐ IDDM ☐ NIDDM ☐ MI ☐ PTCA ☐ Seizures ☐ TIA   Tetanus: yrs.
*anxiety*

Meds: ☐ None ☑ Agree with triage list   Childhood immunizations: ☐ UTD
Allergies: ☑ NKDA
FH: ☐ No related family hx
SOC: Tobacco:   ETOH:   Drugs:   Marital (circle): S M W D  Occup:

**REVIEW OF SYSTEMS** (Circle Abnormals)

| Neg. | See HPI | | Neg. | See HPI | |
|---|---|---|---|---|---|
| ✓ | | CONST: fever - chills - wt. loss -weakness | | | MUSC: new bone or joint pain - back problems |
| ✓ | | EYES: acuity change | ✓ | | INTEG: skin lesions - rash |
| ✓ | | ENMT: hearing loss - earache - nasal drainage - sore throat | ✓ | | NEURO: syncope - focal weakness - HA - seizure - dizziness |
| ✓ | | RESP. SOB - cough - sputum - wheezing | ✓ | | PSYCH: prior psych hx - depression - anxiety |
| ✓ | | CV: chest pain - palpitations - PND - orthopnea | ✓ | | ENDO: polyuria - polydipsia |
| ✓ | | GI: nausea - vomiting - diarrhea - pain - melena - hematochezia | | | HEME/LYMPH: bruising - adenopathy |
| ✓ | | GU: dysuria - urgency - frequency - nocturia | ✓ | | ALLERGIC/IMMUNO: urticaria - hayfever |

ROS Details:
☐ All Other Systems Negative   ☐ Complete History Unobtainable Due to:

**PHYSICAL EXAMINATION**  ☐ PE limited by acuity   ☐ See ED course for further PE

CONST: ☐ vitals nl, see triage  T: 98.1  BP: 130 / 70  HR: 76  RR: 18
☐ well-developed, well nourished  ☑ alert  ○ no distress  ○ GCS 15  ○ non-toxic  ☑ age-appropriate behavior
Abnl/Other:

EYES: ☐ lids, conjunctiva nl  ☐ PERRL, irises nl  ☐ discs & fundi nl
Abnl/Other:

ENMT: ☐ ext. ears, nose nl  ☐ TM's, canals nl  ☐ hearing grossly intact  ☐ nasal exam nl  ☐ lips, teeth, gums, palate nl  ☐ oropharynx nl
Abnl/Other:

NECK: ☐ neck supple, symmetric, no masses  ☐ thyroid nl  ☐ no JVD  ○ neck nontender  ○ full ROM w/o pain
Abnl/Other:

RESP.: ☑ respiratory effort nl  ☐ clear to auscultation  ☐ percussion nl  ☐ palpation of chest nl  ☐ chest symmetry & expansion nl
Abnl/Other:

CV: ☑ RRR; no murmur, gallop, rub  Pulses: ☐ carotid nl ☐ abd. aorta nl ☐ femoral nl ☐ pedal nl  ☐ no edema
Abnl/Other:

GI: ☐ no tenderness or mass  ☐ liver & spleen nl  ☐ no hernia  ☐ rectal: no mass, HEME:  ○ +BS's ○ nondistended ○ no rebound/guarding
Abnl/Other:

GU: (male): ☐ scrotal contents nl  ☐ penis nl  ☐ prostate nl  ○ no CVA tenderness
(female): ☐ ext. genitalia & vagina nl  ☐ urethra nl  ☐ bladder nl  ☐ cervix nl  ☐ uterus nl  ☐ adnexa nl  ○ no CVA tenderness
Abnl/Other:

MUSC.: Normal extremities: ○ All ○ RUE ○ LUE ○ RLE ○ LLE ☐ back nl  ○ pelvis & hips nl ☐ gait & station nl ☐ digits & nails nl
Abnl/Other: *Diffuse swelling (R) hand - capillary refill intact. No neurological deficit.*

SKIN: ☐ inspection nl  ☐ palpation nl  ○ well hydrated   ☐ Wound recheck: healing without infection
Abnl/Other:

LYMPH: Normal nodes: ☐ cervical ☐ other:
Abnl/Other:

NEURO: ☐ CN II-XII intact  ☐ DTR's symmetric  ☐ sensory intact
○ motor strength nl  ○ straight leg raises neg.
Abnl/Other:

