# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)  Initial  Follow-up  On-Site  Off-Site  Telemedicine | |
|---|---|---|
| Referred to: _Yoseff_ | Referred by: _D Baker_ | Appt. Date/Time: |
| Specialty: _note_ | Drug Sensitivity:                    ; | Copies of relevant health information attached: (circle)  Yes    No |

Reason for Referral/ History of Present Illness/Injury:

(R) hand

AP / LAT / obliques through splint

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

_[signature]_ 9-21-01

Signature of Referring Physician        Date

| Reviewed by Medical Director: (Circle)    Approval          Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:                                    Date: | |
| UR Decision: (Circle)    Approval          Disapproval | Date: |

Part B: To be completed by consulting Physician and returned with officer to the institution:

① Done 9/21/01 @ 1019
Jate add on – not
on x-ray callout

LINDA HELGERT, R.T.
_[signature]_

_____        _____
Signature of Medical Director Date/Time        Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: _Green Tyrone_

Inmate Number: _EP4593_

DOB: _1-23-70_

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   (On-Site)   Off-Site   Telemedicine | |
|---|---|---|
| Referred to: X-ray | Referred by: Dr. T. Ferretti | Appt. Date/Time: 10/12/01 |
| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle)    Yes    No |

**Reason for Referral/ History of Present Illness/Injury:**

X-ray ® hand  Ap + Lat Oblique  Out of Splint

**Treatment to Date/Current Medications and Significant Medication History:**

_(signature)_    12/10/01

Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle)    Approval    Disapproval    Date: | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: | |
| UR Decision: (Circle)    Approval    Disapproval | Date: |

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

DONE 10/12/01 @ 1008
Late add in  notion
X-ray called out  LINDA HELGERT, R.T. _(signature)_

_____    _____
Signature of Medical Director Date/Time    Signature of Consulting  Physician  Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Greene, Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)  Initial  Follow-up  (On-Site)  Off-Site  Telemedicine | |
|---|---|---|
| Referred to: _X-ray_ | Referred by: _Dr. T. Ferretti_ | Appt. Date/Time: _10/12/01_ |
| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle)  Yes   No |

**Reason for Referral/ History of Present Illness/Injury:**

X-ray (R) hand  AP & Lat Oblique  out of Splint

**Treatment to Date/Current Medications and Significant Medication History:**

_Abbas 12/12/01_
Signature of Referring Physician        Date

| Reviewed by Medical Director: (Circle)    Approval        Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:                                  Date: | |
| UR Decision: (Circle)    Approval            Disapproval | Date: |

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

DONE 10/12/01 @ 1008
late add on patient
X-ray call out  LINDA HELGERT, R.T.  _L. Helgert RT_

Signature of Medical Director Date/Time                Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Greene, Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up  On-Site  Off-Site  Telem... |
|---|---|

**Referred to:** Dr. T. Ferretti - mcH Ortho clinic

**Referred by:** Dr. Bashline

**Appt. Date/Time:** Fri 10/12/01  0930

**Specialty:** Ortho.

**Drug Sensitivity:** NKDA.

**Copies of relevant health information attached:** (circle) (Yes)  No
X-rays

**Reason for Referral/ History of Present Illness/Injury:**

F/u - S/P (R) 4th & 5th metacarpal fx (8/27/01)

**Treatment to Date/Current Medications and Significant Medication History:**

Pt in ulnar gutter splint.

Pt "No show" 9/14 onsite clinic

DR. DAVID BASHLINE D.O.

Dr. Mark Baker
Medical Director

Signature of Referring Physician   Date
9-14-01

| Reviewed by Medical Director: (Circle)   Approval   Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:   Date: 9-17-01 | |

| UR Decision: (Circle)   Approval   Disapproval | Date: |
|---|---|

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

9/2/01 Dr Ferrette V.O. to perform AP/Lat/Oblique views thru splint & we will take to mcH for review by Ortho surg. Reschedule at 10/22/01 onsite clinic unless deemed necessary to be seen prior to that clinic. Will await Dr Ferretti's reviews. Arlene Bevan HCA.

