# PHYSICIAN'S ORDERS

Inmate Name: Green Tyrone
Inmate Number: EP 458
DOB: 1-23-70
Institution: Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET
UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 9-20-01 1610 | #19 | X-ray ® hand AP/LAT/OBLIQUE thumb splint — Susan Martin, LPN |
| 9-21-01 1400 | | C — D/C Risperdal — not taking<br>— Xanax ↓ to 1mg po tid prn ? x 60d<br>— Serequel 50mg po hs<br>— RTC in 8wks — Angela Lindemuth, D.O. |
| 1Oct01 | | ® hand AP/lat oblique... |
| 10... | 19 | ... |
| | | Dr. Mark Baker 10-7-01 1345 |
| 10/25/01 1350 | 9 | ① shoulder ear irrigation c̄ H₂O 1n luk x 30m apt<br>② Neleuy gtt iv ea B ⓄX 5d<br>③ Tolnaftate 1% cr apply B ⓄX 30d<br>④ Motrin 600 ī po Q10° x 30d / refill<br>Dr. David Bashline D.O.<br>Susan Martin, LPN 1853 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP4593
DOB: 1-23-70
Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 11/19/01 1000 | C | Xanax 1mg po tid prn } × 90d<br>Sinequan 50mg po hs<br>RTC in 12 wks<br>— Angela Lindemuth, D.O. |
| | | 1300 [illegible]<br>Sandra Malena, RN |
| 11-28-01 1505 | C | EKG — not done from 7/01 order<br>Mr. AVMS [illegible]<br>Tammy [illegible], Medical Director |
| 11-28-01 1730 | | [illegible signature], LPN |
| 2/11/02 1400 | C | Xanax 1mg po tid prn } × 90d<br>Sinequan 50mg po hs<br>RTC in 12 wks<br>— Angela Lindemuth, D.O. |
| | | 2/11/02 1715 [signature] |
| 3/18/02 1640 | 6 | Dibucaine 1% ointment apply one daily prn hemorrhoids × 10 doses in stock — notify Nurse<br>[illegible]<br>Brenda Hale, RN II / [signature] |
| | | [illegible] 3/5/02 1730 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP4593
DOB: 1-23-70
Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program: ☐ Yes  ☐ No

**DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

| Date/Military Time | Prob # | |
|---|---|---|
| 11/19/01 1000 | C | Xanax 1mg po tid prn } x 90d<br>Sinequan 50mg po hs<br>RTC in 12 wks<br>*Angela Lindemuth, D.O.* |
| | | 1300 11/19/01<br>*Sandra Malena, RN* / *rg RN*<br>*Tammy Mowry, PA* |
| 11-28-01 1505 | C | EKG - not done from 7/01 order<br>No NMs pending → Mon/Wed<br>*Dr. Mark Baker, Medical Director* |
| 11-28-01 1733 | | *[signature], LPN*  12/12/01 1630 |
| 2/11/02 1400 | C | Xanax 1mg po tid prn } x 90d<br>Sinequan 50mg po hs<br>RTC in 12 wks<br>*Angela Lindemuth, D.O.* |
| | | 2/11/02  1715  *B. Brown*<br>Dibucaine 1 bottle apply one daily for hemorrhoids × 10 days in stock-may re-use<br>give labelled tube to pt<br>*Dr. Mark Baker, Medical Director* |
| 3/15/02 1640 | b | *Brenda Hale, RN II* |
| | | 3/15/02  1231 |

BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 3/15/02 1845 | 7 | LAB: LSD PANEL, CBC — Dr. David Bashline D.O.  3-15-02 1650  D. Telega PAC |
| 3/15 1720 | | Richard ... RN |
| 4/23/02 1255 | 8 | Refer to Optometry (field ...)  4-24-02  v/o Dr. Baker  Barbara Monroe, RN  4/22/02 1235  Barbara Monroe, RN  4/23/02 1255 |
| 5/17/02 1540 | C | Xanax 1mg po tid prn  Sinequan 50mg po hs  } x 90d  RTC in 12 wks  Angela Lindenmuth, D.O. |
| 5-17-02 1710 | | Susan Martin, LPN |

