# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBUPROFEN 800MG TABLET<br>SUB FOR: MOTRIN 800MG TABLET BAKER, MARK<br>TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY WITH FOOD X 90 DAYS (TAKE WITH CARAFATE) | 0700<br>1100<br>1500<br>1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SUCRALFATE 1GM TABLET<br>SUB FOR: CARAFATE 1GM TABLET BAKER, MARK<br>TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY X 90 DAYS (TAKE WITH MOTRIN) | 0700<br>1100<br>1500<br>1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 50MG CAP<br>SUB FOR: VISTARIL 50MG CAPSUL LINDEMUTH, P<br>TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS | P<br>R<br>N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALPRAZOLAM 1MG TABLET<br>SUB FOR: XANAX 1MG TABLET LINDEMUTH, P<br>TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED X 90 DAYS | P<br>R<br>N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 800 PO QID<br>D/C'd x30D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Carafate 1gm PO QID<br>D/C'd x30D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

NAME AND NUMBER

DATE OF BIRTH OR SOC. SEC. NO.: 01/23/1970

ALLERGIES: NO KNOWN ALLERGIES

FACILITY

DIAGNOSIS

CHARTING FOR

THROUGH

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR |
|---|---|
| IBUPROFEN 800MG TABLET<br>SUB FOR: MOTRIN 800MG TABLET BAKER, MARK<br>TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY WITH FOOD X 90 DAYS (TAKE WITH CARAFATE) | 0700<br>1100<br>1500<br>1900 |
| SUCRALFATE 1GM TABLET<br>SUB FOR: CARAFATE 1GM TABLET BAKER, MARK<br>TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY X 90 DAYS (TAKE WITH MOTRIN) | 0700<br>1100<br>1500<br>1900 |
| HYDROXYZINE PAM 50MG CAP<br>SUB FOR: VISTARIL 50MG CAPSUL LINDEMUTH, P<br>TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS<br>HS | P<br>R<br>N |
| ALPRAZOLAM 1MG TABLET<br>SUB FOR: XANAX 1MG TABLET LINDEMUTH, P<br>TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED X 90 DAYS | P<br>R<br>N |
| Kaopectate 30cc po QID prn X 14 days | |

| Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|
| B Moreau | | | | | | | | |

DATE OF BIRTH OR SOC.SEC.NO. 01/23/1970

ALLERGIES NO KNOWN ALLERGIES

DIAGNOSIS

NAME AND NUMBER TYRON-EP4583

FACILITY

CHARTING FOR

THROUGH

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES

814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBUPROFEN 800MG TABLET BAKER, MARK (MED DIR) DO TAKE ONE TABLET BY MOUTH THREE TIMES DAILY WITH FOOD FOR 14 DAYS | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 50MG CAP SUB FOR: VISTARIL 50MG CAPSUL LINDEMUTH, P TAKE 1 CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALPRAZOLAM 1MG TABLET SUB FOR: XANAX 1MG TABLET LINDEMUTH, P TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED X 90 DAYS | P R N | | RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Miconazole cream 2% apply thinly bid to groin rash | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Carafate 1gm PO QID | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 120 | |
| Motrin 800mg PO QID ē food take ē Carafate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 120 | |

| Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

NAME AND NUMBER

DATE OF BIRTH OR SOC. SEC. NO. 01/23/1970

ALLERGIES NO KNOWN ALLERGIES

FACILITY

CHARTING FOR

THROUGH

DIAGNOSIS

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IYDROXYZINE PAM 50MG CAP<br>UB FOR: VISTARIL 50MG CAPSUL LINDEMUTH, P<br>TAKE 1 CAPSULE BY MOUTH<br>AT BEDTIME AS NEEDED X 90<br>DAYS | P | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| ALPRAZOLAM 1MG TABLET<br>UB FOR: XANAX 1MG TABLET LINDEMUTH, P<br>TAKE 1 TABLET BY MOUTH<br>THREE TIMES DAILY AS<br>NEEDED X 90 DAYS | P | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 2 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Motrin 800mg po tid = food x14d. | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 2 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DATE OF BIRTH OR SOC.SEC.NO. 01/23/1970

ALLERGIES NO KNOWN ALLERGIES

DIAGNOSIS

E AND NUMBER J. TYRON-FP4593

FACILITY [illegible]

CHARTING FOR [illegible] THROUGH

# MEDICATION ADMINISTRATION RECORD

# BOSWELL PHARMACY SERVICES

814-629-1397 • Fax: 814-629-7644

| CTIVE TES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| l Order 1/02 | Xanax 1mg ī po | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| ntinue | tid PRN | | | | | | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2d | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | 8/12 x 90d | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| al Order 1/02 | Vistaril 50mg ī po | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| ontinue | qHS prn | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | 8/12 x 90d | HS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| al Order | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| nal Order | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| continue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| inal Order | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| ginal Order | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| iscontinue | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

OCATION | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | DIAGNOSIS

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES

814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MICONAZOLE NITRATE 2% CRE BAKER, MARK (MED DIR) DO APPLY THINLY TO GROIN RASH TWICE DAILY X 30 DAYS ØRF | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN 800MG TABLET SUB FOR: MOTRIN 800MG TABLET BAKER, MARK TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY WITH FOOD X 90 DAYS (TAKE WITH CARAFATE) | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SUCRALFATE 1GM TABLET SUB FOR: CARAFATE 1GM TABLET BAKER, MARK TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY X 90 DAYS (TAKE WITH MOTRIN) ISSUED | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 50MG CAP SUB FOR: VISTARIL 50MG CAPSUL LINDEMUTH, P TAKE 1 CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS HS 2/3 | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALPRAZOLAM 1MG. TABLET SUB FOR: XANAX 1MG TABLET LINDEMUTH, P TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED X 90 DAYS 2/3 | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Kaopectate 30cc PO QID prn 2-20-03 X 14 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DLC 3-6-03 [illegible] 3rd med [illegible]

| Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|
| | | | | | | |

DATE OF BIRTH OR SOC. SEC. NO. 01/23/1970

ALLERGIES NO KNOWN ALLERGIES

DIAGNOSIS

NAME AND NUMBER

FACILITY

CHARTING FOR

THROUGH

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

01/2002

)T01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAZOLAM (XANAX) 1MG TAB<br>E ONE TABLET(S) THREE TIMES A DAY BY<br>ITH AS NEEDED FOR 90 DAYS<br>2879753 LINDEMUTH, PSYCH, ANGELA , PY<br>ART - 08/12/2002 STOP - 11/10/2002 | | | | | | 2 Bo | | | | | | | | | Bo | | | | | | | Lu | | | | | | | | | |
| ROXYZINE PAM (VISTARIL) 50MG CAP<br>E 1 CAPSULE(S) BY MOUTH AT BEDTIME AS<br>DED FOR 90 DAYS<br>2879760 LINDEMUTH, PSYCH, ANGELA , PY<br>ART - 08/12/2002 STOP - 11/10/2002 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tolnaftate Cr apply Bid<br>9/27 x30days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

IARTING FOR 10/01/2002 THROUGH 10/31/2002

ysician LINDEMUTH, PSYCH, ANGELA

Telephone No.

Medical Record No.

Alt. Telephone

Physician

ergies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

agnosis

dicaid Number

Medicare Number

Complete Entries Checked:

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

01/2002

T01

| ICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAZOLAM (XANAX) 1MG TAB<br>E ONE TABLET(S) THREE TIMES A DAY BY<br>TH AS NEEDED FOR 90 DAYS<br>2879753 LINDEMUTH, PSYCH, ANGELA , PY<br>RT - 08/13/2002 8/12 STOP - 11/10/2002 | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | [illegible] | |
| ROXYZINE PAM (VISTARIL) 50MG CAP<br>E 1 CAPSULE(S) BY MOUTH AT BEDTIME AS<br>DED FOR 90 DAYS<br>2879760 LINDEMUTH, PSYCH, ANGELA , PY<br>RT - 08/13/2002 8/12 STOP - 11/10/2002 | HS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | |
| salt for saline rinse<br>8/5 x28d | | D/C | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tolnaftate Cream BID x 30 days<br>7/27 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 09/01/2002 THROUGH 09/30/2002

Telephone No.

Medical Record No.

hysician LINDEMUTH, PSYCH, ANGELA

Alt. Telephone

lt. Physician

gies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

iagnosis

ledicaid Number

Medicare Number

Complete Entries Checked:

Title:

Date: