# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

**MEDICATIONS**

ALPRAZOLAM (XANAX) 1MG TAB  8/12/02
TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS NEEDED FOR 90 DAYS
2672115 LINDEMUTH, PSYCH, ANGELA, PY
START = 05/17/2002   STOP = 08/16/2002

SINEQUAN-ADAPIN 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR ___ DAYS
2672119 LINDEMUTH, PSYCH, ANGELA, PY
START = 05/17/2002   STOP = 08/16/2002

PCN VK 500mg T
PO QID x 10 DAYS
8-5-02

Salt For Saline Rinse
x 28 Days
8-5-02

8/12/02
Vistaril 50mg.
PO qhs x 90 days

CHARTING FOR 08/01/2002 THROUGH 08/31/2002
Physician: LINDEMUTH, PSYCH, ANGELA
Allergies: NO KNOWN DRUG ALLERGY

# MEDICATION ADMINISTRATION RECORD

07/01/2002                                                                                    (ALBI-283) ALBION CORRECTIONAL

DT01

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| ALPRAZOLAM (XANAX) 1MG TAB<br>TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS NEEDED FOR 90 DAYS   5/17<br>2692115 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 05/19/2002   STOP - 08/16/2002 | | |
| DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS   5/17<br>2692119 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 05/17/2002   STOP - 08/16/2002 | | 50mg |



NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR   07/01/2002   THROUGH   07/31/2002

Physician   LINDEMUTH, PSYCH, ANGELA
Physician
Allergies   NO KNOWN DRUG ALLERGY

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis
Medicaid Number   Medicare Number   Complete Entries Checked

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

'01/2002

**MEDICATIONS** — HOUR — 1–30

- RAZOLAM (XANAX) 1MG TAB
  - E 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS
  - DED FOR 90 DAYS
  - 2692115 LINDEMUTH, PSYCH, ANGELA, PY
  - RT – 05/19/2002    STOP – 08/16/2002

- EPIN (SINEQUAN ADAPIN) 50MG CAP
  - E 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR
  - DAYS
  - 2692119 LINDEMUTH, PSYCH, ANGELA, PY
  - RT – 05/19/2002    STOP – 08/16/2002

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 06/01/2002 THROUGH 06/30/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY

# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

05/01/2002

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALPRAZOLAM (XANAX) 1MG TAB
TAKE ONE TABLET(S) THREE TIMES A DAY BY MOUTH AS NEEDED FOR 90 DAYS
2492435 LINDEMUTH, PSYCH, ANGELA, PY
START - 02/13/2002  STOP - 05/13/2002

SINEQUAN (DOXEPIN) 30MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS
2492437 LINDEMUTH, PSYCH, ANGELA, PY
START - 02/13/2002  STOP - 05/13/2002

CHARTING FOR 05/01/2002 THROUGH 05/31/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY

# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2002

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALPRAZOLAM (XANAX) 1MG TAB<br>TAKE ONE TABLET(S) THREE TIMES A DAY BY MOUTH AS NEEDED FOR 90 DAYS<br>2492435 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 02/15/2002  STOP - 05/15/2002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DOXEPIN (SINEQUAN ADAPIN) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR DAYS<br>2492437 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 02/15/2002  STOP - 05/15/2002 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

STARTING FOR 04/01/2002 THROUGH 04/30/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2002
)T01

| ICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PRAZOLAM (XANAX) 1MG TAB
KE ONE TABLET(S) THREE TIMES A DAY BY
UTH   AS NEEDED FOR 90 DAYS
    2492435 LINDEMUTH, PSYCH, ANGELA , PY
ART   02/13/2002   STOP - 05/13/2002

XEPIN (SINEQUAN-ADAPIN) 50MG CAP
KE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR
DAYS
    2492437 LINDEMUTH, PSYCH, ANGELA , PY
ART   02/13/2002   STOP   05/13/2002

Dibucaine 1% ointment
Apply once daily prn
hemorrhoids x 10 days (tube labelled)

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ARTING FOR   03/01/2002   THROUGH   03/31/2002

ysician   LINDEMUTH, PSYCH, ANGELA
Physician
ergies   NO KNOWN DRUG ALLERGY

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No

gnosis
dicaid Number | Medicare Number | Complete Entries Checked

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2002

)T01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB<br>KE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS<br>EDED FOR 90 DAYS  2/11 x 90d<br>2323482 LINDEMUTH, PSYCH, ANGELA, PY<br>ART - 11/20/2001 D/C STOP - 02/17/2002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| XEPIN (SINEQUAN-ADAPIN) 50MG CAP<br>KE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS  2/11 x 90d<br>2323484 LINDEMUTH, PSYCH, ANGELA, PY<br>ART - 11/19/2001 D/C STOP - 02/17/2002 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CHARTING FOR  02/01/2002  THROUGH  02/28/2002

Physician: LINDEMUTH, PSYCH, ANGELA
Telephone No.
Alt. Telephone
Medical Record No.

t. Physician
Allergies: NO KNOWN DRUG ALLERGY
Rehabilitative Potential

iagnosis

edicaid Number   Medicare Number   Complete Entries Checked   Date:

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE



MEDICATION ADMINISTRATION RECORD — (ALBI-283) ALBION CORRECTIONAL

01/01/2002

| Medication | |
|---|---|
| ALPRAZOLAM (XANAX) 1MG TAB — TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS ... X 90 DAYS  PRN — 2323482 LINDEMUTH, PSYCH, ANGELA, PY — START 11/20/2001  STOP 02/17/2002 | |
| DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP — TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR ... DAYS — 2323486 LINDEMUTH, PSYCH, ANGELA, PY — START 11/19/2001  STOP 02/17/2002 | HS |

CHARTING FOR 01/01/2002 THROUGH 01/31/2002
Physician: LINDEMUTH, PSYCH, ANGELA
Allergies: NO KNOWN DRUG ALLERGY

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2001

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB<br>F 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS<br>EDED FOR 70 DAYS<br>2323482 LINDEMUTH, PSYCH, ANGELA, PY<br>ART - 11/20/2001  STOP - 02/17/2002 | | (handwritten entries across days) |
| XEPIN (SINEQUAR-ADAPIN) 50MG CAP<br>KE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS<br>2323486 LINDEMUTH, PSYCH, ANGELA, PY<br>ART - 11/19/2001  STOP - 02/17/2002 | HS | ○○○ ○○○○○ ○○○○○○○○ ○○○○ |

CHARTING FOR 12/01/2001 THROUGH 12/31/2001

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY