# IEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

'01/2001
DT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAZOLAM (XANAX) 1MG TAB E 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS DED FOR 90 DAYS 90d. 11-19-01 2163023 LINDEMUTH, PSYCH, ANGELA, PY RT - 09/23/2001 - STOP - 11/21/2001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EPIN (SINEQUAN-ADAPIN) 50MG CAP E 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR DAYS 90d. 11-19-01 2163027 LINDEMUTH, PSYCH, ANGELA, PY RT - 09/23/2001 - STOP - 11/21/2001 | 50 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tolnaftate 14 cr. apply BID 10/25 x30d | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg po QD PRN 10/25 x30d | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | | |
|---|---|---|---|---|
| HARTING FOR 11/01/2001 | THROUGH 11/30/2001 | | | Medical Record No. |
| hysician LINDEMUTH, PSYCH, ANGELA | | Telephone No. | | |
| Physician | | Alt. Telephone | | |
| /gies NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

iagnosis

edicaid Number | Medicare Number | Complete Entries Checked

# EDICATION ADMINISTRATION RECORD

)/01/2001

(ALBI-283) ALBION CORRECTIONAL

)T01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB AKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS EEDED FOR 60 DAYS X: 2163023 LINDEMUTH, PSYCH, ANGELA , PY TART - 09/23/2001 STOP - 11/21/2001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OXEPIN (SINEQUAN-ADAPIN) 50MG CAP AKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 0 DAYS X: 2163027 LINDEMUTH, PSYCH, ANGELA , PY TART - 09/23/2001 STOP - 11/21/2001 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TOLNAFTATE 1% cr
APPLY BID

0-25      Q kf      X30D

Dr Brox STT IV AU
BID

25      X5D

lnothin 600 ?
T p o QID PRN

25      Q kf      X30D

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| HARTING FOR | 10/01/2001 | THROUGH | 10/31/2001 | | |
|---|---|---|---|---|---|
| hysician | LINDEMUTH, PSYCH, ANGELA | | Telephone No. | | Medical Record No. |
| lt. Physician | | | Alt. Telephone | | |
| llergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

iagnosis

edicaid Number      Medicare Number      Complete Entries Checked      Date

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

01/2001

T01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ERDAL (RISPERIDONE) 1MG TAB    X60D
1 TABLET(S) BY MOUTH  TWICE DAILY
STIFICATION APPROVED UNTIL - 3 15 02
    1613988 DASHLINE, D.O., DAVID , DO
RT - 05/16/2001    KSTOP - 03/15/2002

EPIN (SINEQUAN ADAPIN) 50MG CAP
E 1 CAPSULE(S) BY MOUTH  AT BEDTIME FOR
DAYS                5.21    X60D
    1966264 BESNER, PSYCH, LANCE , PY
RT - 07/29/2001    STOP - 10/04/2001

Xanax 1mg po BID
1m    X7d

Ibuprofen 800mg pc
    TID c food prn
    Moderate pain x7d

Xanax 1mg
po TID prn
        X60D

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| HARTING FOR | 09/01/2001 | THROUGH | 09/30/2001 |
| hysician  BESNER, PSYCH, LANCE | | Telephone No. | Medical Record No. |
| lt. Physician | | Alt. Telephone | |
| llergies  NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | |

iagnosis

| edicaid Number | Medicare Number | Complete Entries Checked | | | |
|---|---|---|---|---|---|
| | | By: | Title: | | Date: |
| | | | PATIENT CODE | ROOM NO | BED | FACILITY CO |

# IEDICATION ADMINISTRATION RECORD

01/2001                                                           (ALBI-283) ALBION CORRECTIONAL

DT01

| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

PERDAL (RISPERIDONE) 1MG TAB
E 1 TABLET(S) BY MOUTH  TWICE DAILY
ISTIFICATION APPROVED UNTIL 3.15.02
       1613988 BASHLINE, D.O., DAVID , DO
RT - 03/16/2001  STOP - 03/15/2002

EPIN (SINEQUAN-ADAPIN), 50MG CAP
E 1 CAPSULE(S) BY MOUTH   AT BEDTIME FOR
DAYS 7 days
       1966264 BESNER, PSYCH, LANCE , PY
RT - 07/20/2001  STOP - 10/04/2001

Xanax 1mg po BID
      prn  x 7 days
19

Motrin 800mg po QID x 24 HR D

8/25

W to Brrist QID PRN 1 dy

8/05

Ice to RD Hand
QID PRN
27         x 48°

Tyl # 3 T po
QID  PRN
27  x severe pain  x 3D

IBuprofen 800
po TID c food PRN
27  x moderate pain x 7D

| IEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| HARTING FOR | 08/01/2001 | THROUGH | 08/31/2001 | | |
| --- | --- | --- | --- | --- | --- |
| hysician  BESNER, PSYCH, LANCE | | | Telephone No. | | Medical Record No. |
| t. Physician | | | Alt. Telephone | | |
| lergies    NO KNOWN DRUG ALLERGY | | | Rehabilitative Potential | | |

agnosis

| dicaid Number | Medicare Number | Complete Entries Checked | | |
| --- | --- | --- | --- | --- |

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TYRONE GREEN, PA,                          :        CA. No. 03-149 Erie
                                           :
              Plaintiff,                   :
                                           :        District Judge McLaughlin
       vs.                                 :
                                           :        Magistrate Judge Baxter
MARTIN HORN, ET AL.                        :
                                           :
              Defendant.                   :

## AFFIDAVIT OF DAN TELEGA

COMMONWEALTH OF PENNSYLVANIA          )
                                      ) SS:
COUNTY OF ERIE                        )

AND NOW, this __5th__ day of December, 2005, the undersigned, Dan Telega, Physician's Assistant, personally appeared before me and deposes and says:

1.      I, Dan Telega, am a physician's assistant licensed to practice in the Commonwealth of Pennsylvania. I am employed by Prison Health Services, Incorporated at the State Correctional Institution at Albion ("SCI-Albion").

2.      The information contained in this Affidavit is true and correct and is based upon my personal knowledge.

3.      I understand that a lawsuit has been filed by Tyrone Green, who claims that he was denied medical treatment for an injury to his right hand while he was incarcerated at SCI-Albion.

4.      I have provided treatment to Mr. Green with respect to the injury to his right hand.

5. In addition, I have reviewed Mr. Green's medical records from the Pennsylvania Department of Corrections and Millcreek Community Hospital, which are attached to this Affidavit.

6. On August 27, 2001, I saw Mr. Green along with Dr. Mark Baker.

7. On August 27, 2001, Dr. Baker ordered Mr. Green to be sent to Millcreek Community Hospital for an orthopedic consultation via state car. (See Physician's Orders, 8/27/01). I entered Dr. Baker's Physician's Order dated August 27, 2001 that appears in the Physician's Orders section of Mr. Green's medical chart from SCI-Albion. Dr. Mark Baker co-signed the August 27, 2001 Physician's Order, which correctly reflects his order that Mr. Green be sent to Millcreek Community Hospital for an orthopedic consultation.

8. In addition to the August 27, 2001 Physician's Order, I also entered as August 27, 2001 Progress Note which included an entry that Mr. Green would be sent "to MCH [Millcreek Community Hospital] via state car for casting. Security to be notified.."

9. My August 27, 2001 entry in the Progress Notes does not accurately reflect the treatment plan for Mr. Green's right hand injury and does not accurately reflect the August 27, 2001 order that appears in the Physician's Orders.

10. Notwithstanding my notation in the Progress Note of August 27, 2001, at no time had either I, Dr. Mark Baker, or any other medical personnel ordered a cast to be placed on Mr. Green's hand, nor did I or any other medical personnel find that a cast was medically necessary or appropriate

11. Further, at no time was an order issued to have Mr. Green's hand placed in a cast. Rather, Dr. Baker's order was only that Mr. Green be transported to Millcreek Community Hospital for orthopedic consultation.

12. At no time did I or any other medical personnel at SCI-Albion confiscate or discontinue Mr. Green's splint and sling.

2

13.   On October 12, 2001, Dr. Ferretti ordered that Mr. Green's splint and sling be removed.   (See Consultation Record, 10/12/01; see also X-ray Report 10/13/01 and Progress Notes, 10/12/01).   Dr. Ferretti determined that a splint and sling were no longer medically necessary or appropriate to treat Mr. Green's right hand injury.

14.   At no time did I tell Mr. Green that he did not get transported to Millcreek Community Hospital because Mr. Green is black, a convict, or gay.

15.   I am not aware of any physician having ever ordered a cast to be placed on Mr. Green's right hand to treat the August 25, 2001 injury.   In my opinion, a cast was neither necessary nor appropriate given the nature of the injury and Mr. Green's complaints.

16.   At no time did I or any other medical provider associated with the treatment of Mr. Greens' August 25, 2001 injury act with deliberate indifference to any serious medical need of Mr. Green.

_____
Dan Telega, Physician's Assistant

Subscribed and sworn to before me this

_5th_ day of December, 2005.

_____
Notary Public

My Commission Expires:
Sept 23, 2006

Notarial Seal
Jo Anne R. Bickel, Notary Public
Conneaut Twp., Erie County
My Commission Expires Sept. 23, 2006
Member Pennsylvania Association Of Notaries

3

 **Millcreek Community Hospital**

MEDICAL RECORDS

## EMERGENCY ROOM /OUTPATIENT

AUTHORIZATION ON REVERSE SIDE PAT# 1055553        HOUSE PHYSICIAN EBERLE, PAUL D.O.

| LAST NAME | FIRST NAME | MIDDLE NAME | HOME PHONE | DATE AND TIME | | EMERGENCY ROOM NO. |
|---|---|---|---|---|---|---|
| GREEN, TYRONE | | | 756-9722 | 082701  01:17pm | | 139918 |

| ADDRESS | CITY | STATE PA 16475 | AGE | DATE OF BIRTH | SEX | MAR STAT. | RACE | RELIGION | RES. AREA | SOC. SEC. NO. (PAT/GUAR) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10745 RT 18 | ALBION | | 31 | 01/23/70 | M | S | B | | 999999 | | COMPENSATION |

PATIENT'S EMPLOYER                                    ADDRESS

UNEMPLOYED                                                                            N

GUARANTOR'S EMPLOYER                              ADDRESS

UNEMPLOYED

GUARANTOR/NEAREST RELATIVE            ADDRESS                              PHONE

ALBION STATE PRISION GUARDIAN        10745 RT 8 ALBION,PA 16401        756-9772

| | SUB NAME & REL. TO PATIENT | CLAIM - CERTIFICATE - I.D. NO. (H.I.C.) | GROUP NAME - NO. | F.C. | INS. CODE |
|---|---|---|---|---|---|
| | SUB NAME & REL. TO PATIENT | CLAIM - CERTIFICATE - I.D. NO. (H.I.C.) | GROUP NAME - NO. | F.C. | INS. CODE |

FAMILY PHYSICIAN            BROUGHT BY

EMERGENCY ROOM [K]        OUTPATIENT [ ]        BAKER, MARK D., D.O.        AMBULATORY

BRIEF HISTORY: CHIEF COMPLAINT; (IF ACCIDENT, STATE WHEN, WHERE, AND HOW INJURED) Slipped coming out of Shower. + Sustained

inj to Rt Hand  7-05    A 959.4
                                        65
                        815.02    E 805.9
                                    E 849.7    93.53/2 9125) RT
                                                                706

ALLERGIES  NKA                        LAST TETANUS TOXOID:                706

MEDICATIONS  XNAX  Sequence                            C 706

NURSE'S SIGNATURE: J. Seaman RN        NOTIFIED:

| PHYSICIAN'S REPORT | TIME EXAMINED | CONDITION ON ADMISSION: |
|---|---|---|

PHYSICAL FINDINGS: ORTHO NOTE: 31 yo RHD M, prisoner, fell 2 d ago + prison.
Pain + swelling (Rt) hand. 'XRay taken in prison (+) fx
(Rt) ring finger MC + avulsion base small f. MC.

PE: (Rt) hand swelling /painful
Moves digits
(+) capillary refill

| PHYSICIAN'S ORDER: | (+) NVI | MEDICATION | AMOUNT | MODE | TIME | BY |
|---|---|---|---|---|---|---|
| | XRay: reviewed / as above | | | | | |
| | Imp: OFx /displaced (Rt) ring finger prox MC | | | | | |
| | (2) Avulsion fx (Rt) small finger MC base | | | | | |

| TREATMENT/PROCEDURES | | TIME | TEMP. R.O.A. | P | R | |
|---|---|---|---|---|---|---|
| Ulnar gutter splint | | 14.00 | 98.1 | 76 | 18 | 130/70 |
| Sling | | | | | | |
| F/U orp. 9/5/01 @ 14:15 | | | | | | |
| Z. Burki | | | | | | |

DIAGNOSIS:

RX GIVEN

REFERRED TO:        [ ] ADMIT [ ] DR. OFF [ ] TRANSFER [ ] HOME [ ] EXPIRED        CONDITION ON DISCHARGE:

| | | | D.O. | 8-27-01 | 1548 | A.M / P.M |
|---|---|---|---|---|---|---|
| FURTHER DISPOSITION | | ATTENDING PHYSICIAN | | DATE | TIME | |

0000003

# CONSENT FORM
## MILLCREEK COMMUNITY HOSPITAL, 5515 PEACH STREET, ERIE, PA 16509

CONSENT TO HOSPITAL CARE: THE UNDERSIGNED PATIENT PRESENTS HERSELF/HIMSELF FOR ADMISSION TO MILLCREEK COMMUNITY HOSPITAL ( HOSPITAL') OR EMERGENCY/OUTPATIENT CARE AND VOLUNTARILY CONSENTS TO THE RENDERING OF SUCH CARE, INCLUDING DIAGNOSTIC PROCEDURES AND MEDICAL TREATMENT, BY AUTHORIZED AGENTS AND EMPLOYEES OF THE HOSPITAL AND BY ITS MEDICAL STAFF, OR THEIR DESIGNEES. THE UNDERSIGNED PATIENT ACKNOWLEDGES THAT NO GUARANTEES HAVE BEEN MADE AS TO THE EFFECT OF SUCH EXAMINATIONS OR TREATMENT ON MY CONDITION. DIAGNOSIS AND TREATMENT MAY, AT TIMES, INVOLVE DISCOMFORTS AND RISK OF INJURY. EACH PATIENT HAS THE RIGHT TO CONSENT TO, OR TO REFUSE, ANY PROPOSED PROCEDURE OR THERAPEUTIC COURSE. THE PATIENT'S HOSPITAL CARE IS DIRECTED BY HIS/HER ATTENDING PHYSICIAN. SINCE THE HOSPITAL IS A TEACHING HOSPITAL, PHYSICIANS, NURSES AND OTHER HEALTH CARE PROFESSIONALS IN TRAINING MAY ATTEND PATIENTS OR BE PRESENT DURING PATIENT CARE AS PART OF THEIR EDUCATION.

RELEASE OF INFORMATION: THE HOSPITAL MAY DISCLOSE PATIENT INFORMATION IT DEEMS APPROPRIATE TO ANY PERSONS OR CORPORATION WHICH IS OR MAY BE LIABLE UNDER A CONTRACT TO THE HOSPITAL OR TO THE PATIENT OR TO A FAMILY MEMBER OR EMPLOYER OF THE PATIENT FOR ALL OR PART OF THE HOSPITAL'S CHARGE. AT THE REQUEST OF THE PATIENT'S INSURANCE COMPANY OR OTHER PERSON OR COMPANY UNDER CONTRACT TO PAY ALL OR PART OF THE HOSPITAL'S CHARGES, THE MEDICAL RECORD WILL BE CONFIDENTIALLY REVIEWED BY PHYSICIANS OR THE DESIGNEES TO DETERMINE THE NEED FOR HOSPITALIZATION. PAYMENT BY THE INSURANCE COMPANY, OR OTHER PERSON UNDER OBLIGATION BY CONTRACT TO MAKE PAYMENT, MAY NOT BE MADE IF NO NEED FOR HOSPITALIZATION IS FOUND.

HOSPITAL ADMISSION: SHOULD A SURGICAL PROCEDURE BE PERFORMED ON AN ELECTIVE, EMERGENCY, OR OUTPATIENT BASIS, THE UNDERSIGNED PATIENT UNDERSTANDS THAT ADMISSION TO THE HOSPITAL AS AN INPATIENT FOLLOWING THIS PROCEDURE MAY IN SOME CIRCUMSTANCES BE DEEMED APPROPRIATE FOR OPTIMAL RECOVERY. IN THAT EVENT, THE UNDERSIGNED PATIENT AUTHORIZES THE HOSPITAL, ITS REPRESENTATIVES AND DESIGNATED PHYSICIANS, TO MAKE THAT DETERMINATION BASED ON THEIR BEST PROFESSIONAL JUDGMENT AND TO ADMIT THE UNDERSIGNED PATIENT TO THE HOSPITAL.

THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS READ THE FOREGOING CONSENT OR THAT THE FOREGOING CONSENT HAS BEEN READ TO HIM OR HER IN HIS PRIMARY LANGUAGE AND HAS BEEN EXPLAINED, AND THAT THE UNDERSIGNED IS SATISFIED THAT HE/SHE UNDERSTANDS THE CONTENT AND SIGNIFICANCE OF THE FOREGOING.

(X) _____    X 08-27-01 _____ AM / PM
(PATIENT SIGNATURE)                      (DATE)                    TIME(CIRCLE ONE)

                                         _____
                                         (WITNESS)

BECAUSE THE PATIENT IS AN UNEMANCIPATED MINOR, OR IS UNABLE TO SIGN, THE ABOVE CONSENT IS GIVEN ON THE PATIENT'S BEHALF BY THE UNDERSIGNED.

_____          X _____
(WITNESS)                                (CLOSEST RELATIVE OR LEGAL GUARDIAN)


_____          _____
(DATE)              TIME(CIRCLE ONE)     (RELATIONSHIP TO PATIENT)

RESPONSIBILITY FOR DISCHARGE: I AM VOLUNTARILY LEAVING AND SIGNING OUT FROM THE MILLCREEK COMMUNITY HOSPITAL, AGAINST THE ADVICE OF MY PHYSICIAN AND/OR THE MEDICAL STAFF. IN DEMANDING THIS DISCHARGE, I HEREBY RELEASE MY PHYSICIAN, THE HOSPITAL, AND ITS STAFF FROM ANY AND ALL RESPONSIBILITY.

_____          _____
(WITNESS)                                (PATIENT SIGNATURE)


_____ AM / PM
(DATE)              TIME(CIRCLE ONE)

I, _____, am taking, _____ from the Millcreek Community Hospital against the advice of his/her physician and/or the Medical Staff. In demanding this discharge, I hereby release his/her physician, the Hospital, and its staff from any and all responsibility for the care, treatment, or condition of the above named patient.

_____          _____
(WITNESS)                                (SIGNATURE)


_____ AM / PM
(DATE)              TIME(CIRCLE ONE)     (RELATIONSHIP TO PATIENT)

FORM 1110

0000004



5515 Peach Street · Erie, PA 16509 · 814/864-4031

**Millcreek
Community
Hospital**

GREEN, THEO E
139718    31
.7.., :7 .c
AL.... .r  16473
PAU. ....c., J.J.

Dear Patient:

As you are admitted to the hospital (In-patient, Out-patient surgery, or Emergency Room), Federal Law now requires us to ask you whether or not you have a written document called an "Advance Directive". This document can be a "Living Will" or "Durable Power of Attorney" which states your wishes for medical treatment should you become unable to participate in your medical care.

The brochure given to you on an inpatient admission better explains what Advance Directives are and how you are given the opportunity to complete an Advance Directive statement, should you so desire to.

You are not obligated to complete an Advance Directive statement. If you would like further information, please inform hospital personnel during your admission process. Someone from the Social Services Department or Nursing will be happy to see you.

We appreciate your comments and interest in this area. Please sign the statement below as requested. Thank you!

---

INFORMATION ON ADVANCE DIRECTIVES WAS PRESENTED TO ME AS STATED ABOVE:

_____ I "DO" HAVE AN ADVANCE DIRECTIVE
DOCUMENT WITH ME AT THIS TIME.

_____ I "DO" HAVE AN ADVANCE DIRECTIVE, BUT IT
IS NOT WITH ME AT THIS TIME.

___X___ I "DO NOT" HAVE AN ADVANCE DIRECTIVE
DOCUMENT AT THIS TIME.

_____ I WOULD LIKE FURTHER INFORMATION ON
COMPLETING AN ADVANCE DIRECTIVE AT
THIS TIME.

_____  08-27-01
(PATIENT SIGNATURE)                (DATE)

Providing total health care since 1950

FORM 1140

Name _Tyrone Green_

Date _8/27/01_

**MILLCREEK COMMUNITY HOSPITAL**
5515 Peach Street
Erie, PA   16509

## ORTHOPEDIC INSTRUCTIONS

(✓) Keep your cast/dressings clean and dry.

( ) Do not put anything inside your cast/dressings.

( ) Keep affected area elevated above your heart on soft pillows and iced for 48 hours and any time swelling occurs.

( ) Check toes and fingers frequently for swelling.

( ) Move toes and fingers frequently to prevent swelling and stiffening.

( ) Do not bear weight for _____ hours on a walking cast.

( ) Always wear cast boot when bearing weight on walking cast.

(✓) Wear arm sling _____

( ) Use your crutches as directed and **always** bring them to every appointment.

( ) Never trim or cut down the length of your cast by yourself.

(✓) Call Millcreek Community Hospital at (864-4031) if:

    a. Pressure points or rubbing develops under your cast.
    b. Your exposed body area (fingers or toes) becomes numb or cool.
    c. Your cast softens, cracks, or breaks.
    d. You experience a significant increase in pain.

( ) You have a prescription for _____
take _____

( ) You have a clinic appointment at the hospital at _14 . 15_ AM/**PM**
on _9/5/01_ .

( ) Call _____ (864-4031) at 8 AM on _____ at Millcreek Community Hospital to set up an appointment for that day with your Attending Orthopedist to be seen at the Hospital.

( ) Call the office (864-5455) today for an appointment for _____

( ) Your Attending Orthopedist is :_____

( ) No school until _____

( ) May return to school _____

( ) No Gym until released by Attending Orthopedist _____

( ) No work until released by Attending Orthopedist

( ) May return to work _____

( ) ADDITIONAL INSTRUCTIONS

_Post /ice /elevate_

Form #630

0000006

☐ Chart Complete

*Emergency Department Record*

Time of Initial M.D./D.O. evaluation: AM/PM Mode of arrival: ☐ *Prvt. Auto* ☐ *Ambulance* ☐ *Police* PMD:

Dictated ☐
Bed Number:

CC:

*Elements: location, quality, severity, duration, timing, context, modifying factors, and associated signs and symptoms*

HPI: Patient is a old with complaint of:

31 yo ♂ transferred from Albion State Correctional Facility c Hx of falling 2 days ago x-rays at prison revealed fracture

PMH: ☐ *No serious illness* ☐ *Old chart reviewed (date):* / / ☐ *A-fib* ☐ *Appy.* ☐ *Asthma* ☐ *CABG* ☐ *CAD* ☐ *CHF* ☐ *Cholecyst.* ☐ *COPD* ☐ *CVA* ☐ *HTN* ☐ *Hypercholesterol.* ☐ *IDDM* ☐ *NIDDM* ☐ *MI* ☐ *PTCA* ☐ *Seizures* ☐ *TIA*

LMP: / / Tetanus: yrs.

Anxiety

Meds: ☐ *None* ☒ *Agree with triage list*

Allergies: ☒ *NKDA* Childhood immunizations: ☐ UTD

FH: ☐ *No related family hx*

SOC: Tobacco: ETOH: Drugs: Marital (circle): S M W D Occup:

| Neg. | See HPI | REVIEW OF SYSTEMS (Circle Abnormals) | Neg. | See HPI | REVIEW OF SYSTEMS (Circle Abnormals) |
|---|---|---|---|---|---|
| ✓ | | CONST: *fever - chills - wt. loss - weakness* | | ✓ | MUSC: *(new bone or joint pain) - back problems* |
| ✓ | | EYES: *acuity change* | ✓ | | INTEG: *~~skin lesions~~ - rash* |
| ✓ | | ENMT: *hearing loss - earache - nasal drainage - sore throat* | ✓ | | NEURO: *syncope - focal weakness - HA - seizure - dizziness* |
| ✓ | | RESP. *SOB - cough - sputum - wheezing* | ✓ | | PSYCH: *prior psych hx - depression - anxiety* |
| ✓ | | CV: *chest pain - palpitations - PND - orthopnea* | ✓ | | ENDO: *polyuria - polydipsia* |
| ✓ | | GI: *nausea - vomiting - diarrhea - pain - melena - hematochezia* | ✓ | | HEME/LYMPH: *bruising - adenopathy* |
| ✓ | | GU: *dysuria - urgency - frequency - nocturia* | ✓ | | ALLERGIC/IMMUNO: *urticaria - hayfever* |

ROS Details:

☐ All Other Systems Negative ☐ Complete History Unobtainable Due to:

PHYSICAL EXAMINATION ☐ PE limited by acuity ☐ See ED course for further PE

CONST: ☐ *vitals nl, see triage* T: 98.1 BP: 130 / 70 HR: 76 RR: 18
☐ *well-developed, well nourished* ☒ *alert* ○ *no distress* ○ *GCS 15* ○ *non-toxic* ☒ *age-appropriate behavior*
Abnl/Other:

EYES: ☐ *lids, conjunctiva nl* ☐ *PERRL, irises nl* ☐ *discs & fundi nl*
Abnl/Other:

ENMT: ☐ *ext. ears, nose nl* ☐ *TM's, canals nl* ☐ *hearing grossly intact* ☐ *nasal exam nl* ☐ *lips, teeth, gums, palate nl* ☐ *oropharynx nl*
Abnl/Other:

NECK: ☐ *neck supple, symmetric, no masses* ☐ *thyroid nl* ☐ *no JVD* ○ *neck nontender* ○ *full ROM w/o pain*
Abnl/Other:

RESP.: ☒ *respiratory effort nl* ☐ *clear to auscultation* ☐ *percussion nl* ☐ *palpation of chest nl* ☐ *chest symmetry & expansion nl*
Abnl/Other:

CV: ☒ *RRR; no murmur, gallop, rub* *Pulses:* ☐ *carotid nl* ☐ *abd. aorta nl* ☐ *femoral nl* ☐ *pedal nl* ☐ *no edema*
Abnl/Other:

GI: ☐ *no tenderness or mass* ☐ *liver & spleen nl* ☐ *no hernia* ☐ *rectal: no mass, HEME:* ○ *+BS's* ○ *nondistended* ○ *no rebound/guarding*
Abnl/Other:

GU: (male): ☐ *scrotal contents nl* ☐ *penis nl* ☐ *prostate nl* ○ *no CVA tenderness*
(female): ☐ *ext. genitalia & vagina nl* ☐ *urethra nl* ☐ *bladder nl* ☐ *cervix nl* ☐ *uterus nl* ☐ *adnexa nl* ○ *no CVA tenderness*
Abnl/Other:

MUSC.: *Normal extremities:* ○ *All* ○ *RUE* ○ *LUE* ○ *RLE* ○ *LLE* ☐ *back nl* ○ *pelvis & hips nl* ☐ *gait & station nl* ☐ *digits & nails nl*
Abnl/Other: Diffuse swelling Ⓡ hand capillary refills intact
No neurological deficit

SKIN: ☐ *inspection nl* ☐ *palpation nl* ○ *well hydrated* ☐ Wound recheck: healing without infection
Abnl/Other:

LYMPH: *Normal nodes:* ☐ *cervical* ☐ *other:*
Abnl/Other:

NEURO: ☐ *CN II-XII intact* ☐ *DTR's symmetric* ☐ *sensory intact*
○ *motor strength nl* ○ *straight leg raises neg.*
Abnl/Other:

PSYCH: ☐ *judgement/insight nl* ☐ *oriented x 3* ☐ *memory nl* ☐ *mood nl*
○ *no delusions* ○ *no hallucinations* ○ *no suicidal/homicidal ideations*
Abnl/O

**Millcreek Community Hospital**
5515 PEACH ST
ERIE, PA 16509

All studies interpreted by ED Physician unless otherwise noted

## MEDICAL DECISION MAKING

Cardiac monitor: ☐ Normal sinus rhythm ☐ Other:
12 lead EKG: ☐ NSR, no ischemic changes ☐ Other:
Pulse Ox.: ___% on ☐ Normal ☐ Low    Pulse Ox. 2: ___% on    ☐ ABG: pH ___ p02 ___ pC02 ___ HCO₃ ___
Radiographs: ___ ☐ E.D. M.D./D.O. ☐ Radiologist
☐ E.D. M.D./D.O. ☐ Radiologist

CBC: ☐ WNL ☐ Abnormalities: WBC ___ HGB ___ %Segs ___ HCT ___ %Band ___ PLT ___ %Lymphs ___
CHEM: ☐ WNL ☐ Abnormalities: GLU ___ BUN ___ CR ___ NA ___ K ___ CL ___ C02 ___ CA ___ ALB ___ SGOT ___ SGPT ___ ALK PH ___ Bilirubin ___ LDH ___ CK ___ MB ___ MB% ___ Amyl ___
PT ___ INR ___ PTT ___ DIG ___ TOX ___ BLOOD ETOH ___ OTHER: ___

UA: ___ Stool guaiac: Positive/Negative    Pregnancy: Positive/Negative

**ED Course, Procedures & Discussion:**    UNSTABLE Critical care time: ___ minutes

TIME

X-ray
⊕ fx proximal metacarpal 4th digit
⊕ small avulsion fx MC base 5th digit

Time patient admitted to "Observation Status"
Time patient discharged from "Observation Status"
Case discussed with:
☐ Other procedures by MD: IV / IVP Dye / NG Tube / Bladder Cath / Blood Draw

## PHYSICIAN ORDERS

| TIME | LAB / X-RAY / EKG | NOTED TIME | INITIAL | TIME | MEDS / TREATMENTS | NOTED TIME | INITIAL |
|---|---|---|---|---|---|---|---|
| | ☐ CBC ☐ Met. Panel: (basic/comp.) | | | | ☐ IV: | | |
| | ☐ CXR (Port/2V) ☐ EKG | | | | ☐ Monitor ☐ Pulse Oximetry | | |
| | ☐ UA (dip/lab) ☐ CARDIAC PROFILE | | | | ☐ dt .5cc IM | | |
| | ☐ PREGNANCY (serum/urine) | | | | | | |
| | ☐ PT ☐ PTT ☐ DIG. | | | | | | |
| | ☐ URINE TOX. ☐ Blood Alcohol | | | | | | |
| | ☐ CT: | | | | | | |
| | ☐ ULTRASOUND: | | | | | | |
| | Orthopedic consult | | | | | | |

**IMPRESSION:** (1) Displaced fx proximal metacarpal 4th digit ® hand
(2) Small avulsion fx base 5th metacarpal ® hand

**DISPOSITION / AFTERCARE:**    Physician Signature: ___ PO    in ___ days.
Follow-up with Dr(s):
Meds:
Other: ☐ A.C. Sheets:

## AUTHORIZATION
The patient was provided service & care as necessary to determine if an emergency medical condition existed. After appropriate care was provided to stabilize the patient's condition, the Healthcare Service Plan (HSP) was contacted to request payment authorization for post stabilization care. Initial telephone contact with HSP was made at ___ AM/PM. The case was discussed with ___ from ___ (medical group) at ___ AM/PM by ER staff member ___

Payment for post stabilization care was:
☐ Authorized for: ___
AUTH # ___
☐ Not Authorized
The patient was: ☐ Discharged ☐ Admitted to: ___
☐ Unable to transfer ___ nstable condition.
☐ Transferred to: ___ via ___

**CONDITION:** ☒ Improved ☒ Stable ☐ Unstable ☐ Critical

ER-002 12/99

0000008

*A/BION*

| DC-456 **X-RAY REPORT** | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS |
|---|---|

NAME *GREEN, TYRONE*      NUMBER *EP4593*      QUARTERS *FA*

X-RAY NUMBER *DOB 1-23-70*      DATE OF X-RAY *8/27/01*      TECHNICIAN *LH*

☐ TREATMENT  ☐ EXAMINATION   DETAILS:

*Rt hand*

*Fell getting out of shower 8/25/01 landing on Rt hand. Pain swelling 4-5 mp area. R/O FX*

*BASHLINE* PHYSICIAN

REPORT  R HAND 3v:   There is fx deformities including base of 4th metacarpal of
indeterminate age.  Soft tissue swelling is seen and I cannot exclude acute
injury.  Smoothly marginated prob. old fragment at lateral aspect base of
5th metacarpal.
IMPRESSION: Fx base of 4th metacarpal of indeterminate age.  Clinical
correlation recommended.  Soft tissue swelling noted.  Probable old chip fx
base of 5th metacarpal.

HKS/dg  9/18/01                    Henry K. Smith, D.O.

DATE OF REPORT

Diagnostic Stamp
Practitioner
Date *9-9-01*
Time *100*

| A | N | NCS |
|---|---|---|
| Abnormal | Normal | Not |
| (Requires A | | Clinically |
| ROENTGENOLOGIST | | Significant |
| Soap Note) | | |

Dr. Mark Baker
Medical Director

**White—MEDICAL RECORD**      Canary—X-RAY FILE      Pink—RADIOLOGIST FILE

*ALBION*

## DC-456 — X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME: GREEN, TYRONE    NUMBER EP4593    QUARTERS

X-RAY NUMBER    DOB 1-23-70    DATE OF X-RAY 9/21/01    TECHNICIAN LH

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

Rt hand (through splint)    Follow up of fx

PHYSICIAN BAKER

REPORT: R HAND 3v: Comparison w/ prior films 8/27/01. F/u exam through an
immobilizing splint shows anatomic alignment of fx fragments at base of R
4th metacarpal. Partial widening of fx line is related to early bony
healing. F/u recommended.
IMPRESSION: Anatomic alignment.

SS/dg 10/10/01    Sonja Schaffer, M.D.

Diagnostic Stamp
Practitioner
Date
Time
A        N        NCS
Abnormal    Normal    Not
(Requires A              Clinically
ROENTGENOLOGIST         Significan
Soap Note)

Dr. Mark Baker
Medical Director

DATE OF REPORT

**White—MEDICAL RECORD        Canary—X-RAY FILE        Pink—RADIOLOGIST FILE**

---

*ALBION*

## DC-456 — X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME: GREEN, TYRONE    NUMBER EP4593    QUARTERS FA

X-RAY NUMBER    DOB 1-23-70    DATE OF X-RAY 8/27/01    TECHNICIAN LH

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

Rt hand

Fell getting out of shower 8/25/01
landing on Rt hand. Pain
swelling 4-5 MP area R/O FX

BASHLINE PHYSICIAN

REPORT: R HAND 3v: There is fx deformities including base of 4th metacarpal of
indeterminate age. Soft tissue swelling is seen and I cannot exclude acute
injury. Smoothly marginated prob. old fragment at lateral aspect base of
5th metacarpal.
IMPRESSION: Fx base 4th metacarpal of indeterminate age. Clinical
correlation recommended. Soft tissue swelling noted. Probable old chip fx
base of 5th metacarpal.

HKS/dg 9/18/01    Henry K. Smith, D.O.

Dr. Mark Baker

Diagnostic Stamp
Practitioner
Date
Time
A        N        NCS
Abnormal    Normal    Not
(Requires A              Clinical
ROENTGENOLOGIST         Significa
Soap Note)

RECEIVED
Office of Attorney General
DEC 1 2 2003
WRO
Litigation Section

DATE OF REPORT    **Pink—RADIOLOGIST FILE**

*ALBION*

**DC-456**

# X-RAY REPORT

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

NAME *GREEN, TYRONE*

NUMBER *EP4593*

QUARTERS

X-RAY NUMBER *DOB1-23-70*

DATE OF X/RAY *9/21/01*

TECHNICIAN *LH*

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

*Rt hand (through splint)*    *Follow-up of fx*

PHYSICIAN *BAKER*

REPORT

R HAND 3v:   Comparison w/ prior films 8/27/01.   F/u exam through an
immobilizing splint shows anatomic alignment of fx fragments at base of R
4th metacarpal.   Partial widening of fx line is related to early bony
healing.   F/u recommended.
IMPRESSION:   Anatomic alignment.

SS/dg   10/10/01                     Sonja Schaffer, M.D.

Dr. Mark Baker
Medical Director

Diagnostic Stamp
Practitioner _____
Date _____
Time _____

| A | N | NCS |
|---|---|---|
| Abnormal | Normal | Not |
| (Requires A | | Clinically |
| ROENTGENOLOGIST | | Significant |
| Soap Note) | | |

DATE OF REPORT

**White—MEDICAL RECORD**        **Canary—X-RAY FILE**        **Pink—RADIOLOGIST FILE**

*ALBION*

DC-468

# X-RAY REPORT

## COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF CORRECTIONS

GREEN, TYRONE

**NUMBER** EP4593  **QUARTERS** FA

**RAY NUMBER** DOB 1-23-70   **DATE OF X-RAY** 10/12/01   **TECHNICIAN** LH

☐ TREATMENT   ☐ EXAMINATION   DETAILS:

Rt hand

X-Ray done out of splint per DR. FERRETTI

**PHYSICIAN** BAKER

REPORT   RIGHT HAND (3v): Compared to previous films from 9/21/01. There is progressive moderately advanced healed fractures of the base of the 4th and 5th metacarpals.

IMPRESSION; Moderately advanced healed fractures.

Henry K. Smith, D.

Dr. Mark Baker
Medical Director

HKS/pjt
E OF REPO713/01

**Diagnostic Stamp**
Practitioner _____
Date 12-16-01
Time 145
O. A
Abnormal   N Normal   NCS Not Clinically Significant
(Requires A ROENTGENOLOGIST DC-472)
Seen Note) RADIOLOGIST FILE

White—MEDICAL RECORD    Canary—X-RAY FILE    Pink—RADIOLOGIST FILE