*ALBION*

| DC-456 **X-RAY REPORT** | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS |

NAME *GREEN, TYRONE*  NUMBER *EP4593*  QUARTERS *FA*

X-RAY NUMBER *DOB 1-23-70*  DATE OF X-RAY *10/12/01*  TECHNICIAN *LH*

☐ TREATMENT    ☐ EXAMINATION    DETAILS:

*Rt hand*

*X-ray done out of splint per DR FERRELLi*

PHYSICIAN *BAKER*

REPORT   RIGHT HAND (3v):  Compared to previous films from 9/21/01.  There is progressive moderately advanced healed fractures of the base of the 4th and 5th metacarpals.

IMPRESSION; Moderately advanced healed fractures.

Henry K. Smith, D. O. *A*

*Dr. Mark Baker Medical Director*

HKS/pjt

DATE OF REPORT 10/13/01

Diagnostic Stamp
Practitioner ____
Date *2-16*
Time *400*

| A | N | NCS |
| Abnormal | Normal | Not |
| (Requires A | | Clinically |
| ROENTGENOLOGIST | | Significant |
| DC-472 | | |

Seen Note

White—MEDICAL RECORD          Canary—X-RAY FILE          Pink—RADIOLOGIST FILE

34410

DC-456
(REVISED 1/2003)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**X-RAY REPORT**

Inmate Name: Green, Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

Facility: Hun

| DATE 3-18-04 | ☐ STAT | ☑ ROUTINE | PHYSICIAN Araneda |

DATE TO BE DONE 3/19/04    EXAMINATION REQUESTED    X-rays At wrist ē Rt hand

REASON FOR EXAM    No fx 4th & 5th MC X 2 yrs ago. pain - no new trauma

REPORT

GREEN, TYRONE  EP4593  SCI HUNTINGDON

RIGHT HAND - Routine views of the right hand are compared to prior study from 10-12-03. There is mild deformity at the base of the 4th metacarpal bone consistent with healed fracture at this location. There are no new or acute fractures. A small non united boney density at the base of the 5th metacarpus may also be related to prior trauma. The bones are otherwise intact and the joint spaces are well preserved. There is mild soft tissue swelling noted.

IMPRESSION- There is evidence of prior injury as noted; no acute fracture or significant deformity. No significant arthritic changes.

RIGHT WRIST- Old healed fracture of the base of the 4th metacarpus is again noted. There is no acute fracture, subluxation or deformity. The carpal bones are intact.

Peter G. Gregory, MD
03/22/04  lag
DATE OF REPORT

ROENTGENOLOGIST

**DIAGNOSTIC STUDY STAMP**

RECEIVED
MAR 26 2004

PRACTITIONER: LA

DATE: 3/29/04

TIME: 16:00

A

N

NORMAL

DR. ARANEDA, M.D.

NCS

NOT CLINICALLY
SIGNIFICANT

(REQUIRES
DC-472 SOAP NOTE)

White – MEDICAL RECORD        Canary – X-RAY FILE        Pink – RADIOLOGIST FILE

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle) (Initial) Follow-up On-Site Off-Site Telemedicine | |
|---|---|---|
| Referred to: *Xrays* | Referred by: *Bashline* | Appt. Date/Time: *8-27-01* |
| Specialty: | Drug Sensitivity: *NKDA -* | Copies of relevant health information attached: (circle) Yes   No |

Reason for Referral/ History of Present Illness/Injury:

*Xray – Rt hand*

Treatment to Date/Current Medications and Significant Medication History:

*Fall getting out of shower 8-25
landing on Rt hand — Pain swelling
4-5 MP area — R/o FX*

DR. DAVID BASHLINE D.O.

_____   8-26-0.
Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle)    Approval          Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:                              Date: | |
| UR Decision: (Circle)    Approval              Disapproval | Date: |

Part B: To be completed by consulting Physician and returned with officer to the institution:

*DONE 8/27/04 @ 0945
Late add on- not
on x-ray callout*  LINDA HELGERT, R.T.

_____         _____
Signature of Medical Director Date/Time        Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: *Greene Tyrone*

Inmate Number: *EP 45 93*

DOB: *1-23-70*

(FA)

# CONSULTATION RECORD

Type of Consult: (Circle) (Initial) Follow-up (On-Site) Off-Site Telemedicine

| Part A: Completed by referring facility: | Type of Consult | Appt. Date/Time: |
|---|---|---|
| Referred to: *X-rays* | Referred by: *Bashline* | 8-27-01 |
| Specialty: | Drug Sensitivity: *NKDA -* | Copies of relevant health information attached: (circle) Yes   No |

Reason for Referral/ History of Present Illness/Injury:

*X-ray - Lt. hand*

Treatment to Date/Current Medications and Significant Medication History:

*Fall getting out of shower 8-25 landing on Lt. hand — Pain swelling 4-5 M.P. area — R/o FX*

DR. DAVID BASHLINE D.O.

Signature of Referring Physician    *8-26-0*    Date

| Reviewed by Medical Director: (Circle)   Approval    Disapproval    Date: | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: | |
| UR Decision: (Circle)   Approval    Disapproval | Date: |

Part B: To be completed by consulting Physician and returned with officer to the institution:

*DONE 8/27/01 @ 0945
Late add in — not
on x-ray callout*    LINDA HELGERT, R.T.    *L Helgert RT*

Signature of Medical Director Date/Time

Signature of Consulting Physician Date/Time

Inmate Name: *Greene Tyrone*

Inmate Number: *EP 4593*    (FA)

DOB: *1-23-70*

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle) Initial Follow-up On-Site Off-Site Telemedicine |
|---|---|

| Referred to: R. Andy Smith / Dr Toy Smith | Referred by: Mark Baker Medical Director | Appt. Date/Time: Mon 8/27/01 |
|---|---|---|

| Specialty: MCH ORTHOPEDICS | Drug Sensitivity: N/USA | Copies of relevant health information attached: (circle) Yes No |
|---|---|---|

Reason for Referral/ History of Present Illness/Injury: — via ER

(R) hand Fx 8/25/01

Fall getting out of shower
(R) hand dominant

Treatment to Date/Current Medications and Significant Medication History:

X-ray @ minimally displaced Fx 4th metacarpal
proximally @ hand. (closed). → doe P-2P1

Meds: Risperdal 1mg pAM, Xanax 1mg pTot, Sinequan 50mg pHS

Dr. Mark Baker
Medical Director

_____ P-2P1 / Signature of Referring Physician  Date

⊗ Telega PAC

| Reviewed by Medical Director: (Circle)  Approval    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: | Date: |

| UR Decision: (Circle)    Approval    Disapproval | Date: |
|---|---|

Part B: To be completed by consulting Physician and returned with officer to the institution:

ORTHO NOTE:  Pain + swelling (R+) hand         8/27/0
xRay: ⊕ fx (R+) Ring / small finger metacarpals
Impression ∫
Plan: Ulnar gutter splint (R+) forearm + hand
Will follow up in ortho clinic 9/5/01 2:15 PM
Rest/ice/elevate sling. Keep splint dry
                                    Berlin J  ORTHO

Signature of Medical Director Date/Time          Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

| Inmate Name: | Green, Tyrone |
|---|---|
| Inmate Number: | EP4593 |
| DOB: | 1/23/70 |
| Facility: | |

Dr. Mark Baker
Medical Director

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle) Initial  Follow-up  On-Site  Off-Site  Telemedicine | |
|---|---|---|
| Referred to: M. Anby Gundle / Dr Tay Gundle | Referred by: Dr. Mark Baker  Medical Director | Appt. Date/Time: Mon 8/27/01 |
| Specialty: MCH ORTHOPEDICS | Drug Sensitivity: NKDA | Copies of relevant health information attached: (circle)  Yes    No |

**Reason for Referral/ History of Present Illness/Injury:** — VP BL

(R) hand Fx  8/25/01

Fall getting out of shower
(R) hand dominant.

**Treatment to Date/Current Medications and Significant Medication History:**

X-Ray @ minimally displaced Fx 4th metacarpal
proximally @ (R) hand. (closed). → doc R 2PI

Meds: Risperdal 1mg po bid, Xanax 1mg po tid, Sinequan 50mg po hs

Allergy: NKA

Dr. Mark Baker
Medical Director

R. Telega PA-C

_signature_    R-2PI    _signature_ 8/25/01

Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle)    Approval    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:                              Date: | |
| UR Decision: (Circle)    Approval           Disapproval              Date: | |

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

ORTHO NOTE:  Pain + swelling (R+) hand    8/27/01
  xRay: ⊕ fx (R+) ring / small finger metacarpals
Impression: ⊕ fx (R+) ring / small finger metacarpals
Plan:  Ulnar gutter splint (R+) forearm + hand
  Will follow up in ortho clinic 9/5/01 2:15 PM
  Rest/ice/elevate sling. Keep splint dry.    _Berlin J_ ORTHO

_____    _signature_
Signature of Medical Director Date/Time    Signature of Consulting Physician Date/Time

Inmate Name: Green, Tyrone
Inmate Number: EP4593
DOB: 1/23/70

Dr. Mark Baker
Medical Director

Name ___TYPON GREEN___

Date ___8/27/01___

MILLCREEK COMMUNITY HOSPITAL
5515 Peach Street
Erie, PA   16509

## ORTHOPEDIC INSTRUCTIONS

( ✓ ) Keep your cast/dressings clean and dry.

( ✓ ) Do not put anything inside your cast/dressings.

( ✓ ) Keep affected area elevated above your heart on soft pillows and iced for 48 hours and any time swelling occurs.

( ✓ ) Check toes and fingers frequently for swelling.

( ✓ ) Move toes and fingers frequently to prevent swelling and stiffening.

( ) Do not bear weight for _____ hours on a walking cast.

( ) Always wear cast boot when bearing weight on walking cast.

( ✓ ) Wear arm sling _____

( ) Use your crutches as directed and **always** bring them to every appointment.

( ) Never trim or cut down the length of your cast by yourself.

( ✓ ) Call <u>Millcreek Community Hospital</u> at 864-4031 if:

    a. Pressure points or rubbing develops under your cast.
    b. Your exposed body area (fingers or toes) becomes numb or cool.
    c. Your cast softens, cracks, or breaks.
    d. You experience a significant increase in pain.

( ) You have a prescription for _____ take _____

( ) You have a clinic appointment at the hospital at ___14:15___ AM/**PM** on ___9/5/01___.

( ) Call _____ (864-4031) at 8 AM on _____ at Millcreek Community Hospital to set up an appointment for that day with your Attending Orthopedist to be seen at the Hospital.

( ) Call the office (864-5455) <u>today</u> for an appointment for _____

( ✓ ) Your Attending Orthopedist is : ___TONY FERRETI___

( ) No school until _____

( ) May return to school _____

( ) No Gym until released by Attending Orthopedist _____

( ) No work until released by Attending Orthopedist

( ) May return to work _____

( ) ADDITIONAL INSTRUCTIONS

Rest / ice / elevate

Light duty only 1-LP1 / 1b

Dr. Mark Baker
Medical Director

Name _____ TYRONE GREEN _____

Date _____ 8/27/01 _____

MILLCREEK COMMUNITY HOSPITAL
5515 Peach Street
Erie, PA  16509

## ORTHOPEDIC INSTRUCTIONS

( ✓) Keep your cast/dressings clean and dry.

( ✓) Do not put anything inside your cast/dressings.

( ✓) Keep affected area elevated above your heart on soft pillows and iced for **48 hours** and any time swelling occurs.

( ✓) Check toes and fingers frequently for swelling.

( ✓) Move toes and fingers frequently to prevent swelling and stiffening.

( ) Do not bear weight for _____ hours on a walking cast.

( ) Always wear cast boot when bearing weight on walking cast.

( ✓) Wear arm sling _____

( ) Use your crutches as directed and **always** bring them to every appointment.

( ) Never trim or cut down the length of your cast by yourself.

( ✓) Call Millcreek Community Hospital at (864-4031) if:

    a.  Pressure points or rubbing develops under your cast.
    b.  Your exposed body area (fingers or toes) becomes numb or cool.
    c.  Your cast softens, cracks, or breaks.
    d.  You experience a significant increase in pain.

( ) You have a prescription for _____
    take _____

( ) You have a clinic appointment at the hospital at __14:15__ AM (PM)
    on __9/5/01__ .

( ) Call _____ (864-4031) at 8 AM on _____ at Millcreek Community Hospital to set up an appointment for that day with your Attending Orthopedist to be seen at the Hospital.

( ) Call the office (864-5455) today for an appointment for _____

( ✓) Your Attending Orthopedist is : __TONY FERRETTI__

( ) No school until _____

( ) May return to school _____

( ) No Gym until released by Attending Orthopedist _____

( ) No work until released by Attending Orthopedist

( ) May return to work _____

( ) ADDITIONAL INSTRUCTIONS

Rest / ice / elevate

Light duty only    PRN / lb

Dr. Mark Baker
Medical Director

No_____

## CONSULTATION RECORD

| Part A: To be completed by referring institution: | Type of Consult:    [ ] Initial    [X] Follow-up    [ ] On-Site    [ ] Off-Site | |
|---|---|---|
| Dr. Tony Ferretti<br>5451 Peach St.<br>Erie, PA 16509<br><br>Specialty: Orthopedics | Referred by: (physician name)<br><br>Dr. Mark Baker<br>Medical Director | Appt. Date:<br>*Fri 9/14/01*<br><br>Appt. Time: |

Drug Sensitivity: [X] No    [ ] Yes  (Specify)

Copies of lab and X-ray results attached?    Yes    No    If yes, specify:

Reason for Referral:

History of Injury/Problem:    Date of Onset:

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

_____
Signature of Referring Physician        Date

[ ] Approval    [ ] Disapproval    Medical Director Signature:    Date:

Transmittal Date:    Transmitted By:

Approval Date:    Approved By:

Part B: To be completed by consulting Physician and returned with officer to the institution:

Diagnosis and Recommendations:

No Show -
Rev offside Ortho clinic @
MCH. Rebecca Gould
Clinical Specialist

_____
Signature of Consulting Physician        Date

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

Inmate Name: _____

Inmate Number: _____

DOB: 1-23-?

Institution: SCI Albion

No _____

# CONSULTATION RECORD

| Part A: To be completed by referring institution: | Type of Consult: [ ] Initial [X] Follow-up | [ ] On-Site [X] Off-Site |
|---|---|---|

Dr. Tony Ferretti
5451 Peach St.
Erie, PA 16509

Referred by: (physician name)
*Dr. Mark Baker*
*Medical Director*

Appt. Date: Fri 9/14/01

Appt. Time:

Specialty: Orthopedics

Drug Sensitivity: [X] No  [ ] Yes (Specify)

Copies of lab and X-ray results attached?    Yes    No    If yes, specify:

Reason for Referral: *(illegible handwriting)*

History of Injury/Problem:    Date of Onset:

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

_____    9-24-01
Signature of Referring Physician    Date

[ ] Approval    [ ] Disapproval    Medical Director Signature: _____    Date: _____

Transmittal Date: _____    Transmitted By: _____

Approval Date: _____    Approved By: _____

Part B: To be completed by consulting Physician and returned with officer to the institution:

Diagnosis and Recommendations:

No Show —
Rec Outside Ortho clinic @
MCH. Rebecca Gerald    *RN Gerald*
Clinical Specialist

_____    
Signature of Consulting Physician    Date

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

Inmate Name: George Tyson

Inmate Number: BW593

DOB: 1-23-?

Institution: SCI Albion

10/01

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   (On-Site)   On-Site   Telemedicine | |
|---|---|---|
| Referred to:<br>Dr. T. Ferretti - Ortho Clinic   mcH | Referred by:<br>Dr. Bashline | Appt. Date/Time: 0930<br>Fri  10/12/01 |
| Specialty:<br>Ortho. | Drug Sensitivity:<br>NKDA. | Copies of relevant health information attached: (circle)  (Yes)   No<br>X-rays |

Reason for Referral/ History of Present Illness/Injury:

F/u - S/P (R) 4th & 5th metacarpal fx
(8/27/01)

Treatment to Date/Current Medications and Significant Medication History:

Pt in ulnar gutter splint.

Pt "No show" 9/14 onsite
clinic

DR. DAVID BASHLINE D.O.
*[signature]* 9-14-01
Signature of Referring Physician   Date

Dr. Mark Baker
Medical Director

| Reviewed by Medical Director: (Circle)      (Approval)      Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: *[signature]* 9-17-01   Date: | |
| UR Decision: (Circle)      Approval      Disapproval | Date: |

Part B: To be completed by consulting Physician and returned with officer to the institution:

9/12/01 Dr Ferretti v.o. to perform AP/Lat/Oblique x-ray thru splint
& we will take to mcH for review by Ortho surg. Reschedule
at 10/22/01 onsite clinic unless deemed necessary to be seen
prior to that clinic. Will await Dr Ferretti's draws *(Arlene Bevan)*

Arlene Bevan
- Site Administrator

*[illegible handwritten notes]*

Signature of Consulting Physician  Date/Time

Signature of Medical Director Date/Time

| | |
|---|---|
| Inmate Name: | Greene, Tyrone |
| Inmate Number: | EP 4593 |
| DOB: | 1/23/70 |
| Facility: | Albion |

FA

## CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)  Initial  Follow-up  On-Site  Off-Site  Telemedicine | |
|---|---|---|
| Referred to: xray | Referred by: D Baker | Appt. Date/Time: |
| Specialty: msta | Drug Sensitivity: | Copies of relevant health information attached: (circle)  Yes    No |

Reason for Referral/ History of Present Illness/Injury:

Rhand
AP / LAT / obliques through splint

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

9-21-01

Signature of Referring Physician      Date

| Reviewed by Medical Director: (Circle)    Approval    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:    Date: | |

UR Decision: (Circle)    Approval    Disapproval    Date:

Part B: To be completed by consulting Physician and returned with officer to the institution:

DONE 9/21/81 @ 1019
date add in - not
on x-ray callout

LINDA HELGERT, R.T.

_____    _____
Signature of Medical Director Date/Time    Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Green Tyrone

Inmate Number: EP4593

DOB: 1-23-70

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   Off-Site   Telemedicine | |
|---|---|---|
| Referred to:<br><br>_xray_ | Referred by:<br><br>_D Baker_ | Appt. Date/Time: |
| Specialty:<br><br>_msk_ | Drug Sensitivity: | Copies of relevant health information attached: (circle)<br>Yes      No |

Reason for Referral/ History of Present Illness/Injury:

(R) _hand_

AP / LAT / obliques through splint

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

_MW__ 9-21-01

Signature of Referring Physician    Date

---

| Reviewed by Medical Director: (Circle)      Approval           Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:                                Date: | |
| UR Decision: (Circle)      Approval              Disapproval | Date: |

Part B: To be completed by consulting Physician and returned with officer to the institution:

DONE 9/21/01 @ 1019
_late add in - not_
_on x-ray callout_

LINDA HELGERT, R.T.
_L Helgert RT_

_____        _____
Signature of Medical Director Date/Time        Signature of Consulting Physician  Date/Time

---

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: _Green Tyrone_

Inmate Number: _EP4593_

DOB: _1-23-70_

## CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   (On-Site)   Off-Site   Telemedicine | |
|---|---|---|
| Referred to:  X-ray | Referred by:  Dr. T. Ferretti | Appt. Date/Time:  10/12/01 |
| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle)  Yes     No |

Reason for Referral/ History of Present Illness/Injury:

X-ray ® hand   AP & Lat Oblique   Out of Splint

Treatment to Date/Current Medications and Significant Medication History:

_(signature)_     12/01
Signature of Referring Physician     Date

| Reviewed by Medical Director: (Circle)     Approval     Disapproval  Date: | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: | |
| UR Decision: (Circle)     Approval     Disapproval | Date: |

Part B: To be completed by consulting Physician and returned with officer to the institution:

DONE 10/12/01 @ 1008
Late add in   problem
X-ray call out   LINDA HELGERT, R.T.
_(signature)_ Helgert R.T.

_____          _____
Signature of Medical Director Date/Time          Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name:  Greene, Tyrone

Inmate Number:  EP 4593

DOB:  1·23·70

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   Off-Site   Telemedicine | |
|---|---|---|
| Referred to: X-ray | Referred by: Dr. T. Ferretti | Appt. Date/Time: 10/12/01 |
| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle)  Yes    No |

Reason for Referral/ History of Present Illness/Injury:

X-ray (R) hand AP & Lat Oblique out of Splint

Treatment to Date/Current Medications and Significant Medication History:

_Alias_ 12/01

Signature of Referring Physician        Date

| Reviewed by Medical Director: (Circle)      Approval            Disapproval            Date: | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: | |

UR Decision: (Circle)      Approval                    Disapproval                            Date:

Part B: To be completed by consulting Physician and returned with officer to the institution:

DONE 10/12/01 @ 1008
late add on patient
X-ray called out    LINDA HELGERT, R.T.    _Helgert RT_

Signature of Medical Director Date/Time                     Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Greene, Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   On-Site   Telem... | |
|---|---|---|
| Referred to:    McH <br> Dr. T. Ferretti - ortho clinic | Referred by: <br> Dr. Bashline | Appt. Date/Time: <br> Fri  10/12/01   0930 |
| Specialty: <br> Ortho. | Drug Sensitivity: <br> NKDA. | Copies of relevant health information attached: (circle) <br> (Yes)   No <br> X-rays |

**Reason for Referral/ History of Present Illness/Injury:**

Flu - S/P ®️ 4th & 5th metacarpal fx (8/27/01)

**Treatment to Date/Current Medications and Significant Medication History:**

Pt in ulnar gutter splint.

Pt "No Show" 9/14 onsite clinic

DR. DAVID BASHLINE D.O.

Dr. Mark Baker
Medical Director

Signature of Referring Physician _____ 9-14-01    Date

| Reviewed by Medical Director: (Circle)     Approval   Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: _____ 9-17-01   Date: | |

| UR Decision: (Circle)   Approval   Disapproval   Date: |
|---|

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

9/2/01 Dr Ferrette V.O. to perform AP/Lat/Oblique view thru splint & we will take to McH for review by Ortho surg. Reschedule at 10/22/01 onsite clinic unless deemed necessary to be seen prior to that clinic. Will await Dr Ferretti's orders. Arlene Bevan HSA

® hand: Splint intact - had been removed as per _____

Arlene Bevan
- Site Administrator
10/12/01

edema/swel - tenderness w/active passive motion 2° to immobilization. Op: visit at ® tip of her ® radial prox. 5th metacarpal ® hand

Imp: Fx base 4th & 5th metacarpals ® hand

Signature of Medical Director Date/Time _____    Signature of Consulting Physician Date/Time

Rx: ℞ V1M ® D.T. 8PRN 14

Inmate Name: Greene, Tyrone

Inmate Number: EP 4593

DOB: 1/23/70

FA

# PROGRESS NOTES

[✓] Outpatient                                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 7-19-01<br>1250 | #3 | PA<br>II | S asked to evaluate by nursing superior, inmate reports was poked in ⓇL eye ~ a days ago states was put on Motrin states eye was red and watering but did not hurt so cont to take medication until has met has at yesterday now "has to be seen"<br>O Ⓡ eye sclera injected @ corneal abrasion noted PERRLA EOM's intact moderate clear drainage noted<br>A traumatic conjunctivitis<br>P Gentamicin eye drops # gtts Ⓡ eye QID x 10 day RT if redness and watering" does not go away prn to medication D/C ing noted understanding ___ T Mowby<br>TAMMY MOWBY, P |
| 7-20-01<br>1315 | B | PA | S here # AIMS test no voiced concerns<br>O see DC-470<br>A bipolar<br>P EKG/SMA as ordered<br>RT as scheduled ___<br>TAMMY ___ PA |
| 8-25-01<br>1300 | | NSg | No show - Psych med non compliance counsel___ PA<br>RALPH LUCAS, RN |

Inmate Name: Green, Tyrone

Inmate Number: EP4593

DOB: 1-23-70

Institution: SCT All

| Date/ Time | Prob # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/25/01 2005 | 4 | NSG. | S: "I fell in the shower". O: VSS. 122/80, 95°, 72 hr. climate claims to have fallen in shower while holding towel and then fell on floor ⊕ ® hand in a fist position. Noted ® hand edema, to outer aspect of hand. Tender to touch. ROM very limited. A: alter. in comfort. P: 33° infirmary observation. Xray protcn ⊕ ⊥⊙ PRN x 24°. dresd ⊕ hand ⊕ ⊥⊙ PRN x 24°. cockup splint ō ace wrap. To be In by Physician 8/26/01. _____ JOHN PURVIS, RN   J.Purvis,RN |
| 8-26-01 0505 | 4 | NY | O: inmate slept throughout shift, arose ōqn awakg., VSS. ⊘ verbal complaints throughout shift. ® hand continues to be edematous in 4th area. A: alt. comfort. P: assess & treat as needed. _____ M.Kish   MARCIE KISH, RN |
| 8-26-01 0730 | 4 | NSG | S: "I'm alright." O: ® hand ē splint & ACE bandage intact. Pt. declined medication or ice ; VSS. Stated he wanted to rest; appetite good; Resp. reg & easy; ⊘ SOB; ⊘ acute distress; no voiced complaints. A: Alteration in comfort. P: Continue to monitor in infirmary. _____ J.McDuffe   JAMES McDUFF, RN |
| 8-26-0 1100 | 4 | M I | S: Inmate seen in infirmary. Pain swelling ® hand - fell in shower last night - landing on hand - ō O: ® clean; swelling ® 4-5 M P area - A: Poss. Fx Metacarpal P: Will maintain splint & ACE - Return in A.M. for Xray - _____ [signature]   DR. DAVID BASHLINE D.O. |

| Date/ Time | Prob # | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/25/01 2005 | 4 | NSS | S: "I fell in the shower." O: VSS. 122/80, 98°, 72/hr. Inmate claims to have fallen in shower while holding towel and then fell on floor ○ R hand in a fist position. Noted R hand edema to outer aspect of hand. Tender to touch. ROM Very limited. A: alters. in comfort. P: s/o Infirmary observation. X-ray Intra ○ s/o PRN x 24°. dress R hand ○ bid PRN x 24°. cock up splint ○ ace wrap. To be seen by Physician on 8/26/01    JOHN PURVIS, RN  JPurvis RN |
| 8-26-01 0505 | 4 | ns | O: inmate slept throughout shift, arises when awaken, VSS, ○ verbal complaints X-ray not s/p. R hand continues to be edematous, in bid Rm. A: alt. comfort P: cont. to ○ s/p as needed ——  M.Kish    MARCIE KISH, RN II |
| 8-26-01 0730 | 4 | NSS | S: "I'm alright." O: R hand ○ splint & ACE bandage intact. Pt declined medication or ice; VS; stated he wanted to rest. Appetite good; Resp. reg & easy. ○ SOB; ○ acute distress; no voiced complaints. A: Alteration in comfort. P: Continue to monitor in infirmary. —  J McDuff    JAMES McDUFF, RN |
| 8-26-0 1100 | 4 | M1 | S: Inmate seen in infirmary. Pain swelling R hand. Fall in shower last pm. Swelling on hand — O: Tenderness, swelling at 4-5 MP area A: Poss. fx. Metacarpal P: Will maintain splint & ace — Return in AM for X-ray — |

DR. DAVID BASHLINE D.O.

# PROGRESS NOTES

[X] Outpatient                                                     [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8·26·01 11³⁰ | 4 | NSG | S: "I'm fine." O: Pt. released from infirmary per physician's order; no voiced complaints. A: Alteration in comfort. P: Follow c̄ x-ray of (R) hand in Am; Pt. aware. Pt. released to general population. J. McDuff JAMES McDUFF, RN |
| 8/27/01 0902 | 4 | CSPHS | Pt scheduled for onsite xray ~ (R) hand on Mon 8/27/01. Consult forwarded to L. Helgert, RT. Rebecca Gould Clinical Specialist RL Gould |
| 8/27/01 005 | 4 | DR I | S: referred per ms staff to √ (R) hand - c/o slipped in the shower ~2 days ago O: POS dorsal hand - tender to palpation 4th-5th metacarpal CMS intact XRAY (R) minimally displaced 4th metacarpal head Fx A- (R) hand Fx. P: splint to MCH or Erie for ul casting. Security to be notified by Admin. Asst. M. Edwards to be contacted by physician. — to see c̄ RC [illegible] 9am c̄ hand [illegible] D. T. Baker 8/27/01 Dr. Mark Baker Medical Director |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Inmate Name: Green, Tyrone

Inmate Number: EP4593

DOB: 1/03/70

Institution: SCI ALBION

# PROGRESS NOTES

[X] Outpatient                                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8·26·01<br>11³⁰ | 4 | NSG | S: "I'm fine"<br>O: Pt released from infirmary per physician's order; no voiced complaints<br>A: Alteration in comfort.<br>P: Follow c̄ x-ray of ®  hand in AM; Pt. aware, Pt released to general population.<br>*J. McDuffie* JAMES McDUFF, RN |
| 8/27/01<br>0902 | 4 | CS-PHS | Pt scheduled for onsite x-ray ~® hand on Mon 8/27/01. Consult forwarded to L. Helgert, RT. *Rebecca Gould* R.L. Gould<br>Clinical Specialist |
| 8/27/01<br>1005 | 4 | I | S: Referred per nursing staff to ✓® hand - c/o slipped in the shower ~2 days ago<br>O: ⊕ STS dorsal hand - tender to palpation 4th - 5th metacarpal CMS intact<br>XRAY ® minimally displaced 4th metacarpal head Fx<br>A: ® hand Fx.<br>P: ✓ x-ray to MCH via ___ ___ casting. Security to be notified by Admin. Asst. ___ to be seen ___<br>~A ___ ___ ___<br>___ 8-29-01<br>Dr. Mark Baker<br>Medical Director |

Inmate Name: Green, Tyrone

Inmate Number: EP4593

DOB: 1/03/70

Institution: SCI ALBION

| Date/ Time | Prob # | Discipline Abbreviation | Remark, Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/27/01 1428 | 4 | C/PHS | Pt Scheduled offsite @ MCH-ER this day~ eval f/x @ hand fx. Security notified ——— Rebecca Gould *RK Gould* Clinical Specialist |
| 8/27/01 1705 4) 5 | us9 | | S: "I FEEL FINE" O: INMATE returned FROM MCH hospital Fx RT hand: Splint/ arm Sling intact — Needs NAX. check RT hand well. No C/o Pain/ Discomfort n- Actin Comfort- P: Released To New Population chart referred To Dr. Barton For For Rx- Follow up care ~ *T. Hickey* TOM HICKEY, RN |
| 9/4/01 1105 | 5 | C/PHS | Pt scheduled onsite c̄ Dr. T. Ferretti on Fri 9/14/01 during the ortho clinic. Unable to Schedule Pt offsite due to Scheduling & Security Concerns. Spoke c̄ Dr. Ferretti's Staff re: this issue. ~ S/p fx @ hand Rebecca Gould *RK Gould* Clinical Specialist |
| 9/14/01 1230 | 5 | C/PHS | Pt "No Show" for Ortho clinic. Per Dr. Ferretti, pt is to be scheduled offsite @ MCH Ortho clinic for rev w/in 2 wks Rebecca Gould *RK Gould* Clinical Specialist |
| 9.17.01 1439 | 5 | C/PHS | Pt scheduled offsite @ MCH ortho clinic c̄ Dr. T. Ferretti on Wed 9/26/01 w rev @ hand. Rebecca Gould *RK Gould* Clinical Specialist |

| Date/ Time | Prob # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/27/01 1028 | 4 | CSPHS | Pt Scheduled offsite @ MCH-ER this day ~ eval tx @ hand fx. Security notified — Rebecca Gould Clinical Specialist _RKGould_ |
| 8/27/01 1705 4 5 | US9 | | S: "I FEEL FINE" O: INMATE RETURNED FROM MCH hospital Fx RT hand. Splint/ arm sling intact — needs NAX check Rt hand WNL. No C/o pain/ discomfort A: Actin comfort. P: Released to new population chart referred to Dr. Barber for follow up care TOM HICKEY, RN _THickey_ |
| 9/4/01 1105 | 5 | CSPHS | Pt scheduled onsite c̄ Dr. T. Ferretti on Fri 9/14/01 during the ortho clinic. Unable to schedule pt offsite due to scheduling & security concerns. Spoke c̄ Dr. Ferretti's staff re: this issue. ~ S/p fx @ hand Rebecca Gould _RKGould_ Clinical Specialist |
| 9/14/01 1230 | 5 | CSPHS | Pt "No Show" for Ortho clinic. Per Dr. Ferretti, pt is to be scheduled offsite @ MCH Ortho clinic for rev w/in 2 wks Rebecca Gould _RKGould_ Clinical Specialist |
| 9-17-01 1439 | 5 | CSPHS | Pt scheduled offsite @ MCH Ortho clinic c̄ Dr. T. Ferretti on Wed 9/26/01 to rev @ hand. Rebecca Gould _RKGould_ Clinical Specialist |

# PROGRESS NOTES

[ ] Outpatient                                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|-----------|--------|-------------------------|---------------------------------------------------|
| 9-20-01 |  | PAC | S: 0 |
| 1610 | #9 |  | O w/o wkm |
|  |  |  | A fracture 4th/5th metacarpal (R) hand |
|  |  |  | P. chart reviewed c Dr Ferretti, inmate was |
|  |  |  | a no show for on site clinic (9/14) discussed |
|  |  |  | @ length will take x-ray on site, then |
|  |  |  | transport to MCH for review due to security |
|  |  |  | issue of non emergent outside trip will |
|  |  |  | follow process per Dr Ferretti direction |
|  |  |  | —————— TRoush PAC |
| 9/21/01 | | PAC | P: N/S PA/Sick line = Fri 0900 hr apt. ——— PAC |
| 1005 | | I | |
| 9/21/01 | | PAC | S- Wants cast placed on (R) hand |
| 1010 | (19) | I | c/o excessive mvt in splint. |
|  |  |  | admits to taking splint off to clean |
|  |  |  | hand on a regular basis. |
|  |  |  | O: splint intact - ulnar gutter plaster splint. |
|  |  |  | CMS intact. (R) capillary refill. sensation |
|  |  |  | intact. 0 STS. |
|  |  |  | A: S/P metacarpal fx 4 & 5 (R) hand |
|  |  |  | P: X-ray done - to be put to Dr Ferretti's office for |
|  |  |  | review, will N/S for Tx plan in near future = |
|  |  |  | cont splint until then. proud w/ ed faction ——— D. Telega PAC |

Inmate Name: Green Tyrone

Inmate Number: EP4593

DOB: 1-23-70

Institution: Albion

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

# PROGRESS NOTES

[ ] Outpatient                                                                    [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9-20-01 | | PAC | S: O |
| 1610 | #9 | | O: wd vcm |
| | | | A: fracture 4th/5th metacarpal (R) hand |
| | | | P: chart reviewed c̄ Dr Ferretti, in note was |
| | | | a no show for on site clinic (9/14) discussed |
| | | | @ length will take x-ray on site, then |
| | | | transport to MCH for review due to security |
| | | | issue of non emergent outside trips will |
| | | | follow process per Dr Ferretti direction |
| | | | —— m_____ PAC |
| 9/21/01 | | PAC | P: N/S PA/SickCall = Fri 0900 hr apt. — D. Telega PAC |
| 1005 | | I | |
| 9/21/01 | | PAC | S: wants cast placed on (R) hand |
| 1010 | (19) | I | c/o excessive mvt in splint |
| | | | admits to taking splint off to clean |
| | | | hand on a regular basis. |
| | | | O: splint intact - ulnar gutter plaster splint. |
| | | | CMS intact. @capillary refill. sensation |
| | | | intact. Ø S/S. |
| | | | A: S/P metacarpal Fx 4 & 5 (R) hand |
| | | | P: X-ray done - to be sent to Dr Ferretti's office for |
| | | | review. will N/S for TX plan in near future = |
| | | | cont splint until then. pt cont w/ education — D. Telega PAC |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Inmate Name: Greer Tyrone

Inmate Number: EP4593

DOB: 1-23-70

Institution: Albion

| Date/ Time | Case # | Discipline Abbreviation | Remark<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 10/1/01<br>1304 | 19 | CSPHS | Pt's offsite appt. on 9/24/01 c̄ Dr. T. Ferretti has been u/s for the 10/13/01 insite clinic. X-rays reviewed by Dr. Ferretti on 9/21/01, healing well - no medical necessity to send Pt. offsite. Rebecca Gould / Clinical Specialist *RK Gould* |
| 10/8/01<br>0950 | 19 | CSPHS | S: Ortho. clinic<br>O: See DC 4J<br>A: S/p ®  4th & 5th mc fx.<br>P: X-ray OOS (done today) RTC PRN. Pt voiced understanding Rebecca Gould / Clinical Specialist *RK Gould* |
| 10/25/01<br>1335 | ⑨<br>⑭<br>③ | RN<br>I | S Requesting Tolnaftate to hand Rash also c/o ® ear clogged. Requests gtts for it. also states that did not repeatedly take splint off hand only x1 to wash hand. wants PT for hand.<br>O: HEENT: ® came off by self (ACF came loose) ® cerumenosis Auto Tympanic Membrane AS. Skin: scaly noted Palmer ® hand. Mucous membs. almost from ® wrist-SNPS 125/75.<br>A: Tinea Manus, Cerumenosis Au, S/P Fx structure of 4th ® hand<br>P: Rx Debrox otics drug gtts AS BIDx5 Days Fluid W for ear irrig. Tolnaftate 1% ont BID x30 QRF. Motrin 600mg PO BID prn x 30 QRF. instructed & demonstrated home ® exercises WNP BID @ Tx prn to hand PT. RTas scheduled & prn. Pt voiced understanding *TM PA-S* |
| 10-31-01 | | PA-C | no show PA live 1340 appt no medical medication to reschedule *T Mowry* |
| | | | TAMMY MOWRY, PA |

| Date/Time | Prob # | Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 10.1.01 1304 | 19 | CSPHS | Pt's offsite appt on 9/24/01 c̄ Dr. T. Ferretti has been M/S for the 10/13/01 Insite clinic. X-rays reviewed by Dr. Ferretti on 9/21/01, healing well — no medical necessity to send pt. offsite. Rebecca Gould Clinical Specialist RGould |
| 10/2/01 0950 | 19 | CSPHS | S: Ortho. clinic O: See DCU41 A: S/P Ⓡ 4th & 5th mc fx. P: X-ray ODS (done today) PT in RTC PRN. Pt viced understanding Rebecca Gould Clinical Specialist RGould |
| 10/25/01 1335 (9) (14) (5) | RN: ⏟ I | | S: Requesty Tolnaftate to hand ROTSN also c/o Plan clogged Requests gtts for it also states that did not repeatedly take splint of hand only x1 to wash hand. Wants PT for hand. O: HEENT: Ⓡ Came off by self (Acetune loose) Ⓡ cerumenosis AU Tympanic AS Skin: scaly noted Palmer Ⓡ hand Misc Kid: almost from Ⓡ wrist grp ⇊ 5/5 A: Tinea Manum, Cerumenosis AU, S/P Fx structurepa diff Ⓡ hand P: Ucy Debrox otic sol 10 gtts AU BID x 5 DAYS Flurlevel Ⓡ ear irrig. Tolnaftate 1% oint BID x 30D QRF. Motrin 600mg PO QID PRN x 30D QRF. instructd & demonstrated hand exercises wrap QD @ HS prn to hand PT. RTAS scheduled & prn. pt viced understanding |
| 10-31-01 | | PAE | no show TMowry 1340 appt no medical medication to reschedule TMowry |

TAMMY MOWRY, PA

# PROGRESS NOTES

[X] Outpatient                                                      [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 11-28-01 | | PAC | Sweet AIMS clinic |
| 1505 | C | | O. See DC-470 |
| | | | A. depression |
| | | | P. Ct as scheduled          TAMMY MOWRY, PA |
| 3-5-02 | | PAC | S. Ithemrrhoids noticed ~ 2 weeks ago during |
| 1600 | #6 | II | bleeding itchy more than anything |
| | | | O. rectal small unthrombosed mass noted |
| | | | @ 3 o'clock hemorrhoid E ; E internal lesion |
| | | | A. hemorrhoids |
| | | | P. Dibucaine 1% apply daily x 10 days |
| | | | ↑ fluids especially H₂O from incd |
| | | | indirectly          TAMMY Mowry, PA |
| 3/15/02 | | PAC | S. LOOK @ C/o |
| 1345 | ① | | O. sent out 3/18/02 |
| | | | A. appropriate Cst |
| | | | P. labs ordered - testicular exam explained. RTCR |
| | | | Pt verbalized understanding          PAC |
| 3/25/02 | #1 | 1020 RS | O. Patient received health | Pt. received Hepatitis C educational |
| | | | education with regard to | pamphlet and health education |
| | | | TB prevention and treatment | regarding access and screening |
| | | | verbalizes understanding | process. Pt. verbalized understanding. |
| | | | HCV @ 4/01          BARBARA MONROE, R |

**Progress Notes**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-472**

Inmate Name: Green Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

Institution: SCI Albion

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 4/1/02<br>1230 | | NS2 | O! Telebinocular/Audiogram<br>done per DOC policy.<br>Passed _____; Failed _____<br>No Show; Will reschedule x<br>next clinic — B Monroe    BARBARA MONROE, RN |
| 4/23/02<br>1360 | 8 | NS6 | Telebinocular/Audiogram<br>done per DOC policy.<br>Passed X/ _____; Failed refered to optometri<br>JENNIFER CURRAN, LPN  JCurran |
| 4/24/02<br>1010 | (8) | Adm/PHS | Pt sch'd onsite c̄ Dr Benson during the<br>5/02 OPT clinic ~ refraction ✓<br>D Trimble    Deborah Trimble<br>Administrative Ass't |
| 5/17/02<br>1524 | 8 | RT/OS<br>PHS | S: Opt clinic<br>O: See DC441/451<br>A: Hyperopia<br>P: RX for glasses ordered. Pt voiced understanding<br>Wear as needed    LINDA HELGERT, R.T. LHelgert, RT |
| 6/5/02<br>1341 | 8 | RT/OS<br>PHS | S: Eye clinic, new glasses<br>O: See DC441/451<br>A: Hyperopia<br>P: GLASSES RECEIVED BY INMATE Pt expressed satisfaction. Informed pt<br>of proper care of glasses, procedure for repairs + costs involved are his<br>responsibility. Pt voiced understanding    LINDA HELGERT, R.T. LHelgert, RT |

# PROGRESS NOTES

[ ] Outpatient                                      [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9-27-02 0920 | #9 | PA | S requesting refill Tolnaftate Delta valley works |
| | | | just came back |
| | | | ⊕ hand skin peeling |
| | | | A tinea man |
| | | | P: Tolnaftate cream apply BID x 30days (sure) |
| | | | Rtpin ___ Mowry PA |
| | | | TAMMY MOWRY, PA |
| 12-7-02 1500 | RHU | NSG | O: Placed in RHU. No medical contraindication for RHU placement ___ D.P. Daniel Przybrowski RN II |
| 12/20/02 1235 RN | 19 | Pac | S c/o ⊕ hand pain. NDEx in past ⊘ Acute trauma "Aching" |
| | | | O: FROM dist wrist. pt points to 4th & 5th metacarpals. x-ray 10/12/01 @ frs 4th/5th metacarpals |
| | | | A post traumatic DID ⊕ hand |
| | | | Pr MC: Motrin 800mg PO TID PC x 14 days. ___ |
| | | | pt verb understanding |
| 1/22/03 1055 | 10 29 | Pac | S c/o ⊕ hand pain. c/o GI upset c Motrin "did not work" |
| | | | also c/o jock itch on penis & scrot - itchy "raw" |
| | | | O: helps c Tolnaftate. wants Cadric Diet 2- GERD "Lofat" |
| | | | O: x-ray 10/12/01 ⊕ healed frs base 4th & 5th metacarpals |

Inmate Name: Green, Tyrone

Inmate Number: EP4593

DOB: 1-23-70

Facility: S.C.I. Albion

**Progress Notes**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-472**