| Date/Time | Prob # | Discipline Abbreviation | Remark: Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 1/22/03 1100 | (24) (19) (25) | PAC | Genitalia: @ macerate/erythema scrot. Abd NT/ND @ BT x4 - non- A: post traumatic DJD @ hand, GERD, NSAID gastritis, Tinea Cruris P: No vigorous work if T<32°. Rec: Micatin 2% cr BID x30D PRF. Cond. Act x(30)Ays. Advised UMB Q10° Hyperpt. Rec: Carafate 1gm PO QID c Motrin x 30D x 2 RF. Motrin 900mg PO QID PC & c Carafate x 30D x 2RF. RTC PRN pt verbalized understanding ─── D. Telega PAC |
| 2/20/03 | (12) (B/C) | PA | S: Lg diarrhea from Rx. stool softer than nr close x 2 wks. ↑ stress lately → sx stm tn stress exacerbates BMs TID peaty O: Abd NT/ND, nl bs pt in NAD A: Suspect IBS W/o Depression, BAD. P: Rec: Kaopectate 30cc PO QID PRN x 14 days. RTC PRN advised FL & P. pt verbalized understanding ─── D. Telega PA |
| 3/20/03 1500 | | Books | O: Patient received health education with regard to TB prevention and treatment verbalizes understanding. HCV @ 4/01 ─── B.Monroe  Pt. received Hepatitis C educational pamphlet and health education regarding access and screening process. Pt. verbalized understanding. BARBARA MONROE, RN |
| 4-28-03 1430 | #9 | PA | S: requests refill on Motrin and Carafate for (R) hand pain O: (R) hand ⊖ gross deformities noted Rom appears wnl neurovascular intact A: s/p (R) hand fx P: Motrin 600mg po QID prn x 30 days Ø RF Carafate 1gm po QID x 30 days Ø RF discuss OTCs prn aid as scheduled, med understanding ─── TAMMY MOWRY, PA |

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP4593
DOB: 1-23-70
Institution: SCI Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7-19-01 1456 | 3 | Cortisporin ophthalmic sol. gtts II OS qid x 10 days → given — M. Mark Baker, Medical Director — Queer, LPN — DONE 7/19/01 1707 |
| 7-27-01 1315 | B | SMA 25 / EKG — results known — Mowry, PA — Dr. Mark Baker, Medical Director — JODI EBRIGHT, LPN — 7-27-01 133 |
| 8/15/01 2000 | 4 | 23° defining observation. Pulse monitoring Q2° PRN x 24° Ice to ® wrist Q2° PRN x 24° — JOHN PURVIS, RN — If pain worsens call Dr. Bashline / J. Purvis 8/25/01 RN — DR. DAVID BASHLINE DO 8-26-01 1190 — MARCIE KISH, RN II — M. Kish 8-26-01 65W |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP4593
DOB: 1-23-70
Institution: SCI Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 7-19-01 1456 | 3 | Ciloxan ophthalmic sol. gtts II OS qid x 7 days → given — Dr. Mark Baker, Medical Director |
| 7-29-01 1315 | B | SMA 25 / EKG → A/NS no— — Tammy Mowry, PA / Dr. Mark Baker, Medical Director / Jodi Ebright, LPN — 7-29-01 |
| 8/25/01 2000 | 4 | 23° infirmary observation / Percy Motrin ⊘ 10 PRN x 24° / Ice to ® wrist ⊘ 10 PRN x 24° / If phone order Dr. Bashline / JPurvis 8/25/01 1950 — JOHN PURVIS, RN / DR. DAVID BASHLINE D.O. 8-26-01 1100 / MARCIE KISH, RN II / M.Kish 8-26-01 0650 |

PLEASE USE BALL POINT PEN ONLY

## PHYSICIAN'S ORDERS

Inmate Name: GREEN, TYRONE
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI-ALBION

Drug Allergies: NKDA
Self-Medication Program ☐ Yes ☐ No

| Date/Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8/26/01 1100 | 4 | X-ray Rt hand AM -8-27-01 ✓ RKY 8/27/01 Release to Block — *JAMES MCDUFF, RN* / DR. DAVID BASHLINE D.O. McDuff 8/26/01 1134 |
| 9/27/01 1005 | 4 | Send to MCH ortho w/ state care (sig ??) clinic (? xrs) ✓ RKY 8/27/01 — Dr. Mark Baker, Medical Director / D. Telega PAC 9-27-01 1005 M Kish RN 8-27-01 1110 MARCIE KISH, RN II |
| — | — | [illegible orders with signatures] Medical Director |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: GREEN, TYRONE
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI-ALBION

Drug Allergies: NKDA
Self-Medication Program: ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 8-26-01 1100 | 4 | X-ray Rt hand AM - 8-27-01   RKJ 8/27/01<br>Release to Block —<br>JAMES McDUFF, RN    DR. DAVID BASHLINE D.O.<br>McDuff 8/26/01 1134 |
| 8/27/01 1005 | 4 | Send to MCH ortho v/a State Gov<br>(via SCI)  clinic (CMS)<br>✓ RKJ 8/27/01<br>Dr. Mark Baker Medical Director   D. Tereza PAC<br>M Kish RN  8-27-01  1110<br>MARCIE KISH, RN II |
| | | New apt w/ hand ortho clinic c/h P.Smith  Dr. Mark Baker Medical Director<br>9-5-01 at 1415<br>noted by JB<br>P-2-01 MB |

PLEASE USE BALL-POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Gregg Tyrone
Inmate Number: CP4593
DOB: 1-23-?
Institution: SCI Albion

Drug Allergies: NKA

Self-Medication Program: ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8-24-01 | | ① Ice to @ hand qid x 4 days |
| no chart available | | ② Tylenol #3 T po qid for severe pain x 3 days |
| 8/6 | | ③ Flurosen? drug potid ?? on moderate pain x 7 days |
| | | ④ Arm sling? Room pt has x 14 days? at her nurse please complete Non issue ??? and give to pt-inmate |
| | | ⑤ ??? to ortho Dr. T. Smith at McKees orth clinic |
| | | ② I&O at 14 hrs ✓ RHS 9/5/01 |
| | | Dr. Mark Baker Medical Director |
| | | ⑥ No work, sports, activity use libly |
| 8-27-01 1806 | | x 3 days @ 9-29-01- may walk in yard only- nurse please have pt. sign restriction slip/sign tissue ??? |
| | | Susan Pitisenbarger, LPN |
| | | Dr. Mark Baker Medical Director |
| 9-14-01 720 | 5 | F/U in offsite Ortho Clinic ✓ RHS 9/12/01 |
| | | DR. DAVID BASHLINE? |
| | | Richard W. Carter, LPN 9/14 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Greg Tyrone
Inmate Number: BP4593
DOB: 1-23-?
Institution: SCI Albion

Drug Allergies: NKA

Self-Medication Program ☐ Yes ☐ No

**DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

| Date/Military Time | Prob # | |
|---|---|---|
| 8-27-01 | | ① Ice to [R] hand qid PM × 4 days |
| no chart available | | ② Tylenol #3 T po qid PM severe pain × 3 days |
| | | ③ Ibuprofen 800 mg po tid c food pm moderate pain × 7 days |
| | | ④ Arm sling [R] arm pt has × 14 days at her nurse please complete ibu issue... nasal and q/int pt towels |
| | | ⑤ RN to obtain pt T. [?] at MD appt. ortho clinic × 7 days at 1445 hrs  ✓ RLB 9/5/01 |
| | | Dr. Mark Baker, Medical Director |
| | | ⑥ No work, sports, activity until likely |
| 8-27-01 1806 | | × 3 days [R] 9-29-01 — may walk in yard only — nursing please have pt. sign activities  slip/show point tissue apply to MD |
| | | Susan Pittsenbarger, LPN |
| | | Dr. Mark Baker, Medical Director |
| 9-14-01 1720 | 5 | F/U from off-site Ortho Clinic  ✓ RLB 9/12/01 |
| | | DR. DAVID BASHLINE, D.O. |
| | | Richard V[?] Carter, LPN 9/14 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 9-20-01 1010 | #19 | xray ®hand AP/LAT/OBLIQUE thro splint — Susan Martin, LPN  9-21 1635 |
| 9/21/01 1400 | C | — D/C Resperdal — not taking<br>— ↑Xanax to 1mg po tid prn } x 60d<br>— Sinequan 50mg po hs<br>— RTC in 8 wks<br>Angela Lindemuth, D.O.  Susan Martin, LPN 1645 |
| 12 Oct 01 | | xray ® hand ap/lat/oblique OOS — L. Holbrook |
| 10 am | 19 | Dr. for bray of small & ring fing on metacarpals ® hand.  Dr. Mark Baker 10/12/01 1345 |
| 10/25/01 1350 | 9 | ① shoulder ear irrigation c̄ H₂O₂ in lukewarm apt<br>② [illegible] gtt iv au B↓O x 5d<br>③ Tolnaftate 1% Cr apply B↓O x 30d<br>④ Motrin 600g 1 po Q10 prn x 30d refill<br>D. Telega PAC / Dr. David Basu D.O.  Susan Martin, LPN 1835 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green Tyrone
Inmate Number: EP 459
DOB: 1-23-70
Institution: Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 9-20-01 1610 | #19 | xray ® hand AP/LAT/OBLIQUE thro splint — Susan Martin, LPN  9-21-01 1638 |
| 9/21/01 1400 | C | D/C Risperdal - not taking — Xanax to 1mg po tid prn ? x 60d — Sinequan 50mg po hs — RTC in 8 wks — Angela Lindemuth, D.O.  Susan Martin, LPN 1647 |
| 12Oct01 10am | 19 | xray ® hand AP/lat/oblique OOS ___ L. Wagner  Dx fx base of small x-ray fig or metacarpals ® hand.  Dr. Mark Baker 10-12-01 1345  Medical Director |
| 10/25/01 1350 | | ① shoulder ear irrigation c̄ H₂O₂ in L ear x 30min apt — D. Telega PAC  ② Neluox gtt iv aa B10 x 5d  ③ Tolnaftate 1% cr apply B10 x 30d c̄  ④ Motrin 600g i po Q10pm x 30d) refill  Dr. David Bashline D.O.  Susan Martin, LPN 1835  10-25 1730 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | Orders |
|---|---|---|
| 11/19/01 1000 | C | Xanax 1mg po tid prn } x 90d<br>Sinequan 50mg po hs<br>RTC in 12 wks<br>Angela Lindemuth, D.O. |
| | | 1300 10-01  Sandra Malena, RN |
| 11-28-01 1505 | C | EKG - not done from 7/01 order<br>Mr AVMs pending → Mandatory<br>Tammy, Medical Director |
| 11-28-01 1732 | | LPN |
| 2/11/02 1400 | C | Xanax 1mg po tid prn } x 90d<br>Sinequan 50mg po hs<br>RTC in 12 wks<br>Angela Lindemuth, D.O. |
| | | 2/11/02 1715 |
| 2/15/02 1645 | 6 | Dibucaine 1% ointment apply one daily for hemorrhoids x 10 doses in stock — may please give labeled tube to pt.<br>Brenda Hale, RN II |
| | | 3/5/02 1731 |

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP4593
DOB: 1-23-70
Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program: ☐ Yes ☐ No

**DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

| Date/Military Time | Prob # | Orders |
|---|---|---|
| 11/19/01 1000 | C | Xanax 1mg po tid prn } x 90d<br>Sinequan 50mg po hs }<br>RTC in 12 wks — Angela Lindemuth, D.O. |
| | | 1300 9-01 Sandra Malena RN/ap rn RN |
| 11-28-01 1505 | C | EKG — not done from 7/01 order<br>Mr. NM's pending — Mandatory — Dr. Tammy Baker, Medical Director |
| 11-28-01 1733 | | [signature] 11/27/01 1630 LPN |
| 2/11/02 1400 | C | Xanax 1mg po tid prn } x 90d<br>Sinequan 50mg po hs }<br>RTC in 12 wks — Angela Lindemuth, D.O. |
| | | 2/11/02 1715 [signature] |
| 3/15/02 1640 | b | Dibucaine 1% ointment apply ano daily prn hemorrhoids & 10 doses in stock-nrsg — Nurse<br>Give labwork today to PA — Dr. Mark Baker, Medical Director<br>Brenda Hale, RN II |
| | | nsr 3/15/02 1231 |

BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET
UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 3/15/02 1845 | 7 | LAB: LSD PANEL, CBC — DR. DAVID BASHLINE D.O.  3-15-02 1650  D. Telega PA-C |
| 3/15 1720 | | |
| 4/23/02 1255 | 8 | Refer to Optometry (field ) 4-24-02 |
| | | V/O Dr. Baker  BARBARA MONROE, RN  4/23/02 1255 |
| 5/17/02 1340 | C | Xanax 1mg po tid prn  } x 90d  Sinequan 50mg po hs  RTC in 12 wks   Angela Lindenmuth, D.O. |
| 5-17-02 1710 Susan Martin, LPN | | |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 8/5/02 0900 | | PCN VK 500 — i T No Oxycodone. 40 tabs dispensed. Pencil Dept. Mechanical soft diet × 30 days 8/5/02 – 9/5/02. Salt for saline rinse × 28 days. RALPH LUCAS, RN    DR. LESLIE GORDON, DDS |
| 8/12/02 1230 | C | Xanax 1mg po tid prn }  × 90d<br>Vistaril 50mg po hs prn<br>D/C Sinequan<br>RTC in 2 wks<br>Angela Lindemuth, D.O.<br>TOM HICKEY, RN<br>8/12/02    1315 |
| 9/3/02 1025 | 9 | Mechanical soft diet × 90 days 9/2/02 – 12/2/02. Monthly Reminder myo Solved — delivered in Dental Dept. signed Healthy care Plan Receipt.<br>DR. LESLIE GORDON, DDS<br>9-3-02 1145 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 9/27/02 | 9 (10) | Tobrex/Tobradex G apply BID x 30d — Dr. David Bashline D.O. |
| | | 9/27/02 1400 — Barbara Monroe, RN |
| 11/4/02 1400 | C# | Xanax 1mg po tid prn } x 90d<br>Vistaril 50mg po hs prn<br>RTC in 12 wks — Angela Lindemuth, D.O. |
| | | Elizabeth Barton, RN |
| 12/?/02 | | Motrin 800mg po bid c food x 14 days — Dr. Mark Baker, Medical Director |
| | 19 | (illegible) |
| 1/2/03 1105 | (19) (15) (24) | (1) Cardiac Diet x 120 days<br>(2) No work outside if temp < 32° L x 120 days<br>(3) Miconazole cream 2% apply thinly bid to groin rash x 30 days<br>(4) Carafate 1gm po qid - tabs c Motrin<br>Motrin 800mg po qid c food — Dr. Telega |
| | | take c Carafate |

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET
UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 2/3/03 1400 | C | Xanax 1mg po tid prn } Vistaril 50mg po hs prn } x 90d RTC in 12wks — Angela Lindemuth, D.O. |
| | | 2/3/03 1730 [signature] RN |
| 2-20-03 1744 1915 | B | Kaopectate 30cc p qid prn diarrhea x 14 days — Dr. Mark Baker [signature] 2/20/03 1450 — JOHN PURVIS, RN |
| 2/28/03 1725 | 19 | Motrin 600mg po QID } x 30d Carafate 1gm po QID } Dr. David Bashline D.O. 2-28-03 — Susan Martin, LPN |
| 5-27-03 0845 | C | ① Xanax 1mg po tid prn anxiety } both x 30dys—No refill—pm psychiatry ② Vistaril 50mg po HS prn anxiety — Dr. Mark Baker, Medical Director — JAMES McDUFF, RN 5-27-03 |

PLEASE USE BALL POINT PEN ONLY

# MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SALINE MIST BAKER, MARK (MED DIR) DO SPRAY 2 SPRAYS EACH NOSTRIL FOUR TIMES DAILY X 30 DAYS | 0700 / 1100 / 1500 / 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SUCRALFATE 1GM TABLET SUB FOR: CARAFATE 1GM TABLET BAKER, MARK TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY AS NEEDED (WITH MOTRIN) X 90 DAYS | P / R / N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN 600MG TABLET SUB FOR: MOTRIN 600MG TABLET BAKER, MARK TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY WITH FOOD AS NEEDED FOR PAIN X 90 DAYS | P / R / N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Initial / Signature

ALLERGIES: NO KNOWN ALLERGIES

DATE OF BIRTH: 01/23/1970

NAME AND NUMBER: N. TYRON-FD4593

(Illegible handwritten medication administration record form from Boswell Pharmacy Services, 814-629-1397, Fax: 814-629-7644)

## MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HYDROXYZINE PAM 50MG CAP SUB FOR: VISTARIL 50MG CAPSUL LINDEMUTH, P TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 30 DAYS  X 30d | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALPRAZOLAM 1MG TABLET SUB FOR: XANAX 1MG TABLET LINDEMUTH, P TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED X 90 DAYS  X 30d | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| motrin 600mg po QID x 30d | | | | | | #/100 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Carafate 1GM po QID x 30d | | | | | | #/120 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DATE OF BIRTH: 01/23/1970
ALLERGIES: NO KNOWN ALLERGIES