# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

| MEDICATIONS | | |
|---|---|---|
| ALPRAZOLAM (XANAX) 1MG TAB  8/12/02<br>TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS<br>NEEDED FOR 90 DAYS<br>2692115 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 05/14/2002   STOP - 08/16/2002 | | |
| DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS<br>2692119 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 05/17/2002   STOP - 08/16/2002 | 50mg P MM  D/C 8/12/02 | |
| PCN V K 500mg T<br>PO QID x 10 Days<br>8-5-02 | | |
| Salt for Saline Rinse<br>x 28 Days  8-5-02 | | |
| 8/12/02<br>Vistaril 50mg.<br>PO qhs x 90 days | | |

CHARTING FOR 08/01/2002  THROUGH 08/31/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY

# MEDICATION ADMINISTRATION RECORD

07/01/2002                                                             (ALBI-283) ALBION CORRECTIONAL

DT01

**MEDICATIONS** — HOUR 1-30

- ALPRAZOLAM (XANAX) 1MG TAB
  TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS NEEDED FOR 90 DAYS    5/17
  2692115 LINDEMUTH, PSYCH, ANGELA, PY
  START - 05/19/2002    STOP - 08/16/2002

- DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP
  TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR ___ DAYS    5/17
  2692119 LINDEMUTH, PSYCH, ANGELA, PY
  START - 05/17/2002    STOP - 08/16/2002

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR  07/01/2002    THROUGH  07/31/2002

Physician: LINDEMUTH, PSYCH, ANGELA
Telephone No.
Alt. Telephone
Medical Record No.

Allergies: NO KNOWN DRUG ALLERGY
Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2002

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALPRAZOLAM (XANAX) 1MG TAB
TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS NEEDED FOR 90 DAYS
2692115 LINDEMUTH, PSYCH, ANGELA, PY
START - 05/19/2002   STOP - 08/16/2002

DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS
2692119 LINDEMUTH, PSYCH, ANGELA, PY
START - 05/19/2002   STOP - 08/16/2002

50mg QD

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/2002 THROUGH 06/30/2002

Physician: LINDEMUTH, PSYCH, ANGELA
Alt. Physician:
Allergies: NO KNOWN DRUG ALLERGY

Telephone No.
Alt. Telephone
Rehabilitative Potential

Medical Record No.

Diagnosis
Medicaid Number | Medicare Number | Complete Entries Checked
By _____ Title _____ Date _____
PATIENT CODE | ROOM NO. | BED | FACILITY CO

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2002

)T01

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| RAZOLAM (XANAX) 1MG TAB  5-11 ONE TABLET(S) THREE TIMES A DAY BY TH AS NEEDED FOR 90 DAYS  2492435 LINDEMUTH, PSYCH, ANGELA, PY RT - 02/13/2002 2/11 STOP - 05/13/2002 | | (administration marks across days) |
| EPIN (SINEQUAN/ADAPIN) 50MG CAP CAPSULE(S) BY MOUTH AT BEDTIME FOR DAYS  5-17  2492437 LINDEMUTH, PSYCH, ANGELA, PY 02/13/2002 2/11 STOP - 05/13/2002 | | 30mg (marks) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 05/01/2002 THROUGH 05/31/2002

ysician: LINDEMUTH, PSYCH, ANGELA

t. Physician

lergies: NO KNOWN DRUG ALLERGY

agnosis

edicaid Number | Medicare Number

# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

04/01/2002

OT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALPRAZOLAM (XANAX) 1MG TAB<br>TAKE ONE TABLET(S) THREE TIMES A DAY BY<br>MOUTH AS NEEDED FOR 90 DAYS<br>2492435 LINDEMUTH, PSYCH, ANGELA, PY<br>START – 02/13/2002  STOP – 05/13/2002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DOXEPIN (SINEQUAN/ADAPIN) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS<br>2492437 LINDEMUTH, PSYCH, ANGELA, PY<br>START – 02/13/2002  STOP – 05/13/2002 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR 04/01/2002 THROUGH 04/30/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2002

T01

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB<br>KE ONE TABLET(S) THREE TIMES A DAY BY<br>UTH AS NEEDED FOR 90 DAYS<br>2492435 LINDEMUTH, PSYCH, ANGELA, PY<br>RT - 02/12/2002  STOP - 05/13/2002 | | (various initials/marks across days) |
| XEPIN (SINEQUAN-ADAPIN) 50MG CAP<br>KE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS<br>2492437 LINDEMUTH, PSYCH, ANGELA, PY<br>RT - 02/12/2002  STOP - 05/13/2002 | HS | |
| Dibucaine 1% ointment<br>Apply once daily prn<br>hemmorhoids x 10 days (tube labeled) | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ARTING FOR 03/01/2002 THROUGH 03/31/2002

ysician: LINDEMUTH, PSYCH, ANGELA

Physician

ergies: NO KNOWN DRUG ALLERGY

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

gnosis

dicaid Number   Medicare Number   Complete Entries Checked

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2002

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB<br>TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS NEEDED FOR 90 DAYS  2/11 x 90d<br>2323482 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 11/20/2001  1/19 STOP - 02/17/2002 | | (handwritten entries across days) |
| XEPIN (SINEQUAN-ADAPIN) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS  2/11 x 90d<br>2323484 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 11/19/2001  1/19 STOP - 02/17/2002 | HS | (handwritten entries) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 02/01/2002 THROUGH 02/28/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY

# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2002

| MEDICATIONS | HOUR | Days 1-30 |
|---|---|---|
| ALPRAZOLAM (XANAX) 1MG TAB<br>TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS<br>× 90 DAYS  prn<br>2323482 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 11/20/2001  STOP - 02/17/2002 | | (handwritten entries across days) |
| DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS  2/11  ×90d<br>2323486 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 11/19/2001  STOP - 02/17/2002 | HS | (handwritten entries across days) |

CHARTING FOR 01/01/2002 THROUGH 01/31/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2001

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB<br>KE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS<br>EDED FOR 90 DAYS<br>2323482 LINDEMUTH, PSYCH, ANGELA, PY<br>ART - 11/20/2001   STOP - 02/17/2002 | | (handwritten entries across days 1-30) |
| XEPIN (SINEQUAN-ADAPIN) 50MG CAP<br>KE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS<br>2323486 LINDEMUTH, PSYCH, ANGELA, PY<br>ART - 11/19/2001   STOP - 02/17/2002 | | (handwritten entries across days 1-30) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 12/01/2001 THROUGH 12/31/2001

hysician: LINDEMUTH, PSYCH, ANGELA

Telephone No.
Alt. Telephone

Medical Record No.

t. Physician:

llergies: NO KNOWN DRUG ALLERGY

Rehabilitative Potential

iagnosis

edicaid Number   Medicare Number

Complete Entries Checked

By:   Title:   Date: