# IEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

'01/2001
DT01

| EDICATIONS | HOUR | 1-30 |
|---|---|---|
| RAZOLAM (XANAX) 1MG TAB<br>E 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS<br>DED FOR 90 DAYS  90d.  11-19-01<br>2163023 LINDEMUTH, PSYCH, ANGELA, PY<br>RT - 08/28/2001   STOP - 11/21/2001 | | (markings across days) |
| EPIN (SINEQUAN-ADAPIN) 50MG CAP<br>E 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS  90d.  11-19-01<br>2163027 LINDEMUTH, PSYCH, ANGELA, PY<br>RT - 08/28/2001   STOP - 11/21/2001 | 50 | (markings across days) |
| Tolnaftate 1% cr.<br>apply BID<br>10/23       x30d | | d/c |
| Motrin 600mg po QID<br>prn<br>10/25      x30d | | (markings) d/c |

HARTING FOR  11/01/2001  THROUGH  11/30/2001

Physician: LINDEMUTH, PSYCH, ANGELA

gies: NO KNOWN DRUG ALLERGY

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No

iagnosis

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

)/01/2001

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB — TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS NEEDED FOR 60 DAYS — RX: 2163023 LINDEMUTH, PSYCH, ANGELA, PY — START – 09/23/2001  STOP – 11/21/2001 | | |
| DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP — TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 0 DAYS — RX: 2163027 LINDEMUTH, PSYCH, ANGELA, PY — START – 09/23/2001  STOP – 11/21/2001 | | |
| TOLNAFTATE 1% CR  APPLY BID | | D/C 11-27 |
| 9.25  QHF  X30D | | |
| Dr. Brix  JTT IV AU  BID | | D/C |
| 9.25  X5D | | |
| MOTRIN 600mg  T PO QID PRN | | |
| 9.25  QHF  X30D | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/01/2001  THROUGH 10/31/2001

Physician: LINDEMUTH, PSYCH, ANGELA
Alt. Physician:
Allergies: NO KNOWN DRUG ALLERGY
Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No

Diagnosis:
Medicaid Number       Medicare Number       Complete Entries Checked

# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

01/2001

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| RISPERDAL (RISPERIDONE) 1MG TAB — 1 TABLET(S) BY MOUTH TWICE DAILY — CERTIFICATION APPROVED UNTIL 3.15.02 — 1613988 BASHLINE, D.O., DAVID, DO — START 09/16/2001 STOP 03/15/2002 | | X60D |
| DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP — 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR ___ DAYS — 1966264 BESNER, PSYCH, LANCE, PY — START 07/20/2001 STOP 10/04/2001 | | X60D |
| Xanax 1mg po BID | | |
| Ibuprofen 800mg po TID c food prn moderate pain x7d | | |
| Xanax 1mg po TID prn | | X60D |

CHARTING FOR 09/01/2001 THROUGH 09/30/2001

Physician: BESNER, PSYCH, LANCE

Allergies: NO KNOWN DRUG ALLERGY

# MEDICATION ADMINISTRATION RECORD

01/2001 (ALBI-283) ALBION CORRECTIONAL
DT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RISPERDAL (RISPERIDONE) 1MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY
JUSTIFICATION APPROVED UNTIL- 3.15.02 FOOD
1613988 BASHLINE, D.O., DAVID, DO
START - 03/16/2001  STOP - 03/15/2002

DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR
DAYS 71 days
1966264 BESNER, PSYCH, LANCE, PY
START - 07/27/2001  STOP - 10/04/2001

Xanax 1mg po BID prn x77days

Motrin 800mg po QID x24° prn
8/25

Ice to B wrist QID PRN 1240
8/25

Ice to (R) hand QID PRN x48°
8/27

Tyl #3 i po QID PRN
8/27 x severe pain x3D

Ibuprofen 800 po TID c food PRN
8/27 x moderate pain x7D

CHARTING FOR 08/01/2001 THROUGH 08/31/2001
Physician: BESNER, PSYCH, LANCE
Allergies: NO KNOWN DRUG ALLERGY

# EXHIBIT C

A/B/ON

| DC-456 **X-RAY REPORT** | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS |
|---|---|

NAME: GREEN, TYRONE   NUMBER: EP4593   QUARTERS: FA
X-RAY NUMBER: —   DOB 1-23-70   DATE OF X-RAY: 8/27/01   TECHNICIAN: LH

☐ TREATMENT   ☐ EXAMINATION   DETAILS:

Rt hand

Fell getting out of shower 8/25/01 landing on Rt hand. Pain swelling 4-5 MP area R/O FX

BASHLINE PHYSICIAN

REPORT: R HAND 3v: There is fx deformities including base of 4th metacarpal of indeterminate age. Soft tissue swelling is seen and I cannot exclude acute injury. Smoothly marginated prob. old fragment at lateral aspect base of 5th metacarpal.

IMPRESSION: Fx base of 4th metacarpal of indeterminate age. Clinical correlation recommended. Soft tissue swelling noted. Probable old chip fx base of 5th metacarpal.

HKS/dg   9/18/01            Henry K. Smith, D.O.

Diagnostic Stamp
Practitioner
Date 9-19-01
Time 1600
A - Abnormal (Requires A Soap Note)
N - Normal
NCS - Not Clinically Significant

DATE OF REPORT            RDENTGENOLOGIST
Dr. Mark Baker
Medical Director

White—MEDICAL RECORD   Canary—X-RAY FILE   Pink—RADIOLOGIST FILE

ALBION

| DC-456 | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| **X-RAY REPORT** | DEPARTMENT OF CORRECTIONS |

| NAME GREEN, TYRONE | NUMBER EP4593 | QUARTERS |
|---|---|---|
| X-RAY NUMBER DOB 1-23-70 | DATE OF X-RAY 9/21/01 | TECHNICIAN LH |

☐ TREATMENT ☐ EXAMINATION  DETAILS:

Rt hand (through splint)        Follow-up of fx

PHYSICIAN BAKER

REPORT: R HAND 3v: Comparison w/ prior films 8/27/01. F/u exam through an immobilizing splint shows anatomic alignment of fx fragments at base of R 4th metacarpal. Partial widening of fx line is related to early bony healing. F/u recommended.
IMPRESSION: Anatomic alignment.

SS/dg  10/10/01                Sonja Schaffer, M.D.

Diagnostic Stamp
Practitioner JMS
Date 12-11-01
Time 1340

A / N / NCS
Abnormal / Normal / Not Clinically Significant (Requires A Soap Note)

Dr. Mark Baker
Medical Director

DATE OF REPORT

White—MEDICAL RECORD        Canary—X-RAY FILE        Pink—RADIOLOGIST FILE

---

ALBION

| DC-456 | COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| **X-RAY REPORT** | DEPARTMENT OF CORRECTIONS |

| NAME GREEN, TYRONE | NUMBER EP4593 | QUARTERS FA |
|---|---|---|
| X-RAY NUMBER DOB 1-23-70 | DATE OF X-RAY 8/27/01 | TECHNICIAN LH |

☐ TREATMENT ☐ EXAMINATION  DETAILS:

Rt hand            Fell getting out of shower 8/25/01 landing on Rt hand. Pain, swelling 4-5 MP area. R/O FX

PHYSICIAN BASHLINE

REPORT: R HAND 3v: There is fx deformities including base of 4th metacarpal of indeterminate age. Soft tissue swelling is seen and I cannot exclude acute injury. Smoothly marginated prob. old fragment at lateral aspect base of 5th metacarpal.
IMPRESSION: Fx base 4th metacarpal of indeterminate age. Clinical correlation recommended. Soft tissue swelling noted. Probable old chip fx base of 5th metacarpal.

HKS/dg  9/18/01                Henry K. Smith, D.O.

RECEIVED
Office of Attorney General
DEC 1 2 2003
WRO
Litigation Section

Diagnostic Stamp
Practitioner HKS
Date 9-9-01
Time 1600

A / N / NCS
Abnormal / Normal / Not Clinically Significant (Requires A Soap Note)

Dr. Mark Baker

DATE OF REPORT                 Pink—RADIOLOGIST FILE

Albion

| DC-456 | | COMMONWEALTH OF PENNSYLVANIA |
|---|---|---|
| **X-RAY REPORT** | | DEPARTMENT OF CORRECTIONS |

NAME: GREEN, TYRONE
NUMBER: EP4593
QUARTERS:
X-RAY NUMBER: DOB 1-23-70
DATE OF X-RAY: 9/21/01
TECHNICIAN: LH

☐ TREATMENT   ☐ EXAMINATION   DETAILS:

Rt hand (through splint)   Follow-up of fx

PHYSICIAN: Baker

REPORT: R HAND 3v: Comparison w/ prior films 8/27/01. F/u exam through an immobilizing splint shows anatomic alignment of fx fragments at base of R 4th metacarpal. Partial widening of fx line is related to early bony healing. F/u recommended.
IMPRESSION: Anatomic alignment.

SS/dg  10/10/01                    Sonja Schaffer, M.D.

Dr. Mark Baker
Medical Director

Diagnostic Stamp
Practitioner ___
Date 2-11-01
Time 134
A    N    NCS
Abnormal  Normal  Not
(Requires A         Clinically
ROENTGENOLOGIST    Significant
Soap Note)

DATE OF REPORT

White—MEDICAL RECORD     Canary—X-RAY FILE     Pink—RADIOLOGIST FILE

ALBION

| X-RAY REPORT | COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS |
|---|---|

NAME: GREEN, TYRONE  NUMBER: EP4593  QUARTERS: FA

X-RAY NUMBER: DOB 1-23-70   DATE OF X-RAY: 10/12/01   TECHNICIAN: LH

☒ TREATMENT   ☐ EXAMINATION   DETAILS:

Rt hand

X-ray done out of splint per Dr. Ferretti

PHYSICIAN: BAKER

REPORT: RIGHT HAND (3v): Compared to previous films from 9/21/01. There is progressive moderately advanced healed fractures of the base of the 4th and 5th metacarpals.

IMPRESSION: Moderately advanced healed fractures.

Henry K. Smith, D.O.

HKS/pjt
DATE OF REPORT: 10/13/01

Dr. Mark Baker
Medical Director

Diagnostic Stamp
Practitioner: (M)
Date: 2/16
Time: 1:50
A — Abnormal (Requires A Roentgenologist)
N — Normal
NCS — Not Clinically Significant
See Note

White—MEDICAL RECORD   Canary—X-RAY FILE   Pink—RADIOLOGIST FILE

ALBION

| DC-456 | | COMMONWEALTH OF PENNSYLVANIA |
|---|---|---|
| **X-RAY REPORT** | | DEPARTMENT OF CORRECTIONS |

NAME: GREEN, TYRONE
NUMBER: EP4593
QUARTERS: FA
X-RAY NUMBER: DOB 1-23-70
DATE OF X-RAY: 10/12/01
TECHNICIAN: LH

☐ TREATMENT  ☐ EXAMINATION  DETAILS:

Rt hand

X-ray done out of splint per DR FERRETTI

PHYSICIAN: BAKER

REPORT: RIGHT HAND (3v): Compared to previous films from 9/21/01. There is progressive moderately advanced healed fractures of the base of the 4th and 5th metacarpals.

IMPRESSION: Moderately advanced healed fractures.

Henry K. Smith, D.O.

Dr Mark Baker
Medical Director

Diagnostic Stamp
Practitioner: ___
Date: 2-1-01
Time: 1400

A    N    NCS
Abnormal  Normal  Not
(Requires A           Clinically
ROENTGENOLOGIST    Significant

HKS/pjt
DATE OF REPORT: 10/13/01

White—MEDICAL RECORD    Canary—X-RAY FILE    Pink—RADIOLOGIST FILE

34410

DC-456
(REVISED 1/2003)

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

**X-RAY REPORT**

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Facility: Hun
Physician: Araneda

DATE: 3-18-04  ☐ STAT  ☒ ROUTINE
DATE TO BE DONE: 3/19/04
EXAMINATION REQUESTED: x-rays Rt. wrist & Rt. hand
REASON FOR EXAM: H/O fx 4th & 5th MC x 2 yrs ago. pain - no new trauma

REPORT

GREEN, TYRONE   EP4593   SCI HUNTINGDON

RIGHT HAND- Routine views of the right hand are compared to prior study from 10-12-03. There is mild deformity at the base of the 4th metacarpal bone consistent with healed fracture at this location. There are no new or acute fractures. A small non united boney density at the base of the 5th metacarpus may also be related to prior trauma. The bones are otherwise intact and the joint spaces are well preserved. There is mild soft tissue swelling noted.

IMPRESSION-There is evidence of prior injury as noted; no acute fracture or significant deformity. No significant arthritic changes.

RIGHT WRIST- Old healed fracture of the base of the 4th metacarpus is again noted. There is no acute fracture, subluxation or deformity. The carpal bones are intact.

Peter G. Gregory, MD
03/22/04  lag

DATE OF REPORT                                    ROENTGENOLOGIST

**DIAGNOSTIC STUDY STAMP**

RECEIVED MAR 26 2004

PRACTITIONER: LA
DATE: 3/29/04
TIME: 16:00

DR. ARANEDA, M.D.

A                          N                          NCS
(REQUIRES                NORMAL              NOT CLINICALLY
DC-472 SOAP NOTE)                            SIGNIFICANT

White — MEDICAL RECORD        Canary — X-RAY FILE        Pink — RADIOLOGIST FILE

# CONSULTATION RECORD

**Part A:** Completed by referring facility:

Type of Consult: (Circle) (Initial) Follow-up On-Site Off-Site Telemedicine

Referred to: X-ray

Referred by: Bashline

Appt. Date/Time: 8-27-01

Specialty:

Drug Sensitivity: NKDA

Copies of relevant health information attached: (circle) Yes No

**Reason for Referral/ History of Present Illness/Injury:**

X-ray - Rt hand

**Treatment to Date/Current Medications and Significant Medication History:**

Fall getting out of shower 8-25 landing on Rt hand - Pain swelling 4-5 M.P. area - R/O Fx

DR. DAVID BASHLINE D.O.

Signature of Referring Physician  Date: 8-26-01

| Reviewed by Medical Director: (Circle) | Approval | Disapproval | Forwarded to UR (Date): |
|---|---|---|---|
| Medical Director Signature: | | Date: | |
| UR Decision: (Circle)  Approval | | Disapproval | Date: |

**Part B:** To be completed by consulting Physician and returned with officer to the institution:

DONE 8/27/01 @ 0945
Late add on - not
on x-ray callout

LINDA HELGERT, R.T.

Signature of Medical Director Date/Time        Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: GREENE TYRONE
Inmate Number: EP 4593
DOB: 1-23-70

(FA)