# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle) (Initial) Follow-up (On-Site) Off-Site Telemedicine | |
|---|---|---|
| Referred to: *X ray* | Referred by: *Bashline* | Appt. Date/Time: *8-27-01* |
| Specialty: | Drug Sensitivity: *NKDA -* | Copies of relevant health information attached: (circle) Yes    No |

**Reason for Referral/ History of Present Illness/Injury:**

*X ray - Rt hand*

**Treatment to Date/Current Medications and Significant Medication History:**

*Fall getting out of shower 8-25
landing on Rt hand — Pain swelling
4-5 MP area — R/o FX*

DR. DAVID BASHLINE D.O.

Signature of Referring Physician     *8-26-0*     Date

| Reviewed by Medical Director: (Circle)     Approval     Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: | Date: |
| UR Decision: (Circle)     Approval     Disapproval     Date: | |

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

*DONE 8/27/01 @ 0945
late add in - not LINDA HELGERT, R.T.
on x-ray callout     Helgert RT*

_____     _____
Signature of Medical Director Date/Time          Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: *Greene Tyrone*

Inmate Number: *EP 45 93*

DOB: *1-23-70*

(FA)

## CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle) *Initial* Follow-up On-Site *Off-Site* Telemedicine | |
|---|---|---|
| Referred to: *D.* h. Aubry Smith / Dr Toy Smith | Referred by: Dr. Mark Baker Medical Director | Appt. Date/Time: Mon 8/27/01 |
| Specialty: MCH Orthopedics | Drug Sensitivity: N/KSA | Copies of relevant health information attached: (circle) Yes   No |

Reason for Referral/ History of Present Illness/Injury: ~ via ER~

(R) hand Fx 8/25/01

Fall getting at/of Shower
(R) hand dominant.

Treatment to Date/Current Medications and Significant Medication History:

X-ray @ minimally displaced Fx 4th metacarpal
proximally @ hand. (closed). + to P-2P)

Meds: Risperdal 1mg pm/, Xanax 1mg pm Tid, Sinequan 50mg pm
Allergy: NSA

Dr. Mark Baker
Medical Director

R Telega PAC

[signature] P-2P) / [signature] 8/27/01
Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle) | *Approval* | Disapproval | Forwarded to UR: (Date): |
|---|---|---|---|
| Medical Director Signature: | | Date: | |

| UR Decision: (Circle)  Approval | Disapproval | Date: |
|---|---|---|

Part B: To be completed by consulting Physician and returned with officer to the institution:

ORTHO NOTE: Pain + swelling (Rt) hand    8/27/01
X-Ray: ⊕ fx (Rt) Ring / small finger metacarpals
Impression ⤵
Plan: Ulnar gutter splint (Rt) forearm + hand
Will follow up in ortho clinic 9/5/01 2:15PM
Rest/ice / elevate sling. Keep splint dry.
⟶ Berlin J  ORTHO

Signature of Medical Director Date/Time            Signature of Consulting Physician Date/Time

MP

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Green, Tyrone
Inmate Number: FP4593
DOB: 1/23/70
Facility:

Dr. Mark Baker
Medical Director

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle) (Initial) Follow-up On-Site (Off-Site) Telemedicine |
|---|---|

**Referred to:** M. Ashby Smith / Dr Roy Smith

**Referred by:** Mark Baker, Medical Director

**Appt. Date/Time:** Mon 8/27/01

**Specialty:** MCH ORTHOPEDICS

**Drug Sensitivity:** N/KDA

Copies of relevant health information attached: (circle) Yes No

**Reason for Referral/ History of Present Illness/Injury:** — via BR

(R) hand Fx 8/25/01

Fall getting out of shower

(R) hand dominant

**Treatment to Date/Current Medications and Significant Medication History:**

X-Ray @ minimally displaced Fx 4th metacarpal proximally @ hand (closed) → to be R2Pl

Meds: Risperdal 1mg pood, Xanax 1mg po tid, Sinequan 50mg pHS

Allergy: NKA

Dr. Mark Baker
Medical Director

R. Telega PA

Signature of Referring Physician — P-2Pl / R. Telega 8/27/01  Date

| Reviewed by Medical Director: (Circle) | Approval | Disapproval | Forwarded to UR (Date): |
|---|---|---|---|
| Medical Director Signature: | | Date: | |
| UR Decision: (Circle) | Approval | Disapproval | Date: |

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

ORTHO NOTE: Pain + swelling (Rt) hand    8/27/01

XRay: ⊕ fx (Rt) Ring / small finger metacarpals

Impression: ⊕ fx (Rt) Ring / small finger metacarpals

Plan: Ulnar gutter splint (Rt) forearm + hand

Will follow up in ortho clinic 9/5/01 2:15 PM

Rest/ice/elevate sling. Keep splint dry

Berlin J  ORTHO

Signature of Consulting Physician  Date/Time

Signature of Medical Director Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

**Inmate Name:** Green, Tyrone

**Inmate Number:** EP4593

**DOB:** 1/23/70

Dr. Mark Baker
Medical Director

Name _____ TYRONE GREEN _____          MILLCREEK COMMUNITY HOSPITAL
                                       5515 Peach Street
Date _____ 8/27/01 _____               Erie, PA   16509

## ORTHOPEDIC INSTRUCTIONS

( ✓ ) Keep your cast/dressings clean and dry.

( ✓ ) Do not put anything inside your cast/dressings.

( ✓ ) Keep affected area elevated above your heart on soft pillows and iced for 48 hours and any time swelling occurs.

( ✓ ) Check toes and fingers frequently for swelling.

( ✓ ) Move toes and fingers frequently to prevent swelling and stiffening.

( ) Do not bear weight for _____ hours on a walking cast.

( ) Always wear cast boot when bearing weight on walking cast.

( ✓ ) Wear arm sling _____

( ) Use your crutches as directed and **always** bring them to every appointment.

( ) Never trim or cut down the length of your cast by yourself.

( ✓ ) Call Millcreek Community Hospital at (864-4031) if:

    a. Pressure points or rubbing develops under your cast.
    b. Your exposed body area (fingers or toes) becomes numb or cool.
    c. Your cast softens, cracks, or breaks.
    d. You experience a significant increase in pain.

( ) You have a prescription for _____ take _____

( ) You have a clinic appointment at the hospital at _____ 14:15 _____ AM (PM) on _____ 9/5/01 _____.

( ) Call _____ (864-4031) at 8 AM on _____ at Millcreek Community Hospital to set up an appointment for that day with your Attending Orthopedist to be seen at the Hospital.

( ) Call the office (864-5455) today for an appointment for _____

( ✓ ) Your Attending Orthopedist is : _____ TONY FERRETTI _____

( ) No school until _____

( ) May return to school _____

( ) No Gym until released by Attending Orthopedist _____

( ) No work until released by Attending Orthopedist _____

( ) May return to work _____

( ) ADDITIONAL INSTRUCTIONS

Rest / ice / elevate

Light duty only

Dr. Mark Baker
Medical Director

Name **TYRONE GREEN**

Date **8/27/01**

MILLCREEK COMMUNITY HOSPITAL
5515 Peach Street
Erie, PA  16509

## ORTHOPEDIC INSTRUCTIONS

( ✓ ) Keep your cast/dressings clean and dry.

( ✓ ) Do not put anything inside your cast/dressings.

( ✓ ) Keep affected area elevated above your heart on soft pillows and iced for **48 hours** and any time swelling occurs.

( ✓ ) Check toes and fingers frequently for swelling.

( ✓ ) Move toes and fingers frequently to prevent swelling and stiffening.

( ) Do not bear weight for _____ hours on a walking cast.

( ) Always wear cast boot when bearing weight on walking cast.

( ✓ ) Wear arm sling _____

( ) Use your crutches as directed and **always** bring them to every appointment.

( ) Never trim or cut down the length of your cast by yourself.

( ✓ ) Call Millcreek Community Hospital at 864-4031 if:

    a.  Pressure points or rubbing develops under your cast.
    b.  Your exposed body area (fingers or toes) becomes numb or cool.
    c.  Your cast softens, cracks, or breaks.
    d.  You experience a significant increase in pain.

( ) You have a prescription for _____
take _____

( ) You have a clinic appointment at the hospital at **14:15**   AM **PM**
on **9/5/01** .

( ) Call _____ (864-4031) at 8 AM on _____ at Millcreek Community Hospital to set up an appointment for that day with your Attending Orthopedist to be seen at the Hospital.

( ) Call the office (864-5455) today for an appointment for _____

( ✓ ) Your Attending Orthopedist is : **TONY FERRETTI**

( ) No school until _____

( ) May return to school _____

( ) No Gym until released by Attending Orthopedist _____

( ) No work until released by Attending Orthopedist

( ) May return to work _____

( ) ADDITIONAL INSTRUCTIONS

Rest / ice / elevate

Light duty only

Dr. Mark Baker
Medical Director

No_____

## CONSULTATION RECORD

| | | |
|---|---|---|
| Part A: To be completed by referring institution: | Type of Consult:  [ ] Initial  [X] Follow-up  [ ] On-Site  [ ] Off-Site | |
| Dr. Tony Ferretti<br>5451 Peach St.<br>Erie, PA 16509<br><br>Specialty: Orthopedics | Referred by: (physician name)<br><br>Dr. Mark Baker<br>Medical Director | Appt. Date: Fri 9/14/01<br><br>Appt. Time: |

Drug Sensitivity: [X] No  [ ] Yes  (Specify)

Copies of lab and X-ray results attached?  Yes  No    If yes, specify:

Reason for Referral: _(handwritten)_

History of Injury/Problem:          Date of Onset: _(handwritten)_

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

Signature of Referring Physician          Date

[ ] Approval    [ ] Disapproval    Medical Director Signature:                    Date:

Transmittal Date:                    Transmitted By:

Approval Date:                    Approved By:

Part B: To be completed by consulting Physician and returned with officer to the institution:

Diagnosis and Recommendations:

No Show -
Rev offside Ortho clinic @
MCH.    Rebecca Could
        Clinical Specialist

Signature of Consulting Physician          Date

**Consultation Record**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-441**

Inmate Name: _(handwritten)_

Inmate Number: _(handwritten)_

DOB: 1-73-_(handwritten)_

Institution: SCI _(handwritten)_

PINK: Medical Record (Pending)

No._____

## CONSULTATION RECORD

| Type of Consult: | [ ] Initial | [X] Follow-up | [ ] On-Site | [ ] Off-Site |

**Part A: To be completed by referring institution:**

Dr. Tony Ferretti
5451 Peach St
Erie, PA 16509

Specialty: Orthopedics

Referred by: (physician name)

Dr. Mark Baker
Medical Director

Appt. Date: 9/4/01

Appt. Time:

Drug Sensitivity: [X] No    [ ] Yes (Specify)

Copies of lab and X-ray results attached?    Yes    No    If yes, specify:

Reason for Referral: *Inv on 9-5-01 1415 hr good SP @ 4h + Sh rotator cur (R-24-1) - fainting R-25-1 d/s*

History of Injury/Problem:    Date of Onset:

*Ni i 4hr geller splint (REF 4 hr)*

Treatment to Date/Current Medications and Significant Medication History:

Dr. Mark Baker
Medical Director

Signature of Referring Physician    Date

[ ] Approval    [ ] Disapproval    Medical Director Signature:                    Date:

Transmittal Date:                    Transmitted By:

Approval Date:                    Approved By:

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

Diagnosis and Recommendations:

*No Show -
Rev offside Ortho clinic @
MCH.* Rebecca Child
Clinical Specialist *R. H. Gerald*

Signature of Consulting Physician    Date

**Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441**

Inmate Name: *Gary Tipton*

Inmate Number: *DH4593*

DOB: *1-23-*

Institution: *SCI Albion*

10/12/01

## CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   Off-Site   Telemedicine |
|---|---|

Referred to: Dr. T. Ferretti - Ortho Clinic    mcH

Referred by: Dr. Bashline

Appt. Date/Time: 0930
Fri 10/12/01

Specialty: Ortho.

Drug Sensitivity: NKDA.

Copies of relevant health information attached: (circle) (Yes) No

X-rays.

**Reason for Referral/ History of Present Illness/Injury:**

F/u - S/P ℞ 4th & 5th metacarpal fx
(8/27/01)

**Treatment to Date/Current Medications and Significant Medication History:**

Pt in ulnar gutter splint.

Pt "No Show" 9/14 onsite
clinic

DR. DAVID BASHLINE D.O.

_signature_   9-14-01
Signature of Referring Physician   Date

Dr. Mark Baker
Medical Director

| Reviewed by Medical Director: (Circle)   Approval   Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: _signature_   Date: 9-17-01 | |

UR Decision: (Circle)   Approval   Disapproval   Date:

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

9/2/01 Dr Ferrette V.S. to perform AP/Lat/Oblique x-ray thru splint
& we will take to mcH for review by Ortho Surg. Reschedule
at 10/22/01 onsite clinic unless deemed necessary to be seen
prior to that clinic. Will await Dr Ferretti's draws. Arlene Bevan

Exam: Splint intact - had been removed as per _____ _____
elimination _____ - tenderness w/ _____ _____ motion 2° to generalization
_____ _____ @ _____ of _____ _____ _____

_____ 4th _____ & 5th metacarpals _____

Arlene Bevan
Site Administrator

10/12/01

_signature_
Signature of Consulting Physician  Date/Time

Signature of Medical Director Date/Time  _____ ℞ VMM & D.T. BPRN 1/4

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections    1348
DC-441  Mark Baker (mo)
(Revised 1-01)  Medical Director

FA

Inmate Name: Greene, Tyrone

Inmate Number: EP 4593

DOB: 1/23/70

Facility: Albion,

## CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   Off-Site   Telemedicine | |
|---|---|---|
| Referred to:<br>xray | Referred by:<br>D Baker | Appt. Date/Time: |
| Specialty:<br>msto | Drug Sensitivity: | Copies of relevant health information attached: (circle)<br>Yes    No |

**Reason for Referral/ History of Present Illness/Injury:**

R hand

AP / LAT / obliques through splint

**Treatment to Date/Current Medications and Significant Medication History:**

Dr. Mark Baker
Medical Director

9-21-01

Signature of Referring Physician       Date

| Reviewed by Medical Director: (Circle)       Approval       Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:                                    Date: | |

| UR Decision: (Circle)       Approval       Disapproval | Date: |
|---|---|

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

DONE 9/21/01 @ 1019
Jate add m - not
on x-ray callout              LINDA HELGERT, R.T.

Signature of Medical Director Date/Time                    Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Green Tyrone

Inmate Number: EP4593

DOB: 1-23-70

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   On-Site   Off-Site   Telemedicine | |
|---|---|---|
| **Referred to:** xray | **Referred by:** D Baker | **Appt. Date/Time:** |
| **Specialty:** msto | **Drug Sensitivity:** | **Copies of relevant health information attached: (circle)**   Yes   No |

**Reason for Referral/ History of Present Illness/Injury:**

(R) hand
AP / LAT / obliques thrush splint

**Treatment to Date/Current Medications and Significant Medication History:**

Dr. Mark Baker
Medical Director

_____ 9-21-01
Signature of Referring Physician   Date

| Reviewed by Medical Director: (Circle)   Approval   Disapproval   Date: | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: | |
| UR Decision: (Circle)   Approval   Disapproval | Date: |

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

DONE 9/21/01 @ 1019
Jate add m - not
on x-ray callout

LINDA HELGERT, R.T.
J Helgert RT

_____
Signature of Medical Director Date/Time

_____
Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Green Tyrone

Inmate Number: EP4593

DOB: 1-23-70

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up   (On-Site)   Off-Site   Telemedicine |
|---|---|

| Referred to: X-ray | Referred by: Dr. T. Ferretti | Appt. Date/Time: 10/12/01 |
|---|---|---|
| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle)   Yes    No |

Reason for Referral/ History of Present Illness/Injury:

X-ray ®️ hand  AP & Lat Oblique  out of Splint

Treatment to Date/Current Medications and Significant Medication History:

_____
Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle)   Approval   Disapproval   Date: | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature: | |

UR Decision: (Circle)   Approval        Disapproval                         Date:

Part B: To be completed by consulting Physician and returned with officer to the institution:

DONE 10/12/01 @ 1008
late add in patson
X-ray called out LINDA HELGERT, R.T.

_____          _____
Signature of Medical Director Date/Time       Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Greene, Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)  Initial  Follow-up  On-Site  Off-Site  Telemedicine | |
|---|---|---|
| Referred to:  X-ray | Referred by: Dr. T. Ferretti | Appt. Date/Time: 10/12/01 |
| Specialty: | Drug Sensitivity: | Copies of relevant health information attached: (circle) Yes   No |

**Reason for Referral/ History of Present Illness/Injury:**

X-ray ®  hand  AP & Lat Oblique  out of Splint

**Treatment to Date/Current Medications and Significant Medication History:**

_Signature_ 12/12/01
Signature of Referring Physician    Date

| Reviewed by Medical Director: (Circle)    Approval    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:    Date: | |
| | Date: |

UR Decision: (Circle)    Approval    Disapproval

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

DONE 10/12/01 @ 1008
late add in nation
x-ray call out LINDA HELGERT, R.T.  _signature_

Signature of Medical Director Date/Time

Signature of Consulting Physician Date/Time

Consultation Record
Commonwealth of Pennsylvania
Department of Corrections
DC-441
(Revised 1-01)

Inmate Name: Greene, Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

# CONSULTATION RECORD

| Part A: Completed by referring facility: | Type of Consult: (Circle)   Initial   Follow-up  On-Site  On-Site  Telem... | |
|---|---|---|
| Referred to: mcH<br>Dr. T. Ferretti - Ortho clinic | Referred by:<br>Dr. Bashline | Appt. Date/Time:<br>Fri 10/12/01  0930 |
| Specialty:<br>Ortho. | Drug Sensitivity:<br>NKDA. | Copies of relevant health information attached: (circle)<br>(Yes)   No<br>X-rays |

**Reason for Referral/ History of Present Illness/Injury:**

Flu - S/P (R) 4th & 5th metacarpal fx
(8/27/01)

**Treatment to Date/Current Medications and Significant Medication History:**

Pt in ulnar gutter splint.

Pt "No Show" 9/14 onsite
clinic

DR. DAVID BASHLINE D.O.

Dr. Mark Baker
Medical Director

Signature of Referring Physician    Date
9-14-01

| Reviewed by Medical Director: (Circle)    Approval    Disapproval | Forwarded to UR (Date): |
|---|---|
| Medical Director Signature:    Date: 9-17-01 | |
| UR Decision: (Circle)    Approval    Disapproval | Date: |

**Part B: To be completed by consulting Physician and returned with officer to the institution:**

9/12/01 Dr Ferretti v.s. to perform AP/Lat/Oblique xray thru splint
& we will take to mcH for review by Ortho Surg. Reschedule
at 10/22/01 onsite clinic unless deemed necessary to be seen
prior to that clinic. Will await Dr Ferretti's orders. Arlene Bevan

(R) hand: Splint intact - had been removed as per ___
Arlene Bevan
Site Administrator    HSA.

edema resolved - tenderness w/active/passive motion @ 2° dorsmalized toration
(R) voluntary (R) op of inj @ radial ___
Ep: Fx thru (R) 4th & 5th metacarpal (R) ___

10/12/01

Signature of Medical Director Date/Time    Nan (R) x-ray (F) D.T. APRN 1/11    Signature of Consulting Physician Date/Time

| Consultation Record<br>Commonwealth of Pennsylvania<br>Department of Corrections    1345<br>DC-441<br>(Revised 1-01)<br>Mark Baker (>no)<br>Medical Director | Inmate Name:  Greene, Tyrone |
|---|---|
| | Inmate Number:  EP 4593 |
| | DOB: 1/23/70    FA |

# PROGRESS NOTES

[✓] Outpatient                                                    [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 7-19-01 1250 | #3 | PAC II | S asked to evaluate by nursing superior, inmate reports was poked in ® eye ~ a days ago states was put on Motrin relates eye was red and watering but did not want to cont to take medication until his cell ran out yesterday now "has to be seen" O: ® eye sclera injected @ corneal abrasion noted PERRLA EOM's intact moderate clear drainage noted A: traumatic conjunctivitis P: Cortisporin eye drops #1 gtts ® eye QID x 10 day RT: "if redness and watering" dos not (give) go away prior to medication DC'ing med understood. ___ T. Mowby TAMMY MOWBY, F |
| 7-21-01 1315 | B | PAC | S: hx ## AIMS test no vocod 2019 O: see DC 470 A: bipolar P: EKG/SMA 25 as ordered U as scheduled ___ TAMMY... PA |
| 8-25-01 1300 | | Nsg | No show, Psych med non compliance counsel... PA ___ RALPH LUCAS, RN |

Inmate Name: Green, Tyrone

Inmate Number: E P 4593

DOB: 1-23-70

Institution: S C I All

| Date/Time | Prog. # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/25/01 2005 | 4 | NSS | S: "I fell in the shower". O: VSS. 122/80, 98°, 72 h. dimvate claims 70 have fallen in shower while holding towel and then fell on floor õ Ⓡ hand in a fist Position. Noted Ⓡ hand edema, 70 outer aspect of hand. Tender 70 touch. ROM very limited. A: alter. in comfort. P: 30° confirmary observation. 8 vay notin. Ⓡ 30 PRox 24° drsg Ⓡ hand Ⓛ 30 PRN x 74° cock up splint õ ace wrap. To be In By Physician 8/26/01.    JOHN PURVIS, RN  JPurvis RN |
| 8-26-01 0505 | 4 | ng | O: inmate slept throughout shift, arises very awake, VSS, Ⓞ verbal complaints through out shift. Ⓡ hand continues to be edematous in Rt arm A: alt. comfort. P: assess & treat as needed.  M. Kish    MARCIE KISH, RN |
| 8-26-01 0730 | 4 | NSS | S: "I'm alright." O: Ⓡ hand c splint & ACE bandage intact. Pt. declined medication or ice; VSS stated he wanted to rest; Appetite good) Resp. reg & easy; -Ⓞ SOB; Ⓞ acute distress; no voiced complaints. A: Alteration in comfort. P: Continue to monitor in infirmary.    J McDuffe    JAMES McDUFF, RN |
| 8-26-0 1100 | 4 | M I | S. Inmate seen in infirmary. Pain swelling Ⓡ hand - fall in shower last nite - tender on hand - ? O. Tenderness; swelling Rt 4-5 mP area - A. Poss Fx Metacarpal P. Will maintain splint & ace - Return in AM for Xray - |

DR. DAVID BASHLINE D.O.

| Date/ Time | Prob # | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/25/01 2005 | 4 | NSS | S: "I fell in the shower". O: VS. 122/80, 98°, 72 h. Inmate claims to have fallen in shower while holding towel and then fell in floor on (R) hand in a first position. Noted (R) hand edema, to anterior aspect of hand. Tender to touch. ROM very limited. A: alter. in comfort. P: S8° Infirmary observation. Every motrin OSO PRN 24°, dress (R) hand OD PRN X 74° cuck up splint and ace wrap. To be seen by physician 8/26/01   JOHN PURVIS, RN |
| 8-26-01 0505 | 4 | ny | O: inmate slept through shift, arises upon awakening, VSS, (no) verbal complaints through night. (R) hand continues to be edematous in bed room. O: all cont. P: assess and treat as needed   M. Kish   MARCIE KISH, RN II |
| 8-26-01 0730 | 4 | NSS | S: "I'm alright". O: (R) hand w/ splint & ACE bandage intact. Pt declined medication or ice, VS) stated he wanted to rest, appetite good) Resp. neg & easy) (no) SOB, (no) acute distress, no voiced complaints. A: Alteration in comfort. P: Continue to monitor in infirmary.   J. McDuff   JAMES McDUFF, RN |
| 8-26-0 1100 | 4 | AII | S: Inmate been in infirmary. Pain swelling (R) hand. Fell in shower last ? Edema, swelling on hand. O: Tenderness, swelling R + 4S Mt area. A: Poss. Fx Metacarpal. P: Will maintain splint & ACE. Return in AM for X-ray.   DR. DAVID BASHLINE D.O. |

# PROGRESS NOTES

[X] Outpatient                                                                [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 7-26-01 11³⁰ | 4 | NSG | S: "I'm fine." O: Pt released from infirmary per physicians order; no voiced complaints A: Alteration in comfort. P: Follow c̄ X-ray of ® hand in Am; Pt. aware. Pt. released to general population. J. McDuff  JAMES McDUFF, RN |
| 7/27/01 0402 | 4 | CSPHS | Pt scheduled for onsite xray ~® hand~ on Mon 8/27/01. Consult forwarded to L. Helgert, RT.  Rebecca Gould RL Gould · Clinical Specialist |
| 7/27/01 0835 | 4 | dr I | S Referred per nsg staff to √® hand ~ c/o slipped in the shower ~ 2 days ago O PSTS dorsal hand - tender to palpation 4th-5th Metacarpal CMS intact ~ XRAY ® minimally displaced 4th Metacarpal head Fx A- ® hand Fx P: snd to MCH no ~ gutter can be cast to secure return to hand sched by Admin. Asst. MCH orders to be carried by physician. ~ A seen c̄ PC for q.m. c̄ tod  Dr. Mark Baker Medical Director |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Inmate Name: Green, Tyrone

Inmate Number: EP4593

DOB: 1/23/70

Institution: SCI ALBION

# PROGRESS NOTES

[X] Outpatient                                                    [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8-26-01 11³⁰ | 4 | NSG | S: "I'm fine." O: Pt released from infirmary per physician's order; no voiced complaints A: Alteration in comfort. P: Follow c̄ X-ray of ℞ hand in AM; Pt aware. Pt released to general population. J. McDuff, JAMES McDUFF, RN |
| 8/27/01 0902 | 4 | CSPHS | Pt scheduled for onsite xray ~ ℞ hand on Mon 8/27/01. Consult forwarded to L. Helgert, RT. Rebecca Gould RX Gould Clinical Specialist |
| 8/27/01 1005 | 4 | dr I | S referred per nursing staff to √ ℞ hand – c/o slipped in the shower ~ 2 days ago O: PSTS dorsal hand – tender to palpation 4th – 5th Metacarpal CMS intact XRAY ℞ minimally displaced 4th Metacarpal head Fx A- ℞ hand Fx. P: send to MCHU or outer or cast. security to be notified by Admin. Asst. McDonald to be evaluated by physician. – R ssn c̄ ℞ follow 9AM c̄ abct [signature] 8/27/01 Dr. Mark Baker Medical Director |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Inmate Name: Green, Tyrone

Inmate Number: EP4593

DOB: 1/03/70

Institution: SCI ALBION

| Date/ Time | Prob # | Discipline Abbreviation | Remark: Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/27/01 1628 | 4 | C.S. PHS | Pt Scheduled offsite @ MCH - ER this day eval for @ hand fx. Security notified — Rebecca Gould  RL Gould  Clinical Specialist |
| 8/27/01 1705 | RN 9 RN 5 | | S: "I FEEL FINE" O: Inmate returned from MCH hospital. Fx RT hand. Splint/arm sling intact — needs NAX check RT hand wrist. No C/O pain/discomfort n- pt in comfort. P: Released to new population. Chart referred to Dr. Barbus for follow up care. TOM HICKEY, RN  T. Hickey |
| 9/4/01 1105 | 5 | C.S. PHS | Pt scheduled onsite c̄ Dr. T. Ferretti on Fri 9/14/01 during the ortho clinic. Unable to schedule pt offsite due to scheduling & security concerns. Spoke c̄ Dr. Ferretti's staff re: this issue. ~ S/p fx @ hand Rebecca Gould  RL Gould  Clinical Specialist |
| 9/14/01 1230 | 5 | C.S. PHS | Pt "No Show" for ortho clinic. Per Dr. Ferretti, pt to to be scheduled offsite @ MCH ortho clinic for rev w/in 2 wks Rebecca Gould  RL Gould  Clinical Specialist |
| 9/17/01 1439 | 5 | C.S. PHS | Pt scheduled offsite @ MCH ortho clinic c̄ Dr. T. Ferretti on Wed 9/26/01 L rev @ hand. Rebecca Gould  RL Gould  Clinical Specialist |

| Date/ Time | Prob # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 8/27/0 1028 | 4 | CSPHS | Pt Scheduled offsite @ MCH—ER this day~ eval f/x @ hand fx. Security notified —<br>Rebecca Gould Clinical Specialist   RLGould |
| 8/27/01 1705 | 4/5 | NS9 | S: "I FEEL FINE"<br>O: Inmate returned from MCH hospital. Fx Rt hand. Splint/ mm's snug intact — needs NVC check Rt thumb WNL. No c/o pain/ discomfort. Resting comfort.<br>P. Released to new population chart referred to Dr. Ballus FOD for RX — Follow up care<br>TOM HICKEY, RN   TGHickey |
| 9/14/01 1105 | 5 | CSPHS | Pt scheduled onsite ē Dr. T. Ferretti on Fri 9/14/01 during the ortho clinic. Unable to schedule pt offsite due to scheduling & security concerns. Spoke ē Dr. Ferretti's staff re: this issue. ~ s/p fx @ hand<br>Rebecca Gould Clinical Specialist   RLGould |
| 9/14/01 1230 | 5 | CSPHS | Pt "No Show" for ortho clinic. Per Dr. Ferretti, pt is to be scheduled offsite @ MCH ortho clinic for rev w/in 2wks<br>Rebecca Gould Clinical Specialist   RLGould |
| 9.17.01 1435 | 5 | CSPHS | Pt scheduled offsite @ MCH ortho clinic ē Dr. T. Ferretti on Wed 9/26/01 to rev @ hand.<br>Rebecca Gould Clinical Specialist   RLGould |

# PROGRESS NOTES

[ ] Outpatient                                                    [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9-20-01 1610 | #9 | PAC | S: Ø |
| | | | O: w/o w/m |
| | | | A: fracture 4th/5th metacarpal ® hand |
| | | | P: chart reviewed c̄ Dr Ferretti, inmate was |
| | | | a no show for on site clinic (9/14) discussed |
| | | | @ length will take x-ray on site, then |
| | | | transport to MCH for review due to security |
| | | | issue of non emergent outside trips will |
| | | | follow process per Dr Ferretti direction |
| | | | —— Trach PAC |
| 9/21/01 1005 | | PAC I | P: N/S PAC/Sick Line = for 0950 hr apt. T —— PAC |
| 9/21/01 1010 | (19) | PAC I | S: waits cast placed on ® hand |
| | | | c/o excessive mvt in splint. |
| | | | admits to taking splint off to clean |
| | | | hand on a regular basis. |
| | | | O: splint intact. u/nar gutter plaster splint. |
| | | | CMS intact. ® capillary refill. sensation |
| | | | intact. Ø STS. |
| | | | A: S/P metacarpal fx 4 & 5 ® hand |
| | | | P: x-ray done - to be put to Dr Ferretti's office for |
| | | | review, will f/s for Tx plan in near future |
| | | | cont splint until then. proud w/ instructions —— PAC |

Inmate Name: Green Tyrone

Inmate Number: BP 4593

DOB: 1-23-70

Institution: Albion

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

# PROGRESS NOTES

[ ] Outpatient                                                    [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9-20-01 1610 | #9 | PAC | S ∅<br>O w/o vcm<br>A fracture 4th/5th metacarpal ®hand<br>P. chart reviewed c̄ D Ferretti, in note was a no show for on site clinic (9/14) discussed @ length will take xray on site, then transport to MCH for review due to security issue of non emergent outside trips will follow process per D Ferretti direction ⟶ M on PAC |
| 9/21/01 1005 | | PAC I | P. N/S PA/Schedule = Fo 0900 hr apt |
| 9/21/01 1010 | (19) | PAC I | S̄ Waits cast placed on ®hand<br>c/o excessive mvt in splint. admits to taking splint off to clean hand on a regular basis.<br>O. splint intact - ulnar gutter plaster splint. CMS intact. ®capillary refill. sensation intact. ∅ S/S.<br>A S/P metacarpal Fx 4 & 5 ®hand<br>P. X. ray done - to be taken to Dr Ferretti's office for review. will F/S for TX plan in near future. cont splint until then. proceed w/ evaluation ⟶ D Telega PAC |

Progress Notes<br>Commonwealth of Pennsylvania<br>Department of Corrections<br>DC-472

Inmate Name: Greer Tyrone

Inmate Number: EP 4593

DOB: 1-23-70

Institution: Albion

| Date/ Time | Prob. # | Discipline/ Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 10/1/01 1306 | 19 | CSPHS | Pt's offsite appt on 9/24/01 c̄ Dr. T. Ferretti has been M/S for the 10/13/01 insite clinic. X-rays reviewed by Dr. Ferretti on 9/21/01, healing well — no medical necessity to send pt. offsite. Rebecca Gould Clinical Specialist *RK Gould* |
| 10/6/01 1950 | 19 | CSPHS | S: Ortho. clinic O: See DCU41 A: S/p ® 4th & 5th mc fx. P: X-ray OOS (done today). PT @ RTC PRN. Pt voiced understanding Rebecca Gould Clinical Specialist *RK Gould* |
| 10/25/01 1335 | ⑨ ⑭ ⑤ | PA ᴵᴵ | S: Requests Tolnaftate to hand. Rash also c/o ear clogged. Requests gtts for it. Also states that did not repeatedly take splint off hand only x1 to wash hand. Wants PT for hand. O: HEENT: ® cerumenosis AU impaction AS came off by self (Acu-lume loose) Skin: scaly noted palm of ® hand Mucous membr: almost from ® wrist — grip 75/75. A: Tinea Manus, Cerumenosis AU, S/P Fx structural diff ® hand P: Debrox otic soln 10 gtts AS BID x 5 days followed by ear irrig. Tolnaftate 1% ont BID x30 QRF. Motrin 600mg PO BID x30 QRF. Instructed/demonstrated home exercises. Return PRN to home PT. RTC as scheduled. Pt voiced understanding. *Tammy Mowry, PA* |
| 10-31-01 | | PA ᴵᴵ | No show PA line 3rd appt. No medical indication to reschedule. *Tammy Mowry* |

TAMMY MOWRY, PA

| Date/ Time | Prob # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 10.1.01 1300 | 19 | CSPHS | Pt's offsite appt on 9/24/01 c̄ Dr. T. Ferretti has been M/S for the 10/13/01 onsite clinic. X-rays reviewed by Dr. Ferretti on 9/21/01, healing well — no medical necessity to send pt. offsite. Rebecca Gould Clinical Specialist R. Gould |
| 10/2/01 0950 | 19 | CSPHS | S: Ortho. clinic O: See DCU41 A: S/p ® 4th & 5th mc fx. P: X-ray ODS (done today). PT. RTC PRN. Pt voiced understanding Rebecca Gould Clinical Specialist R. Gould |
| 10/25/01 1335 9 14 5 | R | I | S̄ Requests Tol/Altate to hand. Rash also c/o ® arm clogged. Requests gtts for it. Also states that did not repeatedly take splint off hand only x1 to wash hand. Wants PT for hand. Came off by self (acetime loose). O: HEENT: ® arm nodes & SA tim in arm AS Skin dry scaly noted palm of ® hand. MSK: bld almost from ® wrist. grp strts 5 A: Tinea Manum, Cerumen Osis AU, S/P Fx structured dyfn ® hand P: Irrig. Debrox of cerumen gtts AS BIDx5 DAYS Flush c̄ ear irrig. Tolnaftate 1% ont BID x30 QRF. Motrin allergy to ASA Rx x30 QRF. Instructed & demonstrated hand R̄ exercises. wrap ® QD @ iv prior to home PT. RTas scheduled & prn. pt voiced understanding R̄ pt |
| 10-31-01 | | PAC | No show PA line 1340 appt no medical indication to reschedule. T. Mowry TAMMY MOWRY, PA |

# PROGRESS NOTES

[X] Outpatient                                    [ ] Inpatient

| Date/ Time | Prob # | Discipline Abbreviation | Remarks — Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 11-28-01 | PA | PAC | S Sweet AIMS clinic |
| 1505 | C | | O See DC470 |
| | | | A depression |
| | | | P Rt as scheduled          TAMMY MOWRY, PA |
| 3-5-02 | | PAC | S Hemorrhoids noticed ~ 2 weeks ago during |
| 1600 | to | II | bleeding itchy more than anything |
| | | | O rectal small unthrombosed mass noted |
| | | | @ 6 o'clock hemoccult ⊖ ; ⊖ internal lesions |
| | | | A hemorrhoids |
| | | | P Hydrocort 1% to apply daily × 10 days |
| | | | ↑ fluids especially H₂O Rt reman uced |
| | | | hydrocortisone        TAMMY T. Mowry, PA |
| 3/15/02 | | PAC | S 150# ? tor |
| 1345 | (1) | | O See D... |
| | | | A ... |
| | | | P lap ... testicular explained ... |
| | | | Pt verbalized understanding |
| 3/25/02 | #0 | 1020 | S O! Patient received health education with regard to TB prevention and treatment — verbalizes understanding    Pt. received Hepatitis C educational pamphlet and health education regarding access and screening process. Pt. verbalized understanding. |
| | | | HCV @ 4/01 — B Monroe — BARBARA MONROE, R... |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Inmate Name: Green Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI Albion

| Date/Time | Prob # | Discipline Abbreviation | Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 4/4/02 1230 | | WS O: | Telebinocular/Audiogram done per DOC policy. Passed _____; Failed _____ No Show; Will reschedule & next clinic - B Monroe BARBARA MONROE, RN |
| 4/23/02 1300 | 8 | NSG | Telebinocular/Audiogram done per DOC policy. Passed X ; Failed _____ refered to optometry JENNIFER CURRAN, LPN J Curran |
| 4/24/02 1010 | 8 | Adm/PHS | Pt sch'd onsite c̄ Dr Barron during the 5/02 OPT clinic ~ refraction Deborah Trimble Administrative Asst D Trimble |
| 5/17/02 1524 | 8 | RT/DOC PHS | S: Opt clinic O: See DC 441/451 A: Hyperopia P: RX for glasses ordered Pt voiced understanding. Wear as needed LINDA HELGERT, R.T. L Helgert R.T. |
| 6/5/02 1341 | 8 | RT/DOC PHS | S: Eye clinic, new glasses O: See DC 441/451 A: Hyperopia P: GLASSES RECEIVED BY INMATE Pt expressed satisfaction. Informed pt of proper care of glasses, procedure for repairs & costs involved as her responsibility. Pt voiced understanding LINDA HELGERT, R.T. L Helgert R.T. |

# PROGRESS NOTES

[ ] Outpatient                                                                [ ] Inpatient

| Date/Time | Prob # | Discipline Abbreviation | Remarks<br>Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 9-27-02<br>0920 | #9 | PA<br>tt | S requesting refill Tolnaftate Dados valley wks<br>just came back<br>O: hands skin peeling<br>A: tinea man<br>P: Tolnaftate cream apply BID x 30 days (qued)<br>RTPm<br><br>TAMMY MOWRY, PA |
| 12-7-02<br>1530 | RHU | NSG | O: Placed in RHU. No medical contraindication<br>for RHU placement ————— D. P. Daniel Przybrowski RN II |
| 12/20/02<br>1235<br>RHU | (19) | PAC | S: c/o R hand pain WDExInPast ∅ Acts<br>trama "Achieng"<br>O: ∅ ROM right wrist. pt pts to 4th & 5th<br>metacarpals x-ray 10/12/01 @ fxs 4th/5th metacarpals.<br>A: post trauma BID R pain<br>P: Ulc Motrin 800mg PO TID PC x 14 days. RTCprn<br>showed understanding |
| 1/22/03<br>1055 | (10)<br>(29) | PAC | S: c/o R hand pain. c/o<br>GI upset ē motrin "did it work"<br>also c/o jock itch on pans & scrot. Itchy "Raw"<br>∅ helpē Tolnaftate. wants Cardec DM & GERD<br>"Lofat"<br>O: x-ray 10/12/01 @ healed fx base 4th & 5th metacarpals |

Progress Notes<br>Commonwealth of Pennsylvania<br>Department of Corrections<br>DC-472

Inmate Name: Green, Tyrone

Inmate Number: EP4593

DOB: 1-23-70

Facility: SCI Albion

| Date/Time | Prob. # | Discipline Abbreviation | Remark: Subjective, Objective, Assessment, Plan |
|---|---|---|---|
| 1/22/03 | RAC | | Genitalia — *illegible* |
| 1100 | 24 | | Abd NT/ND *illegible* — non *illegible* |
| | 19 | | A: post Hepatic *illegible* GERD, NSAID gastritis, *illegible* |
| | 25 | | P: No outside work if T < 32°. Rec: *illegible* 2% cr |
| | | | BID × 30d PRF. *illegible* Diet × 180d Ays. advised |
| | | | *illegible* Rec: Carafate 1gm PO QID c |
| | | | Motrin × 30d × 2RF. Motrin 800mg PO QID PC *illegible* |
| | | | Carafate × 30d × 2RF. RTC *illegible* |
| 2/20/03 | 12 | | S: *illegible* diarrhea *illegible* Stool softer than *illegible* |
| | B/C | | classic × 2 wks ↑ stress lately → *illegible* |
| | | | stress exacerbates BM's TID *illegible* |
| | | | O: Abd NT/ND, *illegible* pt *illegible* |
| | | | A: suspect IBS W/o Depression, BAD. |
| | | | P: Rec: Kaopectate 30cc PO QID prn × 14d Ays. RTC PRN |
| | | | advised F/U *illegible* *illegible* |
| 3/30/03 | 15 | 1300 *illegible* | O: Pt received health education with regard to TB prevention and treatment verbalizes understanding — Pt. received Hepatitis C educational pamphlet and health education regarding access and screening process. Pt. verbalized understanding. |
| | | | HCV @ 461 — *illegible*       BARBARA MONROE, RN |
| 4/28/03 | #9 | PA | S: requests *illegible* on Motrin and Carafate for |
| 1430 | | | B/hand pain |
| | | | O: B/hand ⊕ gross deformities noted ROM |
| | | | appears WNL neurovascular intact |
| | | | A: s/p B/hand fx |
| | | | P: Motrin 800mg po QID prn × 30 days ⊕ RF |
| | | | Carafate 1gm po QID × 30 days ⊕ RF |
| | | | discuss OTC's *illegible* and as *illegible* med |
| | | | understanding       TAMMY M. MOWRY, PA |

## PHYSICIAN'S ORDERS

Inmate Name: _Green, Tyrone_

Inmate Number: _EP4593_

_NKDA_

DOB: _1-23-70_

Drug Allergies:

Institution: _SCI Albion_

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7-19-01 1450 | 3 | Gentisoph ophthmic soln gtts II OS q4h x 10days → given  ← *R. Poore LPN*  DONE 1707  M. Mark Baker Medical Director |
| 7-20-01 1315 | B | SMA 25  EKG  → ANS normal  *mobility*  JODI EBRIGHT LPN  Dr. Mark Baker  Medical Director  7-23-01 133  TAMMY MOWRY PA |
| 1/16/01 2000 | 4 | 23° drsfumag abamation  Percy motrin QTO PRN x24°  cbee TC @ wrist QTA PRN x24°  If chame order Dr. Bashline ff review 8/26, RD  JOHN PURVIS, RN  DR. DAVID BASHLINE D.O  8-26-01  1100  N. Kohr 8-26-01 GSW  MARCIE KISH, RN II |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: _Green, Tyrone_

Inmate Number: _EP4593_

_NKDA_

DOB: _1-23-70_

Drug Allergies:

Institution: _SCI Albion_

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 7-19-01 1456 | 3 | Ciloxan ophthalmic soln gtts II OS q4h x 10days + give *(signature)* LPN 1707 — Dr. Mark Baker Medical Director |
| 7-20-01 1315 | B | SMA 25 EKG — ANS insulin — Dr. Mark Baker Medical Director JODI EBRIGHT, LPN 7-20-01 1335 |
| 8/6/01 2000 | 4 | 23° disfigurary abrasion Erug motrin 600 PO PRN x 24° Ice to R wrist q2h PRN x 24° If Rhinecander Dr. Bashline/Runner 8/26/01 JOHN PURVIS, RN DR. DAVID BASHLINE D.O. 8-26-01 1100 M Kish 8/26/01 MARCIE KISH, RN II |

PLEASE USE BALL POINT PEN ONLY