# PHYSICIAN'S ORDERS

Inmate Name: GREEN, TYRONE
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI-ALBION

Drug Allergies: NKDA
Self-Medication Program: ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/ Military Time | Prob # | Orders |
|---|---|---|
| 8/26/01 1100 | 4 | X-ray Rt hand AP - 8-27-01 ✓ RLY 8/27/01 Release to Block — |
| | | JAMES MCDUFF, RN — DR. DAVID BASHLINE D.O. McDuff 8/26/a 11:34 |
| 8/27/01 1005 | 4 | Send to MCH ortho via state car (via SH) climic (+ xray) ✓ RLY 8/27/01 Dr. Mark Baker Medical Director 8-27-01 1005 |
| | | M Kish RN 8-27-01 MARCIE KISH, RN II 1110 |
| 8/27/01 1415 | | RN at MH ortho clinic c/w T. Green … Baker Medical Director 9-5-01 at 1415 … 8-27-01 1415 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: GREEN, TYRONE
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI-ALBION

Drug Allergies: NKDA

Self-Medication Program: ☐ Yes ☐ No

DO NOT USE THIS SHEET
UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 8/26/01 1100 | 4 | Xray Rt hand AM - 8-27-01   RLY 8/27/01<br>Release to Block —<br><br>JAMES McDUFF, RN    DR. DAVID BASHLINE D.O.<br>McDuff 8/26/01 1134 |
| 8/27/01 1005 | 1 | Send to MCH ortho w/a State fac<br>(via SCA) clinic (C-arm)<br>✓ RLY 8/27/01<br>Dr. Mark Baker Medical Director<br>D. Tereda PAC<br>P-27-01 1005 |
| | | M Kish RN<br>8-27-01<br>1110<br>MARCIE KISH, RN II |
| 8-27-01 | | f/u at [illegible] outpt clinic c/ Dr. [illegible]   Dr. Mark Baker Medical Director<br>9-5-01 at 1415 m<br>[signatures] |

PLEASE USE BALL-POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Gregory Tyrone
Inmate Number: EP4593
DOB: 1-23-?
Institution: SCI Albion

Drug Allergies: NKA

Self-Medication Program ☐ Yes ☐ No

| Date/ Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8-27-01 | | ① Ice to (R) hand q id prn × 4 days |
| no chart available | | ② Tylenol #3 T po qid prn severe pain × 3 days |
| | | ③ [illegible] × 7 days |
| | | ④ Arm sling - Pam pt has × 14 days - at tx, nurse please complete new issue [illegible] |
| | | ⑤ F/U c̄ orthopod Dr. T. Smith at MCHS ortho clinic — [illegible] ✓ RLD 9/5/01 |
| | | Dr. Mark Baker, Medical Director |
| | | ⑥ No work, sports, activity w/ L (R) |
| 8-27-01 1806 | | × 3 days @ 9-27-01 — may walk in yard only — nurse please have pt. sign restrictions [illegible] |
| Susan Pittsenbarger, LPN | | Dr. Mark Baker, Medical Director |
| 9-14-01 720 | 5 | F/U in office ortho clinic ✓ RLD 9/17/01 |
| | | Dr. David Dashling |
| | | Richard D. Carter, LPN 9/14 |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Gregg Tyrone
Inmate Number: BP4593
DOB: 1-23-?
Drug Allergies: NKA
Institution: SCI Albion

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET
UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 8-27-01 | 1 | Ice to (R) hand qid PRN x 4 days |
| no chart available | 2 | Tylenol #3 T po qid PRN severe pain x 3 days |
| | 3 | Ibuprofen 600mg po tid-qid PRN mod pain x 7 days |
| | 4 | Arm sling PRN has x 14 days — also nurse please complete N/M issue — replace any q 7-10 days PRN — [signed] Dr. Mark Baker, Medical Director |
| | 5 | F/U ĉ orthopedic Dr. T. Smith at Meadville outpt clinic on 9-5-01 at 1415 hrs ✓ RKD 9/5/01 |
| | 6 | No work, sports, activity until F/U |
| 8-27-01 1806 | | x 3 days @ 9-29-01 — may walk in yard only — nurse please have pt. sign activity S/S/S/N triple tissue ankle splint and — [signed] Susan Pittsenbarger, LPN / Dr. Mark Baker, Medical Director |
| 9-14-01 1720 | 5 | F/U for offsite Ortho Clinic — RKD 9/12/01 DR. DAVID DASHLINE DO — [signed] Richard Cates, LPN |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green Tyrone
Inmate Number: EP 458
DOB: 1-23-70
Institution: Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/ Military Time | Prob # | |
|---|---|---|
| 9-20-01 1610 | #19 | x-ray R hand AP/LAT/OBLIQUE Hamot Hospital — Susan Martin, LPN |
| 9/21/01 1400 | C | — DC Risperdal — not taking<br>— Xanax to 1mg po tid prn × 60d<br>— Sinequan 50mg po hs<br>— RTC in 8 wks<br>Angela Lindemuth, D.O.<br>Susan Martin, LPN |
| 12 Oct 01 10am | 19 | x-ray R hand AP/lat/oblique OOS<br>Dx: for bone of small ring fin or metacarpals<br>R hand.<br>Don Moore, LPN<br>Dr. Mark Baker 10/12/01 1345 |
| 10/25/01 1350 | 9 | ① Schedule ear irrigation c̄ P&S in 1 wk × 30 min apt<br>② Debrox gtt iv au BID × 5 d<br>③ Tolnaftate 1% Cr apply BID × 30 d<br>④ Motrin 600mg i po Q 10pm × 30 d refill<br>Susan Martin, LPN<br>D. Telego, PAC<br>Dr. David Bash, D.O. |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green Tyrone
Inmate Number: EP 459B
DOB: 1-23-70
Institution: Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

**DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS**

| Date/Military Time | Prob # | |
|---|---|---|
| 9-20-01 1610 | #19 | xray ® hand AP/LAT/OBLIQUE Two split — Susan Martin, LPN 9-21-01 1638 |
| 9/21/01 1400 | C | DC Risperdal — not taking<br>– Xanax ½ – 1mg po tid prn × 60d<br>– Sinequan 50mg po hs<br>– RTC in 8 wks<br>Angela Lindemuth, D.O.<br>Susan Martin, LPN 1644 |
| 12Oct01 10am | 19 | xray ® hand AP/lat/oblique OOS — dxx L.Wagner T<br>Dr for loss of smell & ringing in mid carpals ® hand<br>Dr. Mark Baker 10-12-01 1345 |
| 10/25/01 1350 | | ① shoulder ear irrigation c̄ H₂O in L ear × 30 min apt<br>② Debrox gtt iv ea B ⊙ × 5 d<br>③ Tolnaftate 1% cr apply BID × 30d c̄<br>④ Motrin 600 i po Q10pm × 30 d / refill<br>D. Telega PAC<br>DR. DAVID BASHLINE, D.O.<br>Susan Martin, LPN 1853 |

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program: ☐ Yes  ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 11/19/01 1000 | C | Xanax 1mg po tid prn ⎫ x 90d<br>Sinequan 50mg po hs ⎭<br>RTC in 12 wks<br>— Angela Lindemuth, D.O. |
| 1300 | | Sandra Malena, RN |
| 11-28-01 1505 | C | EKG - not done from 7/01 order<br>Mr. AMS pending → mandatory<br>— TAMMY, Medical Director |
| 11-28-01 1735 | | [signature], LPN |
| 2/11/02 1400 | C | Xanax 1mg po tid prn ⎫ x 90d<br>Sinequan 50mg po hs ⎭<br>RTC in 12 wks<br>— Angela Lindemuth, D.O. |
| 2/11/02 1715 | | [signature] |
| 3/18/02 1645 | 6 | Dibucaine 1% ointment apply one daily for hemorrhoids × 10 doses in stock—may use<br>[illegible]<br>Brenda Hale, RN II<br>— M.D. |
| 3/5/02 1735 | | [signature] |

PLEASE USE BALL POINT PEN ONLY

## PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP4593
DOB: 1-23-70
Institution: SCI-Albion

Drug Allergies: NKDA

Self-Medication Program: ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 11/19/01 1000 | C | Xanax 1mg po tid prn } x 90d<br>Sinequan 50mg po hs<br>RTC in 12 wks — Angela Lindemuth, D.O. |
| | | 1300 11-19-01 Sandra Malena, RN / [illegible] RN |
| 11-28-01 1505 | C | EKG — not done from 7/01 order<br>Mr. NMS monthly → monthly — Dr. TAMMY MOWRY, PA / Dr. Mark Baker, Medical Director<br>11-28-01 1630 [illegible] LPN |
| 2/11/02 1400 | C | Xanax 1mg po tid prn } x 90d<br>Sinequan 50mg po hs<br>RTC in 12 wks — Angela Lindemuth, D.O. |
| | | 2/11/02 1715 [illegible] |
| 3/15/02 1640 | b | Dibucaine 1% ointment apply one daily for hemorrhoids x 10 days in stock — m3y Nurse<br>give labeled tube to pt — Dr. Mark Baker, Medical Director<br>Brenda Hale, RN II<br>3/15/02 1735 |

BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI—Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET
UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 3/15/02 1845 | 7 | LABS: LSD PANEL, CBC — *DR. DAVID BASHLINE D.O.* / D. Telega PAC 3-15-02 1650 / Richard ___ RN 3/15 1720 |
| 4/23/02 1255 | 8 | Refer to Optometry (field ___) ✓dt 4-24-02 / vo Dr Baker ___ / BARBARA MONROE, RN 4/23/02 1255 |
| 5/17/02 1340 | C | Xanax 1mg po tid prn ⎫ x 90d / Sinequan 50mg po hs ⎭ / RTC in 12 wks / Angela Lindenmuth, D.O. / 5-17-02 1710 Susan Martin, LPN |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

| Date/Military Time | Prob # | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|---|
| 8/5/02 1235 | 9 | Pen VK 500mg 1 po QID x 10 days. 40 tabs dispensed. Dental Dept. Mechanical soft diet x 30 days 8/5/02 – 9/5/02. Sell for sale there x 28 days. — RALPH LUCAS, RN / DR. LESLIE GORDON, DDS |
| 8/12/02 1230 | C | Xanax 1mg po tid prn } x 90d<br>Vistaril 50mg po hs prn }<br>D/C Sinequan<br>RTC in 2 wks<br>Angela Lindemuth, D.O.<br>TOM HICKEY, RN  8/12/02  1315 |
| 9/3/02 1025 | 9 | Mechanical soft diet x 90 days 9/2/02 – 12/2/02<br>Monetary Remittance Inv. was Signed – delivered in Dental Dept, signed Healthcare item Receipt<br>DR. LESLIE GORDON, DDS |
| 9-3-02 1145 | | |

PLEASE USE BALL POINT PEN ONLY

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI Albion

Drug Allergies: NKDA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 9-27-02 | 9 (10) | Tobrex drops OS apply BID x 30 d — Dr. David Bashline D.O. |
| | | 9/27/02 1400 — Barbara Monroe, RN |
| 11/4/02 1400 | | Xanax 1mg po tid prn ⎫ x 90d<br>Vistaril 50mg po bid prn ⎭<br>RTC in 12 wks — Angela Lindemuth, D.O.<br>Elizabeth Barton, RN |
| 12-?-02 | | Motrin 800mg po tid c food x 14 days — Dr. Mark Baker, Medical Director |
| 12-?-02 | 19 | ...... RN |
| 1/2/03 1105 | (19)(25)(24) | (1) Cardiac Diet x 180 days<br>(2) No work outside if temp < 32° (or yard on =)<br>(3) Miconazole cream 2% apply thinly bid to groin rash x 3 days<br>(4) Carafate 1gm po qid x 10 c Motrin<br>(5) Motrin 800mg po qid c food<br>tyks c Carafate |

# PHYSICIAN'S ORDERS

Inmate Name: Green, Tyrone
Inmate Number: EP 4593
DOB: 1-23-70
Institution: SCI-Albion

Drug Allergies: NKA

Self-Medication Program ☐ Yes ☐ No

DO NOT USE THIS SHEET
UNLESS A RED NUMBER SHOWS

| Date/Military Time | Prob # | |
|---|---|---|
| 2/3/03 1400 | C | Xanax 1mg po tid prn  }  × 90d<br>Vistaril 50mg po hs prn<br>RTC in 12wks<br>Angela Lahetemuth, D.O. |
| | | 2/3/03 1730 K. Quinones, RN |
| 2-20-03 CH4 1315 | B | Kaopectate 30cc p qid prn diarrhea × 14 days<br>JOHN PURVIS, RN<br>Dr. Mark Baker<br>JPurvis RN 2/20/03 1930 |
| 4/28/03 0725 | 19 | Motrin 600mg po QID  }  × 30 days Duff<br>Carafate 1gm po QID<br>DR. DAVID BASHLINE D.O.<br>4-28-03<br>Susan Martin, LPN |
| 5-27-03 0845 | C | ① Xanax 1mg po tid prn anxiety  }  both × 30days — No refill — see psychiatry<br>② Vistaril 50mg po HS prn anxiety<br>Dr. Mark Baker<br>Medical Director<br>JAMES McDUFF, RN  5-27-03 1311 |

PLEASE USE BALL POINT PEN ONLY

# MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SALINE MIST BAKER, MARK (MED DIR) DO — SPRAY 2 SPRAYS EACH NOSTRIL FOUR TIMES DAILY X 30 DAYS | 0700 1100 1500 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SUCRALFATE 1GM TABLET SUB FOR: CARAFATE 1GM TABLET BAKER, MARK — TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY AS NEEDED (WITH MOTRIN) X 90 DAYS | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN 600MG TABLET SUB FOR: MOTRIN 600MG TABLET BAKER, MARK — TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY WITH FOOD AS NEEDED FOR PAIN X 90 DAYS | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: NO KNOWN ALLERGIES
DATE OF BIRTH: 01/23/1970
NAME AND NUMBER: N. TYRON-FD4593

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES

814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xanax 1mg po tid PCN anxiety x30 c ØRf | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vistaril 50mg po q HS prn x30 c ØRf | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 600mg po QID c food PRN 2Rf x30D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Carafate 1gm po QID PRN Take c Motrin 2Rf x30D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Saline Nasal Spray 2 sprays in each nostril QID ØRf x30D | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

DATE OF BIRTH OR SOC. SEC. NO.

ALLERGIES: NKDA

DIAGNOSIS

NAME AND NUMBER: [illegible] Turons 5P4593

FACILITY: [illegible] 1

CHARTING FOR

THROUGH

MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

**MEDICATIONS**

1. HYDROXYZINE PAM 50MG CAP
SUB FOR: VISTARIL 50MG CAPSULE LINDEMUTH, P
TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS
X 30d

2. ALPRAZOLAM 1MG TABLET
SUB FOR: XANAX 1MG TABLET LINDEMUTH, P
TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED X 90 DAYS
X 30d

Motrin 600 mg po QID X 30d

Carafate 1 GM po QID X 30d

DATE OF BIRTH OR SOC. SEC. NO.: 01/23/1970
ALLERGIES: NO KNOWN ALLERGIES

# MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | ... | 31 |
|---|---|---|---|---|---|---|
| IBUPROFEN 800MG TABLET — SUB FOR: MOTRIN 800MG TABLET — BAKER, MARK — TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY WITH FOOD X 90 DAYS (TAKE WITH CARAFATE) | 0700 | | | | | |
| SUCRALFATE 1GM TABLET — SUB FOR: CARAFATE 1G TABLET — BAKER, MARK — TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY X 90 DAYS (TAKE WITH MOTRIN) | 0700 | | | | | |
| HYDROXYZINE PAM 50MG CAP — SUB FOR: VISTARIL 50MG CAPSUL — LINDEMUTH, P — TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS | P R N | | | | | |
| ALPRAZOLAM 1MG TABLET — SUB FOR: XANAX 1MG TABLET — LINDEMUTH, P — TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED X 90 DAYS | P R N | | | | | |

DATE OF BIRTH OR SOC. SEC. NO.: 01/23/1970
ALLERGIES: NO KNOWN ALLERGIES

CHARTING FOR _____ THROUGH _____
DIAGNOSIS _____
FACILITY _____
NAME AND NUMBER _____

# MEDICATION ADMINISTRATION RECORD
## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBUPROFEN 800MG TABLET SUB FOR: MOTRIN 800MG TABLET BAKER, MARK TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY WITH FOOD X 90 DAYS (TAKE WITH CARAFATE) | 0700 1100 1500 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SUCRALFATE 1GM TABLET SUB FOR: CARAFATE 1GM TABLET BAKER, MARK TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY X 90 DAYS (TAKE WITH MOTRIN) | 0700 1100 1500 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 50MG CAP SUB FOR: VISTARIL 50MG CAPSUL LINDEMUTH, P TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALPRAZOLAM 1MG TABLET SUB FOR: XANAX 1MG TABLET LINDEMUTH, P TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED X 90 DAYS | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Kaopectate 30cc po QID prn x 14 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: NO KNOWN ALLERGIES

DATE OF BIRTH: 01/23/1970