MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IBUPROFEN 800MG TABLET BAKER, MARK (MED DIR?) DO TAKE ONE TABLET BY MOUTH THREE TIMES DAILY WITH FOOD FOR 14 DAYS | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 50MG CAP SUB FOR: VISTARIL 50MG CAPSULE LINDEMUTH, P TAKE 1 CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALPRAZOLAM 1MG TABLET SUB FOR: XANAX 1MG TABLET LINDEMUTH, P TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED X 90 DAYS | P R N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Micmagledrum 2ml appl priming bid to gum sur

Carafate 1gm po qid

Mylanta 30cc po prn

Q10 food safety

DATE OF BIRTH OR SOC. SEC. NO. 01/23/1970   ALLERGIES: NO KNOWN ALLERGIES   FACILITY   DIAGNOSIS   CHARTING FOR   THROUGH

# MEDICATION ADMINISTRATION RECORD — BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HYDROXYZINE PAM 50MG CAP SUB FOR: VISTARIL 50MG CAPSUL LINDEMUTH, P TAKE 1 CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALPRAZOLAM 1MG TABLET SUB FOR: XANAX 1MG TABLET LINDEMUTH, P TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED X 90 DAYS | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Motrin 800mg
po tid x food
x 14d.

ALLERGIES: NO KNOWN ALLERGIES
DATE OF BIRTH OR SOC.SEC.NO. 01/23/1970
NAME AND NUMBER: J. TYRON—FD4593

**MEDICATION ADMINISTRATION RECORD**

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

**MEDICATIONS:**

- Xanax 1mg T P a
  Tid PRN
  x 7d

- Vistaril 50mg T po
  q HS PRN
  6/12 x 90d

DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | DIAGNOSIS | LOCATION

# Medication Administration Record

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MICONAZOLE 2% CRE BAKER, MARK (MED DIR) DO APPLY THINLY TO GROIN RASH TWICE DAILY X 30 DAYS ØRF | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IBUPROFEN 800MG TABLET SUB FOR: MOTRIN 800MG TABLET BAKER, MARK TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY WITH FOOD X 90 DAYS (TAKE WITH CARAFATE) | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SUCRALFATE 1GM TABLET SUB FOR: CARAFATE 1GM TABLET BAKER, MARK TAKE 1 TABLET BY MOUTH FOUR TIMES DAILY X 90 DAYS (TAKE WITH MOTRIN) ISSUED | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1500 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM 50MG CAP SUB FOR: VISTARIL 50MG CAPSULE LINDEMUTH, P TAKE 1 CAPSULE BY MOUTH AT BEDTIME AS NEEDED X 90 DAYS 2/3 | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALPRAZOLAM 1MG TABLET SUB FOR: XANAX 1MG TABLET LINDEMUTH, P TAKE 1 TABLET BY MOUTH THREE TIMES DAILY AS NEEDED X 90 DAYS 2/3 | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ALLERGIES: NO KNOWN ALLERGIES

DATE OF BIRTH: 01/23/1970

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

01/2002

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| ALPRAZOLAM (XANAX) 1MG TAB — TAKE ONE TABLET(S) THREE TIMES A DAY BY MOUTH AS NEEDED FOR 90 DAYS — 2879753 LINDEMUTH, PSYCH, ANGELA, PY — START - 08/12/2002  STOP - 11/10/2002 | | |
| HYDROXYZINE-PAM (VISTARIL) 50MG CAP — TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME AS NEEDED FOR 90 DAYS — 2879760 LINDEMUTH, PSYCH, ANGELA, PY — START - 08/12/2002  STOP - 11/10/2002 | HS | |
| Tolnaftate cr apply BID x30days  9/23 | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/01/2002 THROUGH 10/31/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY

# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

01/2002

| MEDICATIONS | HOUR |
|---|---|
| ALPRAZOLAM (XANAX) 1MG TAB<br>TAKE ONE TABLET(S) THREE TIMES A DAY BY MOUTH AS NEEDED FOR 90 DAYS<br>RX# 2879753 LINDEMUTH, PSYCH, ANGELA, PY<br>START = 08/13/2002  STOP = 11/10/2002 | |
| HYDROXYZINE-PAM (VISTARIL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME AS NEEDED FOR 90 DAYS<br>RX# 2879760 LINDEMUTH, PSYCH, ANGELA, PY<br>START = 08/13/2002  STOP = 11/10/2002 | HS |
| salt for saline rinse | |
| 8/6 x28d<br>Tolnaftate Cream<br>BID x 30 day | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 09/01/2002 THROUGH 09/30/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY

# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

**MEDICATIONS**

ALPRAZOLAM (XANAX) 1MG TAB    8/12/02
TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS
NEEDED FOR 90 DAYS
2692115 LINDEMUTH, PSYCH, ANGELA, PY
START - 05/19/2002    STOP - 08/16/2002

DOXEPIN (SINEQUAN/ADAPIN) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR
90 DAYS
2692119 LINDEMUTH, PSYCH, ANGELA, PY
START - 05/19/2002    STOP - 08/16/2002

Pen V K 500mg T
po QID x 10 days
8-5-02

Salt for saline rinse
x 28 days
8-5-02

8/12/02
Vistaril 50mg.
po qhs x 90 days

---

CHARTING FOR    08/01/2002    THROUGH    08/31/2002
Physician    LINDEMUTH, PSYCH, ANGELA
Alt. Physician
Allergies:   NO KNOWN DRUG ALLERGY

# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

07/01/2002

DT01

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| ALPRAZOLAM (XANAX) 1MG TAB<br>TAKE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS NEEDED FOR 90 DAYS 5/17<br>2692115 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 05/19/2002   STOP - 08/16/2002 | | |
| DOXEPIN (SINEQUAN-ADAPIN) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS 5/17<br>2692119 LINDEMUTH, PSYCH, ANGELA, PY<br>START - 05/19/2002   STOP - 08/16/2002 | | 50mg |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

STARTING FOR 07/01/2002 THROUGH 07/31/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Allergies: NO KNOWN DRUG ALLERGY

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked