# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

'01/2002

)T01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 'RAZOLAM (XANAX) 1MG TAB<br>E 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS<br>DED FOR 90 DAYS 5/17<br>2692115 LINDEMUTH, PSYCH, ANGELA , PY<br>ART - 05/19/2002 STOP - 08/16/2002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| EPIN (SINEQUAN-ADAPIN) 50MG CAP<br>E 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS 5/17<br>2692119 LINDEMUTH, PSYCH, ANGELA , PY<br>ART - 05/19/2002 STOP - 08/16/2002 | 50mg | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 06/01/2002 THROUGH 06/30/2002

hysician LINDEMUTH, PSYCH, ANGELA

Telephone No.

Alt. Telephone

Medical Record No.

t. Physician

lergies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

agnosis

edicaid Number

Medicare Number

Complete Entries Checked

By Title Date

PATIENT CODE ROOM NO. BED FACILITY CO

# EDICATION ADMINISTRATION RECORD

'01/2002

(ALBI-283) ALBION CORRECTIONAL

)T01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RAZOLAM (XANAX) 1MG TAB 3-17<br>E ONE TABLET(S) THREE TIMES A DAY BY<br>ITH AS NEEDED FOR 90 DAYS<br>- 2492435 LINDEMUTH, PSYCH, ANGELA, PY<br>RT - 02/13/2002 7/11 STOP - 05/13/2002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| EPIN (SINEQUAN-ADAPIN) 50MG CAP<br>E 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS 3-17<br>- 2492437 LINDEMUTH, PSYCH, ANGELA, PY<br>RT - 02/13/2002 7/11 STOP - 05/13/2002 | 50mg | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 05/01/2002 THROUGH 05/31/2002

ysician LINDEMUTH, PSYCH, ANGELA

Telephone No.

Medical Record No

Alt. Telephone

t. Physician

NO KNOWN DRUG ALLERGY

lergies

Rehabilitative Potential

agnosis

edicaid Number | Medicare Number | Complete Entries Checked By | Title | Date

PATIENT CODE | ROOM NO | BED | FACILITY CO

# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2002

)T01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB<br>KE ONE TABLET(S) THREE TIMES A DAY BY<br>UTH AS NEEDED FOR 90 DAYS<br>2472435 LINDEMUTH, PSYCH, ANGELA , PY<br>ART - 02/15/2002 2/11 STOP - 05/15/2002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| REPIN (SINEQUAN ADAPIN) 50MG CAP<br>KE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS<br>2472437 LINDEMUTH, PSYCH, ANGELA , PY<br>ART - 02/13/2002 2/11 STOP - 05/13/2002 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| Subicaine | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

ARTING FOR 04/01/2002 THROUGH 04/30/2002

ysician LINDEMUTH, PSYCH, ANGELA

Telephone No.

Medical Record No.

Alt. Telephone

Physician

ergies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

gnosis

licaid Number

Medicare Number

Complete Entries Checked

# EDICATION ADMINISTRATION RECORD

/01/2002

)T01

(ALBI-283) ALBION CORRECTIONAL

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB<br>KE ONE TABLET(S) THREE TIMES A DAY BY<br>UTH AS NEEDED FOR 90 DAYS<br>2492435 LINDEMUTH, PSYCH, ANGELA , PY<br>ART - ~~02/13/2002~~ 2/11 STOP - 05/13/2002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| XEPIN (SINEQUAN-ADAPIN) 50MG CAP<br>KE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS<br>2492437 LINDEMUTH, PSYCH, ANGELA , PY<br>ART - ~~02/13/2002~~ 2/11 STOP - 05/13/2002 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dibucaine 1% ointment<br>Apply once daily prn<br>hemorrhoids x 10 days (tube labelled) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| IARTING FOR 03/01/2002 THROUGH 03/31/2002 | | | Medical Record No. |
| ysician LINDEMUTH, PSYCH, ANGELA | Telephone No. | | |
| . Physician | Alt. Telephone | | |
| ergies NO KNOWN DRUG ALLERGY | Rehabilitative Potential | | |
| ignosis | | | |
| dicaid Number | Medicare Number | Complete Entries Checked | |

# EDICATION ADMINISTRATION RECORD

/01/2002

(ALBI-283) ALBION CORRECTIONAL

)T01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB KE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS EDED FOR 90 DAYS 2/11 x 90d : 2323482 LINDEMUTH, PSYCH, ANGELA , PY ART - 11/20/2001 ~~STOP - 02/17/2002~~ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| XEPIN (SINEQUAN-ADAPIN) 50MG CAP KE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR DAYS 2/11 x 90d 2323486 LINDEMUTH, PSYCH, ANGELA , PY ART - 11/17/2001 STOP - 02/17/2002 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 02/01/2002 THROUGH 02/28/2002

| | | |
|---|---|---|
| ıysician LINDEMUTH, PSYCH, ANGELA | Telephone No. | Medical Record No. |
| t. Physician | Alt. Telephone | |
| llergies NO KNOWN DRUG ALLERGY | Rehabilitative Potential | |

iagnosis

| edicaid Number | Medicare Number | Complete Entries Checked: Date: |
|---|---|---|

# EDICATION ADMINISTRATION RECORD

/01/2002

(ALBI-283) ALBION CORRECTIONAL

T01

DICATIONS — HOUR — 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

PRAZOLAM (XANAX) 1MG TAB
KE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS
x 90 DAYS PM
2323482 LINDEMUTH, PSYCH, ANGELA , PY
ART - 11/20/2001 STOP - 02/17/2002

XEPIN (SINEQUAN ADAPIN) 50MG CAP
KE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR
DAYS 2/11 x 90d
2323486 LINDEMUTH, PSYCH, ANGELA , PY
ART - 11/19/2001 STOP - 02/17/2002
HS

MEDICATIONS — HOUR

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 01/01/2002 THROUGH 01/31/2002

Physician: LINDEMUTH, PSYCH, ANGELA

Telephone No.

Alt. Telephone

Medical Record No

Physician

Allergies: NO KNOWN DRUG ALLERGY

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number | Complete Entries Checked By: | Title: | Date:

PATIENT CODE | ROOM NO. | BED | FACILITY C



# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

/01/2001

)T01

| EDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRAZOLAM (XANAX) 1MG TAB<br>KE 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS<br>EDED FOR 90 DAYS<br>2323482 LINDEMUTH, PSYCH, ANGELA , PY<br>ART - ~~11/20/2001~~ 11/16 STOP - 02/17/2002 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| XEPIN (SINEQUAN-ADAPIN) 50MG CAP<br>KE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS<br>2323486 LINDEMUTH, PSYCH, ANGELA , PY<br>ART - 11/19/2001 STOP - 02/17/2002 | HS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 12/01/2001 THROUGH 12/31/2001

Telephone No.

Medical Record No.

hysician LINDEMUTH, PSYCH, ANGELA

Alt. Telephone

lt. Physician

llergies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

iagnosis

ledicaid Number

Medicare Number

Complete Entries Checked:

By:

Title:

Date:

PATIENT CODE ROOM NO. BED FACILITY C

# IEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

'01/2001

DT01

| EDICATIONS | HOUR | 1–31 |
|---|---|---|
| RAZOLAM (XANAX) 1MG TAB<br>E 1 TABLET(S) BY MOUTH 3 TIMES DAILY AS<br>DED FOR ~~50 DAYS~~ 90d. 11-19-01<br>2163023 LINDEMUTH, PSYCH, ANGELA, PY<br>RT - 09/23/2001 STOP - 11/21/2001 | | |
| EPIN (SINEQUAN-ADAPIN) 50MG CAP<br>E 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR<br>DAYS 90d. 11-19-01<br>2163027 LINDEMUTH, PSYCH, ANGELA, PY<br>RT - 09/23/2001 STOP - 11/21/2001 | 50 | |
| Tolnaftate 1% cr.<br>apply BID<br>10/25 x30d | | |
| Motrin 600mg po QID<br>PRN<br>10/25 x30d | | |

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR 11/01/2001 THROUGH 11/30/2001

hysician LINDEMUTH, PSYCH, ANGELA

Telephone No.

Medical Record No.

Physician

Alt. Telephone

gies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

iagnosis

edicaid Number | Medicare Number | Complete Entries Checked: