# EDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

)/01/2001
)T01

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PRAZOLAM (XANAX) 1MG TAB
AKE 1 TABLET(S) BY MOUTH  3 TIMES DAILY AS
EEDED FOR 60 DAYS
X:   2163023 LINDEMUTH, PSYCH, ANGELA , PY
TART - 09/23/2001    STOP - 11/21/2001

OXEPIN (SINEQUAN-ADAPIN) 50MG CAP
AKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME  FOR
0 DAYS
X:   2163027 LINDEMUTH, PSYCH, ANGELA , PY
TART - 09/23/2001    STOP - 11/21/2001

TOLNAFTATE 1% CR
APPLY BID

9-25    QHF    X30D

DaBrox STT IV AU
BID

9-25    X5D

Motrin 600mg
T PO QID PRN

9-25    QHF    X30D

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR  10/01/2001   THROUGH  10/31/2001
hysician : LINDEMUTH, PSYCH, ANGELA
t. Physician
llergies: NO KNOWN DRUG ALLERGY

Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

iagnosis
edicaid Number    Medicare Number    Complete Entries Checked    Date

# MEDICATION ADMINISTRATION RECORD

(ALBI-283) ALBION CORRECTIONAL

09/01/2001

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| RISPERDAL (RISPERIDONE) 1MG-TAB, 1 TABLET(S) BY MOUTH TWICE DAILY, JUSTIFICATION APPROVED UNTIL 3-15-02, 1613988 BASHLINE, D.O. / DAVID, DO, START - 03/16/2001 STOP - 03/15/2002 | | |
| SINEQUAN-ADAPIN 50MG CAP, 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR DAYS, 1966264 BESNER, PSYCH, LANCE, PY, START - 09/20/2001 STOP - 10/04/2001 | | |
| Xanax 1mg po BID | | |
| Ibuprofen 800mg po TID c food prn moderate pain x 7d | | |
| Xanax 1mg po TID prn | | |

CHARTING FOR 09/01/2001 THROUGH 09/30/2001

Physician: BESNER, PSYCH, LANCE

Allergies: NO KNOWN DRUG ALLERGY

# MEDICATION ADMINISTRATION RECORD

'01/2001  (ALBI-283) ALBION CORRECTIONAL

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RISPERDAL (RISPERIDONE) 1MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY
JUSTIFICATION APPROVED UNTIL 3/15/02
1613988 BASHLINE, D.O., DAVID, DO
START — 03/16/2001  STOP — 03/15/2002

SINEQUAN (ADAPIN) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR
DAYS: 7 days
1966264 BESNER, PSYCH, LANCE, PY
START — 07/20/2001  STOP — 10/04/2001

Xanax 1mg po BID prn x 7 days

Motrin 800mg po QID x 24° prn

Ice to (R) wrist QID PRN x 24°

Ice to (R) hand QID PRN x 48°

Tyl #3 ī PO QID PRN x severe pain x 3D

Ibuprofen 800 po TID c̄ food PRN x moderate pain x 3D

CHARTING FOR 08/01/2001 THROUGH 08/31/2001

Physician: BESNER, PSYCH, LANCE
Allergies: NO KNOWN DRUG ALLERGY

# EXHIBIT D



**Millcreek Community Hospital**

EMERGENCY ROOM / OUTPATIENT

MEDICAL RECORDS

AUTHORIZATION ON REVERSE SIDE   PAT# 1055553   HOUSE PHYSICIAN: EBERLE, PAUL D.O.

| LAST NAME | FIRST NAME | MIDDLE NAME | HOME PHONE | DATE AND TIME | EMERGENCY ROOM NO. |
|---|---|---|---|---|---|
| GREEN | TYRONE | | 756-9722 | 082701 01:17pm | 139918 |

ADDRESS: 10745 RT 18   CITY: ALBION   STATE: PA 16475   AGE: 31   DATE OF BIRTH: 01/23/70   SEX: M   RACE: B   SOC. SEC. NO.: 999999

PATIENT'S EMPLOYER: UNEMPLOYED

GUARANTOR'S EMPLOYER: UNEMPLOYED

GUARANTOR/NEAREST RELATIVE: ALBION STATE PRISON GUARDIAN   ADDRESS: 10745 RT 8 ALBION, PA 16401   PHONE: 756-9722

EMERGENCY ROOM ☒   OUTPATIENT ☐

FAMILY PHYSICIAN: BAKER, MARK D., D.O.   BROUGHT BY: AMBULATORY

BRIEF HISTORY / CHIEF COMPLAINT: Slipped coming out of shower + sustained inj to Rt hand 2 d [ago]

ALLERGIES: NKA

PHYSICIAN'S REPORT

PHYSICAL FINDINGS: ORTHO NOTE: 31 y/o RHD M + prisoner, fell 2 d ago + prison. Pain + swelling (Rt) hand. X-ray taken in prison (+) fx (Rt) ring finger MC + avulsion base small f. MC.

PE: (Rt) hand swelling / painful. Moves digits. (+) capillary refill.

PHYSICIAN'S ORDER: (+) NV I
X-ray: reviewed / as above
Imp: ① Fx / displaced (Rt) ring finger prox MC
② Avulsion fx (Rt) small finger MC base

TREATMENT/PROCEDURES:
Ulnar gutter splint
Sling
F/U opp. 9/5/01 @ 14:15

TIME: 14:00   TEMP: 98.1   P: 76   R: 18   B/P: 130/70

D.O. 5-27-01   1545 PM

0000003

# CONSENT FORM
## MILLCREEK COMMUNITY HOSPITAL, 5515 PEACH STREET, ERIE, PA 16509

**CONSENT TO HOSPITAL CARE:** THE UNDERSIGNED PATIENT PRESENTS HERSELF/HIMSELF FOR ADMISSION TO MILLCREEK COMMUNITY HOSPITAL ("HOSPITAL") OR EMERGENCY/OUTPATIENT CARE AND VOLUNTARILY CONSENTS TO THE RENDERING OF SUCH CARE, INCLUDING DIAGNOSTIC PROCEDURES AND MEDICAL TREATMENT, BY AUTHORIZED AGENTS AND EMPLOYEES OF THE HOSPITAL, AND BY ITS MEDICAL STAFF, OR THEIR DESIGNEES. THE UNDERSIGNED PATIENT ACKNOWLEDGES THAT NO GUARANTEES HAVE BEEN MADE AS TO THE EFFECT OF SUCH EXAMINATIONS OR TREATMENT ON MY CONDITION. DIAGNOSIS AND TREATMENT MAY, AT TIMES, INVOLVE DISCOMFORTS AND RISK OF INJURY. EACH PATIENT HAS THE RIGHT TO CONSENT TO, OR TO REFUSE, ANY PROPOSED PROCEDURE OR THERAPEUTIC COURSE. THE PATIENT'S HOSPITAL CARE IS DIRECTED BY HIS/HER ATTENDING PHYSICIAN. SINCE THE HOSPITAL IS A TEACHING HOSPITAL, PHYSICIANS, NURSES AND OTHER HEALTH CARE PROFESSIONALS IN TRAINING MAY ATTEND PATIENTS OR BE PRESENT DURING PATIENT CARE AS PART OF THEIR EDUCATION.

**RELEASE OF INFORMATION:** THE HOSPITAL MAY DISCLOSE PATIENT INFORMATION IT DEEMS APPROPRIATE TO ANY PERSONS OR CORPORATION WHICH IS OR MAY BE LIABLE UNDER A CONTRACT TO THE HOSPITAL OR TO THE PATIENT OR TO A FAMILY MEMBER OR EMPLOYER OF THE PATIENT FOR ALL OR PART OF THE HOSPITAL'S CHARGE. AT THE REQUEST OF THE PATIENT'S INSURANCE COMPANY OR OTHER PERSON OR COMPANY UNDER CONTRACT TO PAY ALL OR PART OF THE HOSPITAL'S CHARGES, THE MEDICAL RECORD WILL BE CONFIDENTIALLY REVIEWED BY PHYSICIANS OR THE DESIGNEES TO DETERMINE THE NEED FOR HOSPITALIZATION. PAYMENT BY THE INSURANCE COMPANY, OR OTHER PERSON UNDER OBLIGATION BY CONTRACT TO MAKE PAYMENT, MAY NOT BE MADE IF NO NEED FOR HOSPITALIZATION IS FOUND.

**HOSPITAL ADMISSION:** SHOULD A SURGICAL PROCEDURE BE PERFORMED ON AN ELECTIVE EMERGENCY OR OUTPATIENT BASIS, THE UNDERSIGNED PATIENT UNDERSTANDS THAT ADMISSION TO THE HOSPITAL AS AN INPATIENT FOLLOWING THIS PROCEDURE MAY IN SOME CIRCUMSTANCES BE DEEMED APPROPRIATE FOR OPTIMAL RECOVERY. IN THAT EVENT, THE UNDERSIGNED PATIENT AUTHORIZES THE HOSPITAL, ITS REPRESENTATIVES AND DESIGNATED PHYSICIANS, TO MAKE THAT DETERMINATION BASED ON THEIR BEST PROFESSIONAL JUDGMENT AND TO ADMIT THE UNDERSIGNED PATIENT TO THE HOSPITAL.

THE UNDERSIGNED CERTIFIES THAT HE/SHE HAS READ THE FOREGOING CONSENT OR THAT THE FOREGOING CONSENT HAS BEEN READ TO HIM OR HER IN HIS PRIMARY LANGUAGE AND HAS BEEN EXPLAINED, AND THAT THE UNDERSIGNED IS SATISFIED THAT HE/SHE UNDERSTANDS THE CONTENT AND SIGNIFICANCE OF THE FOREGOING.

X _[signature]_  X 08-27-01 _____ AM / PM
(PATIENT SIGNATURE)  (DATE)  TIME(CIRCLE ONE)

_____ LB _____
(WITNESS)

BECAUSE THE PATIENT IS AN UNEMANCIPATED MINOR, OR IS UNABLE TO SIGN, THE ABOVE CONSENT IS GIVEN ON THE PATIENT'S BEHALF BY THE UNDERSIGNED.

_____  X _____
(WITNESS)  (CLOSEST RELATIVE OR LEGAL GUARDIAN)

_____ _____  _____
(DATE)  TIME(CIRCLE ONE)  (RELATIONSHIP TO PATIENT)

**RESPONSIBILITY FOR DISCHARGE:** I AM VOLUNTARILY LEAVING AND SIGNING OUT FROM THE MILLCREEK COMMUNITY HOSPITAL AGAINST THE ADVICE OF MY PHYSICIAN AND/OR THE MEDICAL STAFF. IN DEMANDING THIS DISCHARGE, I HEREBY RELEASE MY PHYSICIAN, THE HOSPITAL, AND ITS STAFF FROM ANY AND ALL RESPONSIBILITY.

_____  _____
(WITNESS)  (PATIENT SIGNATURE)

_____ _____ AM / PM
(DATE)  TIME(CIRCLE ONE)

I, _____, am taking, _____ from the Millcreek Community Hospital against the advice of his/her physician and/or the Medical Staff. In demanding this discharge, I hereby release his/her physician, the Hospital, and its staff from any and all responsibility for the care, treatment, or condition of the above named patient.

_____  _____
(WITNESS)  (SIGNATURE)

_____ _____ AM / PM  _____
(DATE)  TIME(CIRCLE ONE)  (RELATIONSHIP TO PATIENT)

FORM 1110



5515 Peach Street • Erie, PA 16509 • 814/864-4031

**Millcreek
Community
Hospital**

GREEN, [illegible]
[illegible]
[illegible]
[illegible]    PA   16[illegible]
[illegible]

Dear Patient:

As you are admitted to the hospital (In-patient, Out-patient surgery, or Emergency Room), Federal Law now requires us to ask you whether or not you have a written document called an "Advance Directive". This document can be a "Living Will" or "Durable Power of Attorney" which states your wishes for medical treatment should you become unable to participate in your medical care.

The brochure given to you on an inpatient admission better explains what Advance Directives are and how you are given the opportunity to complete an Advance Directive statement, should you so desire to.

You are not obligated to complete an Advance Directive statement. If you would like further information, please inform hospital personnel during your admission process. Someone from the Social Services Department or Nursing will be happy to see you.

We appreciate your comments and interest in this area. Please sign the statement below as requested. Thank you!

---

INFORMATION ON ADVANCE DIRECTIVES WAS PRESENTED TO ME AS STATED ABOVE:

_____ I "DO" HAVE AN ADVANCE DIRECTIVE DOCUMENT WITH ME AT THIS TIME.

_____ I "DO" HAVE AN ADVANCE DIRECTIVE, BUT IT IS NOT WITH ME AT THIS TIME.

__X__ I "DO NOT" HAVE AN ADVANCE DIRECTIVE DOCUMENT AT THIS TIME.

_____ I WOULD LIKE FURTHER INFORMATION ON COMPLETING AN ADVANCE DIRECTIVE AT THIS TIME.

_[signature]_____  08-27-01
(PATIENT SIGNATURE)           (DATE)

Providing total health care since 1950            FORM 1140

0000005

Name **TYRONE GREEN**  
Date **8/27/01**

MILLCREEK COMMUNITY HOSPITAL  
5515 Peach Street  
Erie, PA  16509

## ORTHOPEDIC INSTRUCTIONS

(✓) Keep your cast/dressings clean and dry.  
(✓) Do not put anything inside your cast/dressings.  
( ) Keep affected area elevated above your heart on soft pillows and iced for 48 hours and any time swelling occurs.  
(✓) Check toes and fingers frequently for swelling.  
(✓) Move toes and fingers frequently to prevent swelling and stiffening.  
( ) Do not bear weight for _____ hours on a walking cast.  
( ) Always wear cast boot when bearing weight on walking cast.  
(✓) Wear arm sling _____  
( ) Use your crutches as directed and **always** bring them to every appointment.  
( ) Never trim or cut down the length of your cast by yourself.  
(✓) Call Millcreek Community Hospital at (864-4031) if:  
   a. Pressure points or rubbing develops under your cast.  
   b. Your exposed body area (fingers or toes) becomes numb or cool.  
   c. Your cast softens, cracks, or breaks.  
   d. You experience a significant increase in pain.  
( ) You have a prescription for _____  
    take _____  
( ) You have a clinic appointment at the hospital at **14:15** AM/**PM**  
    on **9/5/01**  
( ) Call _____ (864-4031) at 8 AM on _____ at Millcreek Community Hospital to set up an appointment for that day with your Attending Orthopedist to be seen at the Hospital.  
( ) Call the office (864-5455) today for an appointment for _____  
( ) Your Attending Orthopedist is: _____  
( ) No school until _____  
( ) May return to school _____  
( ) No Gym until released by Attending Orthopedist _____  
( ) No work until released by Attending Orthopedist  
( ) May return to work _____  

( ) **ADDITIONAL INSTRUCTIONS**  
Post /Ice /elevate  
_____  
_____  
_____  
_____  

Form #630

0000006

*Emergency Department Record*                                                                                              ☐ Chart Complete

Time of initial M.D./D.O. evaluation:           AM/PM   Mode of arrival: ☐ Prvt. Auto  ☐ Ambulance  ☐ Police    PMD:

|  |  |
|---|---|
| CC: | Dictated ☐ |
| *Elements: location, quality, severity, duration, timing, context, modifying factors, and associated signs and symptoms* | Bed Number: |

HPI: Patient is a ____ old ____ with complaint of:
31 y.o. ♂ transferred from Albion State Correctional
Facility c̄ Hx of falling 2 days ago
x-rays at prison revealed fracture

PMH: ☐ No serious illness  ☐ Old chart reviewed (date): / /    ☐ A-fib ☐ Appy. ☐ Asthma ☐ CABG ☐ CAD ☐ CHF    LMP: / /
☐ Cholecyst. ☐ COPD ☐ CVA ☐ HTN ☐ Hyperchol. ☐ IDDM ☐ NIDDM ☐ MI ☐ PTCA ☐ Seizures ☐ TIA        Tetanus: ___ yrs.
Anxiety

Meds: ☐ None ☑ Agree with triage list                        Childhood immunizations: ☐ UTD
Allergies: ☑ NKDA
FH: ☐ No related family hx
SOC: Tobacco:        ETOH:        Drugs:            Marital (circle): S M W D   Occup:

| Neg | See HPI | REVIEW OF SYSTEMS (Circle Abnormals) | Neg | See HPI | REVIEW OF SYSTEMS (Circle Abnormals) |
|---|---|---|---|---|---|
| ✓ |  | CONST: fever - chills - wt. loss - weakness |  | ✓ | MUSC: new bone or joint pain - back problems |
| ✓ |  | EYES: acuity change | ✓ |  | INTEG: skin lesions - rash |
| ✓ |  | ENMT: hearing loss - earache - nasal drainage - sore throat | ✓ |  | NEURO: syncope - focal weakness - HA - seizure - dizziness |
| ✓ |  | RESP. SOB - cough - sputum - wheezing | ✓ |  | PSYCH: prior psych hx - depression - anxiety |
| ✓ |  | CV: chest pain - palpitations - PND - orthopnea | ✓ |  | ENDO: polyuria - polydipsia |
| ✓ |  | GI: nausea - vomiting - diarrhea - pain - melena - hematochezia | ✓ |  | HEME/LYMPH: bruising - adenopathy |
| ✓ |  | GU: dysuria - urgency - frequency - nocturia | ✓ |  | ALLERGIC/IMMUNO: urticaria - hayfever |

ROS Details:
☐ All Other Systems Negative    ☐ Complete History Unobtainable Due to:
                                 ☐ PE limited by acuity       ☐ See ED course for further PE

**PHYSICAL EXAMINATION**

CONST: ☐ vitals nl, see triage   T: 98.1   BP: 130/70   HR: 76   RR: 18
☐ well-developed, well nourished  ☑ alert  ☐ no distress  ☐ GCS 15  ☐ non-toxic  ☑ age-appropriate behavior
Abnl/Other:

EYES: ☐ lids, conjunctiva nl  ☐ PERRL, irises nl  ☐ discs & fundi nl
Abnl/Other:

ENMT: ☐ ext. ears, nose nl  ☐ TM's, canals nl  ☐ hearing grossly intact  ☐ nasal exam nl  ☐ lips, teeth, gums, palate nl  ☐ oropharynx nl
Abnl/Other:

NECK: ☐ neck supple, symmetric, no masses  ☐ thyroid nl  ☐ no JVD  ☐ neck nontender  ☐ full ROM w/o pain
Abnl/Other:

RESP.: ☑ respiratory effort nl  ☐ clear to auscultation  ☐ percussion nl  ☐ palpation of chest nl  ☐ chest symmetry & expansion nl
Abnl/Other:

CV: ☑ RRR; no murmur, gallop, rub  Pulses: ☐ carotid nl ☐ abd. aorta nl ☐ femoral nl ☐ pedal nl  ☐ no edema
Abnl/Other:

GI: ☐ no tenderness or mass  ☐ liver & spleen nl  ☐ no hernia  ☐ rectal: no mass, HEME:  ☐ +BS's ☐ nondistended ☐ no rebound/guarding
Abnl/Other:

GU: (male): ☐ scrotal contents nl  ☐ penis nl  ☐ prostate nl  ☐ no CVA tenderness
(female): ☐ ext. genitalia & vagina nl  ☐ urethra nl  ☐ bladder nl  ☐ cervix nl  ☐ uterus nl  ☐ adnexa nl  ☐ no CVA tenderness
Abnl/Other:

MUSC.: Normal extremities: ☐ All ☐ RUE ☐ LUE ☐ RLE ☐ LLE  ☐ back nl  ☐ pelvis & hips nl  ☐ gait & station nl  ☐ digits & nails nl
Abnl/Other: Diffuse swelling ® hand  capillary refill intact
No neurological deficit
                                                         ☐ Wound recheck: healing without infection
SKIN: ☐ inspection nl  ☐ palpation nl  ☐ well hydrated
Abnl/Other:

LYMPH: Normal nodes: ☐ cervical ☐ other:
Abnl/Other:
NEURO: ☐ CN II-XII intact  ☐ DTR's symmetric  ☐ sensory intact
       ☐ motor strength nl  ☐ straight leg raises neg.
Abnl/Other:

PSYCH: ☐ judgement/insight nl  ☐ oriented x 3  ☐ memory nl  ☐ mood nl
       ☐ no delusions  ☐ no hallucinations  ☐ no suicidal/homicidal ideations
Abnl/O

ER-002 12/99                         MEDICAL RECORDS

0000007

**Millcreek Community Hospital**
5515 PEACH ST.
ERIE, PA 16509

All studies interpreted by ED Physician unless otherwise noted

### MEDICAL DECISION MAKING

Cardiac monitor: ☐ Normal sinus rhythm  ☐ Other:
12 lead EKG: ☐ NSR, no ischemic changes  ☐ Other:
Pulse Ox.: ____ % on  ☐ Normal  ☐ Low   Pulse Ox. 2: ____ % on   ABG: pH ___ pO2 ___ pCO2 ___ HCO3 ___
Radiographs: ☐ E.D. M.D./D.O.  ☐ Radiologist
☐ E.D. M.D./D.O.  ☐ Radiologist

CBC: ☐ WNL  ☐ Abnormalities:
WBC ___  % Segs ___
HGB ___  % Band ___
HCT ___  % Lymphs ___
PLT ___

CHEM: ☐ WNL  ☐ Abnormalities:
GLU ___  BUN ___  CR ___

NA ___ CL ___ CO2 ___ CA ___
ALB ___ SGOT ___ SGPT ___ ALK PH ___ Bilirubin ___
LDH ___ CK ___ MB ___ MB% ___ Amyl ___
PT ___ INR ___ PTT ___ DIG ___ TOX ___ BLOOD ETOH ___ OTHER: ___

UA: ___  Stool guaiac: Positive/Negative  Pregnancy: Positive/Negative

### ED Course, Procedures & Discussion:
UNSTABLE Critical care time: ___ minutes

TIME

X-ray
⊕ fx proximal metacarpal 4th digit
⊕ small avulsion fx MC base 5th digit

Time patient admitted to "Observation Status": ___
Time patient discharged from "Observation Status": ___
Case discussed with: ___
☐ Other procedures by MD: IV / IVP Dye / NG Tube / Bladder Cath / Blood Draw

### PHYSICIAN ORDERS

| TIME | LAB / X-RAY / EKG | NOTED TIME | INITIAL | TIME | MEDS / TREATMENTS | NOTED TIME | INITIAL |
|---|---|---|---|---|---|---|---|
| | ☐ CBC  ☐ Met. Panel: (basic/comp.) | | | | ☐ IV: | | |
| | ☐ CXR (Port/2V)  ☐ EKG | | | | ☐ Monitor  ☐ Pulse Oximetry | | |
| | ☐ UA (dip/lab)  ☐ CARDIAC PROFILE | | | | ☐ dt. .5cc IM | | |
| | ☐ PREGNANCY (serum/urine) | | | | | | |
| | ☐ PT  ☐ PTT  ☐ DIG. | | | | | | |
| | ☐ URINE TOX.  ☐ Blood Alcohol | | | | | | |
| | ☐ CT: | | | | | | |
| | ☐ ULTRASOUND: | | | | | | |
| | Orthopedic consult | | | | | | |

IMPRESSION: 1) Displaced fx proximal metacarpal 4th digit ® hand
2) Small avulsion fx base 5th metacarpal ® h—

### DISPOSITION / AFTERCARE:
Physician Signature: ___
Follow-up with Dr(s): ___ in ___ days.
Meds: ___
Other: ___  ☐ A.C. Sheets:

### AUTHORIZATION
The patient was provided service & care as necessary to determine if an emergency medical condition existed. After appropriate care was provided to stabilize the patient's condition, the Healthcare Service Plan (HSP) was contacted to request payment authorization for post stabilization care. Initial telephone contact with HSP was made at _____ AM/PM. The case was discussed with _____ from _____ (medical group) at _____ AM/PM by _____
ER staff member _____

Payment for post stabilization care was:
☐ Authorized for: ___
  AUTH # ___
☐ Not Authorized

The patient was: ☐ Discharged  ☐ Admitted to: ___
☐ Unable to trans___ ___stable condition.
☐ Transferred to: ___ via ___

### CONDITION:
☒ Improved  ☒ Stable  ☐ Unstable  ☐ Critical

ER-002 12/99

0000008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **APPENDIX IN SUPPORT OF JOINT MOTION FOR SUMMARY JUDGMENT** was served via United States First-Class Mail, postage prepaid, this 9th day of December, 2005, upon:

Tyrone Green - EP-4593
SCI Smithfield
1120 Pike Street
P.O. Box 9999
Huntingdon, PA 16652


/s/ Elizabeth M. Yanelli
ELIZABETH M. YANELLI, ESQUIRE
Pa. I.D. No. 86932

PIETRAGALLO, BOSICK & GORDON LLP
The Thirty-Eighth Floor
One Oxford Centre
Pittsburgh, PA  15219
(412) 263-2000

*Attorney for Defendants,*
*Mark Baker, D.O. and*
*Dan Telega, P.A.*