SCANNED  CA 03-149 E

Hello,                                              12-21-05

Your Honor, I send two response brief to the law library here at S.C.I. Smithfield and my briefs have not been turned to me. There was a brief in response to each defendant. I'm in the RHU pending transfer. Ever since our phone conference I've been in the RHU. I have never missed a briefing deadline, and for the reasons mentioned I will not be able to make the Dec. 29, 2005 deadline.

I am grieving the missing legal briefs to the grievance cordinator.

I humbly ask your Honor for an extension of time until I'm transfered to another prison in order for me to be able to perfect another response brief. I have know way of getting copies to serve the defendant of this notice.

Sincerely
Tyrone Green
Tyrone Green