# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Tyrone Green )
)
)
Plaintiff )
vs. )   No.   CA 03-149 Erie
Martin Horn, et al )
)
)
Defendants )

HEARING ON   January 12, 2006

Before   U. S. Magistrate Judge Susan Paradise Baxter

Tyrone Green, pro se                           Scott Bradley, Esq., Atty. General's Office
                                               Elizabeth Yaoalli, Esq.

Appear for Plaintiff                           Appear for Defendant

Hearing Begun  2:10                            Hearing Adjourned to  2:30

Hearing concluded C.A.V.                       Stenographer  Tamara Dixay
                                               CD:            Index:

WITNESSES
For Plaintiff                                  For Defendant

Motion for extension of time [Document #93] is dismissed as moot.
Motion to amend [Document #95] is denied.

C. Snyder
Law Clerk