Tyrone Green EP-4573
1100 Pike St
Huntingdon, PA. 16654-1112

CLEARED X-RAY SCREENING

District Judge McLaughlin
United States District Court
17 South Park Row
Erie, PA. 16501

RECEIVED
MAY 18 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA