IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TYRONE GREEN, :
    Plaintiff, :
     : C.A. No. 03-149
vs. :
     : Dist. Judge McMlaughlin
MARTIN HORN, ET AL., :
    Defendants.

### MOTION FOR APPOINTMENT OF COUNSEL

AND NOW, Comes the Plaintiff and requests that the Court appoint counsel, and represents in support the following:

1. On many occasions Plaintiff has requested the appointment of counsel so that he could properly present his claims. The magistrate judge repeatedly denied plaintiff counsel, although over 90 documents have been filed during the three (3) years course of this litigation.

2. Now, the same magistrate would have this matter dismissed on the basis that plaintiff, untrained in law, failed to served a defendant, inter alia.

3. Plaintiff therefore requests this Court appoint counsel to assist in this matter, as the failure to do following previous and repeated requests has prejudiced plaintiff.

*[signature]*
TYRONE GREEN, EP-4593
1100 Pike Street
Huntingdon, PA 16654-1112

DATE: May 15, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE GREEN<br>　　Plaintiff, | : C.A. NO. 03-149 ERIE<br>:<br>: |
| vs. | : Dist. Judge - McMLAUGHLIN<br>: Magistrate Judge - BAXTER |
| MARTIN HORN, ET AL.,<br>　　Defendants. | :<br>: |

## PROOF OF SERVICE

I, TYRONE GREEN, Plaintiff, do hereby certify that a true and correct copy of the attached Objection to the Magistrate Report & Recommendation has been served upon the Defendants this _15_ day of May, 2006. *Along with motion For counsel*

Service was made via first class mail deposited in the prison mail box this said date, and addressed to the counsel of the Defendants as shown below.

　　　　　　　　　　　　　　　　　　　　TYRONE GREEN, EP-4593
　　　　　　　　　　　　　　　　　　　　1100 Pike Street
　　　　　　　　　　　　　　　　　　　　Huntingdon, PA 166541112

cc: Scott Bradley, Esq.
　　Litigation Section
　　6th Floor, Manor Building
　　564 Forbes Avenue
　　Pittsburgh, PA 15219

　　Elizabeth M. Yanelli, Esq.
　　The Thirty-Eighth Floor
　　One Oxford Centre
　　Pittsburgh, PA 15219

16