IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| TYRONE GREEN | : | C.A. NO. 03-149 ERIE |
| plaintiff | ; | |
| | | |
| VS. | : | |
| | ; | |
| MARTIN HORN, et al., | | Dist. Judge -McLaughlin |
| Defendant | ; | Magistrate Judge - baxter |

NOTICE OF APPEAL

TO THE HONORABLE JUDGES OF THE SAID COURT:

Plaintiff, Tyrone green, proceeding pro se, and respectfully seeks this court permission to appeal the MAY 30, 2006 order by Hon. District Judge Sean McLaughlin adopting the May 9, 2006 Report and Recommendation by magistrate JUDGE Baxter.

Plaintiff request that he be given a briefing date inorder to present his claim.

DATE May 24, 2006                                                SINCERELY
                                                                 TYRONE GREEN

IN THE UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

PROOF OF SERVICE

I, Tyrone Green, do hereby verify, subject to the penalty of perjury under 28 U.S.C. §1746, that I have this day served a copy of said NOTICE OF APPEAL upon the parties and in the manner indicated below:

Scott A. Bradly

office of Attorney General

6th. floor, Manor Complex

564 Forbes Ave.

Pittsburgh, Pa. 15219

Elizabeth M. Yanlli

Thirty - Eighth Floor

One Oxford Centre

Pittsburgh, Pa. 15219

SINCERELY