Name Tyrone Greene
Number EP-4593
1100 Pike Street
Huntingdon, PA 16654-1112

**INMATE MAIL
PA DEPT OF CORRECTIONS**

Inmate Mail - PA. DEPT OF CORRECTIONS

16301+1133-93 C021

Clerks Office
United States District Court
17 South Park Row, Room A280
Erie, PA. 16501

**RECEIVED**

JUN 30 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

$0.39 U.S. POSTAGE