**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 06-3243</u>

Green

vs.

Horn, et al.

Tyrone Green #EP-4593, Appellant

(Western District of Pennsylvania Civil No. 03-cv-00149E)

**O R D E R**

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court

*Marcia M. Waldron*

Clerk

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: August 15, 2006
cc:
    Tyrone Green #EP-4593
    Kemal A. Mericli, Esq.
    Bryan K. Shreckengost, Esq.
    Elizabeth M. Yanelli, Esq.