PSYCH: ☐ judgement/insight nl  ☐ oriented x 3  ☐ memory nl  ☐ mood nl
○ no delusions ○ no hallucinations ○ no suicidal/homicidal ideations
Abnl/○

ER-002 12/99                    MEDICAL RECORDS

0000007

**mc** Millcreek     5515 PEACH ST
Community   ERIE, PA
Hospital    16509

All studies Interpreted by ED Physician unless otherwise noted

## MEDICAL DECISION MAKING

Cardiac monitor: ☐ Normal sinus rhythm  ☐ Other:
12 lead EKG: ☐ NSR, no ischemic changes ☐ Other:
Pulse Ox.: ____ % on  ☐ Normal ☐ Low  Pulse Ox. 2: ____ % on | ABG: pH ____ | p02 ____ pC02 ____ HCO₃ ____
Radiographs:
☐ E.D. M.D./D.O.  ☐ Radiologist
☐ E.D. M.D./D.O.  ☐ Radiologist

| CBC ☐ WNL  ☐ Abnormalities: | CHEM: ☐ WNL ☐ Abnormalities: | | | PT ____ INR ____ PTT ____ |
|---|---|---|---|---|
| WBC ____ | | NA ____ | ALB ____ LDH ____ | DIG |
| HGB ____ % Segs ____ | GLU ____ | K ____ | SGOT ____ CK ____ | TOX |
| HCT ____ % Band ____ | BUN ____ | CL ____ | SGPT ____ MB ____ | BLOOD ETOH |
| PLT ____ % Lymphs ____ | CR ____ | C02 ____ | ALK PH ____ MB % ____ | OTHER: |
| | | CA ____ | Bilirubin ____ Amyl ____ | |

UA: _____ | Stool guaiac: Positive/Negative | Pregnancy: Positive/Negative

### ED Course, Procedures & Discussion:     UNSTABLE Critical care time: _____ minutes

TIME

X-ray
⊕ for proximal metacarpal 4th digit
⊕ small avulsion (R) Mc base 5th digit

Time patient admitted to "Observation Status" _____ | Case discussed with:
Time patient discharged from "Observation Status" _____ | ☐ Other procedures by MD: IV / IVP Dye / NG Tube / Bladder Cath / Blood Draw

## PHYSICIAN ORDERS

| TIME | LAB / X-RAY / EKG | NOTED TIME | INITIAL | TIME | MEDS / TREATMENTS | NOTED TIME | INITIAL |
|---|---|---|---|---|---|---|---|
| | ☐ CBC  ☐ Met. Panel: ( basic / comp. ) | | | | ☐ IV: | | |
| | ☐ CXR ( Port / 2V )  ☐ EKG | | | | ☐ Monitor  ☐ Pulse Oximetry | | |
| | ☐ UA ( dip / lab )  ☐ CARDIAC PROFILE | | | | ☐ dt. .5cc IM | | |
| | ☐ PREGNANCY ( serum / urine ) | | | | | | |
| | ☐ PT  ☐ PTT  ☐ DIG. | | | | | | |
| | ☐ URINE TOX.  ☐ Blood Alcohol | | | | | | |
| | ☐ CT: | | | | | | |
| | ☐ ULTRASOUND: | | | | | | |
| | Orthopedic consult | | | | | | |

**IMPRESSION:** ① Displaced for proximal metacarpal 4th digit (R) hand
② Small avulsion for base 5th metacarpal (R) hand

### DISPOSITION / AFTERCARE:   Physician Signature: _P C Hebele DO_
Follow-up with Dr(s): _____ in _____ days.
Meds: _____
Other: _____ ☐ A.C. Sheets:

## AUTHORIZATION
The patient was provided service & care as necessary to determine if an emergency medical condition existed. After appropriate care was provided to stabilize the patient's condition, the Healthcare Service Plan (HSP) was contacted to request payment authorization for post stabilization care. Initial telephone contact with HSP was made at _____ AM/PM. The case was discussed with _____ from _____
_____ (medical group) at _____ AM/PM by
ER staff member _____

Payment for post stabilization care was:
☐ Authorized for: _____
   AUTH # _____
☐ Not Authorized _____
The patient was: ☐ Discharged ☐ Admitted to: _____
☐ Unable to transfer in unstable condition.
☐ Transferred to: _____ via _____

## CONDITION:
☒ Improved  ☒ Stable  ○ Unstable  ○ Critical

ER-002 12/99

*ALBION*

| DC-456 **X-RAY REPORT** | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS |
|---|---|

| NAME *GREEN, TYRONE* | NUMBER *EP4593* | QUARTERS *FA* |
|---|---|---|

| X-RAY NUMBER DOB *1-23-70* | DATE OF X-RAY *8/27/01* | | TECHNICIAN *LL* |
|---|---|---|---|

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

*Rt hand*

*Fell getting out of shower 8/25/01 landing on Rt hand. Pain swelling 4-5 mp area R/O FX*

*BASHLINE* PHYSICIAN

REPORT    R HAND 3v:  There is fx deformities including base of 4th metacarpal of indeterminate age.  Soft tissue swelling is seen and I cannot exclude acute injury.  Smoothly marginated prob. old fragment at lateral aspect base of 5th metacarpal.
IMPRESSION:  Fx base of 4th metacarpal of indeterminate age.  Clinical correlation recommended.  Soft tissue swelling noted.  Probable old chip fx base of 5th metacarpal.

HKS/dg   9/18/01                      Henry K. Smith, D.O.

DATE OF REPORT

Dr. Mark Baker
Medical Director

Diagnostic Stamp
Practitioner
Date *9-19-01*
Time *1600*

| A Abnormal (Requires A SOAP Note) | N Normal | NCS Not Clinically Significant |
|---|---|---|

ROENTGENOLOGIST

White—**MEDICAL RECORD**          Canary—**X-RAY FILE**          Pink—**RADIOLOGIST FILE**

*A/BION*

**DC-456**

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF CORRECTIONS

NAME *GREEN, TYRONE*    NUMBER *EP4593*    QUARTERS

X-RAY NUMBER *DOB 1-23-70*    DATE OF X-RAY *9/21/01*    TECHNICIAN *LH*

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

*Rt hand (through splint)*

*Follow-up of fx*

PHYSICIAN *BAKER*

REPORT    R HAND 3v: Comparison w/ prior films 8/27/01. F/u exam through an immobilizing splint shows anatomic alignment of fx fragments at base of R 4th metacarpal. Partial widening of fx line is related to early bony healing. F/u recommended.
IMPRESSION: Anatomic alignment.

SS/dg  10/10/01                    Sonja Schaffer, M.D.

Diagnostic Stamp
Practitioner
Date _9/11/01_
Time _1:34_

| A | N | NCS |
| Abnormal | Normal | Not |
| (Requires A | | Clinically |
| RDENT...OLOGIST | | Significan |

Soap Note)

Dr. Mark Baker
Medical Director

DATE OF REPORT

**White—MEDICAL RECORD**       **Canary—X-RAY FILE**       **Pink—RADIOLOGIST FILE**

---

*A/BION*

**DC-456**

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF CORRECTIONS

NAME *GREEN, TYRONE*    NUMBER *EP4593*    QUARTERS *FA*

X-RAY NUMBER *DOB 1-23-70*    DATE OF X-RAY *8/27/01*    TECHNICIAN *LH*

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

*Rt hand*

*Fall getting out of shower 8/25/01 landing on Rt hand. Pain swelling 4-5 mp area R/o FX*

PHYSICIAN *BASHINE*

REPORT    R HAND 3v: There is fx deformities including base of 4th metacarpal of indeterminate age. Soft tissue swelling is seen and I cannot exclude acute injury. Smoothly marginated prob. old fragment at lateral aspect base 5th metacarpal.
IMPRESSION: Fx base 4th metacarpal of indeterminate age. Clinical correlation recommended. Soft tissue swelling noted. Probable old chip base of 5th metacarpal.

HKS/dg  9/18/01                    Henry K. Smith, D.O.

RECEIVED
Office of Attorney General
DEC 1 2 2003
WRO
Litigation Section

Diagnostic Stamp
Practitioner
Date _9-7-01_
Time _1600_

| A | N | NCS |
| Abnormal | Normal | Not |
| (Requires A | | Clinical |
| RDENT...OLOGIST | | Significa |

Soap Note)

Dr. Mark Baker

DATE OF REPORT

**Pink—RADIOLOGIST FILE**

*ALBION*

| DC-456 | COMMONWEALTH OF PENNSYLVANIA |
|--------|------------------------------|
| **X-RAY REPORT** | DEPARTMENT OF CORRECTIONS |

NAME *GREEN, TYRONE*     NUMBER *EP4593*     QUARTERS

X-RAY NUMBER *DOB 1-23-70*     DATE OF X-RAY *9/21/01*     TECHNICIAN *LH*

☐ TREATMENT   ☐ EXAMINATION   DETAILS:

*Rt hand (through splint)*     *Follow-up of fx*

PHYSICIAN *BAKER*

REPORT  R HAND 3v: Comparison w/ prior films 8/27/01. F/u exam through an immobilizing splint shows anatomic alignment of fx fragments at base of R 4th metacarpal. Partial widening of fx line is related to early bony healing. F/u recommended.
IMPRESSION: Anatomic alignment.

SS/dg  10/10/01                    Sonja Schaffer, M.D.

Dr. Mark Baker
Medical Director

DATE OF REPORT

| Diagnostic Stamp |
|------------------|
| Practitioner |
| Date |
| Time |
| A | N | NCS |
| Abnormal | Normal | Not |
| (Requires A | | Clinically |
| ROENTGENOLOGIST | | Significant |
| Soap Note) | | |

**White—MEDICAL RECORD**     **Canary—X-RAY FILE**     **Pink—RADIOLOGIST FILE**

ALBION

## X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME GREEN, TYRONE

NUMBER EP4593   QUARTERS FA

X-RAY NUMBER DOB 1-23-70    DATE OF X-RAY 10/12/01

TECHNICIAN LH

☑ TREATMENT   ☐ EXAMINATION   DETAILS:

Rt hand

X-ray done out of splint
per DR FERRETLI

PHYSICIAN BAKER

REPORT    RIGHT HAND (3v): Compared to previous films from 9/21/01. There is
progressive moderately advanced healed fractures of the base of the 4th and
5th metacarpals.

IMPRESSION; Moderately advanced healed fractures.

Henry K. Smith, D.O.

Dr. Mark Baker
Medical Director

HKS/pjt
DATE OF REPORT 0713/01

Diagnostic Stamp
Practitioner
Date 2-16-1
Time 450

A   N   NCS
Abnormal   Normal   Not
(Requires A       Clinically
ROENTGENOLOGIST   Significant
Seen Note)

White—MEDICAL RECORD       Canary—X-RAY FILE       Pink—RADIOLOGIST FILE

*ALBION*

| DC-456 **X-RAY REPORT** | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS |
|---|---|

NAME *GREEN, TYRONE*                    NUMBER *EP4593*     QUARTERS *FA*

X-RAY NUMBER *DOB 1-23-70*     DATE OF X-RAY *10/12/01*            TECHNICIAN *LH*

☐ TREATMENT   ☐ EXAMINATION   DETAILS:

*Rt hand*

*X-ray done out of splint per DR FERRETTI*

PHYSICIAN *BAKER*

REPORT   RIGHT HAND (3v):  Compared to previous films from 9/21/01.  There is
progressive moderately advanced healed fractures of the base of the 4th and
5th metacarpals.

IMPRESSION: Moderately advanced healed fractures.

*HKS*

Henry K. Smith, D. O.

*Dr. Mark Baker
Medical Director*

HKS/pjt
DATE OF REPORT 7/13/01

Diagnostic Stamp
Practitioner _____
Date *2-16*
Time *450*

| Abnormal (Requires A ROENTGENOLOGIST | N Normal | NCS Not Clinically Significant |

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

34410

DC-456
(REVISED 1/2003)

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS

**X-RAY REPORT**

| Inmate Name: | *Green, Tyrone* |
| Inmate Number: | *EP 4593* |
| DOB: | *1-23-70* |
| Facility: | *Hun* |

| DATE *3-18-04* | ☐ STAT | ☑ ROUTINE | PHYSICIAN *Araneda* |
| DATE TO BE DONE *3/19/04* | | EXAMINATION REQUESTED | *X-rays Rt. wrist & Rt. hand* |
| REASON FOR EXAM | *No fp 4th & 5th MC X 2 yrs ago.* | | |
| | *pain - no new trauma* | | |

REPORT

GREEN, TYRONE    EP4593    SCI HUNTINGDON

RIGHT HAND - Routine views of the right hand are compared to prior study from 10-12-03. There is mild deformity at the base of the 4th metacarpal bone consistent with healed fracture at this location. There are no new or acute fractures. A small non united boney density at the base of the 5th metacarpus may also be related to prior trauma. The bones are otherwise intact and the joint spaces are well preserved. There is mild soft tissue swelling noted.

IMPRESSION-There is evidence of prior injury as noted; no acute fracture or significant deformity. No significant arthritic changes.

RIGHT WRIST - Old healed fracture of the base of the 4th metacarpus is again noted. There is no acute fracture, subluxation or deformity. The carpal bones are intact.

Peter G. Gregory, MD
03/22/04  lag

DATE OF REPORT

ROENTGENOLOGIST

RECEIVED
MAR 2 6 2004

**DIAGNOSTIC STUDY STAMP**

PRACTITIONER:  *LA*

DATE:  *3/29/04*

TIME:  *16:00*

A

N

DR. ARANEDA, M.D.

NCS

| (REQUIRES | NORMAL | NOT ~~CLINICALLY~~ |
| DC-472 SOAP NOTE) | | SIGNIFICANT |

White – MEDICAL RECORD          Canary – X-RAY FILE          Pink – RADIOLOGIST FILE

# CONSULTATION RECORD

| **Part A:** Completed by referring facility: | Type of Consult: (Circle) (Initial) Follow-up (On-Site) Off-Site Telemedicine | |
|---|---|---|
| Referred to:<br><br>Xracey | Referred by:<br>_Bashline_ | **Appt. Date/Time:**<br>8-27-01 |
| Specialty: | Drug Sensitivity:<br>NKDA - | Copies of relevant health information attached: (circle)<br>Yes      No |

Reason for Referral/ History of Present Illness/Injury:

Xray - Rt hand

Treatment to Date/Current Medications and Significant Medication History:

Fall getting out of shower 8-25
landing on Rt hand — Pain swelling
4-5 M.P. area — R/o Fx

DR. DAVID BASHLINE D.O.

_signature_                8-26-0

Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle)      Approval          Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:                                   Date: | |
| UR Decision: (Circle)      Approval          Disapproval | Date: |

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

DONE 8/27/01 @ 0945
Late add on - not
on x-ray callout        LINDA HELGERT, R.T.
_Helgert RT_

_____                _____
Signature of Medical Director Date/Time              Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: _Greene T Jerone_

Inmate Number: EP 45 93

DOB: 1-23-70

(FA)

# CONSULTATION RECORD

| **Part A:** Completed by referring facility: | Type of Consult: (Circle) (Initial) Follow-up  On-Site  Off-Site  Telemedicine | |
|---|---|---|
| Referred to: *Xray* | Referred by: *Bashline* | Appt. Date/Time: *8-27-01* |
| Specialty: | Drug Sensitivity: *NKDA* | Copies of relevant health information attached: (circle)  Yes   No |

**Reason for Referral/ History of Present Illness/Injury:**

*Xray — Rt hand*

**Treatment to Date/Current Medications and Significant Medication History:**

*Fall getting out of shower 8-25 landing on Rt hand — Pain swelling 4-5 MP area — R/o FX*

DR. DAVID BASHLINE D.O.

Signature of Referring Physician    Date   *8-26-01*

| Reviewed by Medical Director: (Circle)    Approval    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:    Date: | |
| UR Decision: (Circle)    Approval    Disapproval | Date: |

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

*DONE 8/27/01 @ 0945*
*late add in — not on x-ray callout*

LINDA HELGERT, R.T.
*L Helgert RT*

_____    _____
Signature of Medical Director Date/Time        Signature of Consulting Physician Date/Time

Inmate Name: *Greene Tyrone*

Inmate Number: *EP 45 93*

DOB: *1-23-70*



# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle) (Initial) Follow-up  On-Site (Off-Site) Telemedicine |
|---|---|

| Referred to: A. Ashley Smith / Dr Toy Smith | Referred by: Mark Baker Medical Director | Appt. Date/Time: Mon 8/27/01 |
|---|---|---|

| Specialty: MCH Orthopedics | Drug Sensitivity: N/KSA | Copies of relevant health information attached: (circle) Yes    No |
|---|---|---|

Reason for Referral/ History of Present Illness/Injury: — via ER

Ⓡ hand Fx 8/25/01

Fall getting out of shower

Ⓡ hand dominant

Treatment to Date/Current Medications and Significant Medication History:

X-ray @ minimally displaced Fx 4th metacarpal proximally @ hand. (closed). to be P-2P1

Meds: Risperdal 1mg po bid, Xanax 1mg po bid, Serequin 50mg po hs

Allergy: NKA

Dr. Mark Baker
Medical Director

R. Telega PAC

P-2P1 / Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle)   (Approval)    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:                          Date: | |

| UR Decision: (Circle)    Approval    Disapproval | Date: |
|---|---|

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

ORTHO NOTE: Pain + swelling Ⓡt hand    8/27/01
XRay: ⊕ fx Ⓡt Ring /small finger metacarpals
Impression ⟶
Plan: Ulnar gutter splint Ⓡt forearm + hand
Will follow up in ortho clinic 9/5/01 2:15 PM
Rest/ice/elevate sling. Keep splint dry.    Berlin J    ORTHO Ⓡ

| Signature of Medical Director Date/Time | Signature of Consulting Physician Date/Time |
|---|---|

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Green, Tyrone
Inmate Number: EP4593
DOB: 1/23/70
Facility:

MP
Dr. Mark Baker
Medical Director

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle) (Initial) Follow-up  On-Site  (Off-Site) Telemedicine |  |
|---|---|---|
| Referred to: M. Abbey Smith / Dr. Toy Smith | Referred by: Dr. Mark Baker  Medical Director | Appt. Date/Time:  Mon  8/27/01 |
| Specialty: MCH ORTHOPEDICS | Drug Sensitivity: NKDA | Copies of relevant health information attached: (circle)  Yes    No |

**Reason for Referral/ History of Present Illness/Injury:** — VIA BR

R hand Fx 8/25/01

Fall getting out of shower

R hand dominant

**Treatment to Date/Current Medications and Significant Medication History:**

X-RAY @ minimally displaced Fx 4th metacarpal

Proximally @ hand. (closed). → to be R-2/9

Meds: Risperdal 1mg pm×1, Vistaril 1mg po bid, Sinequan 50mg BHS

Allergy: NKDA

Dr. Mark Baker
Medical Director

_____ R-2/9 | _____  8/25/01
Signature of Referring Physician   Date

B. Telega PAC

| Reviewed by Medical Director: (Circle) | (Approval) | Disapproval | Forwarded to UR (Date): |
|---|---|---|---|
| Medical Director Signature: |  | Date: |  |
| UR Decision: (Circle)  Approval |  | Disapproval | Date: |

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

ORTHO NOTE:  Pain + swelling (Rt) hand    8/27/01
X-Ray: ⊕ fx (Rt) Ring / small finger metacarpals
Impression: fx (Rt) Ring / small finger metacarpals
Plan: Ulnar gutter splint (Rt) forearm + hand
Will follow up in ortho clinic  9/5/01 2:15 PM
Rest / ice / elevate sling. Keep splint dry.

_____ Berlin  ORTHO
Signature of Consulting Physician Date/Time

_____
Signature of Medical Director Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name:  Green, Tyrone

Inmate Number:  EP4593

DOB:  1/23/70

Dr. Mark Baker
Medical Director

Name __TYPON GREEN__          MILLCREEK COMMUNITY HOSPITAL
                                5515 Peach Street
Date ___8/27/01___              Erie, PA  16509

## ORTHOPEDIC INSTRUCTIONS

( ✓ ) Keep your cast/dressings clean and dry.

( ✓ ) Do not put anything inside your cast/dressings.

( ✓ ) Keep affected area elevated above your heart on soft pillows and iced for 48 hours and any time swelling occurs.

( ✓ ) Check toes and fingers frequently for swelling.

( ✓ ) Move toes and fingers frequently to prevent swelling and stiffening.

( ) Do not bear weight for _____ hours on a walking cast.

( ) Always wear cast boot when bearing weight on walking cast.

( ✓ ) Wear arm sling _____

( ) Use your crutches as directed and **always** bring them to every appointment.

( ) Never trim or cut down the length of your cast by yourself.

( ✓ ) Call Millcreek Community Hospital at 864-4031 if:

    a. Pressure points or rubbing develops under your cast.
    b. Your exposed body area (fingers or toes) becomes numb or cool.
    c. Your cast softens, cracks, or breaks.
    d. You experience a significant increase in pain.

( ) You have a prescription for _____
take _____

( ) You have a clinic appointment at the hospital at ___14:15___ AM (PM)
on ___9/5/01___.

( ) Call _____ (864-4031) at 8 AM on _____ at Millcreek Community Hospital to set up an appointment for that day with your Attending Orthopedist to be seen at the Hospital.

( ) Call the office (864-5455) today for an appointment for _____

( ✓ ) Your Attending Orthopedist is : __TONY FERRETT__

( ) No school until _____

( ) May return to school _____

( ) No Gym until released by Attending Orthopedist _____

( ) No work until released by Attending Orthopedist _____

( ) May return to work _____

( ) ADDITIONAL INSTRUCTIONS _____

    Dr. Mark Baker
    Medical Director

Rest / ice / elevate

Light duty only    1-[?] / 1b

Name _TYRONE GREEN_          MILLCREEK COMMUNITY HOSPITAL
                                    5515 Peach Street
Date _8/27/01_                       Erie, PA  16509

## ORTHOPEDIC INSTRUCTIONS

( ✓ ) Keep your cast/dressings clean and dry.

( ✓ ) Do not put anything inside your cast/dressings.

( ✓ ) Keep affected area elevated above your heart on soft pillows and iced for 48 hours and any time swelling occurs.

( ✓ ) Check toes and fingers frequently for swelling.

( ✓ ) Move toes and fingers frequently to prevent swelling and stiffening.

( ) Do not bear weight for _____ hours on a walking cast.

( ) Always wear cast boot when bearing weight on walking cast.

( ✓ ) Wear arm sling _____

( ) Use your crutches as directed and **always** bring them to every appointment.

( ) Never trim or cut down the length of your cast by yourself.

( ✓ ) Call Millcreek Community Hospital at 864-4031 if:

    a. Pressure points or rubbing develops under your cast.
    b. Your exposed body area (fingers or toes) becomes numb or cool.
    c. Your cast softens, cracks, or breaks.
    d. You experience a significant increase in pain.

( ) You have a prescription for _____
    take _____

( ) You have a clinic appointment at the hospital at __14:15__ AM **PM**
    on __9/5/01_____.

( ) Call _____ (864-4031) at 8 AM on _____ at Millcreek
    Community Hospital to set up an appointment for that day with your
    Attending Orthopedist to be seen at the Hospital.

( ) Call the office (864-5455) today for an appointment for _____

( ✓ ) Your Attending Orthopedist is : _TONY FERRETTI_

( ) No school until _____

( ) May return to school _____

( ) No Gym until released by Attending Orthopedist _____

( ) No work until released by Attending Orthopedist

( ) May return to work _____

( ) ADDITIONAL INSTRUCTIONS

_Rest / ice / elevate_

_Light duty only_

Dr. Mark Baker
Medical Director

No._____

## CONSULTATION RECORD

| | | |
|---|---|---|
| Part A: To be completed by referring institution: | Type of Consult:    [ ] Initial    [X] Follow-up    [ ] On-Site    [ ] Off-Site | |

| | |
|---|---|
| Dr. Tony Ferretti<br>5451 Peach St.<br>Erie, PA  16509<br><br>Specialty: Orthopedics | Referred by: (physician name)<br><br>Dr. Mark Baker<br>Medical Director |

Appt. Date: Fri 9/14/01

Appt. Time:

Drug Sensitivity: [✓] No    [ ] Yes  (Specify)

Copies of lab and X-ray results attached?    Yes    No    If yes, specify:

Reason for Referral: *[handwritten illegible]*

History of Injury/Problem:    Date of Onset: *[handwritten illegible]*

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

Signature of Referring Physician    Date

[ ] Approval    [ ] Disapproval    Medical Director Signature:    Date:

Transmittal Date:    Transmitted By:

Approval Date:    Approved By:

Part B: To be completed by consulting Physician and returned with officer to the institution:

Diagnosis and Recommendations:

No Show —
Rev offside Ortho clinic @
MCH.    Rebecca Gould
Clinical Specialist

Signature of Consulting Physician    Date

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

Inmate Name: *[handwritten]*

Inmate Number: *[handwritten]*

DOB: 1-13-?

Institution: SCI Albion

PINK- Medical Record (Pending)

No._____

## CONSULTATION RECORD

| Part A: To be completed by referring institution: | Type of Consult: [ ] Initial [X] Follow-up [ ] On-Site [ ] Off-Site |
|---|---|

Dr. Tony Ferretti
5451 Peach St.
Erie, PA  16509

Referred by: (physician name)

Appt. Date: Fri 9/14/01

Appt. Time:

Specialty: Orthopedics

Drug Sensitivity: [X] No    [ ] Yes  (Specify)

Copies of lab and X-ray results attached?     Yes     No     If yes, specify:

Reason for Referral: _S/u on 9-5-01 1415 hr gen   SP @ 4h+5th metacarpl fx_
_(P-2+1)—6mmos R-25-1_

History of Injury/Problem:                    Date of Onset:

_NB in thnr guttr splint (ReFrathnr)_

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

_____     9/24/01
Signature of Referring Physician        Date

[ ] Approval     [ ] Disapproval     Medical Director Signature:                    Date:

Transmittal Date:     Transmitted By:

Approval Date:     Approved By:

Part B: To be completed by consulting Physician and returned with officer to the institution:

Diagnosis and Recommendations:

_No Show —_
_Ref offside Ortho clinic @_
_MCH._ Rebecca Gould
Clinical Specialist

_____
Signature of Consulting Physician        Date

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

Inmate Name: _Craig Tpre_

Inmate Number: _04593_

DOB: _1-23-?_

Institution: _SCI Alb_

10/01

## CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   (Follow-up)  (On-Site)  (On-Site)  Telemedicine |
|---|---|

**Referred to:** Dr. T. Ferretti — McH Ortho clinic    **Referred by:** Dr. Bashline    **Appt. Date/Time:** Fri 10/12/01  0930

**Specialty:** Ortho.    **Drug Sensitivity:** NKDA.    Copies of relevant health information attached: (circle) (Yes) No

X-rays

**Reason for Referral/ History of Present Illness/Injury:**

Flu - S/P (R) 4th & 5th metacarpal fx
(8/27/01)

**Treatment to Date/Current Medications and Significant Medication History:**

Pt in ulnar gutter splint.

Pt "No Show" 9/14 onsite clinic

DR. DAVID BASHLINE D.O.

*(signature)* 9-14-01
Signature of Referring Physician    Date

Dr. Mark Baker
Medical Director

| Reviewed by Medical Director: (Circle)    (Approval)    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: *(signature)*    Date: 9-17-01 | |
| UR Decision: (Circle)    Approval    Disapproval | Date: |

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

9/12/01 Dr Ferrette V.S. to perform AP/Lat/Oblique x-ray thru splint
+ we will take to McH for review by Ortho Surg. Reschedule
at 10/22/01 onsite clinic unless deemed necessary to be seen
prior to that clinic. Will await Dr. Ferretti's orders. Arlene Bevan
(R) hand: Splint intact - had been removed as per ___ ___
edema resolved - tenderness w/active/passive motion 2° to immobilization
Dr. ___ ___ sig. off ___ only ___    10/12/01
Sp: (R) ___ 4th + 5th metacarpal (R) hand *(signature)*
*(signature)* DVM (R) D.T. BPRN 1/14
Signature of Medical Director Date/Time    Signature of Consulting Physician Date/Time

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**    1348
DC-441
(Revised 1-01)
Dr. Mark Baker (by N.)
Medical Director (MW)

**Inmate Name:** Greene, Tyrone

**Inmate Number:** EP 4593

**DOB:** 1/23/70

**Facility:** Albion.

FA

## CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)  Initial  Follow-up  On-Site  Off-Site  Telemedicine | |
|---|---|---|
| Referred to:<br><br>x-ray | Referred by:<br><br>D Baker | Appt. Date/Time: |
| Specialty:<br><br>n stb | Drug Sensitivity: | Copies of relevant health information attached: (circle)<br>Yes    No |

Reason for Referral/ History of Present Illness/Injury:

(R) hand

AP / LAT / obliques through splint

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

_signature_  9-21-01

Signature of Referring Physician        Date

| Reviewed by Medical Director: (Circle)    Approval    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: | |

UR Decision: (Circle)    Approval    Disapproval    Date:

Part B: To be completed by consulting Physician and returned with officer to the institution:

1) DONE 9/21/01 @ 1019
late add in — not
on x-ray callout

LINDA HELGERT, R.T.
_signature_

Signature of Medical Director Date/Time                    Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Green Tyrone

Inmate Number: EP4593

DOB: 1-23-70