(R) hand: Splint intact - had been removed as per Pt - Site Administrator elim... finders w/active... motion ... for generalization...  10/12/01

Arlene Bevan
Site Administrator

Signature of Medical Director Date/Time   Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441 Mark Baker Lyn )
(Revised 1-01)
Medical Director

**Inmate Name:** Greene, Tyrone

**Inmate Number:** EP 4593

**DOB:** 1/23/70

FA

# PROGRESS NOTES

[✓] Outpatient                                                                 [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 7-9-01<br>1250 | #3 | PA | S asked to evaluate by wrong superior, inmate reports was poked in ⓇEye ~ 10 days ago states was put on Motrin. Relates eye was red and watering but did not hurt so cont to take medication until can get can aid yesterday. Now "has to be seen" |
| | | | O: ⓇEye sclera injected Ⓒ corneal abrasion noted FBⒷ EOM's intact moderate clear drainage noted |
| | | | A: traumatic conjunctivitis |
| | | | P: Contisporin eye drops #4 tabs Ⓡ eye Q_Dx10 days RT: if redness and watering" does not (give) so aware prior to medication D/Cing voiced understanding. _Tammy M_ |
| | | | _TAMMY MOWBY,_ |
| 7-27-01<br>1315 | B | PA | S here # 4 mts test no voiced S/S |
| | | | O: see DC470 |
| | | | A: bipolar |
| | | | P: EKG/SMA as ordered RT as scheduled |
| 8-25-01<br>1300 | | NSg | No show  Psych med non compliance counsel PA<br>_RALPH LUCAS, RN_ |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Inmate Name: Green, Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

Institution: S C I All

| Date/Time | Prob # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/25/01 2005 | 4 | NSG. | S: "I fell in the shower". O: VSS. 122/80, 98°, 72 H. inmate claims to have fallen in shower while holding towel and then fell on floor ⊙ hand in a fist position. Noted ® hand edema, to outer aspect of hand. Tender to touch. ROM very limited. A: alter. in comfort. P: 38° infirmary observation. Svng motrin ⊙ 3⊙ PRN x 24°. dressing hand ⊙ ⊙ PRN x 74°. cockup splint ⊙ ace wrap. To be seen by physician 8/26/01. —— JOHN PURVIS, RN  JPurvis RN |
| 8-26-01 0505 | 4 | nsg | O: inmate slept through out shift, arises when awakens, VSS, ⊙ verbal complaints through out shift  ® hand continues to be edematous in lit rom O: alt. comfort. P: assess/treat as needed —— M Kish   MARCIE KISH, RN |
| 8-26-01 0730 | 4 | NSG | S: "I'm alright."  O: ® hand c̄ splint & ACE bandage intact. Pt. declined medication or ice ; VS) Stated he wanted to rest; appetite good) Resp. reg. & easy; ⊖ SOB, ⊙ acute distress, no voiced complaints.  A: Alteration in comfort.  P: Continue to monitor in infirmary. —— J. McDuffee   JAMES McDUFF, RN |
| 8-26-0 1100 | 4 | M D | S. Inmate seen in infirmary. Pain swelling ® hand - fall in shower last pm - band-aid on hand - ⊙  O. Tenderness; swelling ®  4-5 MP area -  A. Poss Fx Metacarpal  P. Will maintain splint & ace - Return in AM for X-ray - |

| Date/ Time | Prob # | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/25/01 2005 | 4 | NSJ | S: "I fell in the shower." O: VSS 122/80, 95°, 72/16. Inmate claims to have fallen in shower while holding towel and then fell on floor. R hand in a first position. Noted R hand edema to anterior aspect of hand. Tenderness to touch. ROM very limited. Alteration in comfort. P: 38° infirmary observation. X-ray motion. ACE Press x 24°, drive R hand. Splint x 48° ice pack, splint ↓ ace wrap. To be seen by physician 8/26/01. JOHN PURVIS, RN |
| 8-26-01 0505 | 4 | ny | O: Inmate slept throughout shift. Arises very awake, VSS, no verbal complaints throughout shift. R hand continues to be edematous in 1/4 area. A: Alt comfort. P: Assess. Well as need. — M Kish —   MARCIE KISH, RN II |
| 8-26-01 0730 | 4 | NSG | S: "I'm alright." O: R hand c splint & ACE bandage intact. Pt declined medication or ice & VSS. Stated he wanted to rest. Appetite good. Resp. reg. & easy. SOB. No acute distress, no voiced complaints. A: Alteration in comfort. P: Continue to monitor in infirmary.   J McDuff   JAMES McDUFF, RN |
| 8-26-0 1100 | 4 | MD | S: Inmate seen in infirmary. Pain swelling R hand — fall in shower. Last pm. Laceration on hand. O: Tenderness swelling R 4-5 MC area. A: Poss Fx metacarpal. P: Will maintain splint & ACE. Return in AM for X-ray.   DR. DAVID BASHLINE D.O. |

# PROGRESS NOTES

[X] Outpatient                                                    [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 7·26·01 11³⁰ | 4 | NSG | S: "I'm fine."  O: Pt released from infirmary per physician's order; no voiced complaints  A: Alteration in comfort.  P: Follow ē x-ray of ®  hand in Am; Pt aware. Pt released to general population.  J. McDuff  JAMES McDUFF, RN |
| 7/27/01 0902 | 4 | CSPHS | Pt scheduled for onsite xray ~® hand on Mon 8/27/01 Consult forwarded to L. Helgert, RT.  Rebecca Gould  Clinical Specialist  R. L. Gould |
| 7/27/01 0905 | 4 | M. D. I | S Referred per nsg staff to √ ®hand — c/o slipped in the shower ~2days ago  O: ø STS dorsal hand - tender to palpation 4th-5th Metacarpal CMS intact  XRAY ® minimally displaced 4th Metacarpal head fx  A- ®hand fx.  P: Info MCHV or gutter ? cast. Security to be notified by Admin. Asst. M. Clouse to be contacted by physician.  — ? sm ē RLC plan 9™ ē that  Dr. Mark Baker  Medical Director |

Inmate Name: Green, Tyrone

Inmate Number: EP4593

DOB: 1/23/70

Institution: SCI ALBION

# PROGRESS NOTES

[X] Outpatient                                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8-26-01<br>11³⁰ | 4 | NSG | S: "I'm fine"<br>O: Pt released from infirmary per physician's order; no voiced complaints<br>A: Alteration in comfort.<br>P: Follow c̄ X-ray of ® hand in Am.<br>Pt aware, Pt released to general population.<br>_____ J. McDuff JAMES McDUFF, RN |
| 8/27/01<br>0902 | 4 | CSPHS | Pt scheduled for onsite xray ~® hand~ on Mon 8/27/01. Consult forwarded to L. Helgert, RT. Rebecca Gould R. Gould<br>Clinical Specialist |
| 8/27/01<br>1005 | 4 | dr<br>I | S referred per nsg staff to √® hand —<br>c/o slipped in the shower ~2 days ago<br>O: c̄STS dorsal hand - tender to palpation<br>4th-5th Metacarpal CMS intact —<br>XRAY ® minimally displaced 4th Metacarpal head F×<br>A- ® hand F×.<br>P: Pt to MCH via Sutton De caster. Security to be notified by Admin. Asst. McHortis to be contacted c̄ Un physician.<br>— A seen ® follow appr c̄ dent<br> _____ Dr. Mark Baker<br>Medical Director |

Progress Notes<br>Commonwealth of Pennsylvania<br>Department of Corrections<br>DC-472

Inmate Name: Green, Tyrone

Inmate Number: EP4593

DOB: 1/23/70

Institution: SCI ALBION

| Date/ Time | Prob # | Discipline Abbreviation | Remark: Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/27/01 1628 | 4 | CS PHS | Pt scheduled offsite @ MCH-ER this day ~ eval/tx @ hand. tx. Security notified — Rebecca Gould *Rh Gould* Clinical Specialist |
| 8/27/01 1705 | 4/5 | NS9 | S: "I FEEL FINE" O: INMATE RETURNED FROM MCH hospital Fx RT hand. Splint/ arm Sling INTACT — needs NxM check RT hand wnl. No c/o pain/ discomfort r-extin comport. P: Released to new population w/ant referred to Dr. Barlow for for re- follow up care Hickey TOM HICKEY, RN |
| 9/4/01 1105 | 5 | CS PHS | Pt scheduled on site c Dr. T. Ferretti on Fri 9/14/01 during the ortho clinic. Unable to schedule pt offsite due to scheduling & security concerns. Spoke c Dr. Ferretti's staff re: this issue. ~ S/p fx @ hand Rebecca Gould *Rh Gould* Clinical Specialist |
| 9/14/01 1230 | 5 | CS PHS | Pt "No Show" for ortho clinic. Per Dr. Ferretti, pt is to be scheduled offsite @ MCH ortho clinic for rev w/in 2wks. Rebecca Gould *Rh Gould* Clinical Specialist |
| 9.17.01 1439 | 5 | CS PHS | Pt scheduled offsite @ MCH ortho clinic c Dr. T. Ferretti on Wed 9/26/01 w rev @ hand. Rebecca Gould *Rh Gould* Clinical Specialist |

| Date/ Time | Prob # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|------------|--------|-------------------------|------------------------------------------|
| 8/27/01 1428 | 4 | CSPHS | Pt scheduled offsite @ MCH-ER this day ~ eval tx @ hand fx. Security notified ─ <br> Rebecca Gould Rh Gould <br> Clinical Specialist |
| 8/27/01 1705 4/5 | US9 | | S: "I FEEL FINE" <br> O: INMATE returned FROM MCH hospital <br> Fx RT hand. Splint/ arm sling <br> intact ─ needs NVS check RT hand <br> WNL. No c/o pain/ discomfort <br> A-Actin comfort. <br> P: Released to New Population <br> chart referred to Dr. Barber FOR <br> fx Rx ─ Follow up care <br> TOM HICKEY, RN T Hickey |
| 9/4/01 1105 | 5 | CSPHS | Pt scheduled onsite c̄ Dr. T. Ferretti on <br> Fri 9/14/01 during the ortho clinic. Unable <br> to schedule pt offsite due to scheduling <br> & security concerns. Spoke c̄ Dr. Ferretti's <br> staff re: this issue. ~ s/p fx @ hand <br> Rebecca Gould Rh Gould <br> Clinical Specialist |
| 9/14/01 1230 | 5 | CSPHS | Pt "No Show" for ortho clinic. Per Dr. <br> Ferretti, pt is to be scheduled offsite <br> @ MCH ortho clinic for rev w/in 2wks <br> Rebecca Gould Rh Gould <br> Clinical Specialist |
| 9.17.01 1439 | 5 | CSPHS | Pt scheduled offsite @ MCH ortho clinic c̄ Dr. <br> T. Ferretti on Wed 9/26/01 to rev @ hand. <br> Rebecca Gould Rh Gould <br> Clinical Specialist |

# PROGRESS NOTES

[ ] Outpatient                                                                    [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9-20-01 | | PAC | S: ∅ |
| 1610 | #9 | | O: w/o wcm |
| | | | A fracture 4th/5th metacarpal ® hand |
| | | | P. chart reviewed c Dr Ferretti, inmate was |
| | | | a no show for on site clinic (9/14) discussed |
| | | | @ length will take xray onsite, then |
| | | | transport to MCH for review due to security |
| | | | issue of non emergent outside trips will |
| | | | follow process per Dr Ferretti direction |
| | | | — Moul PAC |
| 9/21/01 1005 | | PAC I | P: N/S PA/ Sick line = Fri 0930 hr appt. D. Telega PAC |
| 9/21/01 1010 | 19 | PAC I | S: waits cast placed on ® hand. c/o excessive mvt in splint. admits to taking splint off to clean hand on a regular basis. |
| | | | O: splint intact - ulnar gutter - plaster splint. CMS intact. ® capillary refill. sensation intact. ∅ S/S. |
| | | | A: S/P metacarpal Fx 4 & 5 ® hand |
| | | | P: X-ray done - to be put to Dr Ferretti's office for review, will F/S for TX plan in near future = cont splint until then. provide c/e w/ instruction — D. Telega PAC |

Inmate Name: Greer Tyrone

Inmate Number: DP4593

DOB: 1-23-70

Institution: Albion

# PROGRESS NOTES

[ ] Outpatient                                           [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9-20-01<br>1610 | #9 | PAC | S: Ø<br>O: w/s vcm<br>A fracture 4th/5th metacarpal ®R hand<br>P. chart reviewed ē Dr Ferretti, inmate was a no show for on site clinic (9/14) discussed @ length will take xray onsite, then transport to MCH for review due to security issue of non emergent outside trips will follow process per Dr Ferretti direction<br>— mon, PAC |
| 9/21/01<br>1005 | | PAC<br>I | P. N/S PA/Such bu = fri 0950 hr apt. — Talega PAC |
| 9/21/01<br>1010 | (19) | PAC<br>I | S — wants cast placed on ® hand<br>c/o excessive mvt in splint<br>admits to taking splint off to clean hand on a regular basis.<br>O: splint intact - ulnar gutter plaster splint. CMS intact. @ capillary refill. sensation intact. Ø s/s.<br>A: S/P Metacarpal Fx 4 & 5 ® hand<br>P. X ray done - to be taken to late rett's office for review, will N/s for Tx plan in near future cont splint until then. proceed w/ osafari — D. Talega PAC |

Inmate Name: Green Tyrone

Inmate Number: DP4593

DOB: 1-23-70

Institution: Albion

**Progress Notes**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-472**

| Date/Time | F866 # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 10/1/01 1304 | 19 | CSPHS | Pt's offsite appt on 9/24/01 c̄ Dr. T. Ferretti has been 4/s for the 10/13/01 onsite clinic. X-rays reviewed by Dr. Ferretti on 9/21/01, healing well — no medical necessity to send Pt. offsite. Rebecca Gould Clinical Specialist RL Gould |
| 10/12/01 0950 | 19 | CSPHS | S: Ortho. clinic O: See DC 441 A: S/p ® 4th & 5th mc fx. P: X-ray OOS (done today) → PT RTC PRN. Pt voiced understanding Rebecca Gould Clinical Specialist RL Gould |
| 10/25/01 1335 | RN ⑨ ⑭ ⑤ | | S Requesty Tolnaftate N hand Rash also c/o ® ear clogged requesty gtts for it also states that did not repeatedly take splint off hand only x1 to wash hand. Wants PT for hand. O HEENT: ® cerumen came off by self (AC came loose) ® cerumenosis AU Tymp ertin AS Skin ® scaly noted Palm on ® hand Mucus blebs almost from ® wrist. ● RPS PS PS TS A: Tinea Manum, Cerumenosis AU, S/P Fx structure ex diff ® hand P: Lacri Debrox otic sol'n 7 gtts AU BID x 5 DAYS Provide for ear irrig. Tolnaftate 1% oint BID x30d ARF. Motrin ____ to BIR RM for x30 ARF. Instructed/demonstrated home exercises jump RO c̄ HV prior to home PT. RTAS scheduled & prn. Pt provided understanding |
| 10-31-01 | PAC | | No shows PA line 1340 appt no medication to reschedule [signature] TAMMY MOWRY, PA |

| Date/Time | Prob # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 10/1/01 1304 | 19 | CS PHS | Pt's offsite appt on 9/24/01 c̄ D. T. Ferotti has been ¢/s for the 10/13/01 insite clinic. X-rays reviewed by D. Ferotti on 9/21/01, healing well — no medical necessity to send pt. offsite. Rebecca Gould Clinical Specialist R. Gould |
| 10/2/01 0950 | 19 | CS PHS | S: Ortho. clinic O: See DCU41 A: S/p ℞ 4th & 5th mc fx. P: X-ray OOS (done today). PT to RTC PRN. Pt voiced understanding Rebecca Gould Clinical Specialist R. Gould |
| 10/25/01 1335 | ⑨ ⑭ ⑤ | RN P | S: Requesty Tolnaftate to hand Rash also c/o ℞ ear clogged. Request gtts for it. also states that did not repeatedly take splint off hand only x1 to wash hand. Wants PT for hand — came off by self (left lunate loose) O: HEENT: @cerumenosis AU tympanium AS Skin scaly noted Palm of ℞ hand misc blds: almost from ℞ wrist gtps trs Ts A: Tinea Manin, Cerumenosis AU, S/P Fx structural deft ℞ hand P: Lacy Debrox otic sol ī gtts AU BID x 5 JAts fluincrease ear irrig. Tolnaftate 1% ont BID x 30 ℞℞F. Motrin accord to P.O.R. x 30 ℞℞F. instruct & demonstrate how to exercises wrap PRN. write prin to home PT. RT as scheduled & prn. pt voiced understanding _____ |
| 10-31-01 | | PA | no shows PA live 3rd appt no medication to reschedule _____ TAMMY MOWRY, PA |

# PROGRESS NOTES

[X] Outpatient                                                      [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 11-28-01<br>1505 | C | PAC | Sweet Arms clinic<br>O Dec DC 470<br>A depression<br>P Rt as scheduled ———— *TAMMY MOWRY, PA* |
| 3-5-02<br>1600 | #6 | PAC<br>II | S she reports noticed ~ 2 weeks ago daily<br>bleeding itchy more than anything<br>O rectal small unthrombosed mass noted<br>@ 6 o'clock hemorroid e ; e internal lesion<br>A hemorrhoids<br>P Xtracane 1% apply daily × 10 day<br>↑ fluids especially to O Rt pm need<br>antioxidants ———— *TAMMY MOWRY, PA* |
| 3-15-02<br>1345 | (7) | PAC | S 100% effec<br>O Su Panel 4/00<br>A appropriate test<br>P labs ordered - teptulagraa explained RX Rxn<br>Pt verbalized understanding ———— ⊙ PAC |
| 3/25/02 | #8 | 1020 RS 0! | Patient received health education with regard to TB prevention and treatment verbalizes understanding       Pt. received Hepatitis C educational pamphlet and health education regarding access and screening process. Pt. verbalized understanding.<br><br>HCV @ 4/01 — B Monroe ———— BARBARA MONROE, R |

Inmate Name: Green Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

Institution: SCI Albion

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 4/4/02 | | 1230 WSP O: | Telebinocular/Audiogram done per DOC policy. Passed _____; Failed No Show; Will reschedule x next clinic ~ B Monroe BARBARA MONROE, RN |
| 4/23/02 1300 | 8 | NSG | Telebinocular/Audiogram done per DOC policy. Passed X ; Failed refered to optometri JENNIFER CURRAN, LPN JCurran |
| 4/24/02 1010 | 8 | Adm/PHS | Pt sch'd onsite c̄ Dr Barron during the 5/02 OPT clinic ~ refraction √ DTrimble Deborah Trimble Administrative Ass |
| 5/17/02 1524 | 8 | RT/OC PHS | S: Opt clinic O: See DC 441/451 A: Hyperopia P: RX for glasses ordered Pt voiced understanding Wear as needed LINDA HELGERT, R.T. JHelgert R.T. |
| 6/5/02 1341 | 8 | RT/OC PHS | S: Eye clinic, new glasses O: See DC 441/451 A: Hyperopia P: GLASSES RECEIVED BY INMATE Pt expressed satisfaction Informed pt of proper care of glasses, procedure for repairs + costs involved are pts responsibility. Pt voiced understanding LINDA HELGERT, R.T. JHelgert R.T. |

# PROGRESS NOTES

[ ] Outpatient                                                                [ ] Inpatient

| Date/<br>Time | Prob<br># | Discipline<br>Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9-27-02<br>0920 | PA<br>#9 | tt | S requesting refill Tolnaftate Notes really works<br>just came back<br>○ hand skin peeling<br>A tinea man<br>P. Tolnaftate cream apply BID x 30days (save)<br>RTPM                    Tammy PA<br>TAMMY MOWRY, PA |
| 12-7-02<br>1530 | RHU | NG | O: Placed in RHU No medical contraindicate<br>for RHU placement ———— D. P. Daniel Przybrowski RN II |
| 12/20/02<br>1235<br>RHU | PA<br>(19) | | S C/O ℞ hand pain NlsEx in past ∅ Antis<br>trauma "Aching"<br>O: From dist/wrist. pt pnts to 4th & 5th<br>metacarpals. X-ray O/12/01 @ fxs 4th & 5th metacarpals.<br>A post traumatic OA ℞ hand<br>P: ℞ Motrin 800mg PO TID PC x 14 days.<br>Pt verb understanding |
| 1/22/03<br>1055 | PA<br>(10)<br>(29) | | S C/O ℞ hand pain. C/O<br>GI upset c motrin "did it work"<br>also c/o joint itch on paws & scrot c itchy "Rash"<br>c/o help c Tolnaftate. wants Cardura/Dutt 2° GERD.<br>"Lofat"<br>O: X-ray 10/12/01 @ healed fx base 4th & 5th metacarpals℞ |

Progress Notes<br>Commonwealth of Pennsylvania<br>Department of Corrections<br>DC-472

Inmate Name: *Green, Tyrone*

Inmate Number: *EP 4593*

DOB: *1-23-70*

Facility: *SCI Albion*

| Date/ Time | Prob. # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 2245 | PAC | | Genitalia ⊖ mass/edema /erythema scrot |
| 1100 | 24 19 25 | | Abd NT / ND ⊕ BS x4 - non |
| | | | A: post Hepatic DNV @ ward, GERD, NSAID gastritis, Thea Cmp |
| | | | P: No vol bile work - if T <32°. Rec: Mican 2%/co |
| | | | BID X300 PRF. Can Ar Diet X/300 Ays. advise |
| | | | um B/D/E therapt Rec'; Carafate 1gm PO QID c̄ |
| | | | Motrin x 300 x2RF.  Motrin 800mg PO QID PC ⊕ c̄ |
| | | | Carafate x300 x2RF.  RTC— pt to ur under stand |
| | | | ⊕ Telega PAC |
| 2/20/3 | 12 (B/C) | Or | S̄ 5 lb diarrhea hrs - less. stool softer than nl |
| | | | closs x 2wks ↑stress lately → go Stm ↓ wh |
| | | | stress exacerbates BMS TID pasty |
| | | | O: Abd NT/ND, nm      pt in NAD |
| | | | A: suspect IBS W/o Depression, BAD. |
| | | | P: Rec: Kaopectate 30cc PO QID Pr X14days. RTC PRN |
| | | | advise FW ⊕ ⊕. pt to un derstand |
| | | | D: Telega PAC |
| 3/30/3 | 15 | 1300 nse | O: Patient received health education with regard to TB prevention and treatment verbalizes understanding    Pt. received Hepatitis C educational pamphlet and health education regarding access and screening process. Pt. verbalized understanding. |
| | | | HCV @ 461 — BMonroe |
| | | | BARBARA MONROE, RN |
| 4-28-03 1430 | PA #9 | | S̄: requests refill on Motrin and Carafate fr |
| | | | ⊕ ⊕ knee pain |
| | | | O: ⊕ hand ⊖ gross deformities noted ROM |
| | | | appears WNL neurovascular intact |
| | | | A: S/p ⊕ hand fx |
| | | | P: Motrin 600mg po QID pm x 30 day ORF |
| | | | Carafate 1gm po QID x 30 day ORF |
| | | | discuss OTC's ⊕ pm aid as discussed, med |
| | | | understandy |
| | | | TAMMY MOWRY, PA |



# PHYSICIAN'S ORDERS

Inmate Name: _Green, Tyrone_

Inmate Number: _EP4593_

DOB: _1-23-70_

Institution: _SCI Albion_

_NKDA_

Drug Allergies:

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET<br>UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7-9-01<br>1456 | 3 | Cortisporin ophthmic soln gtt II OS qid x 7 days → given<br>~~Ruger LPN~~<br>DONE APL 1707<br><br>Dr. Mark Baker<br>Medical Director |
| 7-9-01<br>1315-B | B | SMA 25<br>EKG → ADNS NWLN<br><br>Dr. Mark Baker<br>Medical Director<br>JODI EBRIGHT LPN<br>7-29-01 173b |
| 8/26/01<br>2000 | 4 | 23° drsg... observation<br>Percy motrin 600 PRN x24°<br>clce TO ® wrist 600 PRN x24°<br>~~If change order Dr. Bashline~~ communic 8/26/01 950<br><br>JOHN PURVIS, RN<br><br>DR. DAVID BASHLINE D.O  8-26-01<br>1100<br>M. Kish<br>8-26-01<br>650<br>MARCIE KISH, RN II |

PLEASE USE BALL POINT PEN ONLY

## PHYSICIAN'S ORDERS

Inmate Name: _Green, Tyrone_

Inmate Number: _EP4593_

Drug Allergies: _NKDA_

DOB: _1-23-70_

Institution: _SCI Albion_

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7-19-01 1456 | 3 | Gentamicin ophthalmic Soln gtts II OS q4h x 1 days given ___ Dr. Mark Baker Medical Director ___ RUGGIERO, LPN 7/19/01 1707 |
| 7-20-01 1315 | B | SMA 25 EKG ___ Dr. Mark Baker Medical Director ___ JODI EBRIGHT, LPN ___ CLAIR MOWRY, PA ___ 7-20-01 1330 |
| 8/25/01 2000 | 4 | 23° infirmary observation Percogesic CIID PRN x 24° cleo to @ wrist CIID PRN x 24° ___ re-eval under Dr. Bashline/Munson 8/25 JOHN PURVIS, RN MARCIE KISH, RN II M. Kish 8-26-01 0500 ___ DR. DAVID BASHLINE D.O. 8-26-01 1100 |



# PHYSICIAN'S ORDERS

Inmate Name: GREEN, TYRONE

Inmate Number: EP 4593

DOB: 1-23-70

Institution: SCI-ALBION

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8-26-01 1100 | 4 | Xray Rt hand AM -8-27-01 ✓ RLY 8/27/01 Release to Block — |
| | | JAMES McDUFF, RN          DR. DAVID BASHLINE D.O. McDuff 8/26/01 1134 |
| 8/27/01 1005 | 4 | Send to MCH Ortho via State car via SCI     clinic (C xray) ✓ RLY 8/27/01 DR. Mark Baker Medical Director 8-27-01 1005 |
| | | M. Kish 8-27-01 1110     MARCIE KISH, RN II |
| 8/27/01 1715 | | RN at Mtg ortho clinic C/M Info M. Baker Medical Director 9-5-01 at 1415 8-27-01 1715 |

## PHYSICIAN'S ORDERS

Inmate Name: GREEN, TYRONE

Inmate Number: EP 4593

DOB: 1-23-70

Institution: SCI - ALBION

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8-26-01 1100 | 4 | Xray Rt hand AM -8-27-01 ✓ RLY 8/26/01 Release to Block — |
| | | JAMES McDUFF, RN DR. DAVID BASHLINE D.O. McDuffen 8/26/01 1130 |
| 8/27/01 1005 | 4 | Send to MCH ortho via state car via SH clinic (CNM) ✓ RLY 8/27/01 Dr. Mark Baker Medical Director P-26-01 1005 D. Teresa PAC M Kish 8-27-01 1110 MARCIE KISH, RN II |
| P-27-01 1110 | | RN at MCH ortho clinic C/H P. Green Dr. Mark Baker Medical Director 9-5-01 at 1415m instate by NB P-27-01 1110 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green Tyrone

Inmate Number: BP4593

DOB: 1-23-*

Institution: SCI Albion

Drug Allergies: NKA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8-27-1 | | ① Ice to _____ qid prn × 4 days |
| no chart available | | ② Tylenol #3 ī po qid prn severe pain × 3 days |
| | | ③ Ibuprofen _____ patient _____ moderate pain 7 days |
| 9/5 | | ④ Arm sling Prom pt has × 14 days _____ nursp _____ N/A issue Prom and splint _____ |
| | | ⑤ _____ T. Smith _____ MD reg. ortho clinic |
| | | ā 1 day _____ 14 days        ✓ RLD 9/5/01 |
| | | _____ Dr. Mark Baker _____ Medical Director |
| | | ⑥ No work, sports, activity _____ |
| 8-27-01 1806 | | × 3 days ④ 9-27-01 may walk in yard only—nursp please have pt. sign refusal _____ sign/give _____ |
| Susan Pittsenbarger, LPN | | _____ Dr. Mark Baker _____ Medical Director |
| 9-14-01 X720 | 5 | F/U for of _____ Ortho Clinic        RLD 9/12/01 |
| | | DR. DAVID _____ Richard M. Carter, LPN |

PLEASE USE BALL POINT PEN ONLY

## PHYSICIAN'S ORDERS

Inmate Name: _Greey Tyrone_

Inmate Number: _BP4393_

DOB: _1-23-?_

Institution: _SCI Albion_

Drug Allergies: _NKA_

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8-2?-1 | | ① Ice to @ hand q x d prn x 4 phrs |
| no chart available | | ② Tylenol #3 i po qid prn same pain x 3 days |
| 9/6 | | ③ _illegible_ |
| | | ④ _illegible_ |
| | | ⑤ _illegible_ RLS 9/5/01 |
| | | Dr. Mark Baker Medical Director |
| | | ⑥ _illegible_ |
| 8-27-01 1806 | | _illegible_ |
| | | Susan Pittsenbarger, LPN |
| | | Dr. Mark Baker Medical Director |
| 9/4/01 1720 | 5 | F/U for offsite Ortho Clinic RLS 9/12/01 DR. DAVID BASHLINE D.O. _illegible_ |
| | | Richard M Carter LPN |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green Tyone

Inmate Number: EP 459B

DOB: 1-23-70

Institution: Albion

_____ UKDA

**Drug Allergies:**

**Self-Medication Program** ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 9-20-01 1610 | #19 9-31-01 1635 | xray ® hand AP/LAT/OBLIQUE thous split |
| | | Susan Martin, LPN |
| 9-21-01 1400 | C | – DC Risperdal – not taking |
| | | – ↑ Xanax to 1mg po tid prn } x 60d |
| Susan Martin, LPN 1641 | | – Sinequan 50mg po hs |
| Smith | | – RTC in 8 wks |
| | | Angela Lindemuth, D.O. |
| 10 Oct 01 | | ... |
| 10 am | 19 | ... |
| | | DON LUCORE, PA-C |
| | | Dr Mark Baker 10/21 1345 |
| | | Medical Leader |
| 10/25/01 350 | 9 | ① sterile ear irrigation c ... include x some apt |
| | | ② Nch.ny gtt ii ea B:O x 5 d. |
| | | ③ Tolnaftate 1% Cr apply B:O x 30 d } c refills |
| | | ④ Motrin 600g ii po Q 10 pm x 30 d } refill |
| Susan Martin, LPN | | DR. DAVID BASH... |

**PLEASE USE BALL POINT PEN ONLY**