PLEASE USE BALL POINT PEN ONLY

## PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8/5/02 1235 | 9 | Pen VK 500 — 1 po Q6h x10 days. 40 tabs dispensed. Dental Dept. Mechanical soft diet x 30 days 8/5/02 – 9/5/02. Salt H₂O rinses x 28 days. RALPH LUCAS, RN / DR. LESLIE GORDON, DDS |
| 8/12/02 1230 | C | Xanax 1mg po tid prn / Vistaril 50mg po hs prn } x 90d. D/C Sinequan. RTC in 2 wks. Angela Lindemuth, D.O. TOM HICKEY, RN 8/12/02 1315 |
| 9/3/02 1025 | 9 | Mechanical soft diet x 90 days 9/2/02 – 12/2/02. Monthly Reminder Mag is solved — delivered to Dental Dept signed Healthy care Plan Receipt. DR. LESLIE GORDON, DDS 9-3-02 1145 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 9/27/02 (10) | 9 | Tobradex Oint G apply BID x 30d — DR. DAVID BASHLINE D.O. |
| | | 9/27/02 1400 — BARBARA MONROE, RN |
| 11/4/02 1400 | C | Xanax 1mg po tid prn  } x 90d<br>Vistaril 50mg po hs prn<br>RTC in 12 wks — Angela Lindemuth, D.O. |
| | | Elizabeth Barton, RN |
| 12/10/02 1335 | 19 | Motrin 800mg po bid c food x 14days — Dr. Mark Baker, Medical Director<br>1335 Barbara Matera, RN |
| 1/2/03 1105 | (19)<br>(25)<br>(24)<br>(4) | (1) Cardiac Diet x 180days<br>(2) No work outside if temp <32° L x 180 days<br>(3) Miconazole cream 2% apply thinly bid to groin rash x 30days<br>(4) Carafate 1gm po qid x 10d c Motrin<br>Motrin 800mg po qid c food<br>— c Carafate |

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/ Military Time | Prob # | |
|---|---|---|
| 2/3/03 1400 | C | Xanax 1mg po tid prn } Vistaril 50mg po hs prn } x 90d RTC in 12wks — Angela Lindemuth, D.O. |
| 2/3/03 1730 | | K. Chambers, RN |
| 2-20-03 1314 1315 | B | Kaopectate 30cc p gid prn diarrhea x 14 days John Purvis, RN Dr. Mark Baker |
| 2/28/03 1725 | 19 | Motrin 600mg po QD } x 30dc Carafate 1gm po QD } Dr. David Bashline D.O. 2-28-03 Susan Martin, LPN |
| 5-27-03 0945 | C | ① Xanax 1mg po tid prn anxiety } both x 30days - no refill - per psychiatry ② Vistaril 50mg po HS prn anxiety Dr. Mark Baker Medical Director James McDuff, RN 5-27-03 1311 |

PLEASE USE BALL POINT PEN ONLY

MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | ... | 31 |
|---|---|---|---|---|---|---|---|---|---|
| SALINE MIST BAKER, MARK (MED DIR) DB SPRAY 2 SPRAYS EACH NOSTRIL FOUR TIMES DAILY X 30 DAYS | 0700 / 1100 / 1500 / 1900 | | | | | | | | |
| SUCRALFATE 1GM TABLET SUB FOR: CARAFATE 1GM TABLET BAKER, MARK TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY AS NEEDED (WITH MOTRIN) X 90 DAYS | P / R / N | | | | | | | | |
| IBUPROFEN 600MG TABLET SUB FOR: MOTRIN 600MG TABLET BAKER, MARK TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY WITH FOOD AS NEEDED FOR PAIN X 90 DAYS | P / R / N | | | | | | | | |

ALLERGIES: NO KNOWN ALLERGIES

DATE OF BIRTH: 01/23/1970

NAME AND NUMBER: N. TYRON-FD4593

Medication Administration Record — Boswell Pharmacy Services (814-629-1397 • Fax: 814-629-7644)

[Illegible handwritten medication administration chart with hours 1–31 across the top. Medications listed include Xanax 1mg po tid, PCN any[...], Vistaril 50mg po q HS PRN ×30 0PRr, and Saline Nasal Spray 2 sprays in each nostril QID ×30D, among other illegible entries. Allergies: NKDA. Facility and signature fields largely illegible.]

# MEDICATION ADMINISTRATION RECORD
## BOSWELL PHARMACY SERVICES
### 814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR |
|---|---|
| HYDROXYZINE PAM 50MG CAP SUB FOR: VISTARIL 50MG CAPSULE LINDEMUTH, P TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS  X 30d | P |
| ALPRAZOLAM 1MG TABLET SUB FOR: XANAX 1MG TABLET LINDEMUTH, P TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED X 90 DAYS  X 30d | R N |
| Motrin 600 mg po QID  X 30d | |
| Carafate 1GM po QID  X 30d | |

ALLERGIES: NO KNOWN ALLERGIES

DATE OF BIRTH: 01/23